AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Matthew K. Stainback
5403 North 11th Road
Arlington, VA 22205

**SUMMONS IN A CIVIL CASE**

V.

SECRETARY OF THE NAVY
The Pentagon
Washington, DC  20350

CASE NUMBER   1:06CV00856

C   JUDGE: Reggie B. Walton

DECK TYPE: Administrative Agency Revi

DATE STAMP: 05/08/2006

TO: (Name and address of Defendant)

SECRETARY OF THE NAVY
The Pentagon
Washington, DC  20350

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eugene R. Fidell
Matthew S. Freedus
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W.
Second Floor
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON            MAY - 8 2006
CLERK                                  DATE

_[signature]_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | May 10, 2006 |
| NAME OF SERVER *(PRINT)*  Allie L. Bernardo | TITLE | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Sent to Secretary of the Navy, The Pentagon, Washington, DC 20350 by certified mail, return receipt requested.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 10, 2006         *[signature]*
              Date                  Signature of Server

             2001 L Street, N.W., Second Floor
             Address of Server    Washington, DC 20036

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.