**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MATTHEW K. STAINBACK,           ) | |
|          Plaintiff,           ) | |
| v.                              ) | |
| SECRETARY OF THE NAVY,          ) | Civil Action No. 1:06-cv-00856-RBW |
| DONALD C. WINTER                ) | |
|          Defendant.          ) | |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT
OF TIME WITHIN WHICH TO ANSWER THE COMPLAINT**

Defendant respectfully moves this Court for an enlargement of time, through and including August 4, 2006, within which to answer, move, or otherwise respond to the Complaint in this matter. Good cause exists to grant this motion:

1. The United States Attorney's Office was served with a copy of the Complaint on May 15, 2006. Consequently, defendant's answer, motion or other response is currently due on July 14, 2006.

2. Defendant has been diligently preparing an answer to the Complaint; however additional time is need in order to develop responses to all of the factual averments in the Complaint.

3. Defendant therefore requests an enlargement of time within which to answer the Complaint, through and including August 4, 2006. An extension of this length is being sought because counsel for defendant is expected to be out of the office during the last two weeks of July for paternity leave.

4. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

5. This is the first enlargement of time sought in this matter by defendant.

6. Pursuant to Local Rule 7.1(m), counsel for defendant has consulted with counsel for plaintiff. Counsel for plaintiff has graciously given consent to the relief requested.

For these reasons, defendant requests that the Court grant his Consent Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond. A proposed order is attached.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

/s/
PETER D. BLUMBERG, D.C. Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 514-7157

Dated: July 12, 2006

Of Counsel:
Lieutenant Commander Heidi K. Hupp
Navy Litigation Attorney
Office of the Judge Advocate General
1322 Patterson Avenue, Bldg 33, Ste 3000
Washington Navy Yard, D.C. 20374-5066