IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW K. STAINBACK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SECRETARY OF THE NAVY, | )   Civil Action No. 1:06-cv-00856-RBW |
| DONALD C. WINTER | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This matter comes before the Court on defendant's Consent Motion for Extension of Time Within Which to Answer the Complaint. Upon consideration of the Motion, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that defendant shall answer the Complaint on or before August 4, 2006.

SO ORDERED

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE