UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MATTHEW K. STAINBACK    )
                        )
         *Plaintiff,*   )
                        )
v.                      )
                        )   Civil Action No. 1:06cv00856 - RBW
                        )
SECRETARY OF THE NAVY   )
DONALD C. WINTER        )
                        )
         *Defendant.*   )

NOTICE OF APPEARANCE

Please take notice that the undersigned hereby enters his appearance as counsel for Matthew K. Stainback. I certify that I am admitted to practice before the United States District Court for the District of Columbia and that I am a member of the bar in good standing in every court in which I am authorized to practice.

                                      Respectfully submitted,

                                      */s/ Matthew S. Freedus*

                                      Matthew S. Freedus (475887)
                                      Feldesman Tucker Leifer Fidell LLP
                                      2001 L Street, N.W.
                                      Second Floor
                                      Washington, D.C. 20036
                                      (202) 466-8960

                                      *Attorney for Petitioner*

September 14, 2006