IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MATTHEW K. STAINBACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SECRETARY OF THE NAVY, | ) | Civil Action No. 1:06-cv-00856-RBW |
| DONALD C. WINTER | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR ENTRY OF SCHEDULING ORDER**

Pursuant to this Court's August 9, 2006 Order and Local Rule 16.3, the parties hereby submit the following Report and motion for entry of a scheduling order.

1. This action arises under the Administrative Procedure Act, 5 U.S.C. § 701, challenging the disenrollment of plaintiff from the United States Naval Academy and discharge from the United States Navy, on the basis that the Secretary's decision is contrary to law, arbitrary and capricious and an abuse of discretion.

2. As this is an action for review on an administrative record, it is exempt from Local Rule 16.3. See Local Rule 16.3(b)(1).

3. In lieu of a 16.3 statement, the parties hereby file a Joint Motion for Entry of a Scheduling Order, establishing a schedule for the submission of the administrative record and for summary judgment briefing. The parties would request that the following be adopted as the scheduling order in this case:

| | |
|---|---|
| Filing of Administrative Record: | September 27, 2006 |
| Plaintiff's Motion for Summary Judgment: | October 27, 2006 |
| Defendant's Opposition and Cross Motion: | November 29, 2006 |

Plaintiff's Reply/Opposition:	December 20, 2006

Defendant's Reply:	January 10, 2007

WHEREFORE, the parties request that the Court enter a scheduling order in this case. A proposed order is included.[1]

Respectfully submitted,

_____/s/_____
EUGENE R. FIDELL, D.C. Bar No. 112003
FELDESMAN TUCKER LEIFER FIDELL LLP
2001 L Street, N.W., 2d Floor
Washington, D.C. 20036
(202) 466-8960
Attorneys for Plaintiff


_____/s/_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____/s/_____
PETER D. BLUMBERG, D.C. Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 514-7157

Dated: September 13, 2006

---

[1] The parties further submit that if the Court does enter the proposed order, an initial scheduling conference may not be necessary, and the parties would have no objection to vacating the September 28, 2006 initial scheduling conference.

Of Counsel:
Lieutenant Commander Heidi K. Hupp
Navy Litigation Attorney
Office of the Judge Advocate General
1322 Patterson Avenue, Bldg 33, Ste 3000
Washington Navy Yard, D.C.  20374-5066