IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MATTHEW K. STAINBACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SECRETARY OF THE NAVY, | ) | Civil Action No. 1:06-cv-00856-RBW |
| DONALD C. WINTER | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

This matter comes before the Court on the parties' Joint Motion for Entry of Scheduling Order. Upon consideration of the Motion, it is hereby

ORDERED that the Motion is GRANTED, and it is further ordered that proceedings in this case shall follow the following schedule:

| | |
|---|---|
| Filing of Administrative Record: | September 27, 2006 |
| Plaintiff's Motion for Summary Judgment: | October 27, 2006 |
| Defendant's Opposition/Cross Motion: | November 29, 2006 |
| Plaintiff's Opposition/Reply: | December 20, 2006 |
| Defendant's Reply: | January 10, 2007 |

SO ORDERED.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE