STAINBACK V. SECNAV
A.R. INDEX

| Bates No. | Date | Description |
|---|---|---|
| | | **Midshipman Aptitude Division Record for Matthew K. Stainback** |
| 00001 | 5/10/2004 | Letter from SJA to MIDN Stainback re: Notice of Rights Concerning Recommendation for Discharge |
| 00002-00103 | 4/23/2004 | Letter from Commandant to Academic Board w/ enclosures |
| | | **Academic Board Package for Board Convened 4/27/04 ICO MIDN 1/C Stainback** |
| 00104-00205 | 4/23/2004 | Letter from Commandant to Academic Board w/ enclosures |
| | | **General File Maintained in SJA Office** |
| 00206 | 2/17/2004 | E-mail from Stephen Gozzo re: MIDSHIPMAN INCORRECTLY ENROLLED IN NS40X |
| 00207 | 2/18/2004 | E-mail from MIDN Stainback re: Aviation practicum |
| 00208 | 4/23/2004 | ACKNOWLEDGEMENT OF APPEARANCE BEFORE ACADEMIC BOARD |
| 00209-00210 | 4/26/2004 | Letter from Joe Rubino (sponsor) to Superintendent |
| 00211 | 4/28/2004 | E-mail from Frederic Davis re: MIDN STAINBACK'S FINAL EXAMS |
| 00212 | 5/4/2004 | Letter from Counsel to Commandant |
| 00213-00218 | 5/5/2004 | Letters from Mrs. Stainback to Superintendent |
| 00219-00220 | 5/6/2004 | Letter from Joe Rubino (sponsor) to Superintendent |
| 00221-00225 | 5/10/2004 | Letter from SJA to MIDN Stainback re: Notice of Rights Concerning Recommendation for Discharge w/ enclosures |
| 00226-00227 | 5/10/2004 | Letter from Superintendent to Mr. and Mrs. David Stainback |
| 00228-00231 | 5/11/2004 | Handwritten notes and memorandum of call from Mrs. Stainback to SJA |
| 00232 | 5/11/2004 | ACKNOWLEDGEMENT OF OPTIONS, NOTICE OF RECEIPT |
| 00233-00251 | 5/7/2004 through 5/17/2004 | "0800 Reports" for 5/6/2004 through 5/17/2004 |
| 00252-00253 | 5/19/2004 | Email from Frederic Davis re: MIDN Stainback |
| 00254-00261 | 5/20/2004 | Conduct offenses |
| 00262-00266 | 5/1/2004 | Academic Information |
| 00267 | 5/21/2004 | Letter from counsel to SJA |
| 00268 | 5/24/2004 | Email from counsel to SJA |
| 00269 | 5/24/2004 | Email from SJA to counsel re: Extension of time ICO MIDN 1/C Stainback |
| 00270 | 5/24/2004 | Letter from First Class Matthew Stainback to Chief of Naval Personnel re: Voluntary Resignation. |
| 00271-00298 | 5/25/2004 | Letter from counsel to Superintendent re: Midshipman First Class Matthew K. Stainback w/ enclosures |
| 00299-00305 | 5/31/2004 | Memo from Superintendent to Distribution re: SEPARATION OF MIDSHIPMEN |
| 00306-00341 | 6/3/2004 | Letter from counsel to Secretary of the Navy re: Revised Memorandum in response to recommendation for discharge from USNA by Superintendent dated May 10, 2004 w/ enclosures |

