**DEPARTMENT OF THE NAVY**

UNITED STATES NAVAL ACADEMY
121 BLAKE ROAD
ANNAPOLIS, MARYLAND 21402-5000

1900
10 MAY 04

From: Staff Judge Advocate, United States Naval Academy
To:   Midshipman First Class Matthew K. Stainback, U.S. Navy, Class of 2004

Subj: NOTICE OF RIGHTS CONCERNING RECOMMENDATION FOR DISCHARGE

Ref:  (a) 10 U.S.C. § 6962

Encl: (1) Memo Rpt for SECNAV 1900 Ser 1-151 10 MAY 04

1. The Academic Board, by unanimous vote as required by reference (a), has determined that you have insufficient aptitude to become a commissioned officer in the naval service and has recommended that you be separated from the Naval Academy. The enclosure (1) disenrollment recommendation will be made to the Secretary of the Navy pursuant to reference (a).

2. If you so desire, you may submit to the Secretary of the Navy a written statement concerning this report of your insufficient aptitude. Your statement will be forwarded to the Secretary of the Navy with the Academic Board determination of insufficient aptitude and recommendation for disenrollment. If the Secretary believes the Academic Board determination and the disenrollment recommendation concerning your aptitude to be well-founded, he may disenroll you from the Naval Academy.

3. The Aptitude Officer will explain to you the details of the courses of action available to you. I urge you to listen carefully and to consider the advantages and disadvantages of each. Do not hesitate to confer with the Aptitude Officer or with anyone else of your choice before you reach your decision.

4. Your decision in this matter and, if applicable, your completion of a written statement should be a top priority. Liberty and other military obligations should not be offered as reasons for an untimely submission. Should you need to be excused from military obligations to allow you to work on your statement, you should contact your Company Officer in advance to obtain approval. If you are excused, you are expected to use your time productively toward completing your written statement. You must continue to make formations and obey applicable regulations. Further decisions on your status will be made when your written statement or waiver is received.

5. By return endorsement, which shall include your statement of understanding of the options available to you, inform me of your decision concerning submission of a written statement. In the absence of any unusual circumstances, your written decision must be provided within 24 hours of your receipt of this letter. Should you elect to submit a written statement, you will have five working days from the time you receive the Memorandum Report for the Secretary of the Navy, enclosure (1), in which to submit your written statement. Be advised that you are not entitled to enter into a separation leave status prior to either submitting your written statement or your waiver election.

MICHAEL A. WATERS

Copy to:
Company Officer

00001



**DEPARTMENT OF THE NAVY**

UNITED STATES NAVAL ACADEMY
121 BLAKE ROAD
ANNAPOLIS MARYLAND 21402-5000

1600
23 Apr 04

From:   Commandant of Midshipmen
To:     Academic Board

Subj:   MIDSHIPMAN FIRST CLASS MATTHEW K. STAINBACK, USN, CLASS
        OF 2004

Ref:    (a) Director, Character Development Division ltr of
            29 May 03

Encl:   (1) Second Battalion Officer ltr of 29 Aug 03
        (2) Updated Midshipman Academic Summary Sheet
        (3) Updated Midshipman Performance Record
        (4) Conduct Offenses

1.  On 13 May 2003, The Academic Board voted to retain
Midshipman Stainback at the Naval Academy, and assign him to the
aptitude remediation program outlined in reference (a).  On 4
September 2004, as a result of his commission of a major conduct
offense during the summer 2003 training block, a Brigade
Aptitude Board was convened to determine Midshipman Stainback's
aptitude for commission.  The board voted to retain him at the
Naval Academy and continue his aptitude remediation program.
Midshipman Stainback was present before the Board; enclosure (1)
refers.  Enclosures (2) and (3) are provided for information.
Having completed his remediation project and submitted it for
approval, Midshipman Stainback was subsequently found absent
from his practicum class on several occasions.  The reports of
his most recent offenses, enclosure (4), indicates that
Midshipman Stainback has not adhered to the guidelines of his
remediation program, and demonstrates that he does not possess
the aptitude required for commissioned naval service.

2.  Midshipman Stainback is a poor candidate for productive
military service because failure to comply with military
regulations and academic requirements clearly demonstrates his
inability to improve his aptitude for commissioning.  In his
most recent aptitude rankings he was ranked second to last by
his Company Officer, second to last over all, and fourth from
last by his peers.  After a review of the facts and
circumstances regarding enclosures (2) through (4), and his
failure to productively complete his remediation program, I
recommend he be awarded an Aptitude for Commission grade of F

Subj:  MIDSHIPMAN FIRST CLASS MATTHEW K. STAINBACK, USN, CLASS
       OF 2004

and separated from the Naval Academy because he lacks the
aptitude to be a commissioned officer in the naval service.

4.  Midshipman Stainback was admitted to the U.S. Naval Academy
on 30 June 2000 as a qualified alternate appointee.  He has no
prior military service.

CHARLES J. LEIDIG

Copy to:
Second Battalion Officer
6TH Company Officer
MIDN 1/C Stainback

2

00003

From: CDR Gary Sandala, USN, Second Battalion Officer
To:      Commandant of Midshipmen
Via:     Deputy Commandant of Midshipmen

2 9 AUG 2003

Subj:  REFERRAL TO BRIGADE APTITUDE FOR COMMISSIONING BOARD ICO
MIDN 1/C MATTHEW K. STAINBACK (046582)

Encl:  (1) Midshipman Academic Summary Sheet
        (2) Midshipman Performance Record
        (3) Chronological listing of midshipman's performance
        (4) Statement regarding Clinical Psychologist
        (5) Chronological record of related events
        (6) All related correspondence
        (7) Memorandum for the record
        (8) COMAPS
        (9) MAPRS

1. As prescribed by COMDTMIDNINST 1600.2, Midshipman Stainback appeared
before the Academic Review Board on 13 MAY 2003, as a result of receiving an F in
both EE302 and EM300 courses during the Spring 2003 semester. He was placed on
Aptitude Remediation after being retained by the Academic Review Board.

2. It was determined by the Deputy Commandant of Midshipmen that Midn 1/C
Stainback warrants an Aptitude for Commissioning evaluation at the Brigade level, as
a result of committing a major conduct offense during the Summer 2003 training
block. The purpose of the board will be to determine whether or not Midn 1/C
Stainback has failed his Aptitude Remediation program and whether or not he should
be forwarded to the Academic Review Board.

3. Over the past two semesters, Midn 1/C Stainback has shown himself deficient in
the following qualities considered prerequisites to service as a commissioned officer
in the United States Navy or Marine Corps:

    a.    Personal Accountability – Midn 1/C Stainback has missed a
          number of academic classes, appointments that he had scheduled
          with his academic professors, and restriction musters. He gave no
          valid explanation for missing these evolutions. Midn 1/C
          Stainback has also been on a number of delinquency lists and has
          been counseled on numerous occasions in an attempt to remediate
          these occurrences.

    b.    Room Standards and Personal Appearance – Midn 1/C Stainback's
          room is often times in an unsatisfactory condition. During the
          2002-2003 academic year, his appearance was not up to the
          standards of a 2/C midshipman.

00004

Encl (1)

c.   Conduct – Midn 1/C Stainback received an F in conduct during the Spring 2003 semester and has committed three major conduct violations in the past year.

d.   Academics – When Midn 1/C Stainback puts effort into his classes, he excels as was apparent when he received the only A in his Electrical Engineering class during summer school. However, during the academic year, he missed a number of classes and failed to turn in numerous assignments on time. His lack of effort resulted in his poor marks last semester. He received two F's last semester and has a total of three F's while attending the U. S. Naval Academy.

4.  It is notable that the types of deficiencies above are consistent with the chain of command comments and fitness reports over the past year for this midshipman. Midn 1/C Stainback has unlimited potential to be an officer in the United States Navy or Marine Corps. Individual counseling sessions have helped to improve his performance for a few weeks at a time, but overall his performance has lacked the quality and CONSISTENCY required to succeed both at the U. S. Naval Academy and in the Fleet.

G. SANDALA

2

00005

STAINBACK  046582  Co: 6  Class: 04

Alpha: 046582
Name: Matthew Kilpatrick Stainback
Social Security: 231514752
Status: ACTIVE
Date of Birth: 15-JUL-1981
Upward Mobility Code:
Gender: Male
High SAT V: 670
High SAT M: 740
Advisor: BOWMAN W

Company Number: 6
Home Of Record: ARLINGTON
State: VA
Former Alpha:
Former Military:
Gain Code: Civil Life, No Prior Service
AIS Ethnic Code: CAUCASIAN/WHITE
Proj Grad Date: 31-AUG-2004
Service Assignment:
Major: ECONOMICS

## Fall 2004 Grades

| Course | Section | 6 Wks | 12 Wks | 16 wks | Final Grade |
|--------|---------|-------|--------|--------|-------------|
| EN200 | 1112 | | | | |
| FE220 | 3001 | | | | |
| FE431 | 4001 | | | | |
| NL211 | 3001 | | | | |
| NL400 | 2004 | | | | |
| PE406 | 0241 | | | | |

| Ac Yr | Sem | SQPR | Proj CQPR | CQPR |
|-------|-----|------|-----------|------|
| 2004 | FALL | 0 | | |

## QPRs and Standings

| Ac Yr | Sem | Class | SQPR | CQPR | Sem MIL QPR | Cum MIL QPR | Class Size | OOM | AOM | MOM | Status |
|-------|-----|-------|------|------|-------------|-------------|------------|-----|-----|-----|--------|
| 2004 | SPRING | 1/C | | | | | | | | | |
| 2004 | FALL | 1/C | .00 | | .00 | | | | | | Probation |
| 2004 | SUMMER | 1/C | 4.00 | 2.20 | .00 | 2.56 | | | | | |
| 2003 | SPRING | 2/C | 1.74 | 2.20 | 1.97 | 2.56 | 1018 | 946 | 952 | 952 | BOARD CASE - RETAINED AFTER APPEAL |
| 2003 | FALL | 2/C | 1.73 | 2.31 | 2.51 | 2.69 | 1026 | 881 | 901 | 862 | |
| 2003 | SUMMER | 2/C | 2.00 | 2.43 | .00 | 2.73 | | | | | |
| 2002 | SPRING | 3/C | 2.38 | 2.35 | 2.44 | 2.73 | 1071 | 809 | 884 | 829 | |
| 2002 | FALL | 3/C | 2.32 | 2.34 | 2.74 | 2.84 | 1096 | 775 | 879 | 747 | |
| 2001 | SPRING | 4/C | 2.44 | 2.35 | 2.72 | 2.89 | 1127 | 788 | 831 | 662 | |
| 2001 | FALL | 4/C | 2.25 | 2.25 | 3.13 | 3.13 | 1138 | 813 | 893 | 741 | |
| 2001 | SUMMER | 4/C | .00 | .00 | .00 | .00 | | | | | |
| 2001 | SUMMER | 4/C | .00 | .00 | .00 | .00 | | | | | |

Records 1 to 12 of 12

# Final Course Grades

| Ac Yr | Sem | Courses and Grades |
|---|---|---|
| 2004 | FALL | NL211 PE406 FE220 NL400 EN200 FE431 |
| 2004 | SUMMER | EE302 A |
| 2003 | SPRING | NL302 B EE302 F EM300 F FG202 B FE331 B PE334 A FE310 B A302 C X302 F |
| 2003 | FALL | PE301 A EE301 D FG201 B FE311 D NS310 C FE363 C A301 C X301 B |
| 2003 | SUMMER | HH206 C |
| 2002 | SPRING | NE203 C FG102 A FE341 A PE202 A SP212 C HH206 F A202 C X202 A |
| 2002 | FALL | SP211 C HH205 D NN204 D FE210 B FG101 A SM230 B PE201 A X201 A A201 B |
| 2001 | SPRING | PE102 A NS100 B HH104 B HE112W D SM221 B SC112 C A102 C X102 A |
| 2001 | FALL | HE111W D SM122 C FP130 B PE101 A NL112 C SC111 B SB251 V A101 B X101 A |
| 2001 | SUMMER | SM121 V |

Records 1 to 10 of 10

# Military Grades/Status

| Ac Yr | Sem | Conduct | PE | Aptitude | Academic Status |
|---|---|---|---|---|---|
| 2003 | SPRING | F | A | C | 2 F'S THIS SEM, THREE F'S WHILE AT USNA |
| 2003 | FALL | B | A | C | |
| 2002 | SPRING | A | A | C | |
| 2002 | FALL | A | A | B | |
| 2001 | SPRING | A | A | C | |
| 2001 | FALL | A | A | B | |

Records 1 to 6 of 6

# Aptitude for Commission Rankings

| Ac Yr | Sem | Company Officer Ranking | Upper Class Ranking | Peer Ranking | Overall Ranking | Mids in Ranking | Ranking Comments |
|---|---|---|---|---|---|---|---|
| 2003 | SPRING | 28 | 26 | 23 | 27 | 28 | View Comments |

Record 1 of 1



2

MIDS IN PERFORMANCE RECORD                    29-Aug-2003

| ALPHA | NAME | | | CO | SSN | PRIOR SERVICE |
|---|---|---|---|---|---|---|
| 046582 | Matthew Kilpatrick Stainback | | | 06 | 231514752 | |

PARENT/GUARDIAN NAME/ADDRESS                 SERVICE SELECTION
HELEN2 & DAVID STAINBACK
5403 N 11TH ROAD
ARLINGTON VA 22205

|  | 4/C | | 3/C | | 2/C | | 1/C | |
|---|---|---|---|---|---|---|---|---|
|  | FALL | SPRING | FALL | SPRING | FALL | SPRING | FALL | SPRING |

APTITUDE FOR COMMISSION
GRADE->   B    C        B    C        C    C

APTITUDE RANKING
CO---->                                    28/28
UPPER->                                     26/28
PEER-->                                     23/28
OVERALL                                     27/28

