Volunteered with LT Mathias, Brigade ADEO, to help with the program throughout the entire Brigade. In general, MIDN Stainback has shown a very positive outlook towards naval service and the Brigade of Midshipmen for the past three weeks.

40

28 Aug 03

MEMORANDUM FOR THE RECORD

Subj:  RECORD OF COUNSELING ICO MIDN 1/C MATTHEW K. STAINBACK, 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

1.  1/C Stainback and I have had numerous informal counseling sessions concerning his academic and professional performance and aptitude since late January 2003, when I assumed duties as 6th Company Officer. This Memorandum for the Record is provided to document the history of those sessions.

2.  I first met with 1/C Stainback 24 Jan 2003, when prompted by his EM300 instructor, LT Spenceley. LT Spenceley called the 6th Company Office because 1/C Stainback had not turned in any assignments yet and had missed an appointment for re-taking a test. At this meeting we discussed accountability in making appointments with his instructors, and I ordered him to bring by his assignments to my office the next school morning.

3.  1/C Stainback and I had our next session to discuss his Major conduct offense relating to missing several classes between 28 January and 21 February. We talked about why he had missed these classes and specifically, his accountability issues. Senior Chief Skirvin (6th Company SEL) and I also highly recommended to MIDN Stainback that he visit Midshipmen Development Center to speak to a Psychologist(03 Mar 2003).

4.  Our next session was also attended by MIDN 1/C Mooney (MIDN Stainback's Squad Leader) and MIDN 1/C Nash (MIDN Stainback's Company Commander). We talked about his lack of motivation, his attitude, procrastination, and specifically about missing a restriction muster on 03 Apr 2003. We also discussed his academic performance in EM300. I spoke to LT Spenceley earlier in the week and he relayed that 1/C Stainback had improved around the 6 week exam period, but once again 1/C Stainback was considerably behind in his assignments (04 APR 2003).

5.  1/C Stainback and I met during the summer while I was the NASP XO to discuss his Aptitude Remediation and his plan for excelling in his EE302 summer school class. He showed a definite improvement in motivation and attitude. 1/C Stainback attributed this to a successful summer cruise at Leatherneck.

M.A. McKENNA
LT      USNR

**Matthew Kilpatrick Stainback/046582/06**
**Academic Board for SPRING 2003**

| | |
|---|---|
| In Brigade: | YES |
| Health Problem: | NO |
| Avg Study Hrs: | |
| Company Officer: | LT Michelle Ann McKenna |
| Company Officer Recommendation: | SEPARATE |

**Company Officer Reason:** Aptitude: Co Ofcr 28/28, Upperclass 26/28, Peers 23/28, Overall C 27/28. 2/C Stainback has serious procrastination and attitude issues. Since prior to 6 weeks we have been meeting with him frequently concerning the timely submission of assignments. In one instance I had 2/C Stainback bring his homework assignments by my office to make sure that they were completed. 2/C Stainback has also received an F in Conduct for the Spring Semester. He was found guilty of a Major: Absent without authority from academic class. 2/C Stainback was UA from 8 classes and tardy to one in a period of 3 weeks. This clearly shows that he is not motivated to complete the basic duty of a midshipman, to attend class. 2/C Stainback has no interest in doing the requisite work to become a Naval Officer. I recommend him for separation because there is only so much this institution can do for a midshipman to succeed, at some point it takes some motivation and drive from the person himself.

| | |
|---|---|
| Battalion Officer: | CDR Gary Sandala |
| Battalion Officer Recommendation: | SEPARATE |

**Battalion Officer Reason:** Midn Stainback has lost all motivation to be at USNA and has not made any attempt for improvement. His lethargic attitude and total disregard of accountability cannot be overlooked. I would not want him to be a leader of Sailors and Marines and I'm not sure he would argue the point. I recommend separation.



ENCLOSURE (9)

8/28/03 11:54 AM

# MAPRs

## Matthew Kilpatrick Stainback/046582/06

| | |
|---|---|
| **Course:** | HE111W |
| **Course Title:** | RHETORIC AND INTRODUCTION TO LITERATURE I |
| **Instructor:** | ESBENSHADE KENT A |
| **Section:** | 5002 |
| **Marking Period:** | 6 WEEK |
| **Purpose:** | 6WK/12WK/END OF TERM |
| **Created By:** | ESBENSHA |
| **Creation Date:** | 05-OCT-2000 |
| **Number of Absences:** | 0 |
| **Section Standing:** | 12 |
| **Section Total:** | 16 |
| **Comments:** | This is a warning: Mr Stainback's grade is perilously close to a D. He could be getting at least a B in HE111W, but he has turned in 2 of 2 papers late. Fortunately, his quiz average, class participation, and strong paper grades, before losing points for late submission, have buoyed his grade above a D, but just barely. If he continues to turn in work late, he stands a very good chance of destroying his grade. As the semester continues, his paper grades will carry increasingly more weight, and his participation and quizzes won't be able to compensate. |



| | | | | |
|---|---|---|---|---|
| Help | Return | MIDS Home | General Academics | Academic Center |
| Academic Dean | Commandant's Staff | Department Chair | Faculty | Logistics |
| Midshipmen | MSO | Mid Personnel Office | OPS Schedules | ProDev |
| Physical Education | Registrar | | | |

00054

ENCLOSURE (9)

8/28/03 12:32 PM

# MAPRs

## Matthew Kilpatrick Stainback/046582/06

| | |
|---|---|
| **Course:** | HE111W |
| **Course Title:** | RHETORIC AND INTRODUCTION TO LITERATURE I |
| **Instructor:** | ESBENSHADE KENT A |
| **Section:** | 5002 |
| **Marking Period:** | 12 WEEK |
| **Purpose:** | 6WK/12WK/END OF TERM |
| **Created By:** | ESBENSHA |
| **Creation Date:** | 09-NOV-2000 |
| **Number of Absences:** | 1 |
| **Section Standing:** | 11 |
| **Section Total:** | 15 |
| **Comments:** | Mr Stainback turned in his third paper two days late, for a total of 3/3 late papers. I find this very frustrating because he's clearly capable of doing good to excellent work, and he should be getting at least a B in the class. We've talked about his late submissions, which Mr Stainback assures me he starts in enough time to complete. I recommended some strategies for revision and completion that will enable him to turn in his work on time if he can discipline himself to finish a complete draft first, then revise.

I continue to be very optimistic about Mr Stainback's grade, but he needs to turn in good work ON TIME for the final 2 papers. |



Help    Return    MIDS Home    General Academics    Academic Center

Academic Dean    Commandant's Staff    Department Chair    Faculty    Logistics

Midshipmen    MSO    Mid Personnel Office    OPS Schedules    ProDev

Physical Education    Registrar

00055

2

## Matthew Kilpatrick Stainback/046582/06

| | |
|---|---|
| **Course:** | NS100 |
| **Course Title:** | FUNDAMENTALS OF NAVAL SCIENCE |
| **Instructor:** | PETHYBRIDGE RICHARD J |
| **Section:** | 4112 |
| **Marking Period:** | 6 WEEK |
| **Purpose:** | 6WK/12WK/END OF TERM |
| **Created By:** | PETHYBRI |
| **Creation Date:** | 26-FEB-2001 |
| **Number of Absences:** | 0 |
| **Section Standing:** | |
| **Section Total:** | 25 |
| **Comments:** | This MAPR is being raised as a result of particularly disappointing PW1 6 week exam grade. Up until then there was little to suggest that Mr Stainback was anything other than a capable student, although his attentiveness in class was sometimes lacking. However, I believe he has the ability to recover from this setback, provided he applies himself diligently and responsibly for the rest of this most important course. |



| Help | Return | MIDS Home | General Academics | Academic Center |
|---|---|---|---|---|
| Academic Dean | Commandant's Staff | Department Chair | Faculty | Logistics |
| Midshipmen | MISO | Mid Personnel Office | OPS Schedules | ProDev |
| Physical Education | Registrar | | | |

00056

**MAPRs**

## Matthew Kilpatrick Stainback/046582/06

| | |
|---|---|
| **Course:** | NN204 |
| **Course Title:** | NAVIGATION AND PILOTING |
| **Instructor:** | KEIL JOSEPH |
| **Section:** | 1118 |
| **Marking Period:** | END OF TERM |
| **Purpose:** | 6WK/12WK/END OF TERM |
| **Created By:** | KEIL |
| **Creation Date:** | 26-DEC-2001 |
| **Number of Absences:** | 2 |
| **Section Standing:** | 23 |
| **Section Total:** | 23 |
| **Comments:** | MIDN Stainback's performance in my class has been disappointing from both an academic and military perspective. |

He failed to show up on time to two out of the four exams that were given during the semester. During one exam he slept late, and I allowed him to take the makeup exam. The next time that he missed an exam he had an approved sick in room excuse, yet I saw him in the Midshipmen Store later that afternoon shopping. Neither time did MIDN Stainback come find me and explain to me in person why he missed the exam. Both times I had to track him down and question him about his whereabouts. This is a total lack of initiative and accountability that will not serve him well in the fleet.

Even when I allowed him to take the makeup exams, his performance was poor despite having more time to study. It was also evident from his performance on the final exam that he did not do the practice problems that I handed out to all my students as preparation. He failed to turn in numerous assignments during the semester. He never came to see me for EI. I am disappointed in MIDN Stainback's academic performance and his general lack of accountability and taking responsibility for his actions.

