## NOTIFICATION OF POTENTIAL REIMBURSEMENT
### FOR ADVANCED EDUCATION

Date: _1 MARCH 2004_

From: Commandant's Legal Advisor
To:   Midshipman 1/c Stainback ____ Alpha# _046552_____

Subj: NOTIFICATION OF POTENTIAL REIMBURSEMENT FOR ADVANCED
      EDUCATION

Ref: (a) 10 U.S.C. 2005

1. All midshipmen are required to complete the educational requirements specified in the
agreement they signed on Induction Day and, when applicable, upon the commencement
of their second class year. This advisement is to notify the named midshipman that, per
reference (a), if they fail to complete the education requirements in the agreement, they
will serve on active duty for a period specified in the agreement. Further, should the
midshipman fail to complete the period of active duty in the agreement, either voluntarily
or due to misconduct, the midshipman may be required to reimburse the government.
This notification is given for the benefit of the midshipman before they make any
decisions regarding their pending conduct action.

2. This advisement supplements the prior notices concerning the service obligation of
midshipmen (active duty service or financial recoupment of the costs of education) that
were provided to you prior to your induction to the Naval Academy and upon
commencement of your second-class academic year.


Acknowledged:


_Matthew Stainback_ ____     Date: _1 March 2004_

Printed Rank, Name and Billet: _MIDN 1/c STAINBACK_



**FIGURE 2-C-1**

00201

MEMORANDUM

4 March 2004

From: MIDN ENS Stainback, USN

To: LT Foster, USN, 10th Co. Officer

Subj: STATEMENT OF EVENTS

1. On Wednesday, January 28th I attended Marine Corps practicum class 4th period. At noon that same day we received our service assignments and I found out that I would be entering the Naval Flight Officer community rather than the Marine Corps. The following Friday I reported to the Marine Corps practicum class that I was currently enrolled in. Major Hatala, my teacher told me that there was really no more point in attending Marine practicum and let me leave. He advised me to contact my academic advisor so that I could switch sections. I returned to my room and e-mailed my academic advisor, Professor Bowman and told him that I needed to be dropped from Marine Corps practicum and be placed in an Aviation Practicum class. He e-mailed me back congratulating me on service assignment and telling me that he would look into switching sections. The next week the first class was told that there were extra Marine billets being offered. I hoped that I would receive one of these billets and would not have to switch sections, but I was not offered one. The following week was x-week and I asked my company commander, 1/C Berge what I should do about switching classes. He told me that I should go through my academic advisor to make such a change. I stopped by Professor Bowman's room that week but he was not there. The following Wednesday, 18 February, Grades came out and I realized that I had received an "I" in the Marine practicum class that I thought I had already been dropped from. I had not been attending Marine practicum class, but did not once did I have to enter MIDS for being absent, so I thought that I had already been dropped from the class. I immediately asked my company commander what to do, and he told me to e-mail my academic advisor again. I e-mailed professor bowman and asked him what I should do. I asked him if there was anyone else I should talk to and I offered to meet him anytime. I told him that I did not know what to do and I did not want to get in trouble. He did not e-mail me back. I stopped by his office twice that week and he was not there either time. I knew that I did not fit in an Aviation practicum section, and that there were probably problems putting me in a class but I did not know who to talk to. I also did not want to fall too far behind and I did not want to get in trouble, so on Monday 23 February I found an aviation practicum class that I could attend most of the sections of and I started attending that class of my initiative.

Very Respectfully,

Matthew Stainback
MIDN          USN

18

00202

Information taken from Midshipman Stainback's Form 2:

Accused Midshipman Statement:

NO STATEMENT AT THIS TIME

00203

# Conduct Offenses

## Matthew Kilpatrick Stainback/046582/06

| | | | |
|---|---|---|---|
| **Case Number:** | 040096 | | |
| **Alpha:** | 046582 | | |
| **Name:** | Matthew Kilpatrick Stainback | | |
| **Company:** | 06 | | |
| **Ac Yr Ending:** | 2004 | | |
| **Semester:** | FALL | | |
| **Commit Date:** | 03-JUL-2003 | | |
| **Creation Date:** | 04-JUL-2003 | | |
| **Created By:** | MILNER | | |
| **Level Awarded:** | MAJOR | | |
| **Primary Offense:** | 0909 | MAJOR | DISORDERLY OR DISCREDITING PUBLIC CONDUCT: AS MEMBER OI |
| **Secondary Offense(s):** | 1008 | MAJOR | UNDER THE INFLUENCE OF ALCOHOL (BRINGS DISCREDIT UPON t |
| | 0725 | MAJOR | VIOLATION OF UCMJ => NO PLEA |
| **Other Cases Awaiting Adjudication:** | 042561, 043252 | | |
| **Reporter Type:** | OFFICER | | |
| **Status:** | CLOSED CASE / FINAL DISPOSITION | | |
| **PIO Assigned:** | LT Kendra M Bowers | | |
| **Other PIO:** | | | |
| **Date PIO Notified:** | 01-AUG-2003 | | |
| **PIO Completion Date:** | 01-AUG-2003 | | |
| **PIO Status:** | AWAITING COC COMMENTS | | |
| **Incident Summary:** | AT 2315, OOW RECEIVED A CALL FROM NADO, LCDR PATERSON, REPORTING MIDN 1/C S ARRESTED BY HOWARD COUNTY POLICE FOR MISDEMEANOR TRESPASSING AT THE JIM CONCERT WAS HELD AT THE MERRIWETHER POST PAVILION. MIDN STAINBACK HAD BEE URINATING IN PUBLIC AND HAD RETURNED TO THE PREMISES WHERE HE WAS PROMPT STAINBACK WAS EXTREMELY INEBRIATED AND UNABLE TO UNDERSTAND SECURITY OF WAS COOPERATIVE AND WAS TRANSPORTED TO SOUTHERN DISTRICT (410)313-3700. MI MR RUBINO (OF USNA SUPT STAFF), WAS WITH MIDN STAINBACK AT THE CONCERT BUT THE CROWD IMMEDIATELY PRIOR TO THE INCIDENT AND ARREST. OOW, LT MILNER (X1-: WHO WAS AT AT SOUTHERN PRECINCT ATTEMPTING TO SECURE MIDN STAINBACK'S RE RELEASE, MR RUBINO WAS REQUESTED TO BRING MIDN STAINBACK TO BANCROFT HAL CHECK IN WITH THE MAIN OFFICE IMMEDIATELY UPON HIS RETURN. ARRESTING OFFICE 5285. | | |
| **Validated:** | YES | | |
| **Adjudicator:** | DEPUTY COMMANDANT | | |

00204

**Award Date:** 15-AUG-2003
**Commandant**
**Hearing**
**Date:**

| | Awarded | Suspended | In Effect For | End Date | Deferred | Deferred Date | Vacated | Vacated Date |
|---|---|---|---|---|---|---|---|---|
| **Restriction:** | 60 (Days) | (Days) | (Months) | 14-OCT-2003 | NO | | NO | |
| **Tour Type:** AREA | 20 | | (Months) | | NO | | NO | |
| **Loss of Privs:** | 360 (Days) | (Days) | (Months) | 09-AUG-2004 | NO | | NO | |
| **Loss of Car Privs:** | (Days) | (Days) | (Months) | | NO | | NO | |
| **Lost Leave:** | 12 (Months) | 10 (Months) | (Months) | 14-OCT-2003 | NO | | NO | |
| **Extra Duty:** | 30 (Hours) | (Hours) | (Months) | | NO | | NO | |
| **Conduct/Honor Probation:** | (Months) | | | | | | | |
| **Remediation Award:** | (Months) | | | | | | | |

**Related Case Commit Date:**
**Award Comment:**                         DEPUTY COMMANDANT ADJUDICATED:

                                           100 DEMERITS
                                           60 DAYS RESTRICTION
                                           20 AREA TOURS
                                           30 H ED
                                           1 YR LOL
                                           1 YR LOCP
                                           FORWARD TO COMMANDANT
**Accussed Midshipmen Statement:**
**Rights Acknowledged:**
**Primary Offense Plea:**
**Plead By:**
**Plead Date:**

---

00205

From:       Stephen Gozzo
To:         Spring 2004 SeaNav All Instructors + Adjuncts
Date:       2/17/2004 9:32:23 AM
Subject:    MIDSHIPMAN INCORRECTLY ENROLLED IN NS40X

All,

As you can see by this e-mail, mids that may have changed practicums on their own and never came through me are still causing problems.

Please review your class rosters. Try to find the mid who shows up and is not on your roster, and the mid who is on the roster, yet is absent. I need to know about them and they need to be directed to see me ASAP to make practicum scheduling changes. I direct each mid I reschedule to touch base with both his former and new practicum instructors. Info to be passed between instructors includes grades and instructor input assessments.

If you can believe it, we still have new changes ongoing as mids have medical and NR interviews as late as this week. Hang in there.

Thank you for your help.

r/
LCDR Gozzo


>>> Richard Davis 02/17/04 09:16AM >>>
Midshipman Stainback should have seen MAJ Gozzo for a MIDREC card for the change. All such changes need to go thru MAJ Gozzo.

Thanks  Richard Davis

>>> "John W Hatala" <hatalas@comcast.net> 2/16/2004 9:51:00 AM >>>
Registrar,
    MIDN 1/C Stainback is on my roster for NS404 when I entered grades. However, he was not selected for the Marine Corps during service assignment and was subsequently changed to another NS class.

                        Maj J.W. Hatala

CC:         Davis, Richard;  Vint, Charles

00206

10

Current Folder: Sent                          Sign Out

Compose   Addresses   Folders   Options   Search   Help         SquirrelMail

Message List | Delete | Edit           Previous | Next      Forward | Forward as Attachment | Reply | Reply All
Message as New

**Subject:** Course change
**From:** m046582@usna.edu
**Date:** Wed, February 18, 2004 10:14 am
**To:** bowman@usna.edu
**Priority:** Normal
**Options:** View Full Header | View Printable Version

Coach,

     I did not get my marine service selection even after the extra billets
came out a week ago, so i have been trying to find an aviation
practicum class that fits my schedule, but there arent any. My Marine
practicum teacher told me to stop coming to class because there is no
point anymore, but since that class has not been dropped from my
matrix yet, I got an "I" for a grade. I also do not have an aviation
class that I can fit into.

     My capstone class stopped meeting last week, so today i am going to
start going to the aviation practicum class that i can now attend
because of that opening in my schedule. I know that this is a
drop/add nightmare, so i was wondering how to go about this. I dont
want to get in trouble and I have no idea what to do. Please let me
know what kind of action I should take. I can meet with you later
today if that helps.