STAINBACK V. SECNAV
A.R. INDEX

| Bates No. | Date | Description |
|---|---|---|
| 00342-00353 | 6/4/2004 | Memo from Dean of Admissions to Superintendent re: MINUTES OF THE UNITED STATES NAVAL ACADEMY ACADEMIC BOARD OF 27 APRIL, 18, 19, 20, 21, 22, 25 MAY, AND 1 JUNE 04 TO CONSIDER CASES OF ACADEMIC DEFICIENCY IN CLASSES COMPLETING THE FALL SEMESTER, 2003 w/ enclosures |
| 00354 | 6/18/2004 | Letter from First Class Matthew Stainback to Chief of Naval Personnel re: Withdrawal of Voluntary Resignation |
| 00355-00356 | 6/21/2004 | Letter from counsel to Superintendent re: Midshipman First Class Matthew K. Stainback |
| 00357-00358 | 6/23/2004 | Letter from Superintendent to Sen. Warner |
| 00359-00360 | 6/23/2004 | Letter from Superintendent to Rep. Moran |
| 00361-00364 | 7/8/2004 | Letter from counsel to SJA re: Midshipman Matthew K. Stainback w/ enclosure |
| 00365-00367 | 7/14/2004 | Memo from SJA to Superintendent re: Comments Regarding Written Statements of Midshipman First Class Matthew K. Stainback |
| 00368-00370 | 7/15/2004 | Emails from Major Stephen Gozzo to SJA forwarding other e-mails |
| 00371-00426 | 7/26/2004 | Letter from Superintendent to Secretary of the Navy re: recommendation for disenrollment from the USNA of MIDN 1/C Stainback, For Insufficient Aptitude w/ enclosures |
| 00427 | 8/10/2004 | Memo from Assistant Secretary of the Navy for Manpower and Reserve Affairs to Superintendent re: MIDN 1/C Matthew K. Stainback, USN |
| 00428-00430 | 8/17/2004 | Letter from counsel to Secretary of the Navy re: USNA Midshipman First Class Matthew K. Stainback |
| 00431-00432 | 9/20/2004 | Dean of Students Transfer Evaluation, Villanova University |
| 00433-00435 | 9/22/2004 | Letter from Superintendent to counsel on behalf of SECNAV, w/ tasker route sheets |
| 00436-00439 | 9/22/2004 to 9/23/2004 | Letter and fax between counsel and SJA re: Midshipman Matthew K. Stainback |
| 00440-00444 | 10/11/2004 | Letter from counsel to Secretary of the Navy re: Midshipman First Class Matthew K. Stainback |
| 00445-00447 | 10/19/2004 | Letter from ASN (M&RA) to counsel |
| 00448-00455 | 5/10/2000 | SECNAV INSTRUCTION 1531.1B, U.S. NAVAL ACADEMY (USNA) MIDSHIPMEN DISENROLLMENT |
| 00456-00468 | 6/8/1972 | UNITED STATES NAVAL ACADEMY REGULATIONS |
| 00469-00484 | 12/8/1996 | USNA INSTRUCTION 5420.24E, POLICY AND PROCEDURES GOVERNING THE ACADEMIC BOARD (ENCLOSURE (1)) |



# United States of America

## DEPARTMENT OF THE NAVY

*Washington, D.C.,* 20370-5100

*I hereby certify* that the annexed 484 pages constitute a true and accurate copy of the administrative file of the U.S. Naval Academy Academic Board records in the case of former Midshipman First Class Matthew K. Stainback, USN, 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; such records being kept in the ordinary course of official supervision and custody *on file in the* U.S. Naval Academy

Karen Fischer-Anderson
Karen Fischer-Anderson
Captain, JAGC, U.S. Navy
Staff Judge Advocate
U. S. Naval Academy

### OFFICE OF THE SECRETARY

*I hereby certify* that CAPT Karen Fischer-Anderson, JAGC, USN *who signed the foregoing certificate, was at the time of signing* Staff Judge Advocate, U.S. Naval Academy *and that full faith and credit should be given his certification as such.*

*In testimony whereof, I have hereunto set my hand and caused the Seal of the Navy Department to be affixed this* 12 *day of* September, *two thousand* six



H. H. DRONBERGER
Captain, JAGC, U.S. Navy
Assistant Judge Advocate General
(Civil Law)
For the Secretary of the Navy

VJAG 5600/12 (REV. 1-00)