CONDUCT
DEMS-->  000   000      020   000      040   090
GRADE->   A    A         A    A         B    F

MAJOR OFFENSE(S)
030070 ABUSE OF 4/C INDOC SYSTEM - NOT AMOUNTING TO HAZING
DATE: 07-JUL-2002 DEMERITS: 25 RESTRICTION (DAYS): 060
032181 ABSENT WITHOUT AUTHORITY FROM ACADEMIC CLASS; INTENTIONAL OR DUE
DATE: 28-JAN-2003 DEMERITS: 50 RESTRICTION (DAYS): 040

STRIPERS
                            CO SQD LDR(SU)    CO SECURITY(P)

INTRAMURALS/VARSITY SPORTS
(F) LIGHTWEIGHT CREW   SOCCER      FLAG FOOTBALL     SOCCER (6SIDES)
(W) LIGHTWEIGHT CREW   FIELD BALL  FIELD BALL
(S) LIGHTWEIGHT CREW ( MARATHON    TEAM HANDBALL

ECAs
                            SEMPER FI         SEMPER FI

SUMMER TRAINING (ACTIVITY NAME/CRUISE BLOCK)

|  | 3/C | 2/C | 1/C |
|---|---|---|---|
| YP CRUISE/3 | PLEBE DETAIL (FIRST SET)/2 | LEATHERNECK/1 |
| NTT/4 | SURFACE/1 | SUMMER SCHOOL - MANDATORY/ |
|  | SURFACE CRUISE-PACIFIC/1 |  |
|  | SUMMER SCHOOL - MANDATORY/ |  |

## View Minor Conduct Offenses

## View Aptitude for Commission Ranking Comments



| Help | Return | MIDS Home | General Academics | Academic Center |
|---|---|---|---|---|
| Academic Dean | Commandant's Staff | Department Chair | Faculty | Logistics |
| Midshipmen | MISO | Mid Personnel Office | OPS Schedules | ProDev |
| Physical Education | Registrar | | | |

00008                    ENCLOSURE (2)

**Chronological Record of Counseling, Letters of Instruction, and FITREP's**

## Fourth Class Year

| Date | Document | Signed By |
|------|----------|-----------|
| 14 JUL 00 | Counseled – Initial Plebe Summer (1st set) | Squad Leader |
| 16 JUL 00 | Counseled | Squad Leader |
| 23 JUL 00 | FITREP comments – Plebe Summer | Company Officer |
| 08 AUG 00 | Counseled – Initial Plebe Summer (2nd set) | Squad Leader |
| 16 AUG 00 | FITREP comments – Plebe Summer | Company Officer |
| 23 AUG 00 | Counseled – Initial (Academic Year) | Squad Leader |
| 12 OCT 00 | Counseled | Squad Leader |
| 17 OCT 00 | Counseled | Squad Leader |
| 16 DEC 00 | FITREP | Company Officer |
| 23 JAN 01 | Counseled | Squad Leader |
| 01 FEB 01 | Counseled | Company Officer |
| 07 MAR 01 | Counseled | Squad Leader |
| 01 MAY 01 | FITREP | Company Officer |

## Third Class Year

| Date | Document | Signed By |
|------|----------|-----------|
| 26 JUL 01 | FITREP | YP CO |
| 10 OCT 01 | Conduct Offense- Minor | |
| 11 OCT 01 | Counseled | Senior Enlisted |
| 23 OCT 01 | Conduct Offense- Minor | |
| 14 DEC 01 | FITREP | Company Officer |

| 29 APR 02 | FITREP | Company Officer |
| 11 MAY 02 | MAPR - HH206 | Professor Kolp |

## Second Class Year

| Date | Document | Signed By |
|------|----------|-----------|
| 07 JUL 02 | Conduct Offense- Major | |
| 15 OCT 02 | Conduct Offense- Minor | |
| 02 DEC 02 | Conduct Offense- Minor | |
| 19 DEC 02 | FITREP | Company Officer |
| 28 JAN 03 | Conduct Offense- Major | |
| 03 APR 03 | Conduct Offense- Minor | |
| 04 APR 03 | Counseled | Senior Enlisted |
| 07 APR 03 | Letter Of Instruction | Company Officer |
| 29 APR 03 | Conduct Offense- Minor | |
| 30 APR 03 | FITREP | Company Officer |
| 09 MAY 03 | MAPR - EE302 | Professor Hutchins |
| 12 MAY 03 | Counseled | Company Officer |
| 12 MAY 03 | MAPR – EM300 | Professor Spenceley |

## First Class Year

| 01 JUL 03 | Counseled | Senior Enlisted |
| 03 JUL 03 | Conduct Offense- Major | |
| 27 AUG 03 | Counseled | Company Commander |

2

00010

28 AUG 2003

From: 6th Company Officer
To:    Brigade Aptitude Board
Via:   Aptitude Officer

Subj: MENTAL HEALTH EVALUATION FOR 1/C MATTHEW STAINBACK

1. 1/C Stainback was seen by LCDR Werbel at the Midshipman Development Center twice during the Spring 2003 Semester. After evaluating 1/C Stainback, he determined that he has no significant psychological factors that would be affecting his performance and aptitude.

M.A. McKenna
LT    USNR

00011                          ENCLOSURE (4)

## Chronological Listing of Midshipman Stainback's Performance

### Fourth Class Year

| | |
|---|---|
| 14 JUL 00 | Counseled – Initial Plebe Summer (1st set). Physically strong, however bearing needs improvement. |
| 16 JUL 00 | Counseled. No Performance issues. |
| 23 JUL 00 | FITREP comments – Plebe Summer. Grade: B. His motivation carries over to other squad members. Consistently has a bearing problem while standing at attention and keeping his eyes in the boat. |
| 08 AUG 00 | Counseled – Initial Plebe Summer (2nd set). Bearing still a weakness but performance noted as improving. |
| 16 AUG 00 | FITREP comments – Plebe Summer. Grade: B. Lacking in both military and professional knowledge. Bearing has consistently been a weakness. Maintains a high degree of motivation and has the desire to do well at USNA. |
| 23 AUG 00 | Counseled – Initial (Academic Year). No performance issues. |
| 12 OCT 00 | Counseled by Squad Leader. No performance issues. |
| 17 OCT 00 | Counseled: Unsatisfactory Performance in the Six-Week Professional Test and in training as a fourth-class in the company. |
| 16 DEC 00 | FITREP comments – Grade: B. Conduct Grade: A. Balanced varsity athletics with other duties. Proved to be mature as well as a team player. |
| 23 JAN 01 | Counseled by Squad Leader. No performance issues. |
| 01 FEB 01 | Counseled by Company Officer. Initial Counseling: No performance issues. |
| 07 MAR 01 | Counseled by Squad Leader. No performance issues. |
| 01 MAY 01 | FITREP comments – Grade: C. Conduct Grade: A Dedicated to being a team player. Extremely physically fit. Performed well as fourth-class security officer. Ranked in the bottom quartile of his class in the company. |

00012

ENCLOSURE (5)

## Third Class Year

26 JUL 01      FITREP comments – Grade: B. Proved to be a good ship-handler and was a good addition to YP 700 while training over the summer.

10 OCT 01      Conduct Offense – Minor Effect. Repeatedly failed to maintain Bravo room standards even after an Alpha room inspection. Awarded four area tours and 10 demerits.

11 OCT 01      Counseled by Senior Enlisted Advisor. Initial Counseling: No performance issues.

23 OCT 01      Conduct Offense – Minor Effect. Absent from class. Awarded four area tours.

14 DEC 01      FITREP comments – Grade: B. Conduct Grade: A
His example and interaction with plebes has resulted in their exceptional performance. Took on a position of responsibility as third-class ADEO. Had the courage and insight to administer CPR to a man having a heart attack and thus saved his life.

29 APR 02      FITREP comments – Grade: C. Conduct Grade: A
Sets the example with good uniform standards and has been a positive mentor for the plebes in the company. Has provided assistance to the upper-class in the company whenever it was needed. Has performed all of his duties with competence and vigor.

11 MAY 02      MAPR from Professor Kolp, HH206. Reported that MIDN Stainback received an F in the class because he failed to turn in three out of four papers and received a D in the Final Exam.

## Second Class Year

07 JUL 02      Conduct Offense – Major Effect. Engaged in unprofessional conduct towards two fourth-class midshipmen during plebe summer. Awarded 75 demerits, 60 days of restriction, 20 tours, 30 hours of extra duty and five months loss of privileges.

15 OCT 02      Conduct Offense – Minor Effect. Absent from class. Awarded five demerits and two area tours.

2

00013

| | |
|---|---|
| 02 DEC 02 | Conduct Offense – Minor Effect.  Failure to turn in Intramural equipment.  Awarded ten demerits and two tours. |
| 19 DEC 02 | FITREP comments – Grade: C.  Conduct Grade: B.  Expresses a high degree of motivation and it is obvious to everyone surrounding him that he cares about the Academy and the Naval service.  Served as assistant PMO and woke up early on numerous occasions to help with remedial PT.  Coached an intramural team as a second-class.  Uniform standards are declining. |
| 28 JAN 03 | Conduct Offense – Major Effect.  Beginning on this date, MIDN Stainback was UA from 8 classes and tardy from one class.  Awarded 50 demerits, 40 days of restriction (15 sus), and 40 days loss of privileges (10 sus). |
| 03 APR 03 | Conduct Offense – Minor Effect.  Overslept thus missing the 0630 Restriction muster.  Awarded 15 demerits. |
| 04 APR 03 | Counseled by Senior Enlisted Advisor.  Substandard Appearance and room conditions were discussed.  MIDN Stainback was told not to be on any more delinquency lists that were sent out to Company Officers and Company Senior Enlisted. |
| 07 APR 03 | Letter Of Instruction from Company Officer.  Due to substandard performance of duties, directed to conduct weekly counseling sessions with squad leader.  Problem areas include academics in the form of turning in assignments on time, and accountability in the form of attending mandatory formations and events. |
| 29 APR 03 | Conduct Offense – Minor Effect.  Missed a Restriction muster.  Awarded 25 demerits. |
| 30 APR 03 | FITREP comments – Grade: C.  Conduct Grade: F.  Ranking: Co. Officer 28/28 Upper Class 26/28  Peers 23/28  Overall 27/28  Must continue to work on accountability.  Dedicated to being physically fit.  Attended numerous Saturday morning training evolutions and has been a positive influence on the fourth-class in the company. |
| 09 MAY 03 | MAPR from Professor Hutchins, EE302.  Described MIDN Stainback's effort and initiative in the class as UNSAT.  Recommended MIDN Stainback for retention but recommended extensive counseling to improve his performance. |

3

00014

| | |
|---|---|
| 12 MAY 03 | Counseled by Company Officer: Notified that record would be reviewed by an Academic Board. |
| 12 MAY 03 | MAPR from Professor Spenceley, EM300. Described MIDN Stainback as being disingenuous after he did not show up to numerous appointments made with the teacher. |

**First Class Year**

| | |
|---|---|
| 01 JUL 03 | Counseled by Senior Enlisted Advisor: Praised for his hard work over summer school and receiving the only A in EE302. MIDN Stainback has improved his accountability and performed well as a Platoon Commander in the Summer School Company. |
| 03 JUL 03 | Conduct Offense – Major Effect. Arrested for trespassing at a concert. Expelled from the concert after urinating in public. When he returned to the premises he was taken into custody by the concert security staff. Awaiting Commandant Hearing. |
| 27 AUG 03 | Counseled by Company Commander: Overall standards are improving. Performance, Conduct, and Academics were discussed. He has taken an interest in becoming more involved in the company and the Brigade. |

4

## COUNSEL AND GUIDANCE INTERVIEW RECORD

Date: _14 Jun 00_

1. Midshipman _4/c Starbach_    Class _04_    Company 15

2. Areas discussed:    [ ] Academic        [ ] Conduct
                       [X] Performance     [ ] Other

3. Trend of Performance:  [ ] Improving      [ ] Declining
                          [X] Consistent     [ ] N/A

4. Pertinent Observations/Comments:

   STRENGTHS                        WEAKNESSES
   PT                               Rates
   Room standards                   Bearing

5. Narrative summary (problems discussed and recommended courses of action, evaluation of performance, etc):

Relaxation and concentration during rates.