If he were before an academic board this semester, I would not recommend retention. He may be smart enough to coast through his other classes, but not mine.



| | | | | |
|---|---|---|---|---|
| Help | Return | MIDS Home | General Academics | Academic Center |
| Academic Dean | Commandant's Staff | Department Chair | Faculty | Logistics |
| Midshipmen | MISO | Mid Personnel Office | OPS Schedules | ProDev |
| Physical Education | Registrar | | | |

00057

4

# MAPRs

## Matthew Kilpatrick Stainback/046582/06

| | |
|---|---|
| **Course:** | SP211 |
| **Course Title:** | GENERAL PHYSICS I |
| **Instructor:** | SCHNEIDER CARL S |
| **Section:** | 2126 |
| **Marking Period:** | 12 WEEK |
| **Purpose:** | 6WK/12WK/END OF TERM |
| **Created By:** | SCHNEIDE |
| **Creation Date:** | 05-NOV-2001 |
| **Number of Absences:** | 1 |
| **Section Standing:** | 20 |
| **Section Total:** | 21 |
| **Comments:** | Midn Stainback has not turned in his lab report due at 12 weeks. This may be in concert with his low quiz grade several weeks ago, to which he repsonded by throwing the paper on the floor. His 12 week exam grade of 49 per cent followed last week, indicating that he has stopped working. It appears that Midn Stainback throws temper tantrums when he does not get his way, a personal characteristic which is particularly undesireable in the Navy. |



# MAPRs

## Matthew Kilpatrick Stainback/046582/06

| | |
|---|---|
| **Course:** | HH205 |
| **Course Title:** | WESTERN CIVILIZATION: CULTURE TO 1776 |
| **Instructor:** | CAMPBELL GLENN E. |
| **Section:** | 5003 |
| **Marking Period:** | 12 WEEK |
| **Purpose:** | 6WK/12WK/END OF TERM |
| **Created By:** | CAMPBELG |
| **Creation Date:** | 09-NOV-2001 |
| **Number of Absences:** | 2 |
| **Section Standing:** | 17 |
| **Section Total:** | 18 |
| **Comments:** | MIDN Stainback is somewhat of an enigma. At times he sleeps through class, and at times he is an active participant in discussions. He earned a strong 85 on the midterm exam and has solid writing skills as evidenced by his first paper (a "B" effort that dropped to a "D" for being 2 days late), but he has not yet turned in his second (now 4 weeks late) or third (now 4 days late) course papers. MIDN Stainback is on track for an automatic "F" at the 16-week and final course marks if he doesn't turn in those assignments by the last day of class. I have no doubt that MIDN Stainback has the ability to be at least a "B" student in HH205, but now he needs to make the class a priority if he hopes to keep from failing. |



00059

6

8/28/03 12:04 PM

## Matthew Kilpatrick Stainback/046582/06

| | |
|---|---|
| **Course:** | HH205 |
| **Course Title:** | WESTERN CIVILIZATION: CULTURE TO 1776 |
| **Instructor:** | CAMPBELL GLENN E. |
| **Section:** | 5003 |
| **Marking Period:** | END OF TERM |
| **Purpose:** | 6WK/12WK/END OF TERM |
| **Created By:** | CAMPBELG |
| **Creation Date:** | 20-DEC-2001 |
| **Number of Absences:** | 3 |
| **Section Standing:** | 18 |
| **Section Total:** | 18 |
| **Comments:** | MIDN Stainback waited until the last possible moment, but he did manage to turn in his last two required course papers, thereby narrowly saving himself from an authomatic failing grade in HH205. |



| | | | | |
|---|---|---|---|---|
| Help | Return | MIDS Home | General Academics | Academic Center |
| Academic Dean | Commandant's Staff | Department Chair | Faculty | Logistics |
| Midshipmen | LSO | 3rd Personnel Office | OPS Schedules | ProDev |
| Physical Education | Registrar | | | |

00060

# MAPRs

## Matthew Kilpatrick Stainback/046582/06

| | |
|---|---|
| Course: | HH206 |
| Course Title: | CIVILIZATION AND THE ATLANTIC COMMUNITY SINCE 1776 |
| Instructor: | KOLP JOHN |
| Section: | 1001 |
| Marking Period: | 6 WEEK |
| Purpose: | 6WK/12WK/END OF TERM |
| Created By: | KOLP |
| Creation Date: | 21-FEB-2002 |
| Number of Absences: | 2 |
| Section Standing: | 18 |
| Section Total: | 18 |
| Comments: | Midn Stainback has not yet handed in a short paper due 4 February and so received a D for the 6-week. A second paper due 20 February is also late. The D will drop to an F shortly if these papers are not handed in. |



| Help | Return | MIDS Home | General Academics | Academic Center |
|---|---|---|---|---|
| Academic Dean | Commandant's Staff | Department Chair | Faculty | Logistics |
| Midshipmen | MWDO | Mid Personnel Office | OPS Schedules | ProDev |
| Physical Education | Registrar | | | |

00061

𝒞𝒢

# MAPRs

## Matthew Kilpatrick Stainback/046582/06

| | |
|---|---|
| Course: | HH206 |
| Course Title: | CIVILIZATION AND THE ATLANTIC COMMUNITY SINCE 1776 |
| Instructor: | KOLP JOHN |
| Section: | 1001 |
| Marking Period: | 12 WEEK |
| Purpose: | 6WK/12WK/END OF TERM |
| Created By: | KOLP |
| Creation Date: | 09-APR-2002 |
| Number of Absences: | 2 |
| Section Standing: | 18 |
| Section Total: | 18 |
| Comments: | Midn Stainback has an F for the 12-week because he still has not handed in two papers due February 4 and February 20 worth 10% and 15% of his semester grade respectively. He will fail the course unless he hands in these two papers. He has handed in one short assignment (an 80), and received an 85 on the mid-term exam. He recently handed in another 4-page paper on time but it has not yet been graded. If he hands in the final term paper and does reasonably well on the final exam, AND hands in the two missing papers, he might pass the course. |



00062

9

# MAPRs

## Matthew Kilpatrick Stainback/046582/06

| | |
|---|---|
| **Course:** | HH206 |
| **Course Title:** | CIVILIZATION AND THE ATLANTIC COMMUNITY SINCE 1776 |
| **Instructor:** | KOLP JOHN |
| **Section:** | 1001 |
| **Marking Period:** | END OF TERM |
| **Purpose:** | 6WK/12WK/END OF TERM |
| **Created By:** | KOLP |
| **Creation Date:** | 11-MAY-2002 |
| **Number of Absences:** | 3 |
| **Section Standing:** | |
| **Section Total:** | 18 |
| **Comments:** | Midn Stainback received an F for the semester primarily because he did not hand in three of the four required papers for the semester; he also got a D on the final exam. He did get a B on the mid-term and a B on the one short paper he did turn in. |



00063

10

## Matthew Kilpatrick Stainback/046582/06

| | |
|---|---|
| **Course:** | SP212 |
| **Course Title:** | GENERAL PHYSICS II |
| **Instructor:** | CORRELL DAVID |
| **Section:** | 5531 |
| **Marking Period:** | 6 WEEK |
| **Purpose:** | 6WK/12WK/END OF TERM |
| **Created By:** | CORRELL |
| **Creation Date:** | 22-FEB-2002 |
| **Number of Absences:** | 1 |
| **Section Standing:** | 23 |
| **Section Total:** | 24 |
| **Comments:** | I think Midshipman Stainback can pass this course, but he needs to start putting more real effort into it. Until just before grades were due, he had not turned in even one homework assignment (I collected about 15). He told me that he was working on them, but had a question or two about each one. His homework score at 6 weeks was 45% (the section average was 90%) and his exam score was 66%. During the last week, Mr. Stainback has been participating more in class and has turned in a little more work. That's an important step in the right direction. |



00064

8/28/03 12:31 PM

# MAPRs

## Matthew Kilpatrick Stainback/046582/06

| | |
|---|---|
| **Course:** | SP212 |
| **Course Title:** | GENERAL PHYSICS II |
| **Instructor:** | CORRELL DAVID |
| **Section:** | 5531 |
| **Marking Period:** | 12 WEEK |
| **Purpose:** | 6WK/12WK/END OF TERM |
| **Created By:** | CORRELL |
| **Creation Date:** | 10-APR-2002 |
| **Number of Absences:** | 2 |
| **Section Standing:** | 24 |
| **Section Total:** | 24 |
| **Comments:** | Mr. Stainback is doing better, but he should be doing even more. He doesn't turn in homework in a very timely way, but rather lets it pile up and turns in a bunch just before the end of the grading period. He has also seemed to have trouble getting around to taking web-based lab quizzes. As a consequence, his homework average is 68% (the class homework average is over 90%) and his lab average is 34% (the class lab average is over 90%). His second test score was a respectable 82% (just over the class average). |
| | I think Mr. Stainback can handle this material, but I believe he is not confronting it on a very regular basis. I could be wrong, but I think he may be "gliding" between grading periods and cramming toward the end. This is not a very effective way to learn physics. |
| | I'd encourage Mr. Stainback to write up and turn in his back homework and take the lab quizzes. He can still make up the missing work. |



12

00065

8/28/03 12:31 PM

## Matthew Kilpatrick Stainback/046582/06

| | |
|---|---|
| **Course:** | SP212 |
| **Course Title:** | GENERAL PHYSICS II |
| **Instructor:** | CORRELL DAVID |
| **Section:** | 5531 |
| **Marking Period:** | 12 WEEK |
| **Purpose:** | 6WK/12WK/END OF TERM |
| **Created By:** | CORRELL |
| **Creation Date:** | 10-APR-2002 |
| **Number of Absences:** | 2 |
| **Section Standing:** | 24 |
| **Section Total:** | 24 |

**Comments:**    Mr. Stainback is doing better, but he should be doing even more. He doesn't turn in homework in a very timely way, but rather lets it pile up and turns in a bunch just before the end of the grading period. He has also seemed to have trouble getting around to taking web-based lab quizzes. As a consequence, his homework average is 68% (the class homework average is over 90%) and his lab average is 34% (the class lab average is over 90%). His second test score was a respectable 82% (just over the class average).