Thanks,

Matt

*Class was meeting. He had not attended for 2½ weeks at this point.*

*Did not attend for another week, the 23rd of February.*

00207

Annapolis, MD  21412

(Time/Date)

From:  Midshipman First Class Matthew K. Stainback, USN,
       Class of 2004
To:    Commandant of Midshipmen

Subj:  ACKNOWLEDGMENT OF APPEARANCE BEFORE THE NAVAL ACADEMY
       ACADEMIC BOARD DUE TO INSUFFICIENT APTITUDE

1.  I hereby acknowledge receipt of advanced notice to appear
before a Naval Academy Academic Board at 1200, 27 April 2004
in Room 300, Leahy Hall.

2.  I further acknowledge that I will:

    a.  Be present while the record of academic and military
performance is presented to the board and when the decision of
the board is announced, but not during the deliberation of the
Board.

    b.  Be allowed to examine or be provided a copy of any
documentary evidence, including any summary of my academic and
military performance, which is considered by the Board.

    c.  Be entitled to present any facts in my own behalf,
including documentary evidence and written statements of third
parties, concerning my academic and military performance.  Should
I elect to do so, twenty-four (24) hours prior to the
commencement of the Board, I will submit documentary evidence to
the Aptitude Officer for the Board's consideration.

    d.  Be entitled to consult freely with anyone, including
counsel, in preparing to appear before the Academic Board.  Upon
request, counsel may attend the Board, but not in a
representative capacity.  I understand that I must present my own
case.

3.  I further acknowledge receipt of the Commandant of
Midshipmen's letter to the Academic Board dated 9 April 2004.  I
understand that the Board will consider the Commandant of
Midshipmen's letter, any additional written or oral evidence
received in open sessions of the Board and any facts which I
present in making a decision in my case.

_____
(Signature)

Copy to:
2ND Battalion Officer
6th Company Officer
Commandant's SJA
Secretary, Naval Academy Academic Board

00208

26 April 2004

From: Joe Rubino
To:    Secretary, U.S. Naval Academy Academic Board

Subj: MIDN MATTHEW STAINBACK

1. I am Matt Stainback's sponsor. My family and I have come to know Matt as a friendly, gregarious, fine young man with great loyalty and a great heart. I would like to respectfully offer some additional background on Matt for the Board's consideration.

2. Matt has a conduct offense on his record from the summer of 2003 involving an incident at a concert at Merriwhether Post Pavillion. I wish to shed some light on the incident because on its face it sounds more disrespectful to the public than it in fact was. I was at the concert and met Matt there. This facility (Pavillion) is a typical open air amphitheater with a capacity of about 40,000, but whose perimeter is entirely wooded. Inside, they serve food and drink, but maintain only two fixed rest rooms. Consequently the rest areas are jammed with crowds of patrons, tremendously long lines, and are virtually not functional. Pavillion personnel patrol the wooded perimeter, but actively disregard the literally thousands of patrons who go into the wooded area to relieve themselves. Matt and I lost each other in the huge crowd, but had agreed to meet at the men's room. Matt, finding an impossibly huge crowd, went to the perimeter. Matt found some bushes that were, in fact, private and away from the crowd, so he was not in public. Unfortunately for Matt, the area he chose was secluded because it was near the back stage, thus triggering Pavillion security. In the misunderstanding that followed Matt was ejected. Later, I explained these circumstances to Pavillion personnel and the police and the incident was completely dropped. All involved noted that Matt was polite and respectful throughout the incident. I would also like to note that Matt was on weekend at the time (this was 4th of July weekend). I spoke to the watch by phone and I brought Matt back to Bancroft Hall not because he was ordered to return, but because I wanted the watch to see he was not exhibiting any signs of drunkenness and had responsibly used alcohol. Matt then returned to my house for the remainder of the weekend. For the incident, Matt was placed on restriction and 4th Class privileges for the year. I know this made for a hard year.

3. I witnessed another significant event that truly demonstrates MIDN Stainback's character. One weekend when Matt was a Third Class, I took him to a local restaurant for lunch. Suddenly, a couple at the next table became distressed and Matt asked if we could help. The man at the table seemed to have feinted. Matt and a waitress determined that there was no pulse and cleared the floor to lay the man down. People began to scream for a doctor or someone with CPR training. There was confusion and chaos in the restaurant. Matt stood up, raised his hands, and calmed the crowd saying in a loud voice "I can do this". Matt then directed the waitress and me as to how to help Matt administer CPR. Matt proceeded to perform CPR on the unconscious man. Paramedics arrived some time later and credited Matt's CPR with saving the life of the man who had suffered a massive heart attack. I was new to the Academy then and hadn't recognized the man

00209

who Matt saved. It was the Naval Academy's Dean of Admissions. Matt was lauded as a hero by the Naval Academy and he was awarded a Navy Achievement Medal for lifesaving. I will never forget the moment of doubt in the restaurant. And I will never forget the guts that a young 3rd class showed to stand up and say, "I can do this;" and save a life.

4. Matt is not remarkable in academics or in his personal organization. He is very laid back and sometimes overly easygoing. Unfortunately, Matt's written record apparently reflects this. But Matt can be counted on to act heroically when called upon. Few are actually tested with life and death in their hands at a young age. I've seen Matt with life and death in front of him. I would place my life or my family's in Matt's hands without hesitation. And I would consider my children fortunate to one day serve with Matt in the United States Navy. He can be counted on to be absolutely loyal to his shipmates, to the service, and to the country. When push comes to shove, Matt is a hero. I respectfully request that the Board consider the totality of Matt's character in making your final determination.

Very Respectfully,


Joe Rubino

## Frederic Davis - Re: MIDN Stainback's Final Exams

**From:**     Frederic Davis
**To:**       McKenna, Michelle
**Date:**     4/28/2004 12:46 PM
**Subject:**  Re: MIDN Stainback's Final Exams
**CC:**       Kuhrt, Tom; Sandala, Gary

Dear LT McKenna,

Thanks for the information.

Dear Richard,

Midn 1/C Stainback (046582) was separated at an Academic Board yesterday for insufficient aptitude for commissioning. However, the Board decided to allow him to complete whichever courses he wished in order to maximize the number of credits he might be able to transfer to another school. Of course, he will not be graduating from USNA.

His company officer lists below the courses in which he will be taking final examinations. The others should be marked W (withdrawn). Either you or I can notify the instructors for the courses in which he will take W's; let me know which you prefer.

-fid


>>> Michelle McKenna 4/28/2004 12:14:35 PM >>>
Dean Davis,

As we discussed, MIDN Stainback requests the following finals:
PRINCIPLES OF PROPULSION EM300 1111 MWF1,T12 EWD01 TUTTLE  D
THE PSYCHOLOGY OF CRIME NL313 3001 TR9 LU101 RALPH   C
KAYAKING PE422 0411 M4 BOYLE      A

He wishes to be **Withdrawn** from these courses:
WEAPONS ES419 2122 MWF2,R12 MU001 SUPKO  C
MONETARY THEORY AND POLICY FE437 5001 MWF5 EWH01 CUNNINGHAM  D
RESEARCH SEMINAR FE475C 5043 TR10 SA101 SWOPE      F
JUNIOR OFFICER PRACTICUM NS403 6122 MF6,F34 TBA ABRAMS   I

Very Respectfully,
LT McKenna

00211

# McCARTHY & McCARTHY, L.L.C.

79 Franklin Street
Annapolis, Maryland 21401
(410) 268-4016    (410) 268-3424 fax
mccarthyandmccarthy.com

Thomas McCarthy, Jr., PC, *Member*
Thomas McCarthy, Sr., PC, *Member*

Brennan C. McCarthy
*Associate Member*

**Via Telecopier**
**(410) 293-7029**

Captain Charles Leidig, Jr.
**Commandant**
United States Naval Academy
Annapolis, Maryland  21402

May 4, 2004

Re:  **Midshipman Matthew Stainback**
    **M046582**

Dear Captain Leidig:

As you are aware, I represent Midshipman Matthew Stainback.

On Friday, 23 April, 2004 at 12:55 PM, my client was provided with an Acknowledgment of Appearance, which he was asked to sign.  The Acknowledgment provided notice to appear before the USNA Academic Board at Noon the following business day, Monday, 27 April, 2004.

Paragraph numbered 3 of the Acknowledgment states *"I further acknowledge receipt pf the Commandant of midshipman's letter to the Academic Board dated 9 April, 2004."*  At no time has my client been provided with the letter from you of April 9, 2004.

In order to assist my client in evaluating the actions of the Board, I would appreciate being provided with a copy of the letter referred to in the Acknowledgment.

Thank you.

Very truly yours,

Thomas McCarthy, Jr.

TMJr.

00212



Elementary School Fax

**Date:** 5/5/04

**To:** Capt Mike Waters   JAG

**Fax number** _410-293-0005_

**From:** Helene Stainback

**Our phone:** ~~703-534-3883~~   703-534-1635 (H)
**Our fax:** ~~703-534-3883~~   703-599-1635 (C)

**# of pages including cover page:**

**Message:**

Mike —

    Per our conversation, please get these to the Superintendent's desk.

    Thanks for your help,

        Helene

00213

**Helene Lyons Stainback**
5403 North 11th Road
Arlington, VA  22205

May 4, 2004

Vice Admiral Rodney P. Rempt
Superintendent, United States Naval Academy
Annapolis, MD

Dear Admiral Rempt:

I respectfully request a meeting with you concerning my son, Midshipman 1st Class
Matthew Stainback, and the decision recently put forward by the Academic Board for
Aptitude.  I have forwarded a letter to you highlighting some of the issues I believe bear
further discussion regarding the Board's decision.

I would like to meet with you at your earliest convenience, and will make myself
available to your schedule.  Thank you for you consideration.

Respectfully submitted,

Helene L. Stainback

00214

**Helene Lyons Stainback**
5403 North 11th Road
Arlington, VA  22205

May 4, 2004

Vice Admiral Rodney P. Rempt
Superintendent, United States Naval Academy
Annapolis, MD

Dear Admiral Rempt:

I am writing regarding my son, Midshipman 1st Class Matthew Stainback, and the decision recently rendered by the Academic Review Board for Aptitude. You will soon, I am told, be asked to sign a letter that will officially separate him from the Naval Academy, three weeks before his graduation.

I am asking that, rather than signing the letter, you take another look at Matthew's record. Please understand I am not asking that, since Matt is so close to graduation, you overlook what happened. As a mother of a Midshipman for almost four years, I know better than to ask something like that.

What I would offer is that the record, as presented to the Board, is incomplete. What I ask now, with the greatest humility and respect, is that you reconvene the Board for another look, specifically at Matthew's service under fire, and all that his record does not measure in words.