Bearing - is improving but needs more work.

| Reviewer | Initial | Date |
|----------|---------|------|
| Co Ofcr  |         | 14 Jul 00 |
| L/L Ofcr |         | 15 Jul 00 |
| Sqd Ldr  |         | 7-14 |
| Midn     | MVS     | 7-14 |

_____ 4/c Vogel
Interviewer
(Continue on back if necessary)

Exhibit 6-3-5

000:6

6-3-31

## COUNSEL AND GUIDANCE INTERVIEW RECORD

Date: _16 Jul 00_

1. Midshipman _4/c Stainback_ Class _04_ Company _15_

2. Areas discussed:      [ ] Academic        [ ] Conduct
                         [X] Performance     [ ] Other

3. Trend of Performance: [ ] Improving       [ ] Declining
                         [X] Consistent      [ ] N/A

4. Pertinent Observations/Comments:

         STRENGTHS                    WEAKNESSES
         Motivation                   Bearing
                                      Uniform Standards

5. Narrative summary (problems discussed and recommended courses
of action, evaluation of performance, etc):

4/c Stainback has average rate knowledge.
Although 4/c Stainback has problems
keeping his eyes in the boat, his
motivation to do well is extremely
high, which carries over into his personal
conduct in the hall.

| Reviewer | Initial | Date |
|----------|---------|------|
| Co Ofcr  | UNEW    | 16Jul00 |
| L/L Ofcr | MWH     | 17JUL00 |
| Sqd Ldr  | SVU     | 16Jul |
| Midn     | AKC     | 7/16/00 |

_4/c VOGEL_
**Interviewer**
(Continue on back if necessary)

00017

**Exhibit 6-3-5**

6-3-31

| STAINBACK, MATTHEW K | | | MIDN 4/C | | 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 SSN: |
|---|---|---|---|---|---|

| 4. Alpha Code: | 5. UIC | | 6. Ship / Station / Academic Year Company | | |
|---|---|---|---|---|---|
| 045934 | 00161 | | USNA ANNAPOLIS MD 21412 | | |

| 7. Occasion for Report: | | | Period of Report: | |
|---|---|---|---|---|
| Periodic [X] | Special [ ] | | 8. From: 00JUN30 | 9. To: 00JUL23 |

| 10. Type of Report: | | | 11. Physical Readiness: |
|---|---|---|---|
| Regular [X] | Concurrent [ ] | | I/A |

| 12. Reporting Senior (Last, FI MI): | 13. Grade: | 14. Desig: | 15. Title: | 16. SSN: |
|---|---|---|---|---|
| HAMILTON, BRANDON W | M / LT | 012490 | COMPANY COMMANDER | |

**17. Command Employment and Command Achievements:**

Training of Midshipmen

**18. Primary/Collateral/Watch standing Duties:**

PRI: SQD MEMBER-1    COLL: NONE    WATCH: CMOD-1

| PERFORMANCE CHARACTERISTICS | Evaluated | NOB | 1.0 Below Standards | 2.0 Met Standards | 3.0 Above Standards | 4.0 Exceeds Standards |
|---|---|---|---|---|---|---|
| 19. MILITARY BEARING/ CONDUCT/ SOBRIETY/ PUNCTUALITY | Personal | [ ] | [ ] | [X] | [ ] | [ ] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |
| 20. PLANNING/ ORGANIZATION/ DELEGATION | Personal | [ ] | [ ] | [X] | [ ] | [ ] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |
| 21. EQUAL OPPORTUNITY | Personal | [ ] | [ ] | [X] | [ ] | [ ] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |
| 22. SUPERVISING/ DEVELOPING SUBORDINATES | Personal | [ ] | [ ] | [X] | [ ] | [ ] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |
| 23. MATURITY | Personal | [ ] | [ ] | [X] | [ ] | [ ] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |
| 24. QUALIFICATIONS AND WATCHSTANDING | Personal | [ ] | [ ] | [X] | [ ] | [ ] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |
| 25. TEAMWORK | Personal | [ ] | [ ] | [ ] | [X] | [ ] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |
| 26. VERBAL AND WRITTEN COMMUNICATION | Personal | [ ] | [ ] | [ ] | [X] | [ ] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |

USNA-BBA 1610/1 (Rev. 8-98)

3

000

| 1. Name (Last, First, MI Suffix) STAINBACK, MATTHEW K | | | 2. Grade: MIDN 4/C | | 3. SSN 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 | |
|---|---|---|---|---|---|---|
| PERFORMANCE CHARACTERISTICS | Evaluated | NOB | 1.0 Below Standards | 2.0 Met Standards | 3.0 Above Standards | 4.0 Exceeds Standards |
| 27. DECISION MAKING | Personal | [ ] | [ ] | [X] | [ ] | [ ] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |
| 28. PROFESSIONAL ETHICS | Personal | [ ] | [ ] | [ ] | [X] | [ ] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |
| 29. PHYSICAL DEVELOPMENT | Personal | [ ] | [ ] | [ ] | [ ] | [X] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |
| 30. LEADERSHIP DEVELOPMENT | Personal | [ ] | [ ] | [X] | [ ] | [ ] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |

31. I recommend screening this individual for leadership positions as follows (maximum of two):

BATTALION COMMANDER, COMPANY COMMANDER

Recommendations may be for competitive training cruises of leadership billets such as: Brigade Commander, Regimental Commander, Platoon Commander, etc.

32. COMMENTS ON PERFORMANCE. *All 4.0 and 1.0 marks must be specifically substantiated in comments. No numerical ranking permitted. Comments must be verifiable. Bold, underlined, italic, or other highlighted type is prohibited. Font must be 10 to 12 pitch only. Use upper and lower case.

MIDN 4/C Stainback has demonstrated a strong desire to do well while here at the Academy.

MIDN 4/C Stainback constantly maintains a high degree of motivation that carries over to the rest of the squad.

MIDN 4/C Stainback has a problem maintaining bearing while at attention. He has difficulty keeping his eyes in the boat for extended periods of time.

| Promotion Recommendation: | NOB | Unfit | Bottom Quartile | Third Quartile | Second Quartile | Top Quartile | 35. Signature of Reporting Senior: |
|---|---|---|---|---|---|---|---|
| 33. Individual | | | | | X | | Brandon Hamilton |
| 34. Summary | | | 18 | 20 | 21 | 19 | Date: 22 JUL 00 |

36. Signature of Senior Enlisted: Dr Campbell BSC(N)
Date: 22 Jul 00

37. Signature of Company Officer: W.E. Whitehell, LT   22 JUL 00
Date:

38. Performance Grade: B

39. Signature of individual evaluated. "I have seen this report, have been appraised of my performance, and understand my right to make a statement." Matthew K Stainback
I intend to [ ]  I do not intend to [M] submit a statement.   Date: 22 Jul 00

USNA-BBA 1610/1 (Rev. 8-98)

00019

## COUNSEL AND GUIDANCE INTERVIEW RECORD

Date: 08 AUG 00

1. Midshipman 4/c Stainback      Class 2004   Company H-15

2. Areas discussed:      [ ] Academic        [ ] Conduct
                         [X] Performance     [ ] Other

3. Trend of Performance: [X] Improving       [ ] Declining
                         [ ] Consistent      [ ] N/A

4. Pertinent Observations/Comments:

<u>STRENGTHS</u>                          <u>WEAKNESSES</u>
- Very motivated                  - common knowledge (history)
- good shape                      - below average bearing
- Average rates

5. Narrative summary (problems discussed and recommended courses
of action, evaluation of performance, etc):

Stainback understands his weaknesses and what he needs
to do in order to improve. He agrees with me on
his strengths + weaknesses. He understands that he needs
to help out other members in his squad.

| Reviewer | Initial | Date |
|----------|---------|------|
| Co Ofcr  | Unknw   | 22 Aug 00 |
| L/L Ofcr | gk      | 16 Aug 00 |
| Sqd Ldr  | BRW     | 08 Aug 00 |
| Midn     | MKS     | 08 Aug 00 |

Brian R White
Brian R Whitten
Interviewer
(Continue on back if necessary)

00020

Exhibit 6-3-5

6-3-31

| 1. Name (Last, First MI, Suffix): | | | 2. Grade: | 3. SSN: |
|---|---|---|---|---|
| STAINBACK, MATTHEW K | | | MIDN 4/C | 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 |

| 4. Alpha Code: | 5. UIC | 6. Ship / Station / Academic Year Company | |
|---|---|---|---|
| 045934 | 00161 | USNA ANNAPOLIS MD 21412 | |

| 7. Occasion for Report: | | | Period of Report: | |
|---|---|---|---|---|
| Periodic | Special | | 8. From: | 9. To: |
| [X] | [ ] | | 23JUL00 | 16AUG00 |

| 10. Type of Report: | | | 11. Physical Readiness: |
|---|---|---|---|
| Regular | Concurrent | | |
| [X] | [ ] | | I/A |

| 12. Reporting Senior (Last, FI MI): | 13. Grade: | 14. Desig: | 15. Title: | 16. SSN: |
|---|---|---|---|---|
| CONKLIN, JAMES PATRICK | M / LT | 011188 | COMPANY COMMANDER | |

17. Command Employment and Command Achievements:

TRAINING OF MIDSHIPMEN

18. Primary/Collateral/Watch standing Duties:

PRI: SQD MEMBER-1    COLL: NONE    , WATCH: CMOD-1

| PERFORMANCE CHARACTERISTICS | Evaluated | NOB | 1.0 Below Standards | 2.0 Met Standards | 3.0 Above Standards | 4.0 Exceeds Standards |
|---|---|---|---|---|---|---|
| 19. MILITARY BEARING/ CONDUCT/ SOBRIETY/ PUNCTUALITY | Personal | [ ] | [ ] | [X] | [ ] | [ ] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |
| 20. PLANNING/ ORGANIZATION/ DELEGATION | Personal | [ ] | [ ] | [X] | [ ] | [ ] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |
| 21. EQUAL OPPORTUNITY | Personal | [ ] | [ ] | [X] | [ ] | [ ] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |
| 22. SUPERVISING/ DEVELOPING SUBORDINATES | Personal | [X] | [ ] | [ ] | [ ] | [ ] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |
| 23. MATURITY | Personal | [ ] | [ ] | [X] | [ ] | [ ] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |
| 24. QUALIFICATIONS AND WATCHSTANDING | Personal | [ ] | [ ] | [X] | [ ] | [ ] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |
| 25. TEAMWORK | Personal | [ ] | [ ] | [ ] | [X] | [ ] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |
| 26. VERBAL AND WRITTEN COMMUNICATION | Personal | [ ] | [ ] | [ ] | [X] | [ ] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |

USNA-BBA 1610/1 (Rev. 8-99)

7

00021

STAINBACK, MATTHEW K

2. Grade: MIDN 4/C

3. SSN: 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

| PERFORMANCE CHARACTERISTICS | Evaluated | NOB | 1.0 Below Standards | 2.0 Met Standards | 3.0 Above Standards | 4.0 Exceeds Standards |
|---|---|---|---|---|---|---|
| 27. DECISION MAKING | Personal | [ ] | [ ] | [X] | [ ] | [ ] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |
| 28. PROFESSIONAL ETHICS | Personal | [ ] | [ ] | [ ] | [X] | [ ] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |
| 29. PHYSICAL DEVELOPMENT | Personal | [ ] | [ ] | [ ] | [ ] | [X] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |
| 30. LEADERSHIP DEVELOPMENT | Personal | [ ] | [ ] | [X] | [ ] | [ ] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |

31. I recommend screening this individual for leadership positions as follows (maximum of two):

BATTALION COMMANDER, COMPANY COMMANDER

Recommendations may be for competitive training cruises of leadership billets such as: Brigade Commander, Regimental Commander, Platoon Commander, etc.

32. COMMENTS ON PERFORMANCE. *All 4.0 and 1.0 marks must be specifically substantiated in comments. No numerical ranking permitted. Comments must be verifiable. Bold, underlined, italic, or other highlighted type is prohibited. Font must be 10 to 12 pitch only . Use upper and lower case.

MIDN 4/C STAINBACK has demonstrated a strong desire to do well while here at the Academy.

MIDN 4/C STAINBACK constantly maintains a high degree of motivation that carries over to the rest of the squad.

MIDN 4/C STAINBACK has a problem maintaining bearing while at attention.

MIDN 4/C STAINBACK is lacking in his military and professional knowledge.

29. MIDN 4/C STAINBACK is in excellent physical shape.  He is almost maxing out every aspect of the PRT.

| Promotion Recommendation | NOB | Unfit | Bottom Quartile | Third Quartile | Second Quartile | Top Quartile | 35. Signature of Reporting Senior: |
|---|---|---|---|---|---|---|---|
| 33. Individual | | | | | X | | |
| 34. Summary | | | 18 | 19 | 19 | 20 | Date: 16 AUG 00 |

36. Signature of Senior Enlisted:  NAFC(SW)    Date: 8/15/00

37. Signature of Company Officer:  W.E. Witchell, LT  16 AUG 00    Date:

Matthew K. Stainback

B

00022

## COUNSEL AND GUIDANCE INTERVIEW RECORD

**Date:** 23 Aug 00

1. Midshipman 4/c *Stainback*   Class 2004   Company 15

2. Areas discussed:    [✓] Academic        [✓] Conduct
                       [✓] Performance     [ ] Other

3. Trend of Performance: [ ] Improving     [ ] Declining
                         [✓] Consistent    [ ] N/A

4. Pertinent Observations/Comments:

| STRENGTHS | WEAKNESSES |
|---|---|
| Motivated | Nervous |
| In shape | |
| Helps others | |

5. Narrative summary (problems discussed and recommended courses
of action, evaluation of performance, etc):

PUT IN A SUMMARY OF YOUR COUNSELING HERE.

We discussed plebe stuff, and I offered some advice
on uniform standards. Seems fairly confident in himself,
although admitted problems getting rates out. Looks
like he will be a good plebe with after he ~~gets~~
gets more experience getting rated.

| Reviewer | Initial | Date |
|---|---|---|
| Co Ofcr | Unqua | 28Aug00 |
| L/L Ofcr | RaNA | 29/8/16 |
| Sqd Ldr | nJs | 22 Aug 00 |
| Midn | MRS | 23 Aug 00 |

_____
Christopher Turmel
Interviewer
(Continue on back if necessary)

Exhibit 6-3-5  6-3-31

00023

COMDTMIDNINST 5400.5A CH-3
20 July 1994

## COUNSEL AND GUIDANCE INTERVIEW RECORD

Date: 12 OCT 00

1. Midshipman 4/c Stainback          Class 2004        Company 15

2. Areas discussed:      [X] Academic          [ ] Conduct
                         [X] Performance       [ ] Other

3. Trend of Performance: [ ] Improving        [ ] Declining
                         [X] Consistent       [ ] N/A

4. Pertinent Observations/Comments:

      STRENGTHS                     WEAKNESSES
   Time Management                Organization
   Physical Education            Face Time in Company
   Academics

5. Narrative summary (problems discussed and recommended courses
of action, evaluation of performance, etc):

   Goals: Midn Stainback has set a goal to achieve a 3.5 or
          higher this semester.  Currently he has a 2.9.
          Midn Stainback wants to earn a 90% or better on his
          professional knowledge quizzes.
          Midn Stainback is working hard to max out the PRT for
          next semester.