I think Mr. Stainback can handle this material, but I believe he is not confronting it on a very regular basis. I could be wrong, but I think he may be "gliding" between grading periods and cramming toward the end. This is not a very effective way to learn physics.

I'd encourage Mr. Stainback to write up and turn in his back homework and take the lab quizzes. He can still make up the missing work.



00066

1⌐3

# MAPRs

## Matthew Kilpatrick Stainback/046582/06

| | |
|---|---|
| **Course:** | EE301 |
| **Course Title:** | ELECTRICAL FUNDAMENTALS AND APPLICATIONS |
| **Instructor:** | DULLA BRIAN |
| **Section:** | 6605 |
| **Marking Period:** | 12 WEEK |
| **Purpose:** | 6WK/12WK/END OF TERM |
| **Created By:** | DULLA |
| **Creation Date:** | 07-NOV-2002 |
| **Number of Absences:** | 0 |
| **Section Standing:** | 19 |
| **Section Total:** | 20 |
| **Comments:** | Midn Stainback is not living up to his potential. He has only submitted 12 of 29 homework assignments and several of those were submitted late for only partial credit. He has been warned several times to start doing his assignments or it will hurt his grade. That time has come. He course average so far is a 69.2%. The submission of even a few missing assignments would have easily moved his grade up to a "C" average. His exam grades are: Exam #1 (77%) and Exam #2 (56%). The lack of doing assignments finally caught up to him on the second exam. There is little time left to improve his grade and I suggest that he get on the ball very quickly, because if he does not do well on the final exam, then he WILL be taking this course again. |



00067

14

8/28/03 12:33 PM

# MAPRs

## Matthew Kilpatrick Stainback/046582/06

| | |
|---|---|
| **Course:** | EE301 |
| **Course Title:** | ELECTRICAL FUNDAMENTALS AND APPLICATIONS |
| **Instructor:** | DULLA BRIAN |
| **Section:** | 6605 |
| **Marking Period:** | END OF TERM |
| **Purpose:** | 6WK/12WK/END OF TERM |
| **Created By:** | DULLA |
| **Creation Date:** | 18-DEC-2002 |
| **Number of Absences:** | 1 |
| **Section Standing:** | 19 |
| **Section Total:** | 20 |
| **Comments:** | Midn 2/c Stainback has demonstrated lackluster performance this semester in EE301 (Introduction to Electrical Engineering). His effort throughout the course is evident in the final course grade of a D. He achieved a 77% on the first midterm, a 56% on the second midterm and a 54% on the final exam. His quiz average was an 88%, his lab average a 99.8%; however his homework average was only a 47%. Basically he stopped submitting homework (required) after the first midterm (with the exception of 2 assignments). This severely impacted his grade as EE requires practice of the taught principles to truly understand the material. Clearly he has the ability to do well in this or any other course (as evident in his first exam and quiz grades), so his lack of effort is most disturbing to me. I would recommend Midn Stainback as a Naval Officer; however, he needs to mature and develop a better work ethic to succeed in the fleet. |

| Help | Return | MIDS Home | General Academics | Academic Center |
|---|---|---|---|---|
| Academic Dean | Commandant's Staff | Department Chair | Faculty | Logistics |
| Midshipmen | MSO | Mid Personnel Office | OPS Schedules | ProDay |
| Physical Education | Registrar | | | |

00068

15

# MAPRs

## Matthew Kilpatrick Stainback/046582/06

| | |
|---|---|
| **Course:** | EM300 |
| **Course Title:** | PRINCIPLES OF PROPULSION |
| **Instructor:** | SPENCELEY CHARLES |
| **Section:** | 3312 |
| **Marking Period:** | 6 WEEK |
| **Purpose:** | 6WK/12WK/END OF TERM |
| **Created By:** | SPENCE |
| **Creation Date:** | 28-FEB-2003 |
| **Number of Absences:** | 2 |
| **Section Standing:** | 21 |
| **Section Total:** | 22 |
| **Comments:** | Mr. Stainback has failed to turn in all but one of his assignments during the first six weeks. He has promised to turn them all in today (28Feb); however, if he continues with his previoius trend he is headed for failure. He has said that this pattern is one he's used to, and does every semester, so his company officer may want to help him with his study habits/time management skills. I have offered myself to help in this regard, but he seems reluctant to accept my help. |



00069

16

# MAPRs

## Matthew Kilpatrick Stainback/046582/06

| | |
|---|---|
| **Course:** | EM300 |
| **Course Title:** | PRINCIPLES OF PROPULSION |
| **Instructor:** | SPENCELEY CHARLES |
| **Section:** | 3312 |
| **Marking Period:** | 12 WEEK |
| **Purpose:** | 6WK/12WK/END OF TERM |
| **Created By:** | SPENCE |
| **Creation Date:** | 09-APR-2003 |
| **Number of Absences:** | 3 |
| **Section Standing:** | 21 |
| **Section Total:** | 22 |
| **Comments:** | After repeated promises to turn in all of his missing assignments Mr. Stainback still has not submitted 5 of the 15 total assignments (labs and homework), including the three most recent. While he showed a sudden burst of performance after the six week point, his level of effort has trailed off steadily since then. He does participate in class, and is always alert and attentive. He has come by for help several times; however, three times he did not arrive for a scheduled appointment without giving any prior notice. When talking with Mr. Stainback I get the impression that he really does want to improve; however, his performance does not support that. For most students completing the assignments is the only way to satisfactorily parpare for the exams. If Mr. Stainback continues to miss the assignments I do not think he will continue to pass EM300. Mr. Stainback needs to understand that he loses credibility each time he doesn't follow through on his plans, and that credibility is something he can't afford to lose as a JO. |



00070

17

# MAPRs

## Matthew Kilpatrick Stainback/046582/06

| | |
|---|---|
| **Course:** | EM300 |
| **Course Title:** | PRINCIPLES OF PROPULSION |
| **Instructor:** | SPENCELEY CHARLES |
| **Section:** | 3312 |
| **Marking Period:** | END OF TERM |
| **Purpose:** | 6WK/12WK/END OF TERM |
| **Created By:** | SPENCE |
| **Creation Date:** | 12-MAY-2003 |
| **Number of Absences:** 4 | |
| **Section Standing:** | 22 |
| **Section Total:** | 22 |
| **Comments:** | Throughout the semester Mr. Stainback made it clear that he did not intend to fulfill his responsibilities as a student in EM300. At the end of the semester he had turned in 2 of 20 assignments on time, and still had 4 missing assignments after repeated warnings that he would not pass the class without turning in all of the assignments. When talking with Mr. Stainback I felt like he was always leaving something out of his excuses. He made several appointments with me for help, three of which he did not keep (without any explanation before or after the fact). He also missed two in-class exams, then failed to show up for a make-up exam that he scheduled with me. This prompted my first call to his Company Officer who was turning over at the time. I suspect that his previous Company Officer tolerated a little too much from Mr. Stainback. Probably the best word to describe Mr. Stainback is "disingenuous". While Mr. Stainback has not committed an honor offense to my knowledge, should he be retained, he would benefit from participation in the honor remediation program. |

| Help | Return | MIDS Home | General Academics | Academic Center |
|---|---|---|---|---|
| Academic Dean | Commandant's Staff | Department Chair | Faculty | Logistics |
| Midshipmen | MIDO | Mid Personnel Office | OPS Schedules | ProDev |
| Physical Education | Register | | | |

00071

8/28/03 12:32 PM

# MAPRs

## Matthew Kilpatrick Stainback/046582/06

| | |
|---|---|
| **Course:** | EE302 |
| **Course Title:** | DIGITAL COMMUNICATIONS AND COMPUTER TECHNOLOGY |
| **Instructor:** | HUTCHINS DAN |
| **Section:** | 1102 |
| **Marking Period:** | 6 WEEK |
| **Purpose:** | 6WK/12WK/END OF TERM |
| **Created By:** | DHUTCHIN |
| **Creation Date:** | 28-FEB-2003 |
| **Number of Absences:** | 2 |
| **Section Standing:** | 18 |
| **Section Total:** | 18 |
| **Comments:** | |

Aptitude: I think the Midshipman's sub-par performance to date is due mostly to a lack of preparation. I believe the Midshipman has the aptitude to do engineering work. The key to success is staying up with the material and not falling behind.

Academic Ability: My impression of the Midshipman's academic ability remains positive. I think the sub-par performance to date is due to lack of problem solving practice and difficulties with written presentation of engineering analysis.

Effort: Needs improvement; needs to read ahead, stay up with material, and schedule more EI. Needs to start taking quizzes and homework more seriously.

Initiative: Needs improvement; needs to schedule more EI, ask more questions, and work more problems on an independent basis. Also needs to follow up with instructor on quizzes, tests, and/or homeworks where the grade is below 70%; A grade less than 70% indicates a foundational understanding problem which must be corrected before proceeding to success.

Potential: Too early to tell at this juncture. Should know more at the end of the next 6 weeks.

Recommendations for improving grade:
1. Focus on test 2; it's almost like starting over as far as course material is concerned.
2. Keep current on material; read ahead
3. Work extra problems independently under test-like conditions
4. Ensure that "counselors" really understand the material; it does no good to get counsel from a D or F student in the subject.
5. Take HW and quizzes more seriously
6. Follow up on "blown assignments". Don't just passively take Ds and Fs on assignments.