This young man has much to offer his country that can best be judged, not in terms of academic performance, but by actions deemed worthy of the highest standards of the United States Naval Academy. In fact, it could be said that the Navy agrees with me on this, having awarded Matt the Navy and Marine Corps Achievement medal for "professional achievement in the superior performance of his duties while serving as a Midshipman." His exceptional professional ability, personal initiative and unswerving devotion to duty have been duly noted in the citation.

I am searching for a way to make clear what is so very obvious to anyone who knows Matt well. What is important about a man, someone once said, cannot be found in written records. It lies deeper, in a man's character. Character is perhaps hard to define, but it is shown in how a person responds in adversity — action under fire, if you will. Matt's "military record" is replete with such tests of character.

Matt had a difficult Second Class year, but showed great improvement during the summer and his First Class year. His record shows a conduct violation from the summer of 2003, but those with Matt, including Joe Rubino, have testified that the charges were incorrect. Matt explained to me that he must hold himself to a higher standard than do my other children. That is why, when he was put on 60 days restriction, and loss of

privileges for one year, he accepted the punishment unquestioningly.   Matt has abided by those 4th class privileges this entire year, while still showing improvement.

By accepting his punishment and by living honorably under the restrictions imposed on him, no matter how severe, Matt showed his character.  He has told me that this has been the worst year of his life, but he also explained to me that if the goal is worthy, the sacrifices are much easier to endure.  His commitment to graduate from the Naval Academy and serve his country is his goal.

A second incident comes to mind that speaks to me of character, regarding Matt's recent conduct board violation.  I know he was frustrated that his efforts to establish an individual section of the class he needed took so long.  Although the professor told him not to bother to go to the old class, I know he was worried about missing class, lest it be thought he was shirking his duty.  While waiting for word from his advisor, he started going to a class he found on his own, even though he could not make all of the classes because it did not fit his schedule.  I know he asked his advisor to modify the class he found, and two days later, his schedule was modified to allow him to meet with the professor individually during a lab period.  I also know he was afraid to go over the chain of command -- he was, after all, on 4th class privileges already, and under those circumstances adopting a "stealth mode" is understandable.  Yet not entirely excusable, and I know he accepted the Board's finding that he alone was derelict in duty, and began serving his 45 days restriction.  But I know, more than anything, he felt terrible because some members of the Board thought he lied to them, which is why he was ordered to appear before the Honor Board, the first time he had to do so in his career at the Academy.  He was completely exonerated, but he still feels bad that some people questioned his integrity.

Speaking to Matt's character, I should add that I did not know anything about what he was going through until it was all over.  He hired an attorney on his own, and paid for it with his own money.  I did not know this until last week, because, he said, he didn't want to worry me, and he was perfectly capable of taking care of it himself.

In fact, with all the questions I have concerning the outcome of Matt's conduct boards, he has never once allowed me to intervene in any way, or to contact our attorney for advice.  He has told me, in no uncertain terms, "hands off." I have respected his wishes only because I so greatly respect his personal ethics.  I have sat on the sidelines and watched my son handle on his own what comes his way.

One example of this is the day Matt responded to Mrs. Vetter's cry for help.  Though the CPR training he received as a Boy Scout was a little rusty, Matt stepped forward and took action that saved Dean Vetter's life.  I am inordinately proud of him for that, as I know the entire Naval community is proud.

But what brings tears to my eyes is not the Navy and Marine Corps Achievement medal he wears, but that I never knew he received it until after the fact.  I received a call from Sandy Zetts, the moderator of the U.S. Naval Academy Parents Net, asking me if I was

00216

aware that Matt had been written up in the paper for the medal he received. She thought I might like to see the article on-line. I told her I did not even know Matt had received a medal!

He is one of the most humble people I know. All I knew of the rescue was a call from Matt that night when he got back from the hospital, one of the few calls he has ever made for help in his life. He was anguished over the day's event, tortured by the thought that he might have performed CPR inadequately, or that he might not have gotten to Dean Vetter in time. We went over the fact that there was at first no pulse, the fact that Matt re-established a pulse and air was getting to the lungs, and then we put it in God's hands that air also got to the brain, and we prayed together. Several days later, I heard that Dean Vetter had regained consciousness and they thought he would make a full recovery, and that was the last of it until Sandy Zett's call.

If you really knew Matthew, you would sense immediately his humility, his kindness and his devotion to duty. Mrs. Vetter did, at that terrible time in her life. She rode to the hospital with Matthew, and then asked him to stay and pray with her until her children could arrive. He stayed with her, held her hand, and they prayed together for hours, until his duty was complete, and he turned her over to her family. Despite his anguish in the next few days over Dean Vetter's condition, he refrained from calling Mrs. Vetter to inquire. He told me the family needed its privacy, and that Mrs. Vetter knew where to find him if she needed help. At barely 20 years old, he was already an infuriatingly stubborn "man!"

My training as a teacher has afforded me an opportunity to evaluate many students over the years. What I have learned is that so much is to found in the "intangibles." It is not whether they stumble, or even fall -- it is whether they pick themselves up and keep trying. A lion heart, a strong spirit, an eye on the goal are the key factors to success. My top students, for whom school is easy, have yet to be tested by adversity. It is in my students with learning difficulties that it is much easier to measure potential for success. They are tested by adversity every day. Those who pick themselves up and are determined to achieve will be successful in whatever they do.

Matt is such a student. He is very bright, intuitive, and awfully quick to grasp a situation and connect the dots. He also has organizational issues, which in an environment like the Naval Academy make his life hard. His record reflects this. It should also reflect, when real life calls, he has no trouble organizing himself to action.

Matt is a natural leader, and the incident involving Dean Vetter is not the only example of this. His plebes' evaluations of him, and his company mates' letters of support, will speak to this fact. He is there for everyone, no matter what those demands might do to his own personal schedule. His humility humbles me. The quiet joy he took in being named his Company's "Midshipman of the Month" while on 4th class privileges this year was especially moving to me.

Matt has an inquisitive mind. He signed up for a course at Georgetown University last summer in Arabic because he is good at languages and wanted to know if he might be able to pick it up – he believed it would sure come in handy to the Navy if he could. He did it, I should add, while he was in summer school at the Academy making up a course that he failed, and in which he ultimately earned an A.

I know I am asking much of you, when I ask that you reconsider the board's decision and take another look at Matt's record. But the Naval Academy has asked much of Matt, and he has striven to live up to its expectations these last four years with commitment and dedication to his goal of honorably serving his country. In spite of all the obstacles he faced, he is a Midshipman in good academic standing about to graduate in three weeks from the United States Naval Academy.

I would ask you to consider all these things should you re-evaluate Matthew.

Please consider the totality of Matt's experience and performance at the Academy, the challenges and the heroics. In the balance, Matt's initiative in crisis, personal integrity and unwavering desire to serve must surely be indicative of aptitude for being an officer in the United States Navy.

Thank you for your time and consideration.

Respectfully submitted,

Helene L. Stainback

Helene Lyons Stainback

From: Joe Rubino
To:     VADM Rempt

6 May 2004

Subj: MIDN MATTHEW STAINBACK

1. Admiral, the subject individual was separated by an Academic Board on 27 April 2004. I didn't see the Academic Board package until after the Board had completed its process. Having reviewed it, I believe strongly that the package is incomplete.

2. There are charges, and guilty findings in the record that are simply untrue. I have first hand knowledge that certain charges are wrong and should not be in his record, as do certain City leaders and their children who were present and would be happy to so testify. For example, regarding the majors from the summer of 2003, a Fire Department Captain who was present with Matt testified that Matt was not visibly intoxicated and did not trespass. These charges were the result of a misinterpretation and miscommunication.

3. Additionally, the package reflects only negative aspects of this Midshipman while leaving out crucial positive information. There's no question Matt had a weak Second Class year, but the record reflects improvement in grades and performance throughout his first class year.

- He has positive fitness reports throughout his four years at the academy. His latest fitness reports do not appear to be in the package.
- He has positive comments regarding leadership from all his reporting seniors and from his plebes.
- His Company officer nominated him for midshipman of the month in October.
- There is note that he saved a life, but the citation, articles, and praises placed on this midshipman were completely left out.

4. I know you've seen the letter I wrote the Board. I can give more examples of the strength of this young man. For example, I rented a 46 foot sailing yacht to take my family on a sailing vacation last summer. My children are young (Anthony 13, Jessica 9, and Caroline 8) and I knew my wife would be busy watching them. I needed someone I could trust to help me handle a large boat and remain cool, calm, and collected if something came up. I asked MIDN Stainback, because I know he is that kind of individual. At one point we were making the passage from Virgin Gorda to Jost Van Dyke and had gone wide around Tortola to pass around some localized storms. We were about 8 miles at sea north of Tortola. I was at the helm, on a broad reach, with about 18 kt winds, so we were moving pretty well, when my 9 year old daughter fell overboard. In an instant she was in our wake and would quickly be alone in the ocean. Without blinking an eye, Matt called out "Man overboard, I've got her." He dove over the side and swam right to her to make sure she wasn't injured and to make sure she wasn't alone in the ocean while we came back around. I tossed our ring and lifeline and came about. Matt hauled the two of them aboard. Matt is Jessica's hero. This is a simple illustration, but tells volumes about the kind of person Matt is. He is cool under pressure, he reacts

00219

quickly with perfect judgment and he looks out for his shipmates. If I were to go into harms way, Matt would be my first choice to have next to me.

5. The record that was presented to the board is limited, and in no way reflects the character of this young man. I respectfully request that you consider the additional information provided and review the result of MIDN Stainback's Academic (aptitude) Board. I would be happy to discuss any aspect of this fine young man at your convenience.

Very Respectfully,

Joe Rubino

DEPARTMENT OF THE NAVY

UNITED STATES NAVAL ACADEMY

121 BLAKE ROAD

ANNAPOLIS, MARYLAND 21402-5000

1900

10 MAY 04

From: Staff Judge Advocate, United States Naval Academy
To:   Midshipman First Class Matthew K. Stainback, U.S. Navy, Class of 2004

Subj: NOTICE OF RIGHTS CONCERNING RECOMMENDATION FOR DISCHARGE

Ref:  (a) 10 U.S.C. § 6962

Encl: (1) Memo Rpt for SECNAV 1900 Ser 1-151 10 MAY 04

1. The Academic Board, by unanimous vote as required by reference (a), has determined that you have insufficient aptitude to become a commissioned officer in the naval service and has recommended that you be separated from the Naval Academy. The enclosure (1) disenrollment recommendation will be made to the Secretary of the Navy pursuant to reference (a).