   Note: Midn Stainback is a member of the light weight crew
         team.  His commitment to that team has not
         interfered with his pro knowledge, bearing, or
         discipline.  He is to be commended for this feat
         thus far.

| Reviewer | Initial | Date |
|----------|---------|------|
| Co Ofcr  | Calella | 230CT00 |
| L/L Ofcr | MWH     | 240CT00 |
| Sqd Ldr  | AR      | 20CT00 |
| Midn     | Mkc     | 120CT00 |

_____
          Interviewer                    00024
(Continue on back if necessary)

                              Exhibit 6-3-5

6-3-31

# COUNSEL AND GUIDANCE INTERVIEW RECORD

**Date:** 17OCT00

1. Midshipman Stainback    Class 2004    Company 15

2. Areas discussed:    [ ] Academic       [ ] Conduct
                       [x] Performance    [ ] Other

3. Trend of Performance: [ ] Improving     [x] Declining
                         [ ] Consistent    [ ] N/A

4. Pertinent Observations/Comments:

        **STRENGTHS**                    **WEAKNESSES**
    -Professional Bearing          -Professional Knowledge
    -Class Teamwork                -Dedication to personal
                                    professional development

5. Narrative summary (problems discussed and recommended courses
of action, evaluation of performance, etc):

   Midn. Stainback's unsatisfactory performance on the Brigade
Six-Week Professional Test was discussed in depth. Some obstacles
to success that were identified included a focus upon detailed
memorization rather than comprehensive understanding, ineffective
time management in studying for the professional test, and a lack
of dedication to personal professional development. Weaknesses in
the professional test itself and the company training system to
this point were also discussed, and Midn. Stainback provided
constructive criticism that will be beneficial in assuring a
quality professional examination at the twelve-week grading
period. Midn. Stainback will improve his performance through
increasing his focus on professional education both individually
and with his classmates. This will include but is not limited to
performing well on weekly practice pro-quizzes, preparing pro-
reports for the benefit of all fourth class, and engaging his
upperclass more fully at tables in the interest of learning the
material for understanding rather than recitation.

| Reviewer  | Initial | Date      |
|-----------|---------|-----------|
| Co Ofcr   | LAPLA   | 24OCT00   |
| Comp Cdr  | VUAA    | 24OCT00   |
| Co TrainO | tr-1    | 16OCT00   |
| Midn      | MKS     | 18Oct00   |

_Jeffrey M. Shanahan_
JEFFREY M. SHANAHAN
(Continue on back if necessary)

Exhibit 6-3-5    6-3-31

00025

MIDSHIPMAN TRAINING FITNESS REPORT

| 1. Name (Last, First MI, Suffix): STAINBACK, MATTHEW K | | | 2. Grade: MIDN 4/C | | 3. SSN: 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 |
|---|---|---|---|---|---|
| 4. Alpha Code: 045934 | 5. UIC: 00161 | 6. Ship / Station / Academic Year Company: USNA ANNAPOLIS MD 21412 | | | |

| 7. Occasion for Report: | | | Period of Report: | | |
|---|---|---|---|---|---|
| Periodic | Special | | 8. From: 00JUN30 00MAY01 (LATER) | 9. To: 00DEC16 | |
| [X] | [ ] | | | | |

| 10. Type of Report: | | | 11. Physical Readiness: I/A | | |
|---|---|---|---|---|---|
| Regular | Concurrent | | | | |
| [X] | [ ] | | | | |

| 12. Reporting Senior (Last, FI MI): HAMILTON, BRANDON W | 13. Grade: M/LT | 14. Desig: 012490 | 15. Title: 15TH COMPANY COMMANDER | | 16. SSN: |
|---|---|---|---|---|---|

17. Command Employment and Command Achievements:

MIDN TRAINING

18. Primary/Collateral/Watch standing Duties:

PRI: WATCH: CMOD-4 MOM-4 COLL:

| PERFORMANCE CHARACTERISTICS | Evaluated | NOB | 1.0 Below Standards | 2.0 Met Standards | 3.0 Above Standards | 4.0 Exceeds Standards |
|---|---|---|---|---|---|---|
| 19. MILITARY BEARING/ CONDUCT/ SOBRIETY/ PUNCTUALITY | Personal | [ ] | [ ] | [ ] | [X] | [ ] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |
| 20. PLANNING/ ORGANIZATION/ DELEGATION | Personal | [ ] | [ ] | [X] | [ ] | [ ] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |
| 21. EQUAL OPPORTUNITY | Personal | [ ] | [ ] | [ ] | [X] | [ ] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |
| 22. SUPERVISING/ DEVELOPING SUBORDINATES | Personal | [X] | [ ] | [ ] | [ ] | [ ] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |
| 23. MATURITY | Personal | [ ] | [ ] | [ ] | [ ] | [X] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |
| 24. QUALIFICATIONS AND WATCHSTANDING | Personal | [ ] | [ ] | [X] | [ ] | [ ] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |
| 25. TEAMWORK | Personal | [ ] | [ ] | [ ] | [ ] | [X] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |
| 26. VERBAL AND WRITTEN COMMUNICATION | Personal | [ ] | [ ] | [X] | [ ] | [ ] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |

USNA-BBA 1610/1 (Rev. 8-98)

00026

STAINBACK, MATTHEW K.

2. Grade:  MIDN 4/C

3. SSN: 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

| PERFORMANCE CHARACTERISTICS | Evaluated | NOB | 1.0 Below Standards | 2.0 Met Standards | 3.0 Above Standards | 4.0 Exceeds Standards |
|---|---|---|---|---|---|---|
| 27. DECISION MAKING | Personal | [ ] | [ ] | [X] | [ ] | [ ] |
|  | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |
| 28. PROFESSIONAL ETHICS | Personal | [ ] | [ ] | [X] | [ ] | [ ] |
|  | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |
| 29. PHYSICAL DEVELOPMENT | Personal | [ ] | [ ] | [ ] | [X] | [ ] |
|  | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |
| 30. LEADERSHIP DEVELOPMENT | Personal | [ ] | [ ] | [X] | [ ] | [ ] |
|  | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |

31. I recommend screening this individual for leadership positions as follows (maximum of two):

Recommendations may be for competitive training cruises of leadership billets such as: Brigade Commander, Regimental Commander, Platoon Commander, etc.

32. COMMENTS ON PERFORMANCE. * All 4.0 and 1.0 marks must be specifically substantiated in comments. No numerical ranking permitted. Comments must be verifiable. Bold, underlined, italic, or other highlighted type is prohibited. Font must be 10 to 12 pitch only. Use upper and lower case.

23. MIDN STAINBACK has displayed an extraordinary amount of maturity. His ability to balance the rigors of playing a varsity sport, keeping solid grades, and performing plebe duties have been unprecedented. His maturity has positively effected his classmates in the squad.

25. MIDN STAINBACK has proven he is a team player. He has proven this everyday at crew practice, furthermore, he has proven it everyday in the squad. He has always been willing to help his classmates out, and at times has even helped out his squad leader. His affinity for teamwork has shown no end at any point up the chain of command.

MIDN STAINBACK has been a joy to lead this semester. His positive attitude and strong work ethic have rubbed off on those around him.

| Promotion Recommendation | NOB | Unfit | Bottom Quartile | Third Quartile | Second Quartile | Top Quartile | 33. Signature of Reporting Senior: |
|---|---|---|---|---|---|---|---|
| 3. Individual | | | | X | | | *Brian Hanitz* |
| 4. Summary | | | 9 | 9 | 8 | 8 | Date: 3 DEC00 |

6. Signature of Senior Enlisted: *In Campbell AECln* CoDiv 550
Date:

37. Signature of Company Officer: *W.E. cpMtchell, LT   08 DEC00*
Date:

8. Performance Grade:  B

39. Signature of individual evaluated. "I have seen this report, have been appraised of my performance, and understand my right to make a statement." *Matthew K. Stainback*
[ ] I intend to  [ ] I do not intend to  submit a statement.   Date:

USNA-BBA 1610/1 (Rev. 8-98)

00027

14

# COUNSEL AND GUIDANCE INTERVIEW RECORD

**Date:** 23JAN01

1. **Midshipman** Stainback      **Class** 2004      **Company** 15

2. **Areas discussed:**      [x] **Academic**      [x] **Conduct**
                             [x] **Performance**   [ ] **Other**

3. **Trend of Performance:** [ ] **Improving**     [ ] **Declining**
                             [x] **Consistent**    [ ] **N/A**

4. **Pertinent Observations/Comments:**

   **STRENGTHS**                          **WEAKNESSES**
   -Athletics (Lightweight Crew)          -Academics
   -PRT (96%)                             -Time management
   -Work Ethic / Self Discipline          -Procrastination
   -Professional Knowledge
   -Conduct

5. **Narrative summary (problems discussed and recommended courses of action, evaluation of performance, etc):**

   4/c Stainback has a goal to attain a 3.5 SQPR for this semester

   4/c Stainback hopes to make the first or second boat for the lightweight crew team.

   4/c Stainback also hopes to attain an A in military performance.

| Reviewer | Initial | Date |
|----------|---------|------|
| Co Ofcr | _(initial)_ | 06FEB01 |
| L/L Ofcr | _(initial)_ | 05FEB01 |
| Sqd Ldr | _(initial)_ | 24JAN01 |
| Midn | MES | 24 Jan 061 |

_(signature)_  Smith
**Interviewer**
**B. D. Smith**
**(Continue on back if necessary)**

**Exhibit 6-3-5**

00028

15

# MIDSHIPMAN COUNSELING RECORD

MIDN Counseled: 4/c Matthew Stainback          Date: 01 Feb01

(Reason for counseling)

INITIAL    FOLLOW-ON    DEFICIENT    UNSAT    FINAL

| MIDN PAST PERFORMANCE | GRADE/SCORE | GOALS THIS SEMESTER |
|---|---|---|
| Conduct | A | |
| Military Performance | B | A |
| PE | A- | |
| PRT   FALL'01 | 101/101/8:49 | VALIDATE AGAIN NEXT FALL |
| SQPR/CQPR | 2.25 CUMS09 | 2.75 (LT)  3.0 (STAINBACK) |
| Major | MECH/OCEAN ENG | |
| FLAGS | | |
| Summer Training | NTT (CSTS?) / YP | |

## SERVICE SELECTION
?

## OTHER:
| | |
|---|---|
| Past/current Medical Problems | Ø |
| Financial Problems | NO |
| Family Problems | GOOD (FRM ARLINGTON) |
| Sponsor relationship | GREAT RELATIONSHIP (FAMILY FRIEND) |
| Activities/billet in company | 4/c SECURITY OFFICER |
| Sports/ECAs | JV LIGHTWEIGHT CREW |

## DISCUSSED:
Areas for improvement: ACADEMICS, TIME MGMT

Strengths & Bzs: PRT, MATURITY, TEAMWORK

Counselor's Name: Cpl. E. Mitchell, CO

Counselee's Signature: Matt _____

16        00029

## COUNSEL AND GUIDANCE INTERVIEW RECORD

Date: 07MAR01

1. Midshipman Stainback _____  Class 2004 _____  Company 15

2. Areas discussed:     [x] Academic        [x] Conduct
                        [x] Performance      [ ] Other

3. Trend of Performance: [ ] Improving      [ ] Declining
                         [x] Consistent     [ ] N/A

4. Pertinent Observations/Comments:

| STRENGTHS | WEAKNESSES |
|-----------|-----------|
| -Athletics (Lightweight Crew) | -Academics |
| -PRT (96%) | -Time management |
| -Work Ethic / Self Discipline | -Procrastination |
| -Professional Knowledge | |
| -Conduct | |

5. Narrative summary (problems discussed and recommended courses
of action, evaluation of performance, etc):

MIDN Stainback's SQPR lower than he expected at this point.
With a 2.2 he will have to work hard in order to attain his
original goal of 3.5. Since the six week point he is
revising the manner in which he is utilizing his time and
has adopted a system of scheduling his time with a planner.
He feels that this has already improved his grades in the
classes that he has so far performed poorly in.

MIDN Stainback is currently cutting weight in order to
improve his position on the Men's Lightweight Crew Team.
It is difficult to judge whether or not he will be able to
make the first boat for next year, but he feels that he has
been taking all the proper steps to achieve this goal.

MIDN Stainback pro-quiz about average at 80%. He has
turned his attention to his upcoming pro-board, which is
reflected in his most recent pro-quiz score; 90%.

| Reviewer | Initial | Date |
|----------|---------|------|
| Co Ofcr | _unreadable_ | 17 APR01 |
| L/L Ofcr | _unreadable_ | 6 Mar 01 |
| Sqd Ldr | gro | 22 MAR |
| Midn | HKS | 3/22/01 |

_B.D Smith_
Interviewer
B. D. Smith
(Continue on back if necessary)

6-3-31

Exhibit 6-3-S

00030

| 1. Name (Last, First MI, Suffix): STAINBACK, MATTHEW K | | | 2. Grade: MIDN 4/C | | 3. SSN: 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 |
|---|---|---|---|---|---|

| 4. Alpha Code: 046582 | 5. UIC: 00161 | 6. Ship / Station / Academic Year Company: USNA ANNAPOLIS MD 21412 | | | |
|---|---|---|---|---|---|

| 7. Occasion for Report: Periodic [X]   Special [ ] | | Period of Report: | 8. From: 00DEC17 | 9. To: 01MAY01 | |
|---|---|---|---|---|---|

| 10. Type of Report: Regular [X]   Concurrent [ ] | | 11. Physical Readiness: I/A | | | |
|---|---|---|---|---|---|

| 12. Reporting Senior (Last, FI MI): SHANAHAN, JEFFERY M | 13. Grade: M/LT | 14. Desig: 015784 | 15. Title: 15TH COMPANY COMMANDER | | 16. SSN: |
|---|---|---|---|---|---|

**17. Command Employment and Command Achievements:**

MIDN TRAINING

**18. Primary/Collateral/Watch standing Duties:**

PRE MIDN 4/C -5  WATCH: CMOD-5, MOM -5

| PERFORMANCE CHARACTERISTICS | Evaluated | NOB | 1.0 Below Standards | 2.0 Met Standards | 3.0 Above Standards | 4.0 Exceeds Standards |
|---|---|---|---|---|---|---|
| 19. MILITARY BEARING/ CONDUCT/ SOBRIETY/ PUNCTUALITY | Personal | [ ] | [ ] | [X] | [ ] | [ ] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |
| 20. PLANNING/ ORGANIZATION/ DELEGATION | Personal | [ ] | [ ] | [X] | [ ] | [ ] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |
| 21. EQUAL OPPORTUNITY | Personal | [ ] | [ ] | [X] | [ ] | [ ] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |
| 22. SUPERVISING/ DEVELOPING SUBORDINATES | Personal | [X] | [ ] | [X] | [ ] | [ ] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |
| 23. MATURITY | Personal | [ ] | [ ] | [X] | [ ] | [ ] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |
| 24. QUALIFICATIONS AND WATCHSTANDING | Personal | [ ] | [ ] | [X] | [ ] | [ ] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |
| 25. TEAMWORK | Personal | [ ] | [ ] | [X] | [ ] | [ ] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |
| 26. VERBAL AND WRITTEN COMMUNICATION | Personal | [ ] | [ ] | [X] | [ ] | [ ] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |

USNA-BBA 1610/1 (Rev. 8-96)

00031

| 1. Name (Last, First M.I. Suffix)<br>STAINBACK, MATTHEW K | | | 2. Grade<br>MIDN 4/C | | 3. SSN<br>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 | |
|---|---|---|---|---|---|---|
| PERFORMANCE<br>CHARACTERISTICS | Evaluated | NOB | 1.0<br>Below Standards | 2.0<br>Met Standards | 3.0<br>Above Standards | 4.0<br>Exceeds Standards |
| 27.<br>DECISION MAKING | Personal | [ ] | [ ] | [X] | [ ] | [ ] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |
| 28.<br>PROFESSIONAL<br>ETHICS | Personal | [ ] | [ ] | [X] | [ ] | [ ] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |
| 29.<br>PHYSICAL<br>DEVELOPMENT | Personal | [ ] | [ ] | [X] | [ ] | [ ] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |
| 30.<br>LEADERSHIP<br>DEVELOPMENT | Personal | [ ] | [ ] | [X] | [ ] | [ ] |
| | Subordinate | [X] | [ ] | [ ] | [ ] | [ ] |

31. I recommend screening this individual for leadership positions as follows (maximum of two):

DIVE SCHOOL, JUMP SCHOOL

Recommendations may be for competitive training cruises of leadership billets such as: Brigade Commander, Regimental Commander, Platoon Commander, etc.