00072

19

8/28/03 12:33 PM

# MAPRs

## Matthew Kilpatrick Stainback/046582/06

| | |
|---|---|
| **Course:** | EE302 |
| **Course Title:** | DIGITAL COMMUNICATIONS AND COMPUTER TECHNOLOGY |
| **Instructor:** | HUTCHINS DAN |
| **Section:** | 1102 |
| **Marking Period:** | 12 WEEK |
| **Purpose:** | 6WK/12WK/END OF TERM |
| **Created By:** | DHUTCHIN |
| **Creation Date:** | 07-APR-2003 |
| **Number of Absences:** | 3 |
| **Section Standing:** | 18 |
| **Section Total:** | 18 |

**Comments:**

Aptitude: Remains positive. Mr Stainback showed significant progress since the last exam (gaining almost 30 percentage points in scoring). I think he can continue to improve if he starts taking the course more seriously.

Academic Ability: Impression is positive. He got a bad start on exam 1, and although a 69 on exam 2 is nothing to write home about, it is a noteable improvement. I think Mr Stainback is capable of doing better. It is a matter of application rather than ability.

Effort/Initiative: Could be better. Seems content to just slide by. Puts virtually no effort into HW; HW avg of 50% is well below class avg of 88%.

Potential: Opinion reserved at this point. We will see how the last block of the course proceeds.

Recommendations:
1. Focus on the last block; it will comprise at least 50% of the final
2. Keep a good attitude and want to do better.
3. Do your HW.
4. See recommendations 3-6 from last MAPR.



20

00073

8/28/03 12:39 PM

## Matthew Kilpatrick Stainback/046582/06

| | |
|---|---|
| **Course:** | EE302 |
| **Course Title:** | DIGITAL COMMUNICATIONS AND COMPUTER TECHNOLOGY |
| **Instructor:** | HUTCHINS DAN |
| **Section:** | 1102 |
| **Marking Period:** | END OF TERM |
| **Purpose:** | 6WK/12WK/END OF TERM |
| **Created By:** | DHUTCHIN |
| **Creation Date:** | 09-MAY-2003 |
| **Number of Absences:** | 3 |
| **Section Standing:** | 18 |
| **Section Total:** | 18 |
| **Comments:** | This MAPR is written on the occasion of Midshipman Stainback failing EE302. |

Aptitude: Midshipman Stainback has demonstrated average to weak aptitude when it comes to technical subjects. I question his ability to handle rigorous academic requirements and technical leadership necessary for success in today's Navy.

Academic Ability. Questionable. Midshipman Stainback seems to do well in some subjects but struggles particularly with engineering and sciences. During my brief encounter with him, I can't fully determine if this is a true lack of academic ability, or if it is more a case of academic defiance regarding subjects he is not interested in or refuses to put time and effort into.

Effort: UNSAT. My impression was that Midshipman Stainback's target throughout the semester was a 60%, hoping that he would wind up with the "D stands for Done". I recall some sporadic EI, but clearly Midshipman Stainback should have sought more EI, and he should have tried harder.

Initiative: UNSAT. The most disturbing take away from Midshipman Stainback's performance is that —despite unambiguous and frequent warnings--he was unable to put together and execute a personal improvment plan to give himself sufficient margin to pass the course. Equally disturbing is the cavalier attitude displayed in the face of impending failure.

Potential: Questionable. Academic success doesn't directly equate to leadership success, however, Midshipman who exhibit inability to correct a failing trend, esteem academic performance so lightly, and lack confidence/initiative/humility to obtain effective guidance, do present causes for concern.

Recommendation: I recommend that Midshipman Stainback be retained, but he needs strong counseling on his attitude. I think he is much more capable, and he is not trying his best.



00074

21

8/28/03 12:39 PM

# MAPRs

## Matthew Kilpatrick Stainback/046582/06

| | |
|---|---|
| **Course:** | FE310 |
| **Course Title:** | ECONOMIC GEOGRAPHY |
| **Instructor:** | CANTRELL STEVE L. |
| **Section:** | 2001 |
| **Marking Period:** | END OF TERM |
| **Purpose:** | 6WK/12WK/END OF TERM |
| **Created By:** | CANTRELL |
| **Creation Date:** | 10-MAY-2003 |
| **Number of Absences:** | 2 |
| **Section Standing:** | 22 |
| **Section Total:** | 25 |
| **Comments:** | Midn 2/C Stainback is an intelligent midshipman who did well in Economic Geography. He fully particpated in classroom dicussions and was on time with all assignments. He could have performed better on exams and is ceratinly capable of doing so. |
| | I think Midn 2/C Stainback is industrious and has the potential to be a good officer. |



00075

8/28/03 12:04 PM

## Matthew Kilpatrick Stainback/046582/06

| | |
|---|---|
| **Course:** | FG202 |
| **Course Title:** | INTERMEDIATE GERMAN II |
| **Instructor:** | FLETCHER WILLIAM |
| **Section:** | 4001 |
| **Marking Period:** | END OF TERM |
| **Purpose:** | 6WK/12WK/END OF TERM |
| **Created By:** | FLETCHER |
| **Creation Date:** | 10-MAY-2003 |
| **Number of Absences:** | 1 |
| **Section Standing:** | 6 |
| **Section Total:** | 14 |
| **Comments:** | Midn Stainback is a likable and intelligent midshipman who did well in German, to some extent due to prior knowledge. While he made a reasonable effort to learn and participate, he often had to be prodded to complete assignments. The results typically were quite good. |
| | I think Midn Stainback has the potential to be a good officer. He does lack some of the maturity, seriousness of purpose and focus needed to show greater responsibility and initiative. Still, his intelligence and people skills will serve him well as an officer. |



00076

23

8/28/03 12:04 PM

# MAPRs

## Matthew Kilpatrick Stainback/046582/06

| | |
|---|---|
| **Course:** | NL302 |
| **Course Title:** | LEADERSHIP: THEORY AND APPLICATION |
| **Instructor:** | BROOKES DANIEL M |
| **Section:** | 1034 |
| **Marking Period:** | END OF TERM |
| **Purpose:** | 6WK/12WK/END OF TERM |
| **Created By:** | BROOKES |
| **Creation Date:** | 11-MAY-2003 |
| **Number of Absences:** | 1 |
| **Section Standing:** | 20 |
| **Section Total:** | 20 |
| **Comments:** | |

Early in the semester I noticed a very apathetic attitude in him during my classes. He started the semester decently but began to slide in completing assigned work.

I met with him and talked about why he was falling behind and that there appeared to be a problem with his motivation and that he needed to start doing his quizzes and participating more in class. We had a productive talk and I noticed a marked improvement in his class participation which ended up as his strongest grade for the semester.

He made some progress with doing his assigned work but then seemed to slip back into his old habits. He turned in several key assignments late and, coupled with his earlier missed quizzes , left him 78 of 79 for overall course grade. This could have been prevented by turning in assigned work on time.

Mr. Stainback seems to have improved his attitude and is keenly aware of his weakness in the area of procrastination . BUT he MUST deal with this problem.

I do not doubt his aptitude for commissioning. After my talk with him he improved in his alertness, cooperation and participation.

My recommendation is to retain Mr. Stainback with the understanding that he will seek assistance ASAP with his procrastination and present his advisor with a specific plan on steps he will take this summer/fall (and report his progress regularly) to his advisor.



00077

24

## Matthew Kilpatrick Stainback/046582/06

| | |
|---|---|
| **Course:** | FE331 |
| **Course Title:** | ECONOMIC STATISTICS |
| **Instructor:** | TANNEN MICHAEL |
| **Section:** | 5041 |
| **Marking Period:** | END OF TERM |
| **Purpose:** | 6WK/12WK/END OF TERM |
| **Created By:** | BOWMAN |
| **Creation Date:** | 12-MAY-2003 |
| **Number of Absences:** | 0 |
| **Section Standing:** | 7 |
| **Section Total:** | 21 |
| **Comments:** | This is the second course I teach in which Mr. Stainback has been a student. I have found him to be a receptive and very capable student in both classes. |

This semester as last, he did a fine job of mastering the difficult and abstract material in Statistics. This was evident in his exam scores consistently throughout the semester, in which he averaged a high B+. Had he done an equally good job on his homework assignments, he potentially could have scored an A, but he did not. Overall, he ranked near the top third of students in my two statistics classes this semester, #14 out of 41 students.

Based upon the generally good performance he has exhibited in both my classes, I was surprised to learn he has had difficulty in other courses. I believe he is an above average student, compared to others I have known at the Academy, and certainly has the intellectual ability to succeed as a Navy Officer. He could rise higher, however, if his performance on assigned duties out of class matched his performance in class. He should be advised strongly to improve his efforts in the latter regard.

My overall assessment is that I strongly recommend retaining him at the Academy, given his overall above performance and his intellectual ability in statistics and economics.