2. If you so desire, you may submit to the Secretary of the Navy a written statement concerning this report of your insufficient aptitude. Your statement will be forwarded to the Secretary of the Navy with the Academic Board determination of insufficient aptitude and recommendation for disenrollment. If the Secretary believes the Academic Board determination and the disenrollment recommendation concerning your aptitude to be well-founded, he may disenroll you from the Naval Academy.

3. The Aptitude Officer will explain to you the details of the courses of action available to you. I urge you to listen carefully and to consider the advantages and disadvantages of each. Do not hesitate to confer with the Aptitude Officer or with anyone else of your choice before you reach your decision.

4. Your decision in this matter and, if applicable, your completion of a written statement should be a top priority. Liberty and other military obligations should not be offered as reasons for an untimely submission. Should you need to be excused from military obligations to allow you to work on your statement, you should contact your Company Officer in advance to obtain approval. If you are excused, you are expected to use your time productively toward completing your written statement. You must continue to make formations and obey applicable regulations. Further decisions on your status will be made when your written statement or waiver is received.

5. By return endorsement, which shall include your statement of understanding of the options available to you, inform me of your decision concerning submission of a written statement. In the absence of any unusual circumstances, your written decision must be provided within 24 hours of your receipt of this letter. Should you elect to submit a written statement, you will have five working days from the time you receive the Memorandum Report for the Secretary of the Navy, enclosure (1), in which to submit your written statement. Be advised that you are not entitled to enter into a separation leave status prior to either submitting your written statement or your waiver election.

MICHAEL A. WATERS

Copy to:
Company Officer

00221



**DEPARTMENT OF THE NAVY**

UNITED STATES NAVAL ACADEMY
121 BLAKE ROAD
ANNAPOLIS, MARYLAND 21402-5000

1900
1-151
10 MAY 04

## MEMORANDUM REPORT FOR THE SECRETARY OF THE NAVY

Subj:   RECOMMENDATION FOR DISENROLLMENT OF MIDSHIPMAN FIRST CLASS
MATTHEW K. STAINBACK, USN, CLASS OF 2004

Ref:   (a) 10 U.S.C. § 6962
     (b) USNAINST 5420.2E (Rules of Procedure Governing Meetings of the Academic
Board)

Encl:   (1) Midshipman Stainback's Summary of Facts and Record Summary

1. On 27 April 2004, the Academic Board unanimously found Midshipman First Class Matthew
K. Stainback possesses insufficient aptitude to become a commissioned officer in the naval
service. He is recommended for disenrollment from the Naval Academy and this memorandum
constitutes the report required by reference (a).

2. It was the Academic Board's assessment that Midshipman Stainback's Academy performance has
been marginal or sub-standard, displaying a distinct lack of aptitude for commission. Enclosure (1)
summarizes Midshipman Stainback's record presented to the Academic Board.

3. Midshipman Stainback personally appeared before the Academic Board and, as provided in
reference (b), provided a statement on his own behalf. The Board considered his complete
midshipman record and heard information from Midshipman Stainback's chain of command.
Unfortunately, Midshipman Stainback:

- Appeared before the Academic Board on 13 May 03 after failing to attain the required 2.0
  semester average for the second semester in a row, reflecting his complacency with
  minimally acceptable performance. He was retained at the Naval Academy and placed in
  a remediation program.

- On 4 Sep 03, after his commission of a major conduct offense during summer training, he
  appeared before a Brigade Aptitude Board to determine if his case should be forwarded to
  a battalion board to determine his aptitude for commission. The Brigade Aptitude Board
  voted to continue his remediation program.

- Ranked 27 of 28 and 25 of 27 of his class in company by midshipman peers and his
  company officer during his last two semesters.

00222

Subj: RECOMMENDATION FOR DISENROLLMENT OF MIDSHIPMAN FIRST CLASS
        MATTHEW K. STAINBACK, USN, CLASS OF 2004

- Exhibited poor conduct performance while at the Academy, amassing 335 demerits for 12 infractions of midshipmen regulations, 2 of which were major offenses committed in his senior year. Received grades of "F" in conduct in the last two semesters.

4. The Academic Board was very aware that this action comes late in Midshipman Stainback's tenure at the Academy. The Board review of his record revealed that this decision should have been taken sooner, noting that he was given further opportunities to substantially improve after both his May 03 Academic Board and his Sep 03 Brigade Aptitude Board. His continued marginal performance lead to the clearly unanimous Board decision that, even though late in his first class year, Midshipman Stainback does not possess the aptitude to receive a commission.

5. Midshipman Stainback was appointed to the Naval Academy on 30 June 2000 as a qualified alternate appointee. He has no prior military service. Midshipman Stainback has incurred a three year active duty service obligation, or a $122,055.67 recoupment obligation, based upon educational benefits received incident to Academy attendance. I recommend he be directed to perform enlisted service to meet his obligations to the United States Government.

RODNEY P. REMPT
Vice Admiral, U.S. Navy
Superintendent

**ASN (M&RA) Action:**

Approved: _____

Disapproved: _____

WILLIAM A. NAVAS, JR.
Assistant Secretary of the Navy
(Manpower and Reserve Affairs)

00223

2

<u>MIDN 1/C Matthew K. Stainback, U.S. Navy, 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</u>
<u>Summary of Facts and Record Summary</u>

1. <u>Summary of Facts</u>:

- 13 May 03: Academic Board retains Midshipman Stainback and places him in the aptitude remediation program.
- 13 Jul 03: Major conduct offenses: Disorderly or discrediting public conduct: as a member of the U.S. Navy. Under the influence of alcohol (brings discredit upon naval service).
- 4 Sep 03: The brigade aptitude board retains Midshipman Stainback and continues him in his aptitude remediation program.
- 20 Feb 04: Major conduct offense: Absent without authority from academic class (multiple occasions); intentional.
- 31 Mar 04: Determined to have failed his aptitude remediation program and referred to Academic Board to determine his aptitude for commissioned service.
- 27 Apr 04: Academic Board reviewed MIDN Stainback's record, and unanimously found him to possess insufficient aptitude for commissioning.

2. <u>Summary of Prior and Subsequent Offenses</u>: **Midshipman Stainback has a total of 335 demerits and the following record of adjudicated offenses (some offenses combined at adjudication in the interest of efficiency):**

a. 15 Oct 01: Failing to perform duty through laxness/ignorance. Awarded 10 demerits and 4 tours.

b. 15 Nov 01: Absent without authority from academic class; greater that 15 minutes. Awarded 10 demerits and 4 tours.

c. 17 Jul 02: (Major) Abuse of fourth class indoctrination system; not amounting to hazing. Awarded 25 demerits, 5 tours, 15 hours extra duty, and 1 month loss of class privileges.

d. 20 Nov 02: Absent without authority from academic class; greater than 15 minutes. Awarded 5 demerits and 2 tours awarded.

e. 12 Dec 02: Failing to perform duty through laxness/ignorance. Awarded 10 demerits and 2 tours.

f. 21 Mar 03: (Major) Absent without authority from academic class; intentional. Awarded 50 demerits, 25 days restriction, and 30 days loss of privileges.

g. 10 Apr 03: Absent without authority; 30 minutes or less. Awarded 15 demerits.

h. 30 Apr 03: Absent without authority; 30 minutes or less. Awarded 25 demerits.

i. 15 Aug 03: (Major) Disorderly or discrediting public conduct: as member of U.S Navy. Under the influence of alcohol (brings discredit upon naval service). Awarded 100 demerits, 60 days restriction, 20 tours, 30 hours extra duty, 1 year loss of leave, 1 year loss of class privileges.

j. 6 Oct 03: Unsatisfactory appearance. Awarded 10 demerits and 2 tours.

k. 31 Mar 04: (Major) Absent without authority from academic class; intentional. Awarded 75 demerits, 45 days restriction, 30 hours extra duty, 3 months loss of class privileges.

## 4. <u>Summary of Record.</u>

**Academics:** CQPR of: 2.43

2 Semesters SQPR below 2.0 (1.73, 1.74)
All Semesters CQPR Satisfactory (2.25, 2.44, 2.32, 2.38, 2.0, 4.0, 2.93)

Academic History includes 16 C's, 6 D's, and 4 F's

**Overall/Academic Class Standing:** 954/853 of 1018

**SAT Verbal/Math:** 670/740

**Conduct Grades:**  A,A,A,A,B,F,F

**Physical Education:**  A,A,A,A,A,A,B

**Aptitude Grades:**  B,C,B,C,C,C,C

**Company Aptitude Ranking in Dec 03:**

Overall ranking – 25 of 27
Company Officer Ranking – 25 of 27
Peer Ranking – 23 of 27

9 Negative comments (Frivolous, Irresponsible, Apathetic, Disorganized ...)
2 Positive comments (Charismatic)

**Prior Service:** None

00225



**DEPARTMENT OF THE NAVY**

UNITED STATES NAVAL ACADEMY
121 BLAKE ROAD
ANNAPOLIS, MARYLAND 21402-5000

5800
28-65
10 MAY 04

Mr. and Mrs. David Stainback
5403 11th Road N
Arlington, VA 22205

Dear Mr. and Mrs. Stainback:

This letter is to notify you of the current status of your son, Midshipman First Class Matthew K. Stainback, U.S. Navy, within the Brigade of Midshipmen at the U.S. Naval Academy and to respond to your letter of May 4, 2004.

As you are aware, the mission of the Academy is to instill in midshipmen the means to develop morally, mentally and physically so they can honorably serve the men and women of our Navy and Marine Corps as commissioned officers. In order to meet our mission, we must necessarily establish and strive to enforce the highest of standards for our midshipmen.

The U.S. Naval Academy's Academic Board extensively reviewed your son's record and the information he personally presented in order for Board members to collect and deliberate on all relevant facts and circumstances of his academic and military performance. Regrettably, the Board determined that your son's performance did not meet the standards required to remain a member of the Brigade and recommended his disenrollment from the Academy.

I want to assure you that the Academy's Academic Board is not a mere formality. I personally chair the Board and its membership is made up of the Academic Dean, the Commandant of Midshipmen, and the four heads of what would be our "colleges" in a civilian university setting. The Board necessarily takes a great deal of time to consider objective and subjective input from the midshipman's chain of command, matters the member presents for Board review and, ultimately, information presented personally by a midshipman before the Board. This decision is not taken lightly and involves significant attention and deliberation, especially in the case of a first class midshipman.

While I am precluded by privacy and legal considerations from providing you all the details of your son's case, he could share that information with you if that is his desire. I can tell you, however, that the Board was very aware of your son's remarkable actions to intervene and save the life of Colonel Dave Vetter, our Dean of Admissions. We were provided a statement from his sponsor, which not only reiterated the details of your son's actions with respect to rendering CPR to Dean Vetter, but also detailed the nature of the charges your son was involved in during the summer of 2003.