32. COMMENTS ON PERFORMANCE. *All 4.0 and 1.0 marks must be specifically substantiated in comments. No numerical ranking permitted. Comments must be verifiable. Bold, underlined, italic, or other highlighted type is prohibited. Font must be 10 to 12 pitch only. Use upper and lower case.

25. MIDN Stainback has shown himself to be a great asset to the fourth class midshipman in 15th Company by his diligent work on the company boards and the moral support which he has shown to his shipmates throughout the semester.

26. MIDN Stainback constantly demonstrates his ability to communicate his opinions in a fashion which is both clear and assertive.

29. MIDN Stainback has shown his dedication to his physical development in the amount of time (26-40 hours a week) he puts into Varsity Lightweight Crew.

MIDN Stainback shows his dedication to 15th company in his efforts as 4/C Security Officer.

| Promotion<br>Recommendation | NOB | Unfit | Bottom<br>Quartile | Third<br>Quartile | Second<br>Quartile | Top<br>Quartile | 35. Signature of Reporting Senior: |
|---|---|---|---|---|---|---|---|
| 33. Individual | | | X | | | | |
| 34. Summary | | | 9 | 9 | 8 | 8 | Date: 30 APR 01 |

| 36. Signature of Senior Enlisted:<br>Date: 5/10/01 | 37. Signature of Company Officer:<br>LT, 30 APR 01 |
|---|---|
| 38. Performance Grade:<br>C | 39. Signature of individual evaluated. "I have seen this report, have been appraised of my performance, and understand my right to make a statement."<br>Date: 01 May 01<br>I intend to [ ]   I do not intend to [ ]   submit a statement. |

USNA-BBA 1610/1 (Rev. 8-96)

00032

| 1. Name (Last, First MI) Suffix STAINBACK, MATTHEW | | 2. Grade/Rate 3/C | 3. ... | 4. SSN 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 |
|---|---|---|---|---|

| 5. ACT [X] | TAR | INACT 265 | AT/ADSW/ | 6. UIC | 7. Ship/Station | | 8. Promotion Status | 9. Date Reported 01JUL26 |
|---|---|---|---|---|---|---|---|---|
| | | | | | YP 700-3B | | | |

| Occasion for Report | | | | | | Period of Report | |
|---|---|---|---|---|---|---|---|
| 10. Periodic | 11. Detachment of Individual [X] | 12. Detachment of Reporting Senior | | 13. Special | | 14. From: 01JUL05 | 15. To: 01JUL26 |
| 16. Not Observed Report | Type of Report | | | | | 20. Physical Readiness | 21. Billet Subcategory (if any) |
| | 17. Regular | 18. Concurrent | | 19. Ops Cdr | | | |

| 22. Reporting Senior (Last, FI MI) LAMBLIN, M C | 23. Grade O 3 | 24. Desig | 25. Title | | 26. UIC | 27. SSN |
|---|---|---|---|---|---|---|

**28. Command employment and command achievements.**

**29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)**

| For Mid-term Counseling Use. (When completing FITREP, enter 30 and 31 from counseling record, sign 32.) | 30. Date Counseled | 31. Counselor | 32. Signature of Individual Counseled |
|---|---|---|---|

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL EXPERTISE: Professional proficiency, and qualifications. NOB ☐ | -Lacks basic professional knowledge to perform effectively. -Cannot apply basic skills. -Fails to develop professionally or achieve timely qualifications. ☐ | ☐ | -Has thorough professional knowledge. -Competently performs both routine and new tasks. -Steadily improves skills, achieves timely qualifications. ☐ | [X] | -Recognized expert, sought after to solve difficult problems. -Exceptionally skilled, develops and executes innovative ideas. -Achieves early/highly advanced qualifications. ☐ |
| 34. EQUAL OPPORTUNITY: Fairness, respect for human worth. NOB ☐ | -Displays personal bias or engages in harassment. -Tolerates bias, unfairness or harassment in subordinates. -Lacks respect for EO objectives. -Interferes with order and discipline by disregarding rights of others. ☐ | ☐ | -Always treats others with fairness and respect. -Does not condone bias or harassment in or outside of workplace. -Supports Navy EO objectives. -Contributes to unit cohesiveness and morale. [X] | ☐ | -Admired for fairness and human respect. -Ensures a climate of fairness and respect for human worth. -Pro-active EO leader, achieves concrete EO objectives. -Leader and model contributor to unit cohesiveness and morale. ☐ |
| 35. MILITARY BEARING/ CHARACTER: Appearance, conduct, Physical fitness, adherence to Navy Core Values. NOB ☐ | -Consistently unsat appearance. -Unsatisfactory demeanor/conduct. -Unable to meet one or more physical readiness standards. -Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. ☐ | ☐ | -Excellent personal appearance. -Excellent demeanor or conduct. -Complies with physical readiness program, within all standards. -Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. ☐ | [X] | -Exemplary personal appearance. -Exemplary representative of Navy. -Excellent or outstanding PRT. A leader in physical readiness. -Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. ☐ |
| 36. TEAMWORK: Contributions to team building and team results. NOB ☐ | -Creates conflict, unwilling to work with others, puts self above team. -Fails to understand team goals or teamwork techniques. -Does not take directions well. ☐ | ☐ | -Reinforces others' efforts, meets personal commitments to team. -Understands team goals, employs good teamwork techniques. -Accepts and offers team direction. ☐ | [X] | -Team builder, inspires cooperation and progress. -Talented mentor, focuses goals and techniques for team. -The best at accepting and offering team direction. ☐ |
| 37. MISSION ACCOMPLISHMENT AND INITIATIVE: Taking initiative, planning, Prioritizing, achieving mission. NOB ☐ | -Lacks initiative. -Unable to plan or prioritize. -Does not maintain readiness. -Fails to get the job done. ☐ | ☐ | -Takes initiative to meet goals. -Plans/prioritizes effectively. -Maintains high state of readiness. -Always gets the job done. ☐ | [X] | -Develops innovative ways to accomplish mission. -Plans/prioritizes with exceptional skill and foresight. -Maintains superior readiness, even with limited resources. -Gets jobs done earlier and far better than expected. ☐ |

NAVPERS 16102 (7-05)

00033

| 1. Name (Last, First MI Suffix) STAINBACK, MATTHEW | | 2. Grade/Rate 3/C | 3. | | 4. SSN 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 |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0* Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. | -Fails to motivate, train or develop subordinates.<br>-Fails to organize, creates problems for subordinates.<br>-Does not set or achieve goals relevant to command mission.<br>-Lacks ability to cope with or tolerate stress.<br>-Inadequate communicator.<br>-Tolerates hazards or unsafe practices.<br>-Does not attend to welfare of subordinates.<br>NOB ☐ | | -Effectively motivates, trains and develops subordinates.<br>-Organizes successfully, solves problems as they occur.<br>-Sets/achieves useful, realistic goals which support command mission.<br>-Performs well in stressful situations.<br>-Clear, timely communicator.<br>-Ensures safety of personnel and equipment.<br>-Routinely considers subordinates' personal and professional welfare. | ☒ | -Inspiring motivator and trainer, consistently builds winners.<br>-Superb organizer, great foresight, gets ahead of problems.<br>-Leadership achievements dramatically further command mission.<br>-Perseveres through the toughest challenges and inspires others.<br>-Exceptional communicator.<br>-Makes subordinates safety-conscious, maintains top safety record.<br>-Constantly improves the personal and professional lives of others.<br>☐ |
| 39. TACTICAL PERFORMANCE: (Warfare qualified officers only) Basic and tactical employment of weapons systems. | -Has difficulty attaining qualification expected for the rank or experience.<br>-Has difficulty in ship(s), aircraft or weapons systems employment; Below others in knowledge and employment.<br>-Warfare skills in specialty are below standards compared to others of same rank and experience.<br>NOB ☒ | | -Attains qualifications as required and expected.<br>-Capably employs ship(s), aircraft, or weapons systems. Equal to others in warfare knowledge and employment.<br>-Warfare skills in specialty equal to others of same rank and experience.<br>☐ | ☐ | -Fully qualified at appropriate level for rank and experience.<br>-Innovatively employs ship(s), aircraft, or weapons systems. Well above others in warfare knowledge and employment.<br>-Warfare skills in specialty exceed others of same rank and experience.<br>☐ |

40. I recommend screening this individual for next career milestone(s) as follows: (maximum of two)
Recommendations may be for competitive schools or duty assignments such as: LCPO, DEPT CPO, SEA, CMC, CWO, LDO, Dept Head, XO, OIC, CO, Major Command, War College, PG School.

41. COMMENTS ON PERFORMANCE: * All 5.0 and 1.0 marks must be specifically substantiated in comments. Comments must be verifiable. Bold, underlined, italic, or other highlighted type is Prohibited. Font must be 10 or 12. Pitch (10 or 12 Point) only. Use upper and lower case.
DID NOT SUFFER FROM ANY OBSERVABLE SYMPTOMS OF MOTION SICKNESS.
RULES OF THE ROAD TEST: 100%
RADIO TRANSMISSION PROCEDURES TEST: 92%
STANDARD COMMANDS TEST: 98%
JQR COMPLETION: 95%

Mr Stainback was a good performer on YP 700. He was very eager to learn and always wanted to do well. He had a very positive attitude and was ready to do whatever he was told to do next. He proved to be a good shiphandler and took good initiatives at the bridge. He was the first person to stand section leader for any watch on the cruise and he handled everything with professionalism and pride. He executed every duty with timeliness and effectiveness. He should work a little harder on being more assertive and have a bit more command presence when on the bridge.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 44. Reporting Senior Address |
|---|---|---|---|---|---|---|---|
| 42. INDIVIDUAL | | | | | X | | |
| 43. SUMMARY | ✕ | 0 | 0 | 3 | 14 | 4 | |

| 45. Signature of Reporting Senior | 46. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement." |
|---|---|
| _(signature)_ Date: 25 Jul 0? | I intend to submit a statement. ☐    I do not intend to submit a statement. ☑<br>_(signature)_ Date: 25 Jul 0? |

47. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report

00034

NAVPERS 1610-1 (7-95)

# COUNSEL AND GUIDANCE INTERVIEW RECORD

Date: 10/11/01

1. Midshipman 3C Stainback _____ Class 04 Company 6

2. Areas discussed:   [ ] Academic      [ ] Conduct
                      [ ] Performance   [ ] Other

3. Trend of Performance:  [ ] Improving   [ ] Declining
                          [ ] Consistant  [ ] N/A

4. Pertinent Observations/comments:

### STRENGTHS                    WEAKNESSES

— Arlington, VA

5. Narrative summary (problems discussed and recommended courses of action, evaluation of performance, etc.):

— Summer — YPs - 3rd Block - Applied skills from Navigation, Enjoyed Conning.
   NFT — really enjoyed. Wanna-be Sal.

— Academics - 2.4 Econ

— Sports — Lightweight Rower last Year - Intram
   Club Water Polo = Considering going back to crew.