25

## STAINBACK  046582  Co: 6  Class: 04

Alpha: 046582
Name: Matthew Kilpatrick Stainback
Social Security: 231514752
Status: ACTIVE
Date of Birth: 15-JUL-1981
Upward Mobility Code:
Gender: Male
High SAT V: 670
High SAT M: 740
Advisor: BOWMAN W

Company Number: 6
Home Of Record: ARLINGTON
State: VA
Former Alpha:
Former Military:
Gain Code: Civil Life, No Prior Service
AIS Ethnic Code: CAUCASIAN/WHITE
Proj Grad Date: 31-AUG-2004
Service Assignment: NAVY NFO
Major: ECONOMICS

# Spring 2004 Grades

| Course | Section | 6 Wks | 12 Wks | 16 wks | Final Grade |
|--------|---------|-------|--------|--------|-------------|
| EM300 | 1111 | C | C | | |
| ES419 | 2122 | C | C | | |
| FE437 | 5001 | A | B | | |
| FE475C | 5043 | B | D | | |
| NL313 | 3001 | A | B | | |
| NS403 | 6122 | F | F | | |
| PE422 | 0411 | | | | |

| Ac Yr | Sem | SQPR | Proj CQPR | CQPR |
|-------|-----|------|-----------|------|
| 2004 | SPRING | 1.85 | 2.35 | |

# QPRs and Standings

| Ac Yr | Sem | Class | SQPR | CQPR | Sem MIL QPR | Cum MIL QPR | Class Size | OOM | AOM | MOM | Status |
|-------|-----|-------|------|------|-------------|-------------|------------|-----|-----|-----|--------|
| 2005 | FALL | 1/C | | | | | | | | | Probation |
| 2004 | SPRING | 1/C | 1.85 | | 1.14 | 2.36 | 0 | 0 | 0 | 0 | BOARD CASE - PENDING |
| 2004 | FALL | 1/C | 2.93 | 2.43 | 1.92 | 2.47 | 1018 | 954 | 853 | 991 | Probation |
| 2004 | SUMMER | 1/C | 4.00 | 2.36 | .00 | 2.56 | | | | | |
| 2003 | SPRING | 2/C | 1.74 | 2.20 | 1.97 | 2.56 | 1019 | 950 | 952 | 950 | BOARD CASE - RETAINED AFTER APPEAL |
| 2003 | FALL | 2/C | 1.73 | 2.31 | 2.51 | 2.69 | 1026 | 879 | 901 | 854 | |
| 2003 | SUMMER | 2/C | 2.00 | 2.43 | .00 | 2.73 | | | | | |
| 2002 | SPRING | 3/C | 2.38 | 2.35 | 2.44 | 2.73 | 1071 | 809 | 884 | 829 | |
| 2002 | FALL | 3/C | 2.32 | 2.34 | 2.74 | 2.84 | 1096 | 775 | 879 | 747 | |
| 2001 | SPRING | 4/C | 2.44 | 2.35 | 2.72 | 2.89 | 1127 | 788 | 831 | 662 | |

Encl (2)

00079

| 2001 | FALL | 4/C | 2.25 | 2.25 | 3.13 | 3.13 | 1138 | 813 | 893 | 741 | |
| 2001 | SUMMER | 4/C | .00 | .00 | .00 | .00 | | | | | |
| 2001 | SUMMER | 4/C | .00 | .00 | .00 | .00 | | | | | |

Records 1 to 13 of 13

## Final Course Grades

| Ac Yr | Sem | Courses and Grades |
|---|---|---|
| 2004 | SPRING | EM300 FE475C NL313 FE437 ES419 PE422 NS403 |
| 2004 | FALL | NL211 A PE406 B FE220 C NL400 B EN200 C FE431 A A401 C X401 F |
| 2004 | SUMMER | EE302 A |
| 2003 | SPRING | NL302 B EE302 F EM300 F FG202 B FE331 B PE334 A FE310 B A302 C X302 F |
| 2003 | FALL | PE301 A EE301 D FG201 B FE311 D NS310 C FE363 C A301 C X301 B |
| 2003 | SUMMER | HH206 C |
| 2002 | SPRING | NE203 C FG102 A FE341 A PE202 A SP212 C HH206 F A202 C X202 A |
| 2002 | FALL | SP211 C HH205 D NN204 D PE210 B FG101 A SM230 B PE201 A X201 A A201 B |
| 2001 | SPRING | PE102 A NS100 B HH104 B HE112W D SM221 B SC112 C A102 C X102 A |
| 2001 | FALL | HE111W D SM122 C FP130 B PE101 A NL112 C SC111 B SB251 V A101 B X101 A |
| 2001 | SUMMER | SM121 V |

Records 1 to 11 of 11

## Military Grades/Status

| Ac Yr | Sem | Conduct | PE | Aptitude | Academic Status |
|---|---|---|---|---|---|
| 2004 | SPRING | | | | THREE F'S WHILE AT USNA, OTHER |
| 2004 | FALL | F | B | C | |
| 2003 | SPRING | F | A | C | 2 F'S THIS SEM, THREE F'S WHILE AT USNA |
| 2003 | FALL | B | A | A | |
| 2002 | SPRING | A | A | C | |
| 2002 | FALL | A | A | B | |
| 2001 | SPRING | A | A | C | |
| 2001 | FALL | A | A | B | |

Records 1 to 8 of 8

00080

## Aptitude for Commission Rankings

| Ac Yr | Sem | Company Officer Ranking | Upper Class Ranking | Peer Ranking | Overall Ranking | Mids In Ranking | Ranking Comments |
|---|---|---|---|---|---|---|---|
| 2004 | SPRING | | | | 01 | 27 | View Comments |
| 2004 | FALL | 25 | | 23 | 25 | 27 | View Comments |
| | | | | | | | |

2

| 2003 | SPRING | | 28 | | 26 | | 23 | | 27 | | 28 | View Comments |

Records 1 to 3 of 3

| Help | Return | MIDS Home | General Academics | Academic Center |
| Academic Dean | Commandant's Staff | Department Chair | Faculty | Logistics |
| Midshipmen | MISO | Mid Personnel Office | OPS Schedules | ProDev |
| Physical Education | Registrar | | | |

00081

MIDSHIPMEN PERFORMANCE RECORD                    30-MAR-2004

| ALPHA | NAME | | CO | SSN | PRIOR SERVICE |
|---|---|---|---|---|---|
| 046582 | Matthew Kilpatrick Stainback | | 06 | 231514752 | |

PARENT/GUARDIAN NAME/ADDRESS
HELENE & DAVID STAINBACK
5403 N 11TH ROAD
ARLINGTON VA 22205

SERVICE SELECTION
NAVY NFO

| | 4/C | | 3/C | | 2/C | | 1/C | |
|---|---|---|---|---|---|---|---|---|
| | FALL | SPRING | FALL | SPRING | FALL | SPRING | FALL | SPRING |
| **APTITUDE FOR COMMISSION** | | | | | | | | |
| GRADE-> | B | C | B | C | C | C | C | |
| | | | | | | | | |
| **APTITUDE RANKING** | | | | | | | | |
| CO---> | | | | | 28/28 | 25/27 | | |
| UPPER-> | | | | | 26/28 | | | |
| PEER--> | | | | | 23/28 | 23/27 | | |
| OVERALL | | | | | 27/28 | 25/27 | 01/27 | |
| | | | | | | | | |
| **CONDUCT** | | | | | | | | |
| DEMS--> | 000 | 000 | 020 | 000 | 040 | 090 | 110 | |
| GRADE-> | A | A | A | A | B | F | F | |

**MAJOR OFFENSE(S)**
030070 ABUSE OF 4/C INDOC SYSTEM - NOT AMOUNTING TO HAZING
DATE: 07-JUL-2002 DEMERITS: 25 RESTRICTION (DAYS): 060
032181 ABSENT WITHOUT AUTHORITY FROM ACADEMIC CLASS; INTENTIONAL OR DUE
DATE: 28-JAN-2003 DEMERITS: 50 RESTRICTION (DAYS): 040
040096 DISORDERLY OR DISCREDITING PUBLIC CONDUCT: AS MEMBER OF THE U.S. NAVY
DATE: 03-JUL-2003 DEMERITS: 100 RESTRICTION (DAYS): 060

**STRIPERS**

| | | CO SQD LDR(SU) | CO SECURITY(F) |
|---|---|---|---|
| | | | CO SQD LDR(SP) |

**INTRAMURALS/VARSITY SPORTS**

| | | | |
|---|---|---|---|
| (F) LIGHTWEIGHT CREW | SOCCER | FLAG FOOTBALL | SOCCER (6SIDE) |
| (W) LIGHTWEIGHT CREW | FIELD BALL | FIELD BALL | INTRAMURAL SWIMMIN |
| (S) LIGHTWEIGHT CREW ( | MARATHON | TEAM HANDBALL | MARATHON |

**ECAs**

| | | | |
|---|---|---|---|
| | | SEMPER FI | SEMPER FI |

**SUMMER TRAINING (ACTIVITY NAME/CRUISE BLOCK)**

| 3/C | 2/C | 1/C |
|---|---|---|
| YP CRUISE/3 | PLEBE DETAIL (FIRST SET)/2 | LEATHERNECK/1 |
| NTT/4 | SURFACE/1 | SUMMER SCHOOL - MANDATORY/ |
| | SURFACE CRUISE-PACIFIC/1 | |
| | SUMMER SCHOOL - MANDATORY/ | |


View Minor Conduct Offenses


View Aptitude for Commission Ranking Comments


---------------------------------------------------------------->✈

| Help | Return | MIDS Home | General Academics | Academic Center |
|---|---|---|---|---|
| Academic Dean | Commandant's Staff | Department Chair | Faculty | Logistics |
| Midshipmen | MISO | Mid Personnel Office | OPS Schedules | ProDev |
| Physical Education | Registrar | | | |

00082

Encl (3)