00276

5800
28-65

All of this information and your son's records concerning his performance during his First Class year were all well known to the Board when it rendered its decision. The Board decision is made solely regarding the assessment of your son's aptitude for commissioning. It is not intended to directly or indirectly impugn any of the fine qualities your son does possess and that were so well articulated in your letter and in information reviewed by the Academic Board.

Although my letter and the decisions of the Academic Board are certainly disappointing to you and your son, we are confident he possesses the personal attributes vital to turning these experiences into a positive influence on his life.

If you have any questions concerning the Academic Board process, please contact my Staff Judge Advocate, CDR Mike Waters, JAGC, USN, at 410-293-1563.

Sincerely,

RODNEY P. REMPT
Vice Admiral, U.S. Navy
Superintendent

2

**MEMORANDUM OF CALL**

Previous editions usable

TO: *Capt*

☒ YOU WERE CALLED BY—   ☐ YOU WERE VISITED BY—

*Mrs. Stanbeck*

OF (Organization)

☒ PLEASE PHONE ▶ (Enter area code, if necessary)   ☐ DSN

*Stork* 703 - 228 - 5270

☐ WILL CALL AGAIN   ☐ IS WAITING TO SEE YOU

☒ RETURNED YOUR CALL   ☐ WISHES AN APPOINTMENT

MESSAGE (cell) 703 - 599 - 1635
hm  703 - 534 - 1635

PK LPP MSG
4/0 - 212 - 3500

| RECEIVED BY | DATE 5/11 | TIME 10:23 |

NSN 7540-00-634-4018
50363-111
UNICOR FPI-SST

OPTIONAL FORM 363 (Rev. 7-94)
General Services Administration

STAINBACK
FILE

00228

~ ~~~~IITC

8JUL
GLEN KURKSIE

301 - 314 - 9256

8JUL
NAAM
NA-PM    LFT-MSG
NA-PM    LFT MS
NAPM
9JUL NAAM    1015
NAAM    1100

LX PECK

410 - 626 - 7285
12JUL
NAPM    1800
15 JUL
NAAM  W2
NAPM  1153
13JUL
NAAM  1145
16JUL
NAAM  1201    NAAM  1420
NAPM  1630    NAPM  LFT MSG

8JUL    CHARLOTTE

19 JUL
NAAM    LFT MSG    0910
NAAM    —    0950
NAPM    19 JUL 04    1640

20 JUL
NAPM    1424
LFT MSG    1530

21 JUL
NAAM    0848

George - MASON UNIV.
DR. FRAN Herring
703 - 993 - 2412

P/c 21 JUL
NAAM
P/c 4 AUG
LFT MSG

00229

— TRICIA MAYER MATER

(F) 610-519-6450

Email mmayer@ 36,382

H/S / COVIECP

Hope she can figure
out something for
mm!

00230

16 Jul

(ELAINE JANSEN) secy

16 Jul
LFT MSG 1420

19 Jul
NAAM 1002
NAAM 1640
21 Jul
NAAM 0850 - LFT MSG

MATT STAINBACK
— LOYOLA COLLEGE
DEAN OF ADMISSIONS

NEED TRANSCRIPT WILL BOSSEMEYER
H.S / USNA — 410 617-5000
— 2257 *

— USNA

16 Jul
NAAM
19 Jul
BUSY 0950
BUSY 1338
19 Jul 04
LFT MSG 1640
21 Jul
NAAM - RARG TO BUSY

TRNSFER DEAN P/C
TRICIA MEYER   27 Jul 04
610 - 579 - 6448

19 Jul  BARRY FALLEN
3439 / 2846

19 Jul  — CAPT SANDORA
AGO
— email from CAPT ROSS
— email & more app'n
— CAPT SANTORE letter
— ENS page required from CMO

11 May 04

MEMORANDUM FOR THE RECORD

From:  Aptitude Officer
To:    Midshipman First Class Matthew K. Stainback

Subj:  ACKNOWLEDGEMENT OF OPTIONS, NOTICE OF RECIEPT

1.  You have refused to decide, without your lawyer present,
whether you would prefer the Secretary of the Navy recoup the
cost of your education through service or reimbursement.  You
have also refused, without your lawyer present, to acknowledge
receipt of your copy of the Superintendent's Memorandum Report
to the Secretary of the Navy.  If you elect to submit a written
statement to the Secretary, then you must do so within five
working days and no later than 18 May 2004.

N. H. OLSON

--------------------------------------------------------------

Delivered to Midshipman Matthew K. Stainback 11 May 2004.

N. H. OLSON

00232

| From: | "Midshipman Officer of the Watch" <moow@usna.edu> |
|---|---|
| To: | "0800 Report List" <0800list@listmail.usna.edu> |
| Date: | 5/7/04 8:14:54 AM |
| Subject: | 0800 Report for 06MAY2004 – 07MAY2004 |

COMDTMIDNINST 1601.10
OPS
06MAY04


BRIGADE 0800 REPORT

MEMORANDUM

From: Midshipman Officer of the Watch, MIDN LCDR Shovlin, USN
To:    Deputy Commandant
       Senior Watch Officer
       Brigade Commander

Subj:  BRIGADE 0800 REPORT FROM 0800 06MAY04 TO 0800 07MAY04

1.      Oncoming OOW:    **LT Dalton, USN**
        Oncoming MOOW:   **MIDN LCDR Shovlin, USN**

2.  Significant Events

a. Injuries/Hospitalizations/Death Notifications

| Name/Alpha | Company | Return Date | Description (Admin) |
|---|---|---|---|
| ████ | 07 | TBD | At Bethesda for evaluation |
| ████ | 28 | TBD | At Bethesda for evaluation |
| ████ | 04 | TBD | Transferred to Bethesda* |
| ████ | 08 | TBD | At Bethesda for treatment** |

*Admin note (1).
**Admin note (2).

b.  Major Conduct Offenses This Date

| Name/Alpha | Company | Description/Action |
|---|---|---|
| NONE | | |

3.  Accountability at Taps

a.  Battalion

| Battalion | Present | AA/WKND/MO | | | UA | Assigned |
|---|---|---|---|---|---|---|
| 1 | 662 | 47 / | 0 / 0 | 0 | 709 | |
| 2 | 667 | 37 / | 0 / 1 | 2 | 707 | |
| 3 | 653 | 39 / | 0 / 0 | 0 | 692 | |
| 4 | 684 | 33 / | 0 / 0 | 1 | 718 | |
| 5 | 672 | 40 / | 0 / 0 | 0 | 712 | |
| 6 | 677 | 40 / | 0 / 0 | 0 | 717* | |
| Total | 4015 | 236 / | 0 / 1 | 3 | 4255 | |

*Admin Note (3).

b.  TAD/ Separations

| Name/ ALPHA | Company | Return Date | Admin Note |
|---|---|---|---|
| ████ | 2 | TBD | TAD NAVSTA |
| ████ | 6 | TBD | TAD NAVSTA |

Case 1:06-cv-00856-RBW    Document 11-7    Filed 09/27/2006    Page 34 of 50



|  | 14 | 28MAY04 | TAD NAVSTA |
|--|----|---------|------------|
|  | 27 | TBD | TAD NAVSTA |

c. Number of Restricted Personnel:     69*

*MIDN 4/C ▮▮▮▮▮ completed his restriction today, bringing the total number of restrictees to 69.

d. Authorized Absences-Special/Emergency Leave

| Name/ Alpha | Company | Return Date | Reason |
|-------------|---------|-------------|--------|
|  | 1 | 09MAY04 | Emergency Leave |
|  | 2 | TBD | TAD NAVSTA |
|  | 3 | 07MAY04 | Convalescent leave |
| Stainback/ 046498 | 6 | TBD | TAD NAVSTA |
|  | 7 | TBD | Bethesda |
|  | 11 | 10MAY04 | Special Liberty |
|  | 14 | 28MAY04 | TAD NAVSTA |
|  | 17 | 06MAY04 | Emergency Leave |
|  | 21 | TBD | Emergency Leave |
|  | 24 | 20MAY04 | Emergency Leave |
|  | 24 | 24MAY04 | Special Leave |
|  | 27 | 07MAY04 | Convalescent Leave |
|  | 27 | TBD | TAD NAVSTA |
|  | 28 | TBD | Bethesda |

e. Unauthorized Absences

| Name/ Alpha | Company | Admin Note |
|-------------|---------|-----------|
|  | 14 | On deck late |
| 1/C ▮▮▮ | 9 | In Fender bender and will arrive after TAPS |
| 1/C ▮▮▮ | 16 | IFS cross country – no MO or chit |
| 1/C Stainback | 6 | Called in late from NAVSTA |

*Admin note (4).

f. Movement Orders (Admin Note required for late returning MOs)

| MO Code | Organization | # Mids | Depart | Return | Note |
|---------|--------------|--------|--------|--------|------|
| M0401086 | Triathlon Team | 1 | 05MAY04 | 12MAY04 | 5 |

4. Inspections

a. Watch Inspection Discrepancies

| Name/Alpha | Company | Admin Note |
|------------|---------|-----------|
| NONE | | |

b. Restriction Muster Inspection Discrepancies

| Name/Alpha | Company | Admin Note |
|------------|---------|-----------|
|  | 26 | Uniform unsatisfactory |

c. Room Inspections

| Room # | Result |
|--------|--------|
| 6421 | 10 |
| 6052 | 10 |
| 3409 | 9 |
| 7036 | <8 |
| 6263 | 8 |
| 2037 | 9 |
| 8203 | 9 |
| 7069 | 9 |

00234

Case 1:06-cv-00856-RBW    Document 11-7    Filed 09/27/2006    Page 35 of 50

|      |   |
|------|---|
| 1116 | 8 |
| 2026 | 8 |

d. Bed Checks

| Room# | Status |
|-------|--------|
| 8256 | All present |
| 8317 | All present |
| 2230 | All present |
| 4021 | All present |
| 5159 | All present |
| 7021 | All present |
| 5311 | All present |
| 5204 | All present |
| 3403 | All present |
| 3407 | All present |

5. Next Duty Day Significant Events:

| Event | Time | Location |
|-------|------|----------|
| Review and Examinations | All Day | Yard |

6. Administrative Notes

1. MIDN 3/C█████was transferred from Brigade Medical to Bethesda due to a leg infection. He is expected to stay a few days to receive treatment.

2. MIDN 2/C█████was sent to Bethesda due a leg infection. She will stay overnight and her return date is TBD.

3. MIDN█████and█████of the French Naval Academy were attached to 28th Company. They have recently detached, as of 1400 06MAY2004. The brigade count is now 4255.

4. MIDN 1/C█████was in a car accident last night at approximately 2200. She is uninjured, but her truck had to be towed so she was late for TAPS.