— Goals - ↑ Grades, Company Involvement

| Reviewer | Initial | Date |
|----------|---------|------|
| Co Ofcr  |         |      |
| L/L Ofcr |         |      |
| Sqd Ldr  |         |      |
| Midn     |         |      |

Interviewer
(Continue on back if necessary)

6-3-31

Exhibit 6-3-5

23

EVALUATION REPORT & COUNSELING RECORD (E)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) STAINBACK, MATTHEW K | | 2. Rate M3/C | 3. Desig 046582 | 4. SSN 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 |
|---|---|---|---|---|

| 5. ACT [X] TAR  INACT  AT/ADSW/ 265 | 6. UIC 00161 | 7. Ship/Station USNA ANNAPOLIS MD | | 8. Promotion Status N/A | 9. Date Reported 01JUN30 |
|---|---|---|---|---|---|

| Occasion for Report 10. Periodic [ ] | Detachment 11. of Individual [ ] | Promotion/ 12. Frocking [ ] | 13. Special [X] | Period of Report 14. From: 01MAY26 | 15. To: 01DEC14 |
|---|---|---|---|---|---|

| 16. Not Observed Report [ ] | Type of Report 17. Regular [X] | 18. Concurrent [ ] | 19. | 20. Physical Readiness I/A | 21. Billet Subcategory (if any) NA |
|---|---|---|---|---|---|

| 22. Reporting Senior (Last, FI MI) SHEPPARD, T A | 23. Grade LT | 24. Desig 1130 | 25. Title CO OFF | 26. UIC 00161 | 27. SSN |
|---|---|---|---|---|---|

28. Command employment and command achievements.
MIDN TRAINING

29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)

  3/C MIDN    PRI: DUTIES OF A 3/C MIDSHIPMAN-6.  COLL: 3/C ADEO.  WATCH: CMOD-4;
MAIN OFFICE-4; ROCK WALL WATCH-4.

| For Mid-term Counseling Use. (When completing EVAL, enter 30 and 31 from counseling record, sign 32.) | 30. Date Counseled 01OCT01 | 31. Counselor 2/C DOBBS | 32. Signature of Individual Counseled |
|---|---|---|---|

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro- gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0* Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application. NOB [ ] | - Marginal knowledge of rating, specialty or job. - Unable to apply knowledge to solve routine problems. - Fails to meet advancement/PQS requirements. [ ] | [ ] | - Strong working knowledge of rating, specialty and job. - Reliably applies knowledge to accomplish tasks. - Meets advancement/PQS requirements on time. [X] | [ ] | - Recognized expert, sought out by all for technical knowledge. - Uses knowledge to solve complex technical problems. - Meets advancement/PQS requirements early/with distinction. [ ] |
| 34. QUALITY OF WORK: Standard of work; value of and product. NOB [ ] | - Needs excessive supervision. - Product frequently needs rework. - Wasteful of resources. [ ] | [ ] | - Needs little supervision. - Produces quality work. Few errors and resulting rework. - Uses resources efficiently. [ ] | - Needs no supervision. - Always produces exceptional work. No rework required. - Maximizes resources. [X] | [ ] |
| 35. EQUAL OPPORTUNITY: Fairness, respect for human worth. NOB [ ] | - Displays personal bias or engages in harassment. - Tolerates bias, unfairness or harassment in subordinates. - Lacks respect for EO objectives. - Interferes with order and discipline by disregarding rights of others. [ ] | [ ] | - Always treats others with fairness and respect. - Does not condone bias or harassment in or outside of workplace. - Supports Navy EO objectives. - Contributes to unit cohesiveness and morale. [ ] | - Admired for fairness and human respect. - Ensures a climate of fairness and respect for human worth. - Pro-active EO leader, achieves concrete EO objectives. - Leader and model contributor to unit cohesiveness and morale. [X] | [ ] |
| 36. MILITARY BEARING/ CHARACTER: Appearance, conduct, physical fitness, adherence to Navy Core Values. NOB [ ] | - Consistently unsat appearance. - Unsatisfactory demeanor/conduct. - Unable to meet one or more physical readiness standards. - Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | [ ] | - Excellent personal appearance. - Excellent demeanor or conduct. - Complies with physical readiness program, within all standards. - Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. [X] | [ ] | - Exemplary personal appearance. - Exemplary representative of Navy. - A leader in physical readiness. - Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] |
| 37. PERSONAL JOB ACCOMPLISH- MENT/ INITIATIVE: Responsibility, quantity of work. NOB [ ] | - Needs prodding to attain qualification or finish job. - Prioritizes poorly. - Avoids responsibility. [ ] | [ ] | - Productive and motivated. Completes tasks and qualifications fully and on time. - Plans/prioritizes effectively. - Reliable, dependable, willingly accepts responsibility. [ ] | - Energetic self-starter. Completes tasks or qualifications early, far better than expected. - Plans/prioritizes with exceptional skill and foresight. - Seeks extra responsibility and takes on the hardest jobs. [X] | [ ] |

NAVPERS 1610 (7/97)

EVALUATION REPORT & COUNSELING RECORD (E1-E6, cont'd)    RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) STAINBACK, MATTHEW K | | 2. Rate M3/C | 3. Desig 046582 | 4. SSN 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 |
|---|---|---|---|---|

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0* Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. TEAMWORK: Contributions to team building and teamwork NOB ☐ | -Creates conflict, unwilling to work with others, puts self above team. -Fails to understand team goals or teamwork techniques. -Does not take direction well. ☐ | | -Reinforces others' efforts, meets commitments to team. -Understands goals, employs good teamwork techniques. -Accepts and offers team direction. ☐ | ☒ | -Team builder, inspires cooperation and progress. -Focuses goals and techniques for teams. -The best at accepting and offering team direction. ☐ |
| 39. LEADERSHIP: (Optional for E1-E3) Organizing, motivating and developing others to accomplish goals. NOB ☐ | -Fails to motivate, train or develop subordinates. -Fails to organize, creates problems for subordinates. -Does not set or achieve goals relevant to command mission. -Lacks ability to cope with or tolerate stress. -Inadequate communicator. -Tolerates hazards or unsafe practices. -Does not attend to welfare of subordinates. ☐ | | -Effectively motivates, trains and develops subordinates. -Organizes successfully, solves problems as they occur. -Sets/achieves useful, realistic goals which support command mission. -Performs and leads effectively in stressful situations. -Clear, timely communicator. -Ensures safety of personnel and equipment. -Routinely considers subordinates' personal and professional welfare. ☐ | | -Inspiring motivator and trainer, consistently builds winners. -Superb organizer, great foresight, gets ahead of problems. -Leadership achievements significantly furthers command mission. -Perseveres through the toughest challenges and inspires others. -Exceptional communicator. -Makes subordinates safety-conscious, has top safety record. -Constantly improves the personal and professional lives of others. ☐ |

| 40. Individual Trait Avg. total of unit scores divided by number of graded traits 3.71 | 41. I recommend this individual for (maximum of two): Assignment in Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other: (Be specific) | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have forwarded written explanation of marks 1.0 and 5.0. M/LTJG DELWICHE, S R |
|---|---|---|

43. COMMENTS ON PERFORMANCE: * All 5.0 and 1.0 marks must be specifically substantiated in comments. Comments must be verifiable. Bold, underlined, italic, or other highlighted type is prohibited. Font must be 10 or 12 Pitch (10 or 12 point) only. Use upper and lower case.

- Mr. Stainback's positive attitude at tables contributes greatly to the building of teamwork within the squad. His effective leadership is reflected in his plebe's exceptional performance. ...
- Although Mr. Stainback was often late in turning in his required weekly squad assignments, the quality work he submitted provided great incite into his weekly activities in the company and his plebe's performance. Mr. Stainback also cares a great deal about the success of the squad. He supports the decisions made by his upper class and provides honest, positive feedback. Mr. Stainback also provided a great service to this company by volunteering to be the 3/C ADEO. His work helped remove a lot of the busy work the company ADEO would often be tasked.
- Mr. Stainback is a person of great personal achievement. This was proven at the beginning of the year when he quickly stepped forward to save a man's life by administrating CPR.

44. QUALIFICATIONS/ACHIEVEMENTS - Education, awards, community involvement, etc., during this period.
Navy and Marine Corps Achievement Medal

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 47. Retention: Not Recommended ☐    Recommended ☒ |
|---|---|---|---|---|---|---|---|
| 45. INDIVIDUAL | | | | | ✕ | | 48. Reporting Senior Address |
| 46. SUMMARY | ✕ | | 1 | 12 | 12 | 9 | |

| 49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed the evaluation of this member against these performance standards and have provided written explanation to support the marks of 1.0 and 5.0. *Dougla* M/LT WALLER    Date: 04 JAN 02 | 50. Signature of Reporting Senior *Thos M Oloyd* LT, USN    Date: 16 DEC 01 |
|---|---|
| 51. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement." I intend to submit a statement. ☐   I do not intend to submit a statement. ✓ *Matthew Stainback*    Date: 08 JA 02 | 52. Type name, grade,command, UIC, and signature of regular Reporting Senior on Concurrent Report. AKC (AW) SKIRVIN, S A    Date: 12 |

NAVPERS 1610/2 (7-95)

00037

| 1. Name (Last, First MI suffix) STAINBACK, MATTHEW K | | 2. Rate M3/C | 3. L 046582 | 4. SSN 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 |

| 5. ACT [X] | TAR | INACT | AT/ADSW/ 265 | 6. UIC 00161 | 7. Ship/Station CO 06 USNA | | 8. Promotion Status N/A | 9. Date Reported 00JUN30 |

| Occasion for Report 10. Periodic [X] | Detachment 11. of Individual [ ] | Promotion/ 12. Frocking [ ] | 13. Special [ ] | Period of Report 14. From 01DEC15 | 15. To: 02APR29 |
| 16. Not Observed Report [ ] | Type of Report 17. Regular [X] | 18. Concurrent [ ] | 19. [ ] | 20. Physical Readiness I/A | 21. Billet Subcategory (if any) NA |

| 22. Reporting Senior (Last, FI MI) SHEPPARD, T A | 23. Grade LT | 24. Desig 1130 | 25. Title CO OFF | 26. UIC 00161 | 27. SSN |

**28. Command employment and command achievements.**
MIDN TRAINING

**29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)**

| 3/C MIDN | PRI: DUTIES OF A 3/C MIDN- 10. WATCH: CMOD- 8, MAIN OFFICE- 8. |

| For Mid-term Counseling Use. (When completing EVAL, enter 30 and 31 from counseling record, sign 32.) | 30. Date Counseled 02FEB15 | 31. Counselor 2/C HUNTER | 32. Signature of Individual Counseled |

**PERFORMANCE TRAITS: 1.0 – Below standards/not progressing or UNSAT in any one standard; 2.0 – Does not yet meet all 3.0 standards; 3.0 – Meets all 3.0 standards; 4.0 – Exceeds most 3.0 standards; 5.0 – Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.**

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro- gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0* Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application. | -Marginal knowledge of rating, specialty or job. -Unable to apply knowledge to solve routine problems. -Fails to meet advancement/PQS requirements. | | -Strong working knowledge of rating, specialty and job. -Reliably applies knowledge to accomplish tasks. -Meets advancement/PQS requirements on time. | | -Recognized expert, sought out by all for technical knowledge. -Uses knowledge to solve complex technical problems. -Meets advancement/PQS requirements early/with distinction. |
| NOB [ ] | [ ] | | [X] | [ ] | [ ] |
| 34. QUALITY OF WORK: Standard of work; value of end product. | -Needs excessive supervision. -Product frequently needs rework. -Wasteful of resources. | | -Needs little supervision. -Produces quality work. Few errors and resulting rework. -Uses resources efficiently. | | -Needs no supervision. -Always produces exceptional work. No rework required. -Maximizes resources. |
| NOB [ ] | [ ] | | [X] | [ ] | [ ] |
| 35. EQUAL OPPORTUNITY: Fairness, respect for human worth. | -Displays personal bias or engages in harassment. -Tolerates bias, unfairness or harassment in subordinates. -Lacks respect for EO objectives. -Interferes with order and discipline by disregarding rights of others. | | -Always treats others with fairness and respect. -Does not condone bias or harassment in or outside of workplace. -Supports Navy EO objectives. -Contributes to unit cohesiveness and morale. | | -Admired for fairness and human respect. -Ensures a climate of fairness and respect for human worth. -Pro-active EO leader, achieves concrete EO objectives. -Leader and model contributor to unit cohesiveness and morale. |
| NOB [ ] | [ ] | | [X] | [ ] | [ ] |
| 36. MILITARY BEARING/ CHARACTER: Appearance, conduct, physical fitness, adherence to Navy Core Values. | -Consistently unsat appearance. -Unsatisfactory demeanor/conduct. -Unable to meet one or more physical readiness standards. -Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. | | -Excellent personal appearance. -Excellent demeanor or conduct. -Complies with physical readiness program, within all standards. -Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. | | -Exemplary personal appearance. -Exemplary representative of Navy. -A leader in physical readiness. -Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. |
| NOB [ ] | [ ] | | [X] | [ ] | [ ] |
| 37. PERSONAL JOB ACCOMPLISH- MENT/ INITIATIVE: Responsibility, quantity of work. | -Needs prodding to attain qualification or finish job. -Prioritizes poorly. -Avoids responsibility. | | -Productive and motivated. Completes tasks and qualifications fully and on time. -Plans/prioritizes effectively. -Reliable, dependable, willingly accepts responsibility. | | -Energetic self-starter. Completes tasks or qualifications early, far better than expected. -Plans/prioritizes with exceptional skill and foresight. -Seeks extra responsibility and takes on the hardest jobs. |
| | [ ] | | | [ ] | [X] |

NAVPERS 16107 (7-95)

27

RCS BUPERS 1610-1

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0* Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. TEAMWORK: Contributions to team building and teamwork results.<br><br>NOB | -Creates conflict, unwilling to work with others, puts self above team.<br>-Fails to understand team goals or teamwork techniques.<br>-Does not take direction well. | | -Reinforces others' efforts, meets commitments to team.<br>-Understands goals, employs good teamwork techniques.<br>-Accepts and offers team direction. [X] | | -Team builder, inspires cooperation and progress.<br>-Focuses goals and techniques for teams.<br>-The best at accepting and offering team direction. |
| 39. LEADERSHIP: (Optional for E1-E3) Organizing, motivating and developing others to accomplish goals.<br><br><br><br><br><br>NOB | -Fails to motivate, train or develop subordinates.<br>-Fails to organize, creates problems for subordinates.<br>-Does not set or achieve goals relevant to command mission.<br>-Lacks ability to cope with or tolerate stress.<br>-Inadequate communicator.<br>-Tolerates hazards or unsafe practices.<br>-Does not attend to welfare of subordinates. | | -Effectively motivates, trains and develops subordinates.<br>-Organizes successfully, solves problems as they occur.<br>-Sets/achieves useful, realistic goals which support command mission.<br>-Performs and leads effectively in stressful situations.<br>-Clear, timely communicator.<br>-Ensures safety of personnel and equipment.<br>-Routinely considers subordinates' personal and professional welfare. [X] | | -Inspiring motivator and trainer, consistently builds winners.<br>-Superb organizer, great foresight, gets ahead of problems.<br>-Leadership achievements significantly furthers command mission.<br>-Perseveres through the toughest challenges and inspires others.<br>-Exceptional communicator.<br>-Makes subordinates safety-conscious, has top safety record.<br>-Constantly improves the personal and professional lives of others. |

| 40. Individual Trait Avg. total of trait scores divided by number of graded traits. | 41. I recommend this individual for (specify areas of track): Assignment to Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other: (Be specific) | 42. Signature of Rater (Typed Name & Rank): I have evaluated this member against the above performance standards and have forwarded written explanation of marks 1.0 and 5.0. |
|---|---|---|
| 3.14 | PLATOON SGT. | M/ENS GLENN, P R  Date: |

**43. COMMENTS ON PERFORMANCE:** * All 5.0 and 1.0 marks must be specifically substantiated in comments. Comments must be verifiable. Bold, underlined, italic, or other highlighted type is prohibited. Font must be 10 or 12 Pitch (10 or 12 point) only. Use upper and lower case.