# Conduct Offenses

## Matthew Kilpatrick Stainback/046582/06

| | |
|---|---|
| **Case Number:** | 042798 |
| **Alpha:** | 046582 |
| **Name:** | Matthew Kilpatrick Stainback |
| **Company:** | 06 |
| **Ac Yr Ending:** | 2004 |
| **Semester:** | SPRING |
| **Commit Date:** | 08-MAR-2004 |
| **Creation Date:** | 08-MAR-2004 |
| **Created By:** | MMCKENNA |
| **Level Awarded:** | MINOR |
| **Primary Offense:** | 1806    MINOR     ABSENT WITHOUT AUTHORITY, THROUGH NEGLIGENCE, FROM MIL: |
| **Secondary Offense(s):** | |
| **Other Cases Awaiting Adjudication:** | 042561 |
| **Reporter Type:** | OFFICER |
| **Status:** | CLOSED CASE / FINAL DISPOSITION |
| **PIO Assigned:** | |
| **Other PIO:** | |
| **Date PIO Notified:** | |
| **PIO Completion Date:** | |
| **PIO Status:** | UNASSIGNED |
| **Incident Summary:** | MIDN STAINBACK MISSED CDO MUSTER 08MAR04. |
| **Validated:** | NO |
| **Adjudicator:** | COMPANY COMMANDER |
| **Award Date:** | 10-MAR-2004 |
| **Commandant Hearing Date:** | |

00083

| | Awarded (Days) | Suspended (Days) | In Effect For (Months) | End Date | Deferred | Deferred Date | Vacated | Vacated Date |
|---|---|---|---|---|---|---|---|---|
| **Restriction:** | | | | | NO | | NO | |

**Encl (4)**

| Tour Type: AREA | 1 | | (Months) | | NO | | NO | |
|---|---|---|---|---|---|---|---|---|
| Loss of Privs: | (Days) | (Days) | (Months) | | NO | | NO | |
| Loss of Car Privs: | (Days) | (Days) | (Months) | | NO | | NO | |
| Lost Leave: | (Months) | (Months) | (Months) | | NO | | NO | |
| Extra Duty: | (Hours) | (Hours) | (Months) | | NO | | NO | |
| Conduct/Honor Probation: | (Months) | | | | | | | |
| Remediation Award: | (Months) | | | | | | | |

Related Case Commit Date:
Award Comment:              MIDN STAINBACK WAS AWARDED 1 AREA TOUR.
Accussed Midshipmen Statement:
Rights Acknowledged:        YES
Primary Offense Plea:       GUILTY
Plead By:                   M046582
Plead Date:                 10-MAR-2004



| Help | Return | MIDS Home | General Academics | Academic Center |
|---|---|---|---|---|
| Academic Dean | Commandant's Staff | Department Chair | Faculty | Logistics |
| Midshipmen | MISO | Mid Personnel Office | OPS Schedules | ProDev |
| Physical Education | Registrar | | | |

00084

Case 1:06-cv-00856-RBW    Document 11-4    Filed 09/27/2006    Page 35 of 50

# Conduct Offenses

## Matthew Kilpatrick Stainback/046582/06

| | |
|---|---|
| **Case Number:** | 042561 |
| **Alpha:** | 046582 |
| **Name:** | Matthew Kilpatrick Stainback |
| **Company:** | 06 |
| **Ac Yr Ending:** | 2004 |
| **Semester:** | SPRING |
| **Commit Date:** | 20-FEB-2004 |
| **Creation Date:** | 26-FEB-2004 |
| **Created By:** | MMCKENNA |
| **Level Awarded:** | MAJOR |
| **Primary Offense:** | 1810    MAJOR    ABSENT WITHOUT AUTHORITY FROM ACADEMIC CLASS; INTENTIO |
| **Secondary Offense(s):** | |
| **Other Cases Awaiting Adjudication:** | |
| **Reporter Type:** | OFFICER |
| **Status:** | SCHEDULED FOR COMMANDANT HEARING |
| **PIO Assigned:** | LT Tom F Foster |
| **Other PIO:** | |
| **Date PIO Notified:** | 26-FEB-2004 |
| **PIO Completion Date:** | |
| **PIO Status:** | AWAITING COC COMMENTS |
| **Incident Summary:** | MIDN STAINBACK DID NOT ATTEND PRACTICUM CLASS FROM 28JAN (SERVICE ASSIGNM 23FEB. |
| **Validated:** | YES |
| **Adjudicator:** | DEPUTY COMMANDANT |
| **Award Date:** | 31-MAR-2004 |
| **Commandant Hearing Date:** | |

00085

3

| | Awarded | Suspended | In Effect For | End Date | Deferred | Deferred Date | Vacated | Vacated Date |
|---|---|---|---|---|---|---|---|---|
| Restriction: | 45 (Days) | (Days) | (Months) | 15-MAY-2004 | NO | | NO | |
| Tour Type: | | | (Months) | | NO | | NO | |
| Loss of Privs: | (Days) | (Days) | (Months) | | NO | | NO | |
| Loss of Car Privs: | (Days) | (Days) | (Months) | | NO | | NO | |
| Lost Leave: | 3 (Months) | (Months) | (Months) | 29-JUN-2004 | NO | | NO | |
| Extra Duty: | 30 (Hours) | (Hours) | (Months) | | NO | | NO | |
| Conduct/Honor Probation: | (Months) | | | | | | | |
| Remediation Award: | (Months) | | | | | | | |

**Related Case Commit Date:**

**Award Comment:**  DEPUTY COMMANDANT AWARDED:
75 DEMERITS
45 DAYS RESTRICTION
30 HOURS EXTRA DUTY
3 MLOCP
FORWARDED TO COMMANDANT

**Accussed Midshipmen Statement:** NO STATEMENT AT THIS TIME

**Rights Acknowledged:**  YES

**Primary Offense Plea:**  NOT GUILTY

**Plead By:**  M046582

**Plead Date:**  27-FEB-2004

---

| Help | Return | MIDS Home | General Academics | Academic Center |
|---|---|---|---|---|
| Academic Dean | Commandant's Staff | Department Chair | Faculty | Logistics |
| Midshipmen | MISO | Mid Personnel Office | OPS Schedules | ProDev |
| Physical Education | Registrar | | | |

00086

**PRELIMINARY INQUIRY REPORT**
NDW-USNA--COMDT-1620/70 (03-81)

Date: <u>01 March 2004</u>

From: <u>LT Thomas Foster, USN, 10th Company Officer</u>

In the case of <u>MIDN 1/C Matthew Stainback</u> Form 2, Case # <u>042561</u>

Major offenses reported:

**1810 (Major)**   **Absent without authority from academic class; intentional or due to gross negligence.**

1. I have interviewed the following witnesses.

Interviewed:     MIDN 1/C Stainback
                 MAJ Hatala
                 LCDR Gozzo
                 LT McKenna
                 LT Keithley
                 Professor Bowman

2. The following items of real evidence and/or documents are available:
   (Attach copies of documents if practical).

   a. Form-2

   b. LCDR Gozzo's statement

   c. E-mails from Professor Bowman and LCDR Gozzo

   d. MIDN Stainback's statement

   e. E-mails from MIDN Stainback to Professor Bowman

3. Summary of Events:

   MIDN 1/C Stainback was enrolled in Major Hatala's NS404 Marine Corps Practicum course. MIDN Stainback found out on the afternoon of 28 January (Wednesday) that he was not selected to go Marine Corps and that he got his second choice (Naval Flight Officer). MIDN Stainback went to Major Hatala's class on Friday the 30th. Major Hatala told him he needed to switch practicum classes to an NFO class. MIDN Stainback contacted his academic advisor, Professor Bowman, to ask what he needed to do to change courses. MIDN Stainback claims that Professor Bowmand replied that he would "get on it" and then never replied again. He claims he tried to make contact with Professor Bowman on multiple occasions, but was unable to contact him (He was only able to produce two e-mails one dated 30 Jan and one dated 18 Feb).

   Professor Bowman does remember discussing the issue with MIDN Stainback but recalls telling him he needed more information to make the switch. He told him he needed to know which course he was leaving and which course he was going to. He says MIDN Stainback never provided the information. Professor Bowman is the Economics Department Chair and he advises 55 midshipmen. He takes some blame for this situation in he didn't pursue resolution with MIDN Stainback but states that MIDN Stainback should take accountability for his absences as his course transfer and academic schedule are his responsibility.

   Major Hatala had a total of seven midshipmen who transferred out of his course after service assignment. According to LCDR Gozzo, the practicum coordinator, only MIDN Stainback had any issues transferring from one practicum to the other. He also informed me that the other 6 MIDN were all able to

5

00087

take a 6 week exam. MIDN Stainback did not take a 6-week practicum exam. A cursory poll of 1/C midshipmen shows that the procedure for transferring practicum courses was common knowledge amongst 1/C MIDN.

I have attached an e-mail from LCDR Gozzo to all practicum instructors addressing the very issue of practicum transfer. I also enclosed an e-mail from Major Porter which discusses his e-mail to all CO's/Batt-O's and what he told the MIDN regarding practicum.

4. Summary of Offenses:
   a. MIDN Stainback meets the elements of **7.18.10** (major) Absent without authority from academic class; intentional or due to gross negligence.

**THE ELEMENTS OF BEING ABSENT WITHOUT AUTHORITY FROM ACADEMIC CLASS, INTENTIONALLY OR DUE TO GROSS NEGLIGENCE ARE:**

Yes    (1) That you absented yourself from your academic class which you were required to be;
-    MIDN 1/C Stainback did not attend a practicum class from 31 January until 23 February 2004. He was absent 9 times during that period.

Yes    (2) That the absence was without authority from anyone competent to give you leave; and
-    MIDN 1/C Stainback was not on leave, nor was he authorized by any authority to miss class.

Yes    (3) That the absence was either intentional or resulted from your negligence.
-    MIDN 1/C Stainback was negligent in correcting his academic schedule by his own admission.