5. MIDN 2/C█████is representing the Naval Academy at the World Triathlon Championships in Midera, Portugal.

6. The 2/C will be assuming all 1/C watches starting on 7 May 2004.

7. GYSGT Greentaner reported that someone has urinated in the 5th elevator. The first-lieutenant has been notified.

Submitted:
    Off-Going MOOW
    MIDN LCDR Shovlin, USN

Reviewed:
    Off-Going OOW
    CAPT Powers, USMC

    On-Coming MOOW
    MIDN 2/C Whaley, USN

    On Coming OOW
    LT Dalton, USN

| From: | "Midshipman Officer of the Watch" <moow@usna.edu> |
|---|---|
| To: | "0800 Report List" <0800list@listmail.usna.edu> |
| Date: | 5/8/04 8:09:39 AM |
| Subject: | 0800 Report for 07MAY2004-08MAY2004 |

COMDTMIDNINST 1601.10
OPS
08MAY04

BRIGADE 0800 REPORT

MEMORANDUM

From:   Midshipman Officer of the Watch, MIDN 2/C Whaley, USN
To:     Deputy Commandant
        Senior Watch Officer
        Brigade Commander

Subj:   BRIGADE 0800 REPORT FROM 0800 07MAY04 TO 0800 08MAY04

1.      Oncoming OOW:     LT Vaas, USN
        Oncoming MOOW:    MIDN 2/C Vigilante, USN

2. Significant Events

   a. Injuries/Hospitalizations/Death Notifications

| Name/Alpha | Company | Return Date | Description (Admin) |
|---|---|---|---|
| ▄▄▄▄▄▄ | 04 | 10MAY04 treatment* | At Bethesda for |
| ▄▄▄▄▄▄ | 08 | 09MAY04 treatment* | At Bethesda for |
| ▄▄▄▄▄▄ | 28 | TBD evaluation | At Bethesda for |

*Admin note (1).
*Admin note (2).

   b. Major Conduct Offenses This Date

| Name/Alpha | Company | Description/Action |
|---|---|---|
| ▄▄▄▄▄▄ | 1 | Direct violation of written order/Pending |

3. Accountability at Taps

a. Battalion

| Battalion | Present | AA/WKND/MO | | | | UA | Assigned |
|---|---|---|---|---|---|---|---|
| 1 | 306 | 126 / 269 / 8 | | | 0 | | 709 |
| 2 | 339 | 146 / 207 / 12 | | | 2 | | 706 |
| 3 | 309 | 121 / 256 / 6 | | | 0 | | 692 |
| 4 | 350 | 117 / 245 / 6 | | | 0 | | 718 |
| 5 | 295 | 106 / 300 / 10 | 1 | | 712 | | |
| 6 | 360 | 120 / 231 / 6 | | | 1 | | 718 |
| Total | 1959 | 736 / 1508 / 48 | 4 | | 4255 | | |

b. TAD/ Separations

00236

| Name/ ALPHA | Company | Return Date | Admin Note |
|---|---|---|---|
|  | 2 | TBD | TAD NAVSTA* |
| Stainback/ 046498 6 | | TBD | TAD NAVSTA |
| | 14 | 28MAY04 | TAD NAVSTA |
| | 27 | TBD | TAD NAVSTA |

   *Admin note (3).

c. Number of Restricted Personnel:    71**

   **1/C █████ and 2/C █████ completed their restriction. New additions to the Restriction list include 4/C █████, 2/C █████ 2/C █████ and 2/C █████

d. Authorized Absences-Special/Emergency Leave



| Name/ Alpha | Company | Return Date | Reason |
|---|---|---|---|
| | 1 | 09MAY04 | Emergency Leave |
| | 11 | 10MAY04 | Special Liberty |
| | TBD | Emergency Leave | |
| | 24 | 20MAY04 | Emergency Leave |
| | 24 | 24MAY04 | Special Leave |
| | 24 | 09MAY04 | Special Leave |
| | 28 | 10MAY04 | Bethesda |
| | 2 | TBD | TAD NAVSTA |
| | 14 | 28MAY04 | TAD NAVSTA |
| | 27 | TBD | TAD NAVSTA |

e. Unauthorized Absences

| Name/ Alpha | Company | Admin Note |
|---|---|---|
| 1/C Stainback | 6 | TAD NAVSTA-Did not call deck |
| | 7 | UA: Called Co. Officer and contact numbers* |
| | 24 | On deck late-0100. |
| | 28 | UA less than 15 minutes |

   *Admin note (4).

f. Movement Orders (Admin Note required for late returning MOs)

| MO Code | Organization | # Mids | Depart | Return | Note |
|---|---|---|---|---|---|
| M0401086 | Triathlon Team | 1 | 05MAY04 | 12MAY04 | 4* |
| M0400901 | Mech Eng. MO | 4 | 07MAY04 | 09MAY04 | |
| M0401084 | Womens Crew | 43 | 07MAY04 | 09MAY04 | |

   *Admin note (5).

4. Inspections
a. Watch Inspection Discrepancies

| Name/Alpha | Company | Admin Note |
|---|---|---|
NONE

b. Restriction Muster Inspection Discrepancies

| Name/Alpha | Company | Admin Note |
|---|---|---|

00237

Case 1:06-cv-00856-RBW     Document 11-7     Filed 09/27/2006     Page 38 of 50

### c. Room Inspections

| Room # | Result |
|--------|--------|
| 4119 | 9 |
| 7062 | <8 |
| 8024 | 9 |
| 3418 | <8 |
| 6135 | 10 |
| 4256 | 8 |
| 2026 | 9 |
| 5363 | <8 |
| 7462 | 9 |
| 1204 | <8 |

### d. Bed Checks

| Room# | Status |
|-------|--------|
| 4216 | ALL PRESENT |
| 3215 | ALL PRESENT |
| 3330 | ALL PRESENT |
| 7204 | 1 PRESENT, 1 WKND |
| 7307 | ALL PRESENT |
| 4158 | ALL PRESENT |
| 4060 | ALL PRESENT |
| 8406 | ALL PRESENT |
| 5338 | 2 PRESENT, 1 WKND |
| 5004 | 2 PRESENT, 1 WKND |

5. Next Duty Day Significant Events:

| Event | Time | Location |
|-------|------|----------|
| Review and Examinations | All Day | Yard |

6. Administrative Notes

1. MIDN 3/C ████ remains at Bethesda and is still under observation.
2. MIDN 2/C ████ remains at Bethesda and her return date is 09MAY04.
3. MIDN 1/C ████ of 2nd Company is currently TAD at Naval Station, Annapolis. He is listed as an authorized absence on the 2nd Company taps sheet.
4. MIDN 1/C ████ is UA. His Company Officer was contacted last night, and all contact information has been called.
5. MIDN 2/C ████ is representing the Naval Academy at the World Triathlon Championships in Midera, Portugal.

Submitted:

    Off-Going MOOW
      MIDN 2/C Whaley, USN

    On-Coming MOOW
      MIDN 2/C Vigilante, USN

Reviewed:

    Off-Going OOW
    LT Dalton, USN

    On Coming OOW
    LT Vaas, USN

00238

Case 1:06-cv-00856-RBW    Document 11-7    Filed 09/27/2006    Page 39 of 50

**From:** "Midshipman Officer of the Watch" <moow@usna.edu>
**To:** "0800 Report List" <0800list@listmail.usna.edu>
**Date:** 5/12/04 8:26:54 AM
**Subject:** 0800 REPORT FOR 11MAY2004 - 12MAY2004

COMDTMIDNINST 1601.10
OPS
10MAY04

BRIGADE 0800 REPORT

MEMORANDUM

From: Midshipman Officer of the Watch, MIDN 1/C Nelan, USN
To:   Deputy Commandant
      Senior Watch Officer
      Brigade Commander

Subj: BRIGADE 0800 REPORT FROM 0800 11MAY04 TO 0800 12MAY04

1.    Oncoming OOW:    LT C. Smith, USN
      Oncoming MOOW:   MIDN 1/C Camacho, USN

2. Significant Events

a. Injuries/Hospitalizations/Death Notifications

| Name/Alpha | Company | Return Date | Description (Admin) |
|---|---|---|---|
| ███████ | 26 | TBD | At Bethesda for evaluation |

b. Major Conduct Offenses This Date

| Name/Alpha | Company | Description/Action |
|---|---|---|
| | | |

3. Accountability at Taps

a.
| Battalion | Present | | AA/WKND/MO | UA | Assigned |
|---|---|---|---|---|---|
| 1    50 | 659 / 0 / 0 | 0 | 709 | | |
| 2    73 | 627 / 0 / 2 | 3 | 705 | | |
| 3    60 | 629 / 0 / 1 | 1 | 691 | | |
| 4    60 | 657 / 0 / 1 | 0 | 718 | | |
| 5    47 | 665 / 0 / 0 | 0 | 712 | | |
| 6    49 | 669 / 0 / 0 | 0 | 718 | | |
| Total  339 | 3906 / 0 / 4 | 4 | 4253 | | |

b. TAD/ Separations

| Name/ ALPHA | Company | Return Date | Admin Note |
|---|---|---|---|
| ███████ | 10 | | Separated |
| ███████ | 12 | | Separated |
| ███████ | 2 | TBD | TAD NAVSTA |
| Stainback/ 046498 | 6 | TBD | TAD NAVSTA |
| ███████ | 14 | 28MAY04 | TAD NAVSTA |
| ███████ | 27 | TBD | TAD NAVSTA |

c. Number of Restricted Personnel:    79

00239

d. Authorized Absences-Special/Emergency Leave

| Name/ Alpha | Company | Return Date | Reason |
|---|---|---|---|
|  | 21 | TBD | Special Leave |
| | 24 | 20MAY04 | Special Leave |
| | 24 | 24MAY04 | Special Leave |
| | 26 | TBD | Bethesda |
| | 2 | TBD | TAD NAVSTA |
| | 14 | 28MAY04 | TAD NAVSTA |
| | 27 | TBD | TAD NAVSTA |
| Stainback/ 046498 | 6 | TBD | TAD NAVSTA |

e. Unauthorized Absences

| Name/ Alpha | Company | Admin Note |
|---|---|---|
|  | 8 | Did not sign in for TAPS with Main-O |
| | 9 | Did not sign in for TAPS with Main-O |
| | 10 | Did not sign in for TAPS with Main-O |
| | 12 | Did not sign in for TAPS with Main-O |

f. Movement Orders (Admin Note required for late returning MOs)

| MO Code | Organization | # Mids | Depart | Return | Note |
|---|---|---|---|---|---|
| M0401086 | Triathlon Team | 1 | 05MAY04 | 12MAY04 | |
| M0401059 | NAOE Department | 3 | 08MAY04 | 12MAY04 | |

4. Inspections

a. Watch Inspection Discrepancies

| Name/Alpha | Company | Admin Note |
|---|---|---|
| NONE | | |

b. Restriction Muster Inspection Discrepancies

| Name/Alpha | Company | Admin Note |
|---|---|---|
| NONE | | |

c. Room Inspections

| Room # | Result |
|---|---|

d. Bed Checks

| Room# | Status |
|---|---|

5. Next Duty Day Significant Events:

| Event | Time | Location |
|---|---|---|

6. Administrative Notes

1. MIDN 3/c ▮▮▮ returned from Bethesda today 11MAY2004 at approximately 1500.

2. MIDN 1/c ▮▮▮ MIDN 1/c ▮▮▮ MIDN 2/c ▮▮▮ MIDN 2/c ▮▮▮ MIDN 3/c ▮▮▮ MIDN 3/c ▮▮▮, and MIDN 3/c ▮▮▮ began restriction today, bringing the total number of restrictees to 79

3. All CSNTS midshipmen have been accounted for with their battalions.

4. MIDN 1/c ▮▮▮, Stainback, and ▮▮▮ currently on TAD status with

00240

Case 1:06-cv-00856-RBW    Document 11-7    Filed 09/27/2006    Page 41 of 50

the Naval Station, did not phone in for TAPS.