MIDN 3/C Stainback has performed his duties with competence and vigor. He works professionally and efficiently in the role of a 3/C and was an asset to the squad and company.

-Active in company. 3/C Stainback has fulfilled his obligations to training the plebes and helping the upper class to run the company. He has never been a divisive element or complained about his role or his superiors.

-Active outside of company. He has been instrumental in the creation of a club water polo team, and has occupied a leadership position there that has put extreme demands on his time and effort.

-Very professional. He has good uniform standards, and has been a very good mentor to the plebes.

MIDN 3/C Stainback will be an excellent 2/C, and is completely on par with his peers.

**44. QUALIFICATIONS/ACHIEVEMENTS** -Education, awards, community involvement, etc., during this period.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 47. Retention: Not Recommended [ ] Recommended [X] |
|---|---|---|---|---|---|---|---|
| 45. INDIVIDUAL | | | | X | | | 48. Reporting Senior Address |
| 46. SUMMARY | | [X] | | 12 | 12 | 9 | |

| 49. Signature of Senior Rater (Typed Name & Grade/Rank): I have reviewed the evaluation of this member against these performance standards and have provided written explanation to support the marks of 1.0 and 5.0. | 50. Signature of Reporting Senior |
|---|---|
| *S. Nicholas* Date: 04 MAR 02<br>M/LT HUBER, S N | *[signature]* Date: 01 MAY 02 |

| 51. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement." | 52. Type name, grade,command, UIC, and signature of regular Reporting Senior on Concurrent Report |
|---|---|
| I intend to submit a statement. [ ]  I do not intend to submit a statement. [✓]<br><br>*[signature]* Date: 3 May 02 | AKC (AW) SKIRVIN, S A<br><br>*[signature]* Date: 4/25/0 |

NAVPERS 1610/2 (7-92)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | | | | 2. Grade/Rate | 3. De | | 4. SSN |
|---|---|---|---|---|---|---|---|
| STAINBECK, MATTHEW K | | | | M2/C | U46582 | | 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 |

| 5. ACT | TAR | INACT AT/ADSW/ | | 6. UIC | 7. Ship/Station | | 8. Promotion Status | 9. Date Reported |
|---|---|---|---|---|---|---|---|---|
| X | | 265 | | 00161 | USNA ANNAPOLIS MD. | | N/A | 00JUN30 |

| Occasion for Report | Detachment | Detachment of | | | Period of Report | |
|---|---|---|---|---|---|---|
| 10. Periodic | 11. of Individual | 12. Reporting Senior | 13. Special | 14. From: 02APR30 | 15. To: 02DEC19 |

| 16. Not Observed Report | Type of Report | | | | 20. Physical Readiness | 21. Billet Subcategory (if any) |
|---|---|---|---|---|---|---|
| | 17. Regular X | 18. Concurrent | 19. Ops Cdr | | 1/A | NA |

| 22. Reporting Senior (Last, FI MI) | 23. Grade | 24. Desig | 25. Title | 26. UIC | 27. SSN |
|---|---|---|---|---|---|
| SHEPPARD, T A | LT | 1130 | CO OFF | 00161 | |

**28. Command employment and command achievements.**

MIDN TRAINING

**29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)**

| 2/C MIDN | PRI: DUTIES OF A 2/C MIDSHIPMAN-7. COLL: ASSISTANT PMO; INTRAMURAL COACH. WATCH: ACDO-4; AMCMO-4. |
|---|---|

| For Mid-term Counseling Use. (When completing FITREP, enter 30 and 31 from counseling worksheet, sign 32.) | 30. Date Counseled | 31. Counselor | 32. Signature of Individual Counseled |
|---|---|---|---|
| | 02NOV07 | 1/C SUPPLE | |

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL EXPERTISE: Professional knowledge proficiency, and qualifications. NOB | - Lacks basic professional knowledge to perform effectively. - Cannot apply basic skills. - Fails to develop professionally or achieve timely qualifications. | | - Has thorough professional knowledge. - Competently performs both routine and new tasks. - Steadily improves skills, achieves timely qualifications. | X | - Recognized expert, sought after to solve difficult problems. - Exceptionally skilled, develops and executes innovative ideas. - Achieves early/highly advanced qualifications. |
| 34. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. NOB | - Actions counter to Navy's retention/reenlistment goals. - Univolved with mentoring or professional development of subordinates. - Actions counter to good order and discipline and negatively affect Command/Organizational climate. - Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. | | - Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. - Actions adequately encourage/support subordinates' personal/professional growth. - Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. - Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. X | | - Measurably contributes to Navy's increased retention and reduced attrition objectives. - Proactive leader/exemplary mentor, involved in subordinates' personal development leading to professional growth/sustained commitment. - Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. - The model of achievement. Develops unit cohesion by valuing differences as strengths. |
| 35. MILITARY BEARING/CHARACTER Appearance, conduct, physical fitness, adherence to Navy Core Values. NOB | - Consistently unsatisfactory appearance. - Unsatisfactory demeanor or conduct. - Unable to meet one or more physical readiness standards. - Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. | | - Excellent personal appearance. - Excellent demeanor or conduct. - Complies with physical readiness program. - Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. | X | - Exemplary personal appearance. - Exemplary representative of Navy. - A leader in physical readiness. - Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. |
| 36. TEAMWORK: Contributions towards team building and team results. NOB | - Creates conflict, unwilling to work with others, puts self above team. - Fails to understand team goals and teamwork techniques. - Does not take direction well. | | - Reinforces others' efforts, meets personal commitments to team. - Understands team goals, employs good teamwork techniques. - Accepts and offers team direction. | X | - Team builder, inspires cooperation and progress. - Talented mentor, focuses goals and techniques for team. - The best at accepting and offering team direction. |
| 37. MISSION ACCOMPLISHMENT AND INITIATIVE: Taking initiative, planning/prioritizing, achieving mission. NOB | - Lacks initiative. - Unable to plan or prioritize. - Does not maintain readiness. - Fails to get the job done. | | - Takes initiative to meet goals. - Plans/prioritizes effectively. - Maintains high state of readiness. - Always gets the job done. X | | - Develops innovative ways to accomplish mission. - Plans/prioritizes with exceptional skill and foresight. - Maintains superior readiness, even with limited resources. - Gets jobs done earlier and far better than expected. |

NAVPERS 16103 (03-02)

| PERFORMANCE TRAITS | 1.0*<br>Below Standards | 2.0<br>Progressing | 3.0<br>Meets Standards | 4.0<br>Above Standards | 5.0<br>Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38.<br>LEADERSHIP:<br>Organizing, motivating and developing others to accomplish goals. | - Neglects growth/development or welfare of subordinates.<br>- Fails to organize, creates problems for subordinates.<br>- Does not set or achieve goals relevant to command mission and vision.<br>- Lacks ability to cope with or tolerate stress.<br>- Inadequate communicator.<br>- Tolerates hazards or unsafe practices.<br><br>NOB ☐ | | - Effectively stimulates growth/development in subordinates.<br>- Organizes successfully, implementing process improvements and efficiencies.<br>- Sets/achieves useful, realistic goals that support command mission.<br>- Performs well in stressful situations.<br>- Clear, timely communicator.<br>- Ensures safety of personnel and equipment.<br><br>☒ | | - Inspiring motivator and trainer, subordinates reach highest level of growth and development.<br>- Superb organizer, great foresight, develops process improvements and efficiencies.<br>- Leadership achievements dramatically further command mission and vision.<br>- Perseveres through the toughest challenges and inspires others.<br>- Exceptional communicator.<br>- Makes subordinates safety-conscious, maintains top safety record.<br>- Constantly improves the personal and professional lives of others. |
| 39.<br>TACTICAL PERFORMANCE:<br>(Warfare qualified officers only)<br>Basic and tactical employment of weapons systems.<br><br>NOB ☐ | - Has difficulty attaining qualification expected for the rank and experience.<br>- Has difficulty in ship(s), aircraft or weapons system employment.<br>- Below others in knowledge and employment.<br>- Warfare skills in specialty are below standards compared to others of same rank and experience. | | - Attains qualifications as required and expected.<br>- Capably employs ship(s), aircraft, or weapons systems. Equal to others in warfare knowledge and employment.<br>- Warfare skills in specialty equal to others of same rank and experience. | | - Fully qualified at appropriate level for rank and experience.<br>- Innovatively employs ship(s), aircraft, or weapons systems. Well above others in warfare knowledge and employment.<br>- Warfare skills in specialty exceed others of same rank and experience. |

| 40. I recommend screening this individual for next career milestone(s) as follows: (maximum of two)<br>Recommendations may be for competitive schools or duty assignments such as: LCPO, DEPT CPO, SEA, CMC, CWO, LDO, Dept Head, XO, OIC, CO, Major Command, War College, PG School. | PLT SGT | SQUAD LEADER |
|---|---|---|

41. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 34 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 Point) only. Use upper and lower case.

MIDN 2/C Stainbeck is a motivated midshipman concerned about bettering himself and the academy.

-Company involvement. As APMO, 2/C Stainbeck woke up early several times a week to work with remedials. He has also taken charge of the company camping trip.

-Physical readiness. Along with an A on the PRT, 2/c Stainbeck is heavily involved with the club water polo team. He was one of the only 2/C in the brigade to coach an intramural team.

-Military appearance. Although it is obvious to those around him how much he cares about the Academy and Naval service, his uniform does not always reflect it. He will have a tough time as a squad leader or as an officer when he is not completely squared away. 2/C Stainbeck has the potential to be a great leader, and it would be a shame if he did not get the credit he deserve because of something as small as his uniform.

MIDN 2/C Stainbeck has done more for the company than almost any other second class. He will continue to develop and become a great leader.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 44. Reporting Senior Address<br>N/A |
|---|---|---|---|---|---|---|---|
| 42.<br>INDIVIDUAL | | | | X | | | |
| 43.<br>SUMMARY | ☒ | | | 10 | 12 | 9 | |

| 45. Signature of Reporting Senior<br><br>Date: 06 Jan 03 | 46. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to make a statement."<br>I intend to submit a statement. ☐   I do not intend to submit a statement. ☒<br>Date: 15 JAN 03 |
|---|---|
| Member Trait Average:          Summary Group Average: | |

47. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report

Date: 06 Jan 03

NAVPERS 1616/2 (03-02)

00041

## COUNSEL AND GUIDANCE INTERVIEW RECORD

Date: 4 MR 2003

1. Midshipman 2/c Stainback ___ Class 2004 ___ Company ___

2. Areas discussed:   [ ] Academic        [ ] Conduct
                      [X] Performance      [ ] Other

3. Trend of Performance:  [ ] Improving     [ ] Declining
                          [ ] Consistant    [ ] N/A

4. Pertinent Observations/comments:

STRENGTHS                          WEAKNESSES

                                   — Accountability — Per. Appearance
                                   — Room Standards

5. Narrative summary (problems discussed and recommended courses
of action, evaluation of performance, etc.):

— On more than several occasions this semester
2/c Stainback has been verbally counseled by his Midshipman chain of
command and SEL on accountability issues, Room Standards, and
personal appearance

— 2/c Stainback will not allow himself to be on any additional
delinquency lists, he will ensure that his room is maintained in
bravo condition at all times, and he will ensure that his personal
appearance standards are up to par.

| Reviewer | Initial | Date |
|----------|---------|------|
| Co Ofcr  |         |      |
| L/L Ofcr |         |      |
| Sqd Ldr  |         |      |
| Midn     |         |      |

_____, SKCS(AW)
Interviewer
(Continue on back if necessary)

6-3-31

Exhibit 6-3-5

31

00042

07 April 03

MEMORANDUM

From: M. A. McKenna, LT, USN
To:   M. K. Stainback, MIDN 2/C, USN
Via:  C. C. Nash, MIDN LT, USN
      M. A. Yuvienco, MIDN LTJG, USN
      M. H. Mooney, MIDN ENS, USN

Subj: LETTER OF INSTRUCTION TO CORRECT SUBSTANDARD
      PERFORMANCE

1. Your accountability as a Midshipman has been substandard. Specific deficiencies
   include:

   a. Academic. Turning assignments in on time and scheduling enough time to
      review, study and prepare for tests, quizzes, exams and assignments.
   b. Attendance. Presence at mandatory events such as, but not limited to:
      formations, classes, meals, lectures, briefs and trainings.

2. To improve your performance and help you become you competitive with your
   contemporaries, I direct you to complete the following actions by the dates
   specified:

   a. Weekly counseling to be conducted Thursday, immediately after noon
      meal for that week by MIDN 1/C M. H. Mooney.
   b. Immediate notification throughout the week to MIDN 1/C M. H. Mooney
      of any deficiencies in academics or attendance. All will be documented,
      with excuses.
   c. Any deficiency brought to MIDN 1/C M. H. Mooney's attention through
      some other means will be documented as such.

3. These requirements constitute the bare minimum to improve your accountability
   deficiencies. Completing these requirements will also provide invaluable habit
   for your future as a naval officer.

4. Individuals in your chain of command are always ready to assist you or provide
   additional guidance. Request help from myself whenever you need it.