5. Comments of the Investigating Officer:
   Midshipman Stainback is a First Class midshipman. He is just months away from receiving a commission in the United States Navy, yet he is somehow unable to take care of a relatively small issue like his academic schedule. MIDN Stainback needed only to ask for help from his Company Officer, his Senior Enlisted, of some of his classmates. Six other students in his class were able to switch practicum classes by Friday and were in new classes the following week. One of them switched out of the USMC practicum and switched back in a week later without missing class. MIDN Stainback was lazy and did not take any accountability for his situation. The fact that he feels his academic advisor is to blame for this situation concerns me. I do not believe we can commission someone who is so unable or unwilling to take accountability for themselves. How will MIDN Stainback be accountable for sailors?

6. My investigation is complete.

7. The accused desires the following witnesses to appear on his behalf:
   MIDN 1/C Berge – 6th Company Commander

Investigating
Officers Signature: _~~~~~~~~~~_

Printed Rank,
Name and Billet: _Thomas Foster, Lt_
_16 72 Company Officer_

00088

6

**Current Folder: Sent**

Compose   Addresses   Folders   Options   Search   Help

Message List | Delete | Edit
Message as New                          Previous | Next              Forward | Forward as Attachment | Reply | Reply All

       **Subject:** practicum class
        **From:** m046582@usna.edu
         **Date:** Fri, January 30, 2004 9:06 am
           **To:** bowman@usna.edu
    **Priority:** Normal
    **Options:** View Full Header | View Printable Version

```
Coach,
     I am in the Marine Corps practicum class, but I ended up getting NFO
for service selection.  I was wondering how i go about switching to
an aviation practicum.


Very Respectfully

MAtt Stainback
```

00089

7

**Current Folder: Sent**

Compose  Addresses  Folders  Options  Search  Help

Message List | Delete | Edit          Previous | Next          Forward | Forward as Attachment | Reply | Reply All
Message as New

    **Subject:** Course change
      **From:** m046582@usna.edu
      **Date:** Wed, February 18, 2004 10:14 am
         **To:** bowman@usna.edu
   **Priority:** Normal
   **Options:** View Full Header | View Printable Version

Coach,

    I did not get my marine service selection even after the extra billets
came out a week ago, so i have been trying to find an aviation
practicum class that fits my schedule, but there arent any.  My Marine
practicum teacher told me to stop coming to class because there is no
point anymore, but since that class has not been dropped from my
matrix yet, I got an "I" for a grade.  I also do not have an aviation
class that I can fit into.

    My capstone class stopped meeting last week, so today i am going to
start going to the aviation practicum class that i can now attend
because of that opening in my schedule.  I know that this is a
drop/add nightmare, so i was wondering how to go about this.  I dont
want to get in trouble and I have no idea what to do.  Please let me
know what kind of action I should take.  I can meet with you later
today if that helps.

Thanks,

Matt

*Class was meeting. He had not attended for 2½ weeks at this point.*

*Did not attend for another week, the 23rd of February*

00090

8

**From:**     Anthony Porter
**To:**       Foster, Tom
**Date:**     3/1/2004 3:42:06 PM
**Subject:**  Capstone class shuffle

Tom,

The info I put out to all company officers, battalion officers, and all NS40X instructors was that on 28 Jan any midn who learned they did not receive the service assignment they expected and were thus int he wrong capstone class, needed to change classes by the following Monday.

I do not remember sending an e-mail to the 1/C regarding this topic.

Finally, the argument that "nobody told me I had to change capstone classes" doesn't hold water because it is a graduation requirement. The fact he knows not to be in one capstone class = he has to be in another capstone class, right?

Tony

Major Anthony G. Porter, USMC
Career Information Officer
United States Naval Academy
Division of Professional Development
DSN: 281-6586
aporter@usna.edu
Comm: 410-293-6586


**CC:**       Gozzo, Stephen;  Snode, Kevin

00091

**From:**      Stephen Gozzo
**To:**        Spring 2004 SeaNav All Instructors + Adjuncts
**Date:**      2/17/2004 9:32:23 AM
**Subject:**   MIDSHIPMAN INCORRECTLY ENROLLED IN NS40X

All,

As you can see by this e-mail, mids that may have changed practicums on their own and never came through me are still causing problems.

Please review your class rosters. Try to find the mid who shows up and is not on your roster, and the mid who is on the roster, yet is absent. I need to know about them and they need to be directed to see me ASAP to make practicum scheduling changes. I direct each mid I reschedule to touch base with both his former and new practicum instructors. Info to be passed between instructors includes grades and instructor input assessments.

If you can believe it, we still have new changes ongoing as mids have medical and NR interviews as late as this week. Hang in there.

Thank you for your help.

r/
LCDR Gozzo


>>> Richard Davis 02/17/04 09:16AM >>>
Midshipman Stainback should have seen MAJ Gozzo for a MIDREC card for the change. All such changes need to go thru MAJ Gozzo.



Thanks  Richard Davis

>>> "John W Hatala" <hatalas@comcast.net> 2/16/2004 9:51:00 AM >>>
Registrar,
    MIDN 1/C Stainback is on my roster for NS404 when I entered grades. However, he was not selected for the Marine Corps during service assignment and was subsequently changed to another NS class.

               Maj J.W. Hatala


CC:          Davis, Richard;  Vint, Charles


00092

**From:** Stephen Gozzo
**To:** Stainback, Matthew
**Date:** 2/25/2004 9:52:18 AM
**Subject:** MIDSHIPMAN INCORRECTLY ENROLLED - Matthew Kilpatrick Stainback/046582/06

Reply requested by 2/25/2004

M/N Stainback,

You have received an "I" at the six week point in your grades for NS404. Where have you been going to class? What section are you attending?

Your practicum in MIDS never changed. Why have you not taken that for action? Accuracy of your schedule is your responsibility.

The e-mail you received Feb 17th from Registrar Davis, cut and pasted below, should have urged you to action by now.

See me immediately in Luce 326D!

r/
LCDR Gozzo
SEANAV Academic Officer
Luce 328D
3-6070


>>> Richard Davis 02/17/04 09:16AM >>>
Midshipman Stainback should have seen MAJ Gozzo for a MIDREC card for the change. All such changes need to go thru MAJ Gozzo.

Thanks  Richard Davis

>>> "John W Hatala" <hatalas@comcast.net> 2/16/2004 9:51:00 AM >>>
Registrar,
    MIDN 1/C Stainback is on my roster for NS404 when I entered grades. However, he was not selected for the Marine Corps during service assignment and was subsequently changed to another NS class. Also, 1/C        was separated from the Naval Academy, effective 13 Feb 04.
                        Maj J.W. Hatala


**CC:**        Bowman, William;  Hatala, John W;  McKenna, Michelle;  Porter, Anthony;  Snode,
Kevin

00093

11

**From:**     Stephen Gozzo
**To:**       Academic, Scheduling
**Date:**     2/25/2004 1:35:04 PM
**Subject:**  MIDRECC Stainback 046582

Mr. Vint,

I need to create a special section to accomodate a late practicum change with schedule conflicts.

Please create: NS403 Section 6122

Meeting time, MF6, F34

Max allowed: 1    Stainback 046582

Instructor: Abrams, Jacob

Please drop NS404 3111 from M/N Stainback's schedule.  No other changes to his schedule need to be made at this time.

v/r
LCDR Gozzo

For M/N Stainback,
You shall immediately begin attending LT Abrams class as we discussed.

LCDR Stephen Gozzo USN
Academic Officer
Dept of Seamanship and Navigation
United States Naval Academy
Luce Hall Room 328D; Office: 410-293-6070, DSN 281
E-mail: gozzo@usna.edu
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Failure is not an option.
It is a privilege reserved only for those who try.


CC:         Abrams, Jacob;  Bowman, William;  Gozzo, Stephen;  Hatala, John W;  McKenna, Michelle;  Stainback, Matthew

00094

**From:** Stephen Gozzo
**To:** McKenna, Michelle
**Date:** 2/26/2004 11:37:40 AM
**Subject:** Fwd: Re: MIDSHIPMAN INCORRECTLY ENROLLED - Matthew Kilpatrick Stainback/046582/06

LT McKenna,

I need to know where 1/C Stainback has been since Jan 30th. LT Abrams said he showed up in his NS403 class for the first time Feb 23rd. MAJ Hatala has not seen him in class since Jan 30th. As of yeserday, he is officially in LT Abram's NS403 section.

1/C Stainback told me he has been attending class all along...who's class I do not know.

He aknowledged not taking a 6 week exam. He has an I for 6 weeks and is looking at an F at this time.

He has also not replied to his faculty advisor's e-mail.

r/
LCDR Gozzo

LCDR Stephen Gozzo USN
Academic Officer
Dept of Seamanship and Navigation
United States Naval Academy
Luce Hall Room 328D; Office: 410-293-6070, DSN 281
E-mail: gozzo@usna.edu
————————————————
Failure is not an option.
It is a privilege reserved only for those who try.


>>> William Bowman 02/26/04 10:08AM >>>
Steve,
For some reason, have not heard back from Mid Stainback as of yet. I'm leaving town at noon today and may not be back until mid-week...Sure hope this is cleared soon...
Appreciate all you are doing to remedy an unusual situation...Buzz


>>> William Bowman 02/25/04 01:35PM >>>
Matt,
Just received a call from Cdr (?) S. Gozzo of Sea-Nav who has alerted me to the problem regarding your registration for NS404X. I believe I do recall your asking me to change sections - but really don't remember getting an email with old and new sections - and bottom line I never made any change...Problem is the responsibility to make the change falls on you...and sounds like some others don't quite understand what and where you have been....Better call me: 410-293-6881 (office) or 41-353-7331 (cell)...Coach Bowman


>>> John Hatala 02/26/04 10:25AM >>>
LCDR Gozzo,
  MIDN 1/C Stainback has not been present in my NS404 Class, Section 3111, since 30 January 04. As of 23 February, he was absent from 9 classes. I did not realize that he was still enrolled in my class; therefore, if he was not in my class, he was unintentionally marked as present since he wasn't identified as an absence. When I entered the six week grades, I noticed that he was still enrolled in my class and notified the Registrar.