Submitted:                              Reviewed:
        Off-Going MOOW                          Off-Going OOW
        MIDN 1/C Nelan, USN                 LCDR Garbe, USN


        On-Coming MOOW                          On Coming OOW
        MIDN 1/C Camacho, USN               LT C. Smith, USN

00213

Case 1:06-cv-00856-RBW    Document 11-7    Filed 09/27/2006    Page 42 of 50

**From:** "Midshipman Officer of the Watch" <moow@usna.edu>
**To:** "0800 Report List" <0800list@listmail.usna.edu>
**Date:** 5/14/04 7:54:10 AM
**Subject:** 0800 Report for 13MAY2004 - 14MAY2004

COMDTMIDNINST 1601.10
OPS
13MAY04

BRIGADE 0800 REPORT

MEMORANDUM

From: Midshipman Officer of the Watch, MIDN 1/C Pettitt, USN
To: Deputy Commandant
Senior Watch Officer
Brigade Commander

Subj: BRIGADE 0800 REPORT FROM 0800 13MAY04 TO 0800 14MAY04

1. Oncoming OOW: LT Boyd, USN
Oncoming MOOW: MIDN 1/C Cushanick, USN

2. Significant Events

a. Injuries/Hospitalizations/Death Notifications
Name/Alpha          Company       Return Date    Description (Admin)


b. Major Conduct Offenses This Date
Name/Alpha          Company       Description/Action


3. Accountability at Taps

| a. Battalion | Present | AA/WKND/MO | | UA | Assigned |
|---|---|---|---|---|---|
| 1 | 45 | 657 / 0 / 6 | 1 | 709 | |
| 2 | 52 | 648 / 0 / 4 | 1 | 705 | |
| 3 | 48 | 636 / 0 / 4 | 0 | 688 | |
| 4 | 45 | 669 / 0 / 0 | 1 | 715 | |
| 5 | 33 | 675 / 0 / 4 | 0  712 | | |
| 6 | 27 | 683 / 0 / 6 | 1 | | |
| 717 | | | | | |
| Total | 250 | 3968 / 0 / 24 | 4 | 4246 | |

b. TAD/ Separations

| Name/ ALPHA | Company | Return Date | Admin Note |
|---|---|---|---|
| ▮ | 2 | TBD | TAD NAVSTA |
| Stainback / 046498 | 6 | TBD | TAD NAVSTA |
| ▮ | 14 | 28MAY04 | TAD NAVSTA |
| ▮ | 15 | Separated | |
| ▮ | 18 | Separated | |
| ▮ | 14 | Separated | |
| ▮ | 18 | Separated | |
| ▮ | 12 | Separated | |

00242

c. Number of Restricted Personnel:    78

d. Authorized Absences-Special/Emergency Leave

| Name/ Alpha | Company | | Return Date | Reason |
|---|---|---|---|---|
| ███████████ | 24 | | 20MAY04 | Special Leave |
| | 24 | | 24MAY04 | Special Leave |
| ███████████ | 14 | | 28MAY04 | TAD NAVSTA |
| | | 2 | TBD | TAD NAVSTA |
| Stainback / 046498 | 6 | | TBD | TAD NAVSTA |
| ███████████ | 21 | | TBD | Special Leave |

e. Unauthorized Absences

| Name/ Alpha | Company | Admin Note |
|---|---|---|
| Stainback / 046582 | 6 | 1/C Stainback failed to call in Taps. Conduct Action Taken. |
| ███████████ | 30 | 4/C ██████ failed to sign Taps. Conduct Action Taken. |
| ███████████ | 18 | 4/C ██████ failed to sign Taps. Conduct Action Taken. |
| ███████████ | 3 | 4/C ██████ ailed to sign Taps. Conduct Action Taken. |

f. Movement Orders (Admin Note required for late returning MOs)

| MO Code | Organization | # Mids | Depart | Return |
|---|---|---|---|---|
| M0401075 | Women's Club Lacrosse | 21 | 12MAY04 | 16MAY04 |
| M0401103 | Women's Outdoor Track | 3 | 12MAY04 | 16MAY04 |

4. Inspections

a. Watch Inspection Discrepancies

| Name/Alpha | Company | Admin Note |
|---|---|---|
| NONE | | |

b. Restriction Muster Inspection Discrepancies

| Name/Alpha | Company | Admin Note |
|---|---|---|
| NONE | | |

c. Room Inspections

| Room # | Result |
|---|---|

d. Bed Checks

| Room# | Status |
|---|---|

5. Next Duty Day Significant Events:

| Event | Time | Location |
|---|---|---|
| NONE | | |

6. Administrative Notes

1. MIDN 1/C ██████ departed on intersessional liberty and will not call in

Case 1:06-cv-00656-RBW    Document 11-7    Filed 09/27/2006    Page 44 of 50

TAPS from the Naval Station until he returns on Wednesday, 19MAY04.
2. MIDN 3/C████████MIDN 4/C█████MIDN 4/C████████ MIDN 4/C████████
and MIDN 4/C████████were seperated today, 13MAY04, reducing the brigade
count to 4246.
3. MIDN 1/C████████ and 2/C█████ended their terms of restriction today,
13MAY04. MIDN 2/C█████ MIDN 2/C█████, MIDN 2/C████████and MIDN 4/C
████████began their terms on restriction today, 13MAY04. The present
restriction total is 78.
4. MIDN 1/C Stainback failed to call in for Taps on 13MAY04 and MIDN 4/C
████████and█████ all failed to sign in for Taps on 13MAY04.
Conduct action was taken.
5. There was a leak in the ceiling in Main Office Hallway on Deck 4-1.
Public Works has been notified.


Submitted:                                         Reviewed:
        Off-Going MOOW                         Off-Going OOW
        MIDN 1/C Pettitt, USN              LT Rogers, USN


        On-Coming MOOW                         On Coming OOW
        MIDN 1/C Cushanick, USN           LT Boyd, USN

00214

| From: | "Midshipman Officer of the Watch" <moow@usna.edu> |
| To: | "0800 Report List" <0800list@listmail.usna.edu> |
| Date: | 5/15/04 7:43:06 AM |
| Subject: | 0800 Report for 14MAY04 to 15MAY04 |

COMDTMIDNINST 1601.10
OPS
15MAY04

BRIGADE 0800 REPORT

MEMORANDUM

From:    Midshipman Officer of the Watch, MIDN 1/C Cushanick, USN
To:      Deputy Commandant
         Senior Watch Officer
         Brigade Commander

Subj:    BRIGADE 0800 REPORT FROM 0800 14MAY04 TO 0800 15MAY04

1.    Oncoming OOW:     MAJ Zaleski, USMC
      Oncoming MOOW:    MIDN 1/C Mills, USN

2. Significant Events

a. Injuries/Hospitalizations/Death Notifications

| Name/Alpha | Company | Return Date | Description (Admin) |
|---|---|---|---|

b. Major Conduct Offenses This Date

| Name/Alpha | Company | Description/Action |
|---|---|---|

3. Accountability at Taps

a.

| Battalion | Present | AA/WKND/MO | | UA | Assigned |
|---|---|---|---|---|---|
| 1 | 26 | 644 / 0 / 37 | 2 | 709 | |
| 2 | 26 | 645 / 0 / 31 | 2 | 704 | |
| 3 | 32 | 626 / 0 / 29 | 1 | 688 | |
| 4 | 27 | 655 / 0 / 28 | 3 | 713 | |
| 5 | 18 | 654 / 0 / 39 | 0 | 711 | |
| 6 | 10 | 672 / 0 / 33 | 1 | 716 | |
| Total | 139 | 3896 / 0 / 197 | 9 | 4241 | |

b. TAD/ Separations

| Name/ ALPHA | Company | Return Date | Admin Note |
|---|---|---|---|
|  | 2 | TBD | TAD NAVSTA |
| Stainback / 046582 | 6 | TBD | TAD NAVSTA |
| | 14 | 28MAY04 | TAD NAVSTA |
| | 10 | N/A | Seperated |
| | 16 | N/A | Seperated |
| | 18 | N/A | Seperated |
| | 22 | N/A | Seperated |
| | 28 | N/A | Seperated |

00245

Case 1:06-cv-00856-RBW    Document 11-7    Filed 09/27/2006    Page 46 of 50

    c. Number of Restricted Personnel:    **77**

d. Authorized Absences-Special/Emergency Leave

| Name/ Alpha | Company | Return Date | Reason |
|---|---|---|---|
| ▮▮▮▮▮ | 24 | 20MAY04 | Special Leave |
| ▮▮▮▮▮ 24 | 24MAY04 | | Special Leave |
| 14 | 28MAY04 | | TAD NAVSTA |
| ▮▮▮▮▮ | 2 | TBD | TAD NAVSTA (See Admin. Note |
| 1) | | | |
| Stainback / 046498 | 6 | TBD | TAD NAVSTA |
| ▮▮▮▮▮ | 21 | TBD | Special Leave |

e. Unauthorized Absences

| Name/ Alpha | Company | Admin Note |
|---|---|---|
| ▮▮▮▮▮ | 1 | Conduct Action Taken |
| | 4 | Conduct Action Taken |
| Stainback / 046582 | 6 | Conduct Action Taken |
| ▮▮▮▮▮ | 10 | Conduct Action Taken |
| ▮▮▮▮▮ | 13 | Conduct Action Taken |
| ▮▮▮▮▮ | 16 | Conduct Action Taken |
| ▮▮▮▮▮ | 17 | Conduct Action Taken |
| ▮▮▮▮▮ | 19 | Conduct Action Taken |
| ▮▮▮▮▮ | 27 | Conduct Action Taken |

f. Movement Orders (Admin Note required for late returning MOs)

| MO Code | Organization | # Mids | Depart | Return |
|---|---|---|---|---|
| M0401093 | Varsity Offshore Sailing | 43 | 14MAY04 | 17MAY04 |
| M0401108 | Men's Outdoor Track | 18 | 14MAY04 | 16MAY04 |
| M0401104 | Women's Outdoor Track | 12 | 14MAY04 | 16MAY04 |
| M0401111 | Men's Heavyweight Crew | 46 | 14MAY04 | 17MAY04 |
| M0401113 | Lightweight Crew | 54 | 14MAY04 | 17MAY04 |
| M0401075 | Women's Club Lacrosse | 21 | 12MAY04 | 16MAY04 |
| M0401103 | Women's Outdoor Track | 3 | 12MAY04 | 16MAY04 |