Very Respectfully,

00043

Michelle A. McKenna
LT          USN

| 1. Name (Last, First MI Suffix) STAINBACK, MATTHEW | 2. Grade/Rate M2/ | 3. sic 6062 | 4. SSN 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 |
|---|---|---|---|

| 3. ACT [X] TAR [ ] INACT AT/ADSW/ [ ] 265 [ ] | C 00161 | 7. Ship/Station USNA ANNAPOLIS MD. | 8. Promotion Status N/A | 9. Date Reported 00JUN30 |
|---|---|---|---|---|

Occasion for Report

| 10. Periodic [ ] | 11. Detachment of Individual [ ] | 12. Detachment of Reporting Senior [ ] | 13. Special [X] | Period of Report |
|---|---|---|---|---|
| 16. Not Observed Report [ ] | Type of Report 17. Regular [X] | 18. Concurrent [ ] | 19. Ops Cdr [ ] | 14. From 02DEC20   15. To 03APR30 |

| 20. Physical Readiness 1/A | 21. Billet Subcategory (if any) NA |
|---|---|

| 22. Reporting Senior (Last, FI MI) MCKENNA, M A | 23. Grade LT | 24. Desig 1115 | 25. Title CO OFF | 26. UIC 00161 | 27. SSN |
|---|---|---|---|---|---|

28. Command employment and command achievements.

MIDN TRAINING

29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)

| 2/C MIDN | PRI: DUTIES OF A 2/C MIDSHIPMAN-11.   WATCH: ACDO-8; AMCMO-8. |
|---|---|

For Mid-term Counseling Use. (When completing FITREP, enter 30 and 31 from counseling worksheet, sign 32.)

| 30. Date Counseled 03MAR30 | 31. Counselor M/ENS MOONEY, M H | 32. Signature of Individual Counseled |
|---|---|---|

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL EXPERTISE: Professional knowledge proficiency, and qualifications. NOB | - Lacks basic professional knowledge to perform effectively. - Cannot apply basic skills. - Fails to develop professionally or achieve timely qualifications. | | - Has thorough professional knowledge. - Competently performs both routine and new tasks. - Steadily improves skills, achieves timely qualifications. [X] | | - Recognized expert, sought after to solve difficult problems. - Exceptionally skilled, develops and executes innovative ideas. - Achieves early/highly advanced qualifications. |
| 34. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. NOB | - Actions counter to Navy's retention/recruitment goals. - Uninvolved with mentoring or professional development of subordinates. - Actions counter to good order and discipline and negatively affect Command/Organizational climate. - Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. | | - Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. - Actions adequately encourage/support subordinates' personal/professional growth. - Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. - Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. [X] | | - Measurably contributes to Navy's increased retention and reduced attrition objectives. - Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. - Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. - The model of achievement. Develops unit cohesion by valuing differences as strengths. |
| 35. MILITARY BEARING/CHARACTER Appearance, conduct, physical fitness, adherence to Navy Core Values. NOB | - Consistently unsatisfactory appearance. - Unsatisfactory demeanor or conduct. - Unable to meet one or more physical readiness standards. - Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. | | - Excellent personal appearance. - Excellent demeanor or conduct. - Complies with physical readiness program. - Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. [X] | | - Exemplary personal appearance. - Exemplary representative of Navy. - A leader in physical readiness. - Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. |
| 36. TEAMWORK: Contributions towards team building and team results. NOB | - Creates conflict, unwilling to work with others, puts self above team. - Fails to understand team goals or teamwork techniques. - Does not take direction well. | | - Reinforces others' efforts, meets personal commitments to team. - Understands team goals, employs good teamwork techniques. - Accepts and offers team direction. | - Team builder, inspires cooperation and progress. - Talented mentor, focuses goals and techniques for team. - The best at accepting and offering team direction. [X] | |
| 37. MISSION ACCOMPLISHMENT AND INITIATIVE: Taking initiative, planning/prioritizing, achieving mission NOB | - Lacks initiative. - Unable to plan or prioritize. - Does not maintain readiness. - Fails to get the job done. | | - Takes initiative to meet goals. - Plans/prioritizes effectively. - Maintains high state of readiness. - Always gets the job done. | | - Develops innovative ways to accomplish mission. - Plans/prioritizes with exceptional skill and foresight. - Maintains superior readiness, even with limited resources. - Gets job done earlier and far better than expected. |

NAVPERS 1610/2 (03-02)

00013

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. | - Neglects growth/development or welfare of subordinates.<br>- Fails to organize, creates problems for subordinates.<br>- Does not set or achieve goals relevant to command mission and vision.<br>- Lacks ability to cope with or tolerate stress.<br>- Inadequate communicator.<br>- Tolerates hazards or unsafe practices. | | - Effectively stimulates growth/development in subordinates.<br>- Organizes successfully, implementing process improvements and efficiencies.<br>- Sets/achieves useful, realistic goals that support command mission.<br>- Performs well in stressful situations.<br>- Clear, timely communicator.<br>- Ensures safety of personnel and equipment. | | - Inspiring motivator and trainer, subordinates reach highest level of growth and development.<br>- Superb organizer, great foresight, develops process improvements and efficiencies.<br>- Leadership achievements dramatically further command mission and vision.<br>- Perseveres through the toughest challenges and inspires others.<br>- Exceptional communicator.<br>- Makes subordinates safety-conscious, maintains top safety record.<br>- Constantly improves the personal and professional lives of others. |
| NOB ☐ | ☐ | ☐ | [X] | ☐ | ☐ |
| 39. TACTICAL PERFORMANCE: (Warfare qualified officers only) Basic and tactical employment of weapons systems. | - Has difficulty attaining qualification expected for the rank and experience.<br>- Has difficulty in ship(s), aircraft or weapons systems employment. Below others in knowledge and employment.<br>- Warfare skills in specialty are below standards compared to others of same rank and experience. | | - Attains qualifications as required and expected.<br>- Capably employs ship(s), aircraft, or weapons systems. Equal to others in warfare knowledge and employment.<br>- Warfare skills in specialty equal to others of same rank and experience. | | - Fully qualified at appropriate level for rank and experience.<br>- Innovatively employs ship(s), aircraft, or weapons systems. Well above others in warfare knowledge and employment.<br>- Warfare skills in specialty exceed others of same rank and experience. |
| NOB ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**40.** I recommend screening this individual for next career milestone(s) as follows: (maximum of two) Recommendations may be for competitive schools or duty assignments such as: LCPO, DEPT CPO, SEA, CMC, CWO, LDO, Dept Head, XO, OIC, CO, Major Command, War College, PG School.

**41. COMMENTS ON PERFORMANCE:** * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 34 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 Point) only. Use upper and lower case.

MIDN 2/C Stainback has shown great improvement this semester in working towards becoming a more proficient midshipman, leader and, eventually, officer.

- Athletically, 2/C Stainback is an exemplary midshipman. An active member of the club water polo team, he has assumed the position of treasurer. He also validated the PRT last semester with an A.

- 2/C Stainback has been a positive influence towards fourth class training, participating in numerous Saturday Morning Trainings.

Ultimately, 2/C Stainback's success will be determined by his willingness to continue working on accountability, both in and outside of the classroom and Bancroft Hall.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 44. Reporting Senior Address N/A |
|---|---|---|---|---|---|---|---|
| 42. INDIVIDUAL | | | | X | | | |
| 43. SUMMARY | ✕ | | | .9 | 11 | 8 | |

**45. Signature of Reporting Senior**   Date: 02May03

**46. Signature of Individual Evaluated.** "I have seen this report, been apprised of my performance, and understand my right to make a statement." I intend to submit a statement ☐ do not intend to submit a statement [✓]   Date: 14 MAY 2003

Member Trait Average:   Summary Group Average:

**47.** Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report   02May03   Date:

NAVPERS 1610/2 (02-00)

# COUNSEL AND GUIDANCE INTERVIEW RECORD

Date: 12-MAY-03

1.  Midshipman STANBACK                    Class 04    Company 06

2.  Areas discussed:    [.] Academic         [ ] Conduct
                        [.] Performance      [ ] Other

3.  Trend of Performance:  [ ] Improving      [ ] Declining
                           [ ] Consistant     [ ] N/A

4.  Pertinent Observations/comments:

        STRENGTHS                          WEAKNESSES


5.  Narrative summary (problems discussed and recommended courses
    of action, evaluation of performance, etc.):

Your record is being reviewed by the Academic
Board.

| Reviewer | Initial | Date |
|----------|---------|------|
| Co Ofcr  |         |      |
| L/L Ofcr |         |      |
| Sqd Ldr  |         |      |
| Midn     | MKS     | 12 MAY 03 |

_____
Interviewer
(Continue on back if necessary)

6-3-31                          Exhibit 6-3-5

00046

COUNSEL AND GUIDANCE INTERVIEW RECORD

Date: 01 JUL 03

1. Midshipman 1/C Matt Stainback Class 2004 Company 6

2. Areas discussed:
   [X] Academic          [ ] Conduct
   [X] Performance       [ ] Other

3. Trend of Performance:
   [X] Improving         [ ] Declining
   [ ] Consistant        [ ] N/A

4. Pertinent Observations/comments:

   <u>STRENGTHS</u>                    <u>WEAKNESSES</u>
   — Academics
   — Leadership + Accountability

5. Narrative summary (problems discussed and recommended courses of action, evaluation of performance, etc.):

   — Counseled and praised for maintaining the one and only "A" in EE302.

   — Additionally... has performed very well as a Yankee Company (Summer School) PltT CDR. No major problems from his PltT. Good Accountability.

| Reviewer | Initial | Date |
|----------|---------|------|
| Co Ofcr  |         |      |
| L/L Ofcr |         |      |
| Sqd Ldr  |         |      |
| Midn     |         |      |

SA Shivin, SKCS(AW)
Interviewer
(Continue on back if necessary)

6-3-31                              Exhibit 6-3-5

00017

## MIDSHIPMAN'S ACKNOWLEDGMENT OF RESTRICTION FORM

Date: _15 Aug 03_
Case No.

From: _1/c STAINBACK_
(Midshipman)

To:
(Awarding Authority)

Subj: AWARD OF RESTRICTION

1. I have been found guilty of a conduct offense and acknowledge the following:

a. I realize that I am considered to be in a duty status throughout the duration of my restriction. _MK_ (initial)

b. The following facts concerning my restriction pertain:
_MK_ Number of days restriction awarded _60_
(initial)
_MK_ Date restriction is to begin _15 Aug 03_
(initial)
_MK_ Date restriction is to end _14 Oct 03_
(initial)

c. I have been given a restriction order form explaining restriction requirements. I have read the form and understand the requirements.

2. I will read the Administrative Conduct System Manual, Chapter 4, paragraph 4.4, which explain restriction requirements more fully. Within 24 hours of signing this form. _MK_ (initial)

3. I understand that summer cruise or a movement order may supersede restriction. I realize that once the purpose of the movement order or cruise is fulfilled, I am obligated to report back to USNA as soon as possible, even through my orders or movement orders may not have expired. _MK_ (initial)

4. I will abide by all restriction requirements to the best of my ability.

5. I will report to Main Office immediately with my restriction card and attend the very next muster.

6. If at any time I become unsure about what is required of me, I will seek advice from my chain of command or the Conduct Officer, Room 3116, Bancroft Hall, X37019.

_Michael Stainback_
(Signature of Midshipman)

### FIGURE 4-A-1

00048

37

## LOSS/MODIFICATION OF PRIVILEGES FORM

Date: _15 Aug 03_

From:

To: _I/C Stanback_          Company:

Subj: LOSS/MODIFICATION OF PRIVILEGES

Ref: (a) Administrative Conduct System Manual, Chapter 4

1. Your performance as a midshipman is unacceptable for the following reasons:
Found guilty of the offense: -

_____

_____

2. Because of this, your privileges are withdrawn/modified per reference (a) as follows:

| CLASS/ PRIVILEGE | REDUCED TO CLASS OF | WITHDRAWN | REINSTATEMENT DATE |
|---|---|---|---|
| All: special liberty | 4/C | 15Aug03 | 15 Aug 04 |
| All: yard events | | | |
| All: voluntary movement orders | | | |
| Upperclass: civilian clothes | | | |
| Upperclass: yard parking | | | |
| Upperclass: wardroom | | | |
| Upperclass: normal liberty | | | |
| Upperclass: weekends | 4/C | 15Aug03 | 15Aug04 |

( ) Privileges reduced to all those of a 4/C Midshipman excluding chopping and rate knowledge.

3. Your privileges will be automatically reinstated without further action on the date specified in paragraph 2. At that time, I will assess your performance to determine if further action is required.

_signature_

USNA-BBA (FORM 3) 1620/142 (Rev. 1/97)

**FIGURE 4-G-1**

00049

## COUNSEL AND GUIDANCE INTERVIEW RECORD

Date: WED 27 AUG 03

1. Midshipman 1/c Stainback    Class 2004  Company  6

2. Areas discussed:    [X] Academic    [X] Conduct
                       [X] Performance  [ ] Other

3. Trend of Performance:  [X] Improving    [ ] Declining
                          [ ] Consistant   [ ] N/A

4. Pertinent Observations/comments:

STRENGTHS                          WEAKNESSES

Company involvement
initiative
motivation

5. Narrative summary (problems discussed and recommended courses
of action, evaluation of performance, etc.):

MIDN Stainback and I discussed his performance, conduct,
and academics since reform. His overall standards in
all areas of Midshipman life have improved remarkably
since 2/c year. He is dealing with his recent conduct
trouble very maturely. At restriction, he has maintained
a perfect uniform/attendance record. In addition, I can
personally attest to the fact that MIDN Stainback has
willingly followed loss of privilege restrictions without fail.
MIDN Stainback has demonstrated a willingness and desire
to become more involved within 6th Company and the Brigade.
He took a very proactive role in ensuring that everyone in
6th Company received room keys and that all the plebes had
correct EPSQ (security forms) files. He is also working diligently
within his squad as a leader and developing the 4/c by
attending chow calls & Blue and Gold regularly. MIDN Stainback

| Reviewer | Initial | Date |
|----------|---------|------|
| Co Ofcr  |         |      |
| L/L Ofcr |         |      |
| Sqd Ldr  |         |      |
| Midn     | MKC     | 27 AUG 03 |

MIDN LT C.C. BLACKBURN
6th Company Commander
_____
Interviewer
(Continue on back if necessary)

6-3-31

39

Exhibit 6-3-5

00050