00095

13

**From:**    Stephen Gozzo
**To:**    Foster, Tom
**Date:**    3/1/2004 3:00:21 PM
**Subject:**    1/C Stainback

Midshipman Stainback came to my attention when he was identified as not having taken his NS404 practicum 6 week exam by Maj Hatala.

Maj Hatala indicated that 1/C Stainback was last in his class on January 30th.   Maj Hatala assumed he transferred out of his class into an aviation practicum.   When entering 6 week grades, Maj Hatala noticed 1/C Stainback was still on his MIDS NS404 roster section list and notified the registrar and eventually myself of the problem.

I directed 1/C Stainback to report to me and spoke with him on Feb 25th.  I was in my office in the presence of LT Blair Keithley as I asked 1/C Stainback several simple questions regarding his accountability since the end of January.

When asked if he had been attending an aviation practicum since leaving the USMC practicum he said yes.  I asked him if when in his aviation practicum the teacher discussed a 6 week exam would be happening.  He said yes he did hear that being discussed.  He stated he had been attending LT Abrams NS403 section.  He did not take any practicum's 6 week exam.

I asked LT Abrams if he had been in his class and he said the first time he saw 1/C STAINBACK in class was Feb 23rd.

It appears that 1/C Stainback did not attend any practicum from 30JAN04 until 23FEB04.

I have asked all NS403 instructors if they saw him in their classes at any time this semester.  The only instructor from NS403 that saw him was LT Abrams as of 23 Feb only.


r/

LCDR Stephen Gozzo USN
Academic Officer
Dept of Seamanship and Navigation
United States Naval Academy
Luce Hall Room 328D; Office: 410-293-6070, DSN 281
E-mail: gozzo@usna.edu
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Failure is not an option.
It is a privilege reserved only for those who try.

00096

14

UNITED STATES NAVAL ACADEMY
### ACKNOWLEDGMENT AND WAIVER OF MILITARY SUSPECT'S RIGHTS, INVESTIGATION AND HEARING RIGHTS

Place:   Room 5447 Bancroft Hall

I, Midshipman First Class **Matthew K Stainback** have been advised by **LT Thomas F. Foster** that I am suspected of:

**1810 (Major)   Absent without authority from academic class; intentional or due to gross negligence.**

and that this offense is, or if multiple offenses are charged, that at least one of the alleged offense(s) is considered **MAJOR** under the USNA Administrative Conduct System.

I have also been advised that:
*(Initial)*
*MK* (1) I have the right to remain silent and make no statement at all;
*MK* (2) Any statement I do make can be used against me in a trial by court-martial, or other judicial or administrative hearing;
*MK* (3) I have the right to consult with a lawyer prior to any questioning.  This lawyer may be a civilian lawyer retained by me at no cost to the United States, a military lawyer appointed to act as my counsel at no cost to me, or both;
*MK* (4) I have the right to have my retained civilian lawyer and/or my appointed military lawyer present during this interview; and
*MK* (5) I may terminate this interview at any time, for any reason.

    I understand my rights as related to me and as set forth above.  With that understanding, I have decided that I **do/do not** desire to remain silent, consult with a retained or appointed lawyer, or have a lawyer present at this time.  I make this decision freely and voluntarily.  No threats or promises have been made to me.

Signature: _____     Witnessed by: _____

Printed Name: Matthew Stainback     Printed Rank, Name and Billet: LT Thomas F. Foster
Date and Time: 01 March 1250     Date and Time: 01 March 04 1250

I have been further advised that:
*(Initial)*
*MK* (1) I have the right to a full, impartial preliminary investigation.
*MK* (2) That I may have access to this investigation once completed.
*MK* (3) That I may provide information and evidence to the Preliminary Inquiry Officer.

    In addition to the above listed rights, I have been advised that should I desire to plead guilty to the charges against me I waive my right to a preliminary investigation.  A preliminary investigation may, regardless of my waiver, be conducted at the discretion of the Conduct Officer or Legal Advisor.  Understanding these rights, I have decided to plead the following to the offense(s):

(Circle Plea)
Guilty (Not Guilty) **1810 (Major) Absent without authority from academic class; intentional or due to gross negligence.**

I make this decision freely and voluntarily.  No threats or promises have been made to me.

Signature: _____     Witnessed by: _____

Printed Name: Matthew Stainback     Printed Rank, Name and Billet: LT Thomas F. Foster
Date and Time: 01 March 1252     Date and Time: 01 March 04 1252

15

00097

Regardless of my plea, I may request a hearing be held on the offense(s) by the Adjudicating Authority. If I request a hearing, one shall be held by the Adjudicating Authority. If I elect to waive my hearing I understand that I will be asked to provide a detailed statement regarding my involvement in the alleged offense. The Adjudicating Authority may still require a hearing if I decline to provide a statement or if he/she feels a hearing is necessary. My presence would be required at the hearing. At the hearing I would have the following rights:

(1) To confront and cross-examine witnesses
(2) To present evidence and witnesses
(3) To testify or remain silent

Having been informed of my rights, I understand my rights to a Hearing and elect to:

_____ Waive my right to a hearing before the Adjudicating Authority
__✓__ Request a hearing before the Adjudicating Authority

I understand that if the Adjudicating Authority finds that I committed one or more of the suspected offense(s) and awards punishment, I may request reconsideration of the finding(s)/punishment. I understand that such request must be made in writing within 5 working days of imposition of punishment and must allege either that the punishment was unjust or was disproportionate to the offense(s). I understand that if I request reconsideration, the case will be forwarded to the appropriate superior authority for review and action as provided under the Administrative Conduct System. I understand that if I request reconsideration, my punishment may not be increased by the Reviewing Authority.

Signature: _Matthew Steinbach_            Witnessed by: _____

Printed Name: _Matthew Steinbach_    Printed Rank, Name and Billet: _LT Thomas F. Cover_
Date and Time: _1 March 2004, 1855_    Date and Time: _01 March 04 1855_

00098

16

## NOTIFICATION OF POTENTIAL REIMBURSEMENT
### FOR ADVANCED EDUCATION

Date: _01 MARCH 2004_

From:  Commandant's Legal Advisor
To:    Midshipman 1/c _Stainback_    Alpha# _046552_

Subj:  NOTIFICATION OF POTENTIAL REIMBURSEMENT FOR ADVANCED
EDUCATION

Ref:  (a) 10 U.S.C. 2005

1.  All midshipmen are required to complete the educational requirements specified in the agreement they signed on Induction Day and, when applicable, upon the commencement of their second class year.  This advisement is to notify the named midshipman that, per reference (a), if they fail to complete the education requirements in the agreement, they will serve on active duty for a period specified in the agreement.  Further, should the midshipman fail to complete the period of active duty in the agreement, either voluntarily or due to misconduct, the midshipman may be required to reimburse the government. This notification is given for the benefit of the midshipman before they make any decisions regarding their pending conduct action.

2.  This advisement supplements the prior notices concerning the service obligation of midshipmen (active duty service or financial recoupment of the costs of education) that were provided to you prior to your induction to the Naval Academy and upon commencement of your second-class academic year.

Acknowledged:

_(signature)_    Date: _1 March 2004_

Printed Rank, Name and Billet: _MIDN 1/c STAINBACK_

**FIGURE 2-C-1**

00099

MEMORANDUM                                                    4 March 2004

From: MIDN ENS Stainback, USN

To: LT Foster, USN, 10th Co. Officer

Subj: STATEMENT OF EVENTS

1. On Wednesday, January 28th I attended Marine Corps practicum class 4th period.
   At noon that same day we received our service assignments and I found out that I
   would be entering the Naval Flight Officer community rather than the Marine
   Corps. The following Friday I reported to the Marine Corps practicum class that I
   was currently enrolled in. Major Hatala, my teacher told me that there was really
   no more point in attending Marine practicum and let me leave. He advised me to
   contact my academic advisor so that I could switch sections. I returned to my
   room and e-mailed my academic advisor, Professor Bowman and told him that I
   needed to be dropped from Marine Corps practicum and be placed in an Aviation
   Practicum class. He e-mailed me back congratulating me on service assignment
   and telling me that he would look into switching sections. The next week the first
   class was told that there were extra Marine billets being offered. I hoped that I
   would receive one of these billets and would not have to switch sections, but I
   was not offered one. The following week was x-week and I asked my company
   commander, 1/C Berge what I should do about switching classes. He told me that
   I should go through my academic advisor to make such a change. I stopped by
   Professor Bowman's room that week but he was not there. The following
   Wednesday, 18 February, Grades came out and I realized that I had received an
   "I" in the Marine practicum class that I thought I had already been dropped from.
   I had not been attending Marine practicum class, but did not once did I have to
   enter MIDS for being absent, so I thought that I had already been dropped from
   the class. I immediately asked my company commander what to do, and he told
   me to e-mail my academic advisor again. I e-mailed professor bowman and asked
   him what I should do. I asked him if there was anyone else I should talk to and I
   offered to meet him anytime. I told him that I did not know what to do and I did
   not want to get in trouble. He did not e-mail me back. I stopped by his office
   twice that week and he was not there either time. I knew that I did not fit in an
   Aviation practicum section, and that there were probably problems putting me in
   a class but I did not know who to talk to. I also did not want to fall too far behind
   and I did not want to get in trouble, so on Monday 23 February I found an
   aviation practicum class that I could attend most of the sections of and I started
   attending that class of my initiative.

                                        Very Respectfully,

                                        Matthew Stainback
                                        MIDN        USN

00100

18