4. Inspections

a. Watch Inspection Discrepancies

    Name/Alpha        Company      Admin Note
    NONE

b. Restriction Muster Inspection Discrepancies

    Name/Alpha    Company     Admin Note
        NONE

    c. Room Inspections
    Room #      Result
      NONE

    d. Bed Checks
    Room#        Status
    NONE

5. Next Duty Day Significant Events:

    Event                  Time           Location
    NONE

00246

Case 1:06-cv-00856-RBW    Document 11-7    Filed 09/27/2006    Page 47 of 50

6. Administrative Notes

1.     MIDN 1/C ███████ is on intersessional liberty and will not call in TAPS from the Naval Station until he returns on Wednesday, 19MAY04.

2.   MIDN 3/C ██████████████ of 10th Company, MIDN 3/C ████████ of 18th Company, MIDN 3/C ████████████ of 16th Company, MIDN 3/C ██████ ████████ of 22nd Company, and MIDN 3/C ██████████████ of 28th Company seperated from the Naval Academy lowering the Brigade count to 4241.

3.   The separation of 3/C ████████████ dropped the number of restrictees to 77.

4.   A leak in the ceiling in Main Office Hallway on Deck 4-1 was reported to Public Works on 13MAY04.

5.   Leaky chill water pipes in 7th Wing Basement were reported to Public Works and the 1st LT was notified.

6.   Power oulages in 1st, 3rd, and 8th wings were reported to Public Works at 2000. Power was restored to all wings by 2200.

7.   3rd and 4th wings have not yet been incorporated into the chill water system.


Submitted:

        Off-Going MOOW
        MIDN 1/C Cushanick, USN

     On-Coming MOOW
        MIDN 1/C Mills, USN

Reviewed:

        Off-Going OOW
        LT Boyd, USN

On Coming OOW
        MAJ Zaleski, USMC

Case 1:06-cv-00856-RBW     Document 11-7     Filed 09/27/2006     Page 48 of 50

**From:**    "Midshipman Officer of the Watch" <moow@usna.edu>
**To:**    "0800 Report List" <0800list@listmail.usna.edu>
**Date:**    5/17/04 8:11:08 AM
**Subject:**    0800 Report for 16MAY2004 - 17MAY2004

COMDTMIDNINST 1601.10
OPS
17MAY04

BRIGADE 0800 REPORT

MEMORANDUM

From:  Midshipman Officer of the Watch, MIDN 2/C Spring, USN
To:    Deputy Commandant
      Senior Watch Officer
      Brigade Commander

Subj:  BRIGADE 0800 REPORT FROM 0800 16MAY04 TO 0800 17MAY04

1.    Oncoming OOW:    LT Fox, USN
      Oncoming MOOW:    MIDN 2/C Adams, USN

2.  Significant Events

a.  Injuries/Hospitalizations/Death Notifications

| Name/Alpha | Company | Return Date | Description (Admin) |
|---|---|---|---|
| ██████████ | 21 | TBD | *1 |
| | 10 | 6th Wing Med | *2 |

b.  Major Conduct Offenses This Date

| Name/Alpha | Company | Description/Action |
|---|---|---|
| ██████████ | 6 | Major conduct offense entered (Adm. Note 3) |

3.  Accountability at Taps

a.  Battalion

| Battalion | Present | AA/WKND/MO | | | UA | Assigned |
|---|---|---|---|---|---|---|
| 1 | 450 | 233/0/25 | 0 | 708 | | |
| 2 | 427 | 256/0/21 | | 0 | 704 | |
| 3 | 456 | 218/0/16 | | 0 | | 690 |
| 4 | 444 | 239/0/30 | 0 | 713 | | |
| 5 | 433 | 261/0/15 | 0 | 709 | | |
| 6 | 444 | 259/0/14 | | 0 | | 717 |
| Total | 2654 | 1466/0/121 | 0 | 4241 | | |

b.  TAD/ Separations

| Name/ ALPHA | Company | Return Date | Admin Note |
|---|---|---|---|
| ██████████ | 2 | TBD | TAD NAVSTA *4 |
| Stainback / 046582 | 6 | TBD | TAD NAVSTA *5 |
| ██████████ | 14 | 28MAY04 | TAD NAVSTA |

c.  Number of Restricted Personnel:    76
      (1/o████r and 2/█████completed restriction obligations.)

d.  Authorized Absences-Special/Emergency Leave

00248

Case 1:06-cv-00566-RBW    Document 11-7    Filed 09/27/2006    Page 49 of 50

| Name/ Alpha | Company | Return Date | Reason |
|---|---|---|---|
| | 2 | 17MAY04 | Special Leave |
| | 2 | 17MAY04 | Special Leave |
| | 2 | 28MAY04 | Special Leave |
| | 2 | 20MAY04 | Special Leave |
| | 3 | 23MAY04 | Special Leave |
| | 3 | 19MAY04 | Special Leave |
| | 3 | 17MAY04 | Special Leave |
| | 3 | 22MAY04 | Special Leave |
| | 3 | 27MAY04 | Special Leave |
| | 4 | 23MAY04 | Special Leave |
| | 4 | 17MAY04 | Special Leave |
| | 6 | 17MAY04 | Special Leave |
| | 6 | 28MAY04 | Special Leave |
| | 6 | 28MAY04 | Special Leave |
| | 7 | 23MAY04 | Special Leave |
| | 7 | 23MAY04 | Special Leave |
| | 7 | 23MAY04 | Special Leave |
| | 8 | 28MAY04 | Special Leave |
| | 11 | 28MAY04 | Special Leave |
| 11 | | 28MAY04 | Special Leave |
| | 11 | 28MAY04 | Special Leave |
| | 12 | 17MAY04 | Special Leave |
| | 13 | 23MAY04 | Special Leave |
| | 13 | 17MAY04 | Special Leave |
| | 14 | 17MAY04 | Special Leave |
| | 14 | 17MAY04 | Special Leave |
| | 15 | 17MAY04 | Special Leave |
| | 15 | 28MAY04 | Special Leave |
| 16 | | 18MAY04 | Special Leave |
| | 16 | 17MAY04 | Special Leave |
| 16 | | 17MAY04 | Special Leave |
| | 18 | 22MAY04 | Special Leave |
| | 18 | 22MAY04 | Special Leave |
| | 18 | 27MAY04 | Special Leave |
| | 18 | 22MAY04 | Special Leave |
| | 18 | 22MAY04 | Special Leave |
| | 19 | 17MAY04 | Special Leave |
| | 19 | 17MAY04 | Special Leave |
| | 20 | 20MAY04 | Special Leave |
| | 21 | TBD | Special Leave |
| | 21 | 18MAY04 | Special Leave |
| | 21 | TBD | Special Leave |
| | 21 | 17MAY04 | Special Leave |
| | 23 | 17MAY04 | Special Leave |
| | 23 | 17MAY04 | Special Leave |
| | 24 | 24MAY04 | Special Leave |
| | 24 | 20MAY04 | Special Leave |
| | 26 | TBD | Special Leave |
| | 26 | 18MAY04 | Special Leave |
| 26 | | TBD | Special Leave |
| | 27 | 18MAY04 | Special Leave |
| | 27 | 18MAY04 | Special Leave |
| | 27 | 18MAY04 | Special Leave |
| | 28 | TBD | Special Leave |
| | 28 | TBD | Special Leave |

00249

Case 1:06-cv-00850-RBW    Document 11-7    Filed 09/27/2006    Page 50 of 50

|  | 29 | 17MAY04 | Special Leave |
|--|----|---------|---------------|
|  | 29 | 21MAY04 | Special Leave |
|  | 30 | TBD | Special Leave |
|  | 14 | 28MAY04 | TAD NAVSTA |
|  | 2 | TBD | TAD NAVSTA (See Admin. Note 4) |
| Stainback / 046498 | 6 | TBD | TAD NAVSTA (See Admin. Note 5) |

e. Unauthorized Absences
   Name/ Alpha              Company        Admin Note
   NONE

f. Movement Orders (Admin Note required for late returning MOs)

| MO Code | Organization | # Mids | Depart | Return |
|---------|--------------|--------|--------|--------|
| M0400617 | Sailing | 5 | 16MAY04 | 19MAY04 |
| M0401093 | Varsity Offshore Sailing | 43 | 14MAY04 | 17MAY04 |
| M0401111 | Men's Heavyweight Crew | 46 | 14MAY04 | 17MAY04 |
| M0401113 | Lightweight Crew | 54 | 14MAY04 | 17MAY04 |
| M0401088 | Korean-Am MIDN Club* | 3 | 16MAY04 | 23MAY04 |
| M0401095 | Formula SAE Team | 1 | 16MAY04 | 21MAY04 |
| M0401023 | High Power Rifle Team | 3 | 16MAY04 | 21MAY04 |
| M0400617 | Intercollegiate Sailing | 5 | 16MAY04 | 19MAY04 |
| M0401116 | Graduate Education | 2 | 16MAY04 | 24MAY04 |
| M0401070 | Rifle Team | 5 | 16MAY04 | 01JUN04 |
| M0401049 | Aerospace Engineering | 27 | 16MAY04 | 18MAY04 |

   *Admin. Note 8

4. Inspections
a. Watch Inspection Discrepancies

        Name/Alpha              Company        Admin Note
      NONE

b. Restriction Muster Inspection Discrepancies
        Name/Alpha      Company      Admin Note
            NONE

c. Room Inspections
   Room #      Result
   NONE

d. Bed Checks
   Room#              Status
   NONE

5. Next Duty Day Significant Events:
   Event                        Time            Location
   NONE

6. Administrative Notes

00250