a. Fourth and Third Class Midshipmen. Midshipmen who are disenrolled from USNA before starting the second class academic year will have no active duty obligation under reference (b).

b. Second and First Class Midshipmen. Except in those cases where a midshipman is physically disqualified, unfit or unsuited for enlisted military service, or is disenrolled for cause resulting from actions that occurred only before the start of the second class academic year, a midshipman who is disenrolled from USNA after starting the second class academic year, may be ordered to active duty as follows:

(1) Two years, when disenrolled before starting the first class academic year.

(2) Three years, when disenrolled after starting the first class academic year, but before completing the course of instruction.

c. Failure to Accept a Commission. A first class midshipman who completes the course of instruction and declines appointment as a commissioned officer may be ordered to active duty for four years.

9. Waivers. In each case of disenrollment, the Superintendent shall make one of the following recommendations: (1) that the midshipman be ordered to complete the required period of active enlisted service as determined by paragraph 8b above; (2) that the service obligation be waived; or (3) that the midshipman is voluntarily or because of misconduct unfit or unsuited for military service in an enlisted status. Waivers may be granted if the Superintendent determines one of the following: (1) that the midshipman is physically disqualified; (2) that waiver of active service is in the best interest of the Naval service, considering factors such as humanitarian reasons and military service needs; or (3) in cases of disenrollment for academic deficiency, the Academic Board has not recommended active enlisted service, having determined the academic deficiency occurred despite determined efforts by the midshipman.

10. Reimbursement for Cost of Education. Per reference (c), disenrolled first and second class midshipmen who are disenrolled voluntarily or because of misconduct and who are not ordered to active duty, shall be required to reimburse the government for the cost of their advanced education. Reimbursement shall be in an amount that bears the same ratio to the total cost of advanced education received as the unserved portion of active duty bears to the total period of active duty such person agreed to serve per reference (a). Enclosure (1) provides details on how annual education costs are to be determined.

11. Reevaluation/Reappointment (R&R) Program. This program is tendered only in unusual circumstances to those midshipmen whose overall academic and military performance were significantly above average prior to the event leading to a recommendation for disenrollment.

a. Consideration. Under unusual circumstances, midshipmen being processed for disenrollment for unsatisfactory conduct under reference (e) will be considered for the R&R Program by the Superintendent. In unique circumstances, midshipmen who have violated the Honor Concept also may be considered eligible.

(1) Eligibility will be based on the candidate's overall record, including superior academic achievement, superior military and professional performance, proven leadership ability, and nature and seriousness of the offense(s) which precipitated processing for disenrollment in order to determine an individual's potential for future commissioned service.

(2) Midshipmen recommended for the R&R Program by the Superintendent will be advised in writing and must agree to participate in the program, subject to SECNAV approval. The Superintendent will forward a recommendation, with disenrollment proceedings, to SECNAV via the CHNAVPERS or the Commandant, USMC (MRRO-6), as appropriate.

b. Discharge and Transfer. Midshipmen who voluntarily agree to participate in this program, and whose participation is approved by SECNAV, will be disenrolled as midshipmen and either revert to their former enlisted status to complete an existing active duty obligation or be transferred to the USNR or USMCR.

(1) Participants will serve in the USNR unless they either entered USNA from the USMC or requested, and received approval for reevaluation in the USMC. Midshipmen with no prior enlisted service may request reevaluation in either the USNR or USMCR.

(2) Participants will be ordered to active duty in an enlisted status for: four years in the case of first class midshipmen who have completed all academic requirements for graduation; three years in the case of first class midshipmen who have not completed all academic requirements for graduation; and two years in the case of second class midshipmen.

(3) Midshipmen subject to a preexisting enlisted active duty obligation which is greater than the active duty period prescribed in paragraph 11b(2) will revert to their previous enlisted status to complete the period of enlistment.

00452

JUL-11-00 10:45 FROM:ASSTSECNAV(M&RA) ID:703 614 3889 PAGE 5/8

(4) USMC evaluees who have not previously completed USMC recruit training will initially be ordered to a recruit depot.

(5) Fourth and third class midshipmen will be disenrolled from USNA and required to enlist in the USNR or USMCR in order to participate in the program.

c. Reevaluation. Participants shall be ordered to a Fleet unit or a unit designated by the Commandant, USMC for a specified period of not less than six months nor longer than one year.

(1) During the reevaluation period, the Superintendent shall contact the unit commander of program participants to advise them of specific program requirements and maintain active case files on all participants.

(2) Commanding officers will closely monitor participant performance and prepare periodic enlisted evaluations every 90 days during the reevaluation period.

d. Reappointment. Upon completion of the reevaluation period, participants may submit an application for readmission to USNA to SECNAV, via the unit commanding officer and the Superintendent.

(1) The commanding officer will forward completed enlisted evaluations to the Superintendent.

(2) Participants must have demonstrated the highest standards of character, patriotism, sense of duty, and personal conduct; have no record of conviction by court-martial or nonjudicial punishment and no record of civil conviction; and they must be recommended for readmission by the commanding officer.

(3) Upon application for readmission, the Superintendent will forward the entire case file and a recommendation to SECNAV for final decision.

(4) For readmission, participants must meet all USNA eligibility requirements as of the time of readmission, and they must have demonstrated a potential for commissioned service.

(5) Participants will be readmitted to USNA to a class consistent with their academic qualifications at the time of readmission, or if they have completed all academic requirements for graduation, they will be graduated from USNA and commissioned.

00453

JUL-11-00 10:46 FROM:ASSTSECNAV(M&RA) ID:703 614 3883 PAGE 8/8

(6) Participants who fail to meet the standards for reappointment, will complete the period of active duty to which ordered under references (a) and (b). Former fourth and third class midshipmen will be discharged from the USNR or USMCR if enlisted for the sole purpose of participating in this program.

12. Reports. The reporting requirements contained in this instruction are exempt from reports controlled by SECNAVINST 5214.2B.

Richard Danzig

Distribution:

| SNDL | A1 | (Immediate Office of the Secretary) |
|---|---|---|
| | A3 | (CNO) |
| | A5 | (Bureaus) (CHNAVPERS, only) |
| | A6 | (CMC) |
| | B1B | (Offices of the Secretary of Defense) |
| | 21A | (Fleet Commanders in Chief) |
| | FF3B | (USNA) |

Copy to:
SUPT, USMA, West Point, NY 10996
SUPT, USAFA, (CPS-5), Denver, CO 80840

ACADEMY EDUCATION COST BASIS DETERMINATION

Costs of education computation will be performed generally as follows:

1. Cost basis will be the annual service academy cost comparison (38 categories) and cost per graduate data developed by the Academy Comptroller.

2. Costs will be broken into three basic cost areas - tuition equivalent, room and board, and include only academic costs. Summer military training programs such as cruises, plebe indoctrination, and midshipmen embarkation costs will be excluded.

3. Tuition equivalent will include:

a. All academic costs (instructional activities), excluding military professional training that is not open or available to civilian students in undergraduate institutions with NROTC units;

b. Physical education and athletics;

c. Midshipmen activities;

d. Chaplain;*

e. Medical;*

f. Real property maintenance and utilities;*

g. Midshipmen support (audiovisual, computer, printing, etc.);*

h. Registrar/admission.*

*Share directly related to midshipmen utilization.

4. "Room" will consist of all operating and maintenance expenses of midshipmen dormitory, Bancroft Hall; however, the total costs will be deducted from educational expenses as allowance in kind (quarters in lieu of allowance) under title 37, U.S.C.

5. "Board" will include all costs of operation and maintenance of the midshipmen mess, excluding food costs and reimbursed costs.

6. The total "cost of education" for each individual will be determined by prorating the total costs (tuition, room and board) to authorized brigade strength.

00455 Encl (1)

UNITED STATES NAVAL ACADEMY REGULATIONS

PART I

MISSION, COMMAND AND RESPONSIBILITIES

8 June 1972

1. U. S. Naval Academy Regulations, Part I, covering Mission, Command and Responsibilities pertaining to the Naval Academy has been approved by the Secretary of the Navy and is published herewith. These regulations are supplementary to U. S. Navy Regulations, 1948, and are published for the information of and compliance by all personnel of the U. S. Naval Academy.

2. Part II, Midshipmen Regulations, shall be approved and promulgated by the Commandant of Midshipmen.

3. These regulations cancel and supersede U. S. Naval Academy Regulations, 1964, Part I and Part II.

JAMES CALVERT
Vice Admiral, U. S. Navy
Superintendent

TABLE OF CHANGES ENTERED

| CHANGE | DATE ENTERED | ENTERED BY |
|---|---|---|
| 1 | 7/19/76 | Date of CH 7/2/76 7.0'13 |
| 2 | 5/4/78 | LDJ |
| ~~[illegible] ERRATA SHEET~~ | ~~[illegible]~~ | ~~[illegible]~~ |
| 3 | 12/17/02 | KHP |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

UNITED STATES NAVAL ACADEMY REGULATIONS

Part I

Table of Contents

MISSION, COMMAND AND RESPONSIBILITY

| | | | PAGE NO. |
|---|---|---|---|
| Chapter 1 | MISSION | | 1 |
| Chapter 2 | COMMAND | | 2 |
| | Section 1201 | Superintendent | 2 |
| | 120101 | Rank | 2 |
| | 120102 | Succession to Command | 2 |
| | 120103 | Statutory Responsibilities | 2 |
| Chapter 3 | RESPONSIBILITY | | 4 |
| | Section 1301 | General | 4 |
| | Section 1302 | Principal Assistants to the Superintendent | 4 |
| | 130201 | Commandant of Midshipmen | 4 |
| | 130202 | Academic Dean | 4 |
| | 130203 | Deputy for Operations | 5 |
| | 130204 | Deputy for Management | 5 |
| | 130205 | Director of Athletics | 5 |
| | 130206 | Director of Computer Services | 5 |
| | 130207 | Director of Candidate Guidance | 5 |
| | 130208 | Dean of Admissions | 5 |
| | 130209 | Commanding Officer, Naval Station, Annapolis | 5 |
| | Section 1303 | BOARDS | 6 |
| | 130301 | Board of Visitors | 6 |
| | 130302 | Academic Board | 6 |
| | 130303 | Academic Advisory Board | 8 |
| | Section 1304 | Naval Academy Cemetery | 9 |
| | 130401 | Rules and Regulations | 9 |
| | 130402 | Eligibility for Burial | 9 |

Part I

MISSION, COMMAND AND RESPONSIBILITY

Chapter I. MISSION OF THE UNITED STATES NAVAL ACADEMY

To prepare ~~young men~~ midshipmen morally, mentally and physically to be professional officers in the naval service.

Part I

MISSION, COMMAND AND RESPONSIBILITY

Chapter 2. COMMAND

1201. SUPERINTENDENT

The Superintendent, U. S. Naval Academy, is responsible for the accomplishment of the mission of the Naval Academy. He shall command and direct the military and civilian personnel attached to or employed by the Naval Academy. He is responsible to the Chief of Naval Operations for the operation and administration of the Naval Academy.

As Superintendent, he will conform to the policies of the Secretary of the Navy and be responsible for implementing such policies except in those areas where this responsibility is reserved to the Secretary himself or specifically delegated to other officials of the Department of the Navy.

120101. RANK

The Superintendent, U. S. Naval Academy, shall be a line officer of the Navy of a rank not below that of Rear Admiral.

120102. SUCCESSION TO COMMAND

In the event of incapacity, death, or absence, the Superintendent shall be succeeded by the Commandant of Midshipmen if such officer is eligible for command at sea. Should the Commandant of Midshipmen be unable to serve, the Deputy for Operations shall succeed to command if such officer is eligible for command at sea. If the Deputy for Operations is unable to serve, the senior line officer eligible for command at sea assigned to the Naval Academy shall succeed to command.

120103. STATUTORY RESPONSIBILITIES

1. The Superintendent may employ civilians as professors, instructors and lecturers at the Naval Academy in accordance with policies approved by the Secretary of the Navy. The compensation of such persons shall be determined by the Secretary of the Navy. (Title 10, USC, Section 6952).

2. The Superintendent shall recommend to the Secretary of the Navy regulations for the examination of candidates for admission to the Naval Academy. (Title 10, USC, Section 6958(a)).

3. The Superintendent may, for the Secretary of the Navy, prescribe the amount to be credited to a midshipman, upon original admission to the Naval Academy, for the cost of his initial issue of clothing and equipment. That amount shall be deducted from his pay. (Title 10, USC, Section 6960).

4. The Superintendent may recommend to the Secretary of the Navy the dismissal of any midshipman whenever the circumstances prompting separation are not deemed consonant with traditional naval concepts of honor and integrity.

Examples of situations in which dismissal action may be taken are:

a. Separation of a midshipman by reason of record of conviction by civil authority upon criminal charges;

b. Separation for homosexuality or drug abuse;

c. Separation for second violation of the Naval Academy regulation prohibiting hazing (Title 10, USC, Section 6964).

d. Separation for other reasons which would result in an award of an undesirable or bad conduct discharge, if the offense had been committed by an enlisted member of the Naval Service.

A midshipman whose misconduct warrants dismissal for the best interests of the Naval Service may be authorized by the Superintendent to submit a qualified resignation in lieu of being recommended for dismissal. If accepted by the Secretary of the Navy, a resignation for the good of the service will normally result in separation from the Naval Service under less than honorable conditions. (Title 10, USC, Section 6961).

5. Upon the recommendation of the Academic Board, the Superintendent shall recommend to the Secretary of the Navy the discharge of those midshipmen who have been found to be deficient in academics or who possess insufficient aptitude for commissioned service. The Superintendent may recommend for discharge any midshipman whose conduct as evidenced by violations of the Naval Academy Regulations is unsatisfactory.

C-1 If the Superintendent so elects, a midshipman may submit a qualified resignation ~~of his appointment~~ in lieu of being recommended for discharge because of unsatisfactory conduct or insufficient aptitude. If accepted by the Secretary of the Navy, the qualified resignation will result in assignment to the enlisted service or separation from the Naval Service depending upon the needs of the service and current Department of Defense policy on midshipman separations. (Title 10, USC, Section 6962).

6. The Superintendent shall prescribe the course of study at the Naval Academy and requirements for training in leadership and moral and physical development.

7. The Superintendent may confer the degree of Bachelor of Science upon graduates of the Naval Academy who have successfully completed the four-year course of instruction, as determined by the Superintendent. (Title 10, USC, Section 6967).

8. The Superintendent may invite the Board of Visitors or its members to make visits to the Naval Academy in connection with the duties of the Board. (Title 10, USC, Section 6968).

00461

Part I

MISSION, COMMAND AND RESPONSIBILITY

Chapter 3, RESPONSIBILITY

1301. GENERAL

The Superintendent will prescribe the organization of the U. S. Naval Academy, subject to the approval of the Chief of Naval Operations, designed to afford the most effective and efficient means of carrying out its mission. He will establish management policies and procedures to afford the highest standards of education and training of midshipmen and excellence of physical facilities. He will demand the highest standards of moral excellence, discipline and standards of conduct of the Brigade of Midshipmen, and of all persons assigned to or employed by the Naval Academy.

1302. PRINCIPAL ASSISTANTS TO THE SUPERINTENDENT

130201. COMMANDANT OF MIDSHIPMEN

130201.1 QUALIFICATIONS

The Commandant of Midshipmen shall be a line officer of the Navy qualified for command at sea.

130201.2 AUTHORITY AND RESPONSIBILITY

1. The Commandant of Midshipmen shall function as the Commanding Officer of the Brigade of Midshipmen.

2. He is responsible for the morale, discipline, welfare, physical education and military training of all midshipmen. He is responsible for the professional training of all midshipmen as specified by the Superintendent.

130201.3 NAVAL ACADEMY BAND

He shall have immediate charge of the Naval Academy Band, and shall be responsible for its scheduling and general efficiency. (Title 10, USC, Section 6969).

130201.4 SERVICE FACILITIES

He shall be responsible for the administration of the Midshipmen's Commissary, the Midshipmen's Pay Office, the Midshipmen's Store, the Midshipmen's Service Facilities, Naval Academy Laundry, and the Naval Academy Dairy Farm. (Title 10, USC, Section 6970, 6971).

130202. ACADEMIC DEAN

130202.1 APPOINTMENT

The Academic Dean shall be appointed by the Secretary of the Navy on the basis of recommendation by the Superintendent of the Naval Academy and the Chief of Naval Operations. The Dean is initially appointed for a term of not more than three years. At the termination of the initial or subsequent appointments he may be reappointed for a term of not more than five years.

130202.2 AUTHORITY AND RESPONSIBILITY

1. The Academic Dean shall be responsible to the Superintendent for the academic program of the Naval Academy as prescribed by the Academic Board. In fulfilling this responsibility he is charged with the control and direction of the Academic Divisions and subordinate departments, the Library, and such other educational resources as may be specified by the Superintendent.

2. He shall, as Supervisory Professor, supervise, assist, coordinate and direct the faculty.

3. He shall be responsible for the development of a curriculum or curricula of scope, sequence and quality in keeping with the mission of the Naval Academy and the direction of the Academic Board.

4. With the approval of the Superintendent, he shall prescribe regulations for the administration of the academic routine.

130203. DEPUTY FOR OPERATIONS

The Deputy for Operations is responsible to the Superintendent for such administrative and logistic support functions as public works, supply and fiscal services, security and communications, public affairs, legal matters, the Chapel and the Museum. He is responsible for personnel and administrative functions other than those involving midshipmen and civilian faculty, and for the operation of personnel support facilities assigned.

130204. DEPUTY FOR MANAGEMENT

The Deputy for Management is responsible to the Superintendent for the maintenance of an integrated management system to include management planning, systems management, resources management, and management control.

130205. DIRECTOR OF ATHLETICS

1. The Director of Athletics is responsible to the Superintendent for that part of the mission of the Naval Academy concerning the physical development of midshipmen.

2. The Director of Athletics serves as Head, Physical Education Department, under the immediate supervision of the Commandant of Midshipmen.

3. The Director of Athletics supervises and coordinates participation of the Naval Academy in inter-collegiate athletic events.

130206. DIRECTOR OF COMPUTER SERVICES

1. The Director of Computer Services shall be responsible to the Superintendent for providing academic and administrative automatic data processing services to the Naval Academy.

2. He shall be responsible for the development and installation of new systems or procedures to improve the effectiveness of computer services.

130207. DIRECTOR OF CANDIDATE GUIDANCE

The Director of Candidate Guidance is responsible to the Superintendent for the guidance of candidates for admission to the Naval Academy. He shall direct and coordinate a program to obtain those most qualified for admission.

130208. DEAN OF ADMISSIONS

1. The Dean of Admissions shall be appointed by the Superintendent.

2. He shall be responsible to the Superintendent for the direction of the admissions procedures and the maintenance of official academic records of midshipmen.

130209. COMMANDING OFFICER, U. S. NAVAL STATION, ANNAPOLIS, MD.

The Commanding Officer, U. S. Naval Station, reports to the Superintendent in support of the Naval Academy and performs such functions as may be directed.

1303.    BOARDS

130301.    BOARD OF VISITORS

130301.1    PURPOSE

To provide the President of the United States with a direct evaluation of the Naval Academy's program and requirements. Specifically, the Board shall inquire into the state of morale and discipline, the curriculum, instruction, physical equipment, fiscal affairs, academic methods, and other matters relating to the Academy that the Board decides to consider.

130301.2    COMPOSITION

The Board of Visitors to the Naval Academy is constituted annually of:

a.    The Chairman of the Committee on Armed Services of the Senate, or his designee;

b.    Three other members of the Senate designated by the Vice President or the President Pro Tempore of the Senate, two of whom are members of the Committee on Appropriations of the Senate;

c.    The Chairman of the Committee on Armed Services of the House of Representatives, or his designee;

d.    Four other members of the House of Representatives designated by the Speaker of the House of Representatives, two of whom are members of the Committee on Appropriations of the House of Representatives; and

e.    Six persons designated by the President to serve for three years. Two persons shall be designated by the President each year to succeed members whose terms expire that year.

130301.3    VACANCIES

If a member of the Board dies or resigns, a successor shall be designated for the unexpired portion of the term by the official who designated the member.

130301.4    PROCEDURES

a.    The Board shall visit the Academy annually. The Board or its members may make other visits to the Academy in connection with the duties of the Board or to consult with the Superintendent.

b.    Within 60 days after its annual visit, the Board shall submit a written report to the President of its action and of its views and recommendations pertaining to the Academy. Any report of a visit, other than the annual visit, shall, if approved by a majority of the members of the Board, be submitted to the President within 60 days after such approval.

c.    Upon approval by the Secretary, the Board may call in advisers for consultation.

130302.    ACADEMIC BOARD

130302.1    PURPOSE

The Academic Board shall prescribe policies concerning the criteria for admission and the course of instruction and shall act upon all cases of academic deficiency and insufficient aptitude, subject to Department of the Navy policy and approved recommendations of the Board of Visitors.

00464

130302.2 COMPOSITION

The Academic Board shall consist of the Superintendent as Chairman, the Commandant of Midshipmen, the Academic Dean, the Directors of the Academic Divisions, and the Director of Professional Development. Alternates will be appointed by the Superintendent to serve in the absence of regular members.

130302.3 PROCEDURES

a. The Superintendent, or in his absence a member specifically designated by him, shall preside at the meetings. In the absence of a member other than the Superintendent, a designated alternate may, at the discretion of the presiding officer, represent the absentee and have one vote.

b. The rules of procedure governing meetings of the Board will be established by the Superintendent. The Superintendent shall have two votes; the other members one each. In the event of a tie vote, the decision of the Superintendent shall be final. No officer shall be entitled to more than one vote by virtue of presiding at a meeting in the absence of the Superintendent.

c. Deliberations of the Board shall be confidential, and no decision shall be disclosed by any person connected with the Board before the same shall be announced by proper authority.

130302.4 DUTIES

It is the duty of the Academic Board to take cognizance of annual reports of the relative standing of midshipmen and merit roll of the graduating class and to make term reports of the marks of midshipmen found deficient with recommendations to the Secretary of the Navy as to midshipmen to be discharged or turned back. Unless the Academic Board recommends otherwise, midshipmen found deficient shall not be continued at the Naval Academy. (Title 10, USC, Section 6963).

130302.5 PROFICIENCY AND COEFFICIENTS

1. Minimum standards of proficiency shall be established by the Academic Board.

2. Grades in all academic departments shall be complete for each semester prior to commencement of the succeeding semester, unless otherwise authorized by the Academic Board.

3. Coefficients prescribed by the Academic Board shall be applied to grades to determine the multiple for the semester and the year.

4. The Academic Board shall meet as soon as practicable after the end of each semester to act on the cases of all midshipmen who have not attained the minimum academic standards or where overall performance is indicative of insufficient aptitude for a commission in the Naval Service.

130302.6 ACADEMIC FAILURE

1. A midshipman failing at the end of any semester to meet the requirements specified by the Academic Board, shall be subject to recommendation for discharge or turn back, or he may, at the discretion of the Academic Board, be permitted continuation with his class on such conditions as the Academic Board determines. Action involving discharge or being turned back to a lower class requires the approval of the Secretary of the Navy.

2. Midshipmen failing at the end of the last year of their academic course shall be recommended for summer classes, or to be turned back into the next lower class, or to be discharged, unless the circumstances attending their cases warrant special consideration.

130302.7 REPORTS OF MARKS AND STANDINGS

1. At the end of each academic term, the names of those midshipmen found to be deficient, whom the Academic Board recommends to be turned back into the following class or discharged, will be submitted to the Secretary of the Navy via Chief of Naval Operations.

2. At the end of each academic year, copies of the merit roll of the graduating class for the academic course, and reports of relative standing for all classes for the year, will be transmitted to the Chief of Naval Personnel and Commandant of Marine Corps.

130302.8 ACADEMIC QUALIFICATIONS FOR AWARD OF DEGREE

1. In order to quality for award of degree, midshipmen must meet the requirements established for each class by the Academic Board.

2. Failure to meet degree requirements will preclude graduation and commissioning.

3. The diplomas of midshipmen whose aggregate multiples for the completed course place them in the highest 10 percent of the class shall read "graduated with distinction"; those whose aggregate multiples do not place them in the highest 10 percent of the class, but are not less than 75 percent of the maximum aggregate multiple, shall read "graduated with merit"; and all others shall read "graduated."

130303. ACADEMIC ADVISORY BOARD

130303.1 PURPOSE

The Academic Advisory Board is established by the Secretary of the Navy to advise and assist the Superintendent concerning the education of midshipmen. To accomplish this objective the Board will examine academic policies and practices at the Naval Academy and submit proposals to the Superintendent which will aid him in improving educational standards and in resolving academic problems.

130303.2 COMPOSITION

The Academic Advisory Board will be composed of not more than twelve regular members. Included in its membership shall be:

a. highly qualified civilian educators;

b. prominent citizens from business, the professions, and other vocations; and

c. active and retired military officers.

The membership of the Board will be nominated by the Superintendent to the Secretary of the Navy, who will issue invitations to the nominees. Tenure of the Board shall terminate not later than two years from the date of its formation unless the Superintendent determines in writing not more than sixty days prior to expiration of such a two-year period that its continued existence is in the public interest and its continuation is concurred in by the Secretary of the Navy. A like determination by the Superintendent, and concurred in by the Secretary of the Navy, shall be required not more than sixty days prior to the end of each subsequent two-year period to continue the existence of the Board.

Subject to these provisions with respect to the duration of the Board, the normal terms of service by members shall be four years. ~~Members will not normally be reappointed. Term expiration dates will be staggered with three terms expiring July 15th each year.~~ Appointment outside this rotation will be only for the unexpired term of the departing member.

00466

130303.3 MEETINGS

The Board will meet at least twice per year, once in the fall and once in the spring. Additional meetings may be scheduled when requested by the Superintendent and at the convenience of the membership.

130303.4 PROCEDURES

The Board will establish its own rules of procedure, select a chairman, and designate such committees to report to the Board as may be deemed appropriate. Reports of opinions, suggestions, and recommendations of the Board will be made to the Superintendent. The decision as to what parts of the Board's report, if any, should be made public and the determination of action to be taken on matters upon which a majority of the Board agrees, shall be made by the Superintendent.

The Board Chairman, or his alternate, will direct each session of the Board. The Superintendent will provide detailed information to the Board during preliminary conferences to be held the first day of each meeting. The Board, and committees thereof, will be afforded opportunities to examine all facets of the academic procedures and policies of the Naval Academy.

1304. NAVAL ACADEMY CEMETERY AND COLUMBARIUM (R

130401. RULES AND REGULATIONS

The Superintendent, U.S. Naval Academy, is authorized to prescribe rules and regulations for the operation and maintenance of the Naval Academy Cemetery and Columbarium, subject to the eligibility regulations as prescribed herein.

130402. ELIGIBILITY FOR BURIAL

1. Those eligible for burial in the Naval Academy Cemetery are:

a. Officers, midshipmen, or enlisted persons of the Navy or Marine Corps on active duty at the Naval Academy; the Naval Station, Annapolis; or the Naval Medical Clinic, Annapolis.

b. Those Naval Academy graduates who have served on active duty with the rank of Rear Admiral or Brigadier General, or senior thereto, and such others as the Secretary of the Navy or the Superintendent may designate.

c. Unmarried widow(er) of an officer or enlisted person of the Navy or Marine Corps who is buried in the Naval Academy Cemetery. In the event the widow(er) remarries, eligibility is automatically terminated.

d. Any officer, ex-officer, or enlisted person of the Navy or Marine Corps whose spouse is buried in the Naval Academy Cemetery.

e. Stillborn and infant children of officers or enlisted persons on active duty at the Naval Academy; Naval Station, Annapolis; or the Naval Medical Clinic, Annapolis, may be buried in a specific lot reserved for such cases. For purposes of this regulation, an infant is considered to be a child who has not reached seven years of age.

2. Those eligible to reserve a lot for future burial in the Naval Academy Cemetery are Naval Academy graduates who have served on active duty with the rank of Rear Admiral or Brigadier General or senior thereto, and such others as the Secretary of the Navy or the Superintendent may designate.

Nothing in these regulations will change Cemetery reservations or commitments made under previous regulations.

1304O4. ELIGIBILITY FOR INURNMENT

1. Those eligible for inurnment in the Naval Academy Columbarium are:

a. Officers, midshipmen, or enlisted persons of the Navy or Marine Corps on active duty at the Naval Academy; the Naval Station, Annapolis; or the Naval Medical Clinic, Annapolis.

b. All Naval Academy graduates.

c. Unmarried widow(er) of those inurned in the Naval Academy Columbarium. Normally, such inurnments will be in the same niche as the spouse.

d. Stillborn and infant children of officers or enlisted persons on active duty at the Naval Academy; Naval Station, Annapolis; or the Naval Medical Clinic, Annapolis. For purposes of this regulation, an infant is considered to be a child who has not reached seven years of age.

e. Others whose inurnment is specifically approved by the Superintendent, U.S. Naval Academy.

2. There will be no reservations for future inurnment in the Naval Academy Columbarium.



DEPARTMENT OF THE NAVY
UNITED STATES NAVAL ACADEMY
121 BLAKE ROAD
ANNAPOLIS, MARYLAND 21402-5000

USNAINST 5420.24E
3/DeanAdmissions
05 DEC 1996

USNA INSTRUCTION 5420.24E

From: Superintendent

Subj: POLICY AND PROCEDURES GOVERNING THE ACADEMIC BOARD

Ref: (a) USNA Regulations, Section 130302

Encl: (1) Policy and Procedures Governing the Academic Board

1. Purpose. To establish the policy and procedures applicable to the Academic Board.

2. Cancellation. USNA Instruction 5420.24D. This directive is a complete revision and should be reviewed in its entirety. No special markings appear because changes are extensive.

3. Background. The authority and duties of the Academic Board are established in law in U.S. Code Title 10. Reference (a) provides that the rules governing policy and procedures of the Academic Board shall be established by the Superintendent. Enclosure (1) presents those rules.

C. R. Larson
C. R. LARSON

Distribution:
AA

USNAINST 5420.24B
05 DEC 1996

POLICY AND PROCEDURES GOVERNING THE ACADEMIC BOARD

Article I. Source of Authority

A. U.S. Code Title 10, Section 6956(b) "If it is determined that upon the admission of a new class to the Academy, the number of midshipmen at the Academy will be below the authorized number, the Secretary may fill the vacancies by nominating additional midshipmen from qualified candidates designated as alternates and from other qualified candidates who competed for nomination and are recommended and found qualified by the Academic Board..."

B. U.S. Code Title 10, Section 6958(a) "Each candidate for admission to the U.S. Naval Academy...(2) shall be examined according to such regulations as the Secretary of the Navy prescribes, and if rejected at one examination may not be examined again for admission to the same class unless recommended by the Academic Board."

C. U.S. Code Title 10, Section 6962

"(a) The Superintendent of the Naval Academy shall submit to the Secretary of the Navy in writing a full report of the facts-"

"(1) Whenever the Superintendent determines that the conduct of a midshipman is unsatisfactory; or"

"(2) Whenever the Academic Board unanimously determines that a midshipman possesses insufficient aptitude to become a commissioned officer in the naval service."

"(b) A midshipman upon who a report is made under subsection (a) shall be given an opportunity to examine the report and submit a written statement thereon. If the Secretary believes, on the basis of the report and statement, that the determination of the Superintendent or of the Academic Board is reasonable and well founded, he may discharge the midshipman from the Naval Academy and from the naval service."

Enclosure (1)

D. U.S. Code Title 10, Section 6963 "Midshipmen found deficient at any examination shall, unless the Academic Board recommends otherwise, be discharged from the Naval Academy and from the naval service."

E. SECNAVINST 1531.1A

7a. "Deficiency at any Examination. A midshipman who is found to be academically deficient, including deficiency in physical education, may be disenrolled from USNA by the Academic Board..."

9. Waivers. "...Waivers [of the enlisted active duty obligation] may be granted if...in cases of disenrollment for academic deficiency, the Academic Board has not recommended active enlisted service, having determined the academic deficiency occurred despite determined efforts by the midshipman."

F. BUPERSMAN Paragraph 3640415

7a(1) "When disenrollment occurs as a result of academic deficiencies despite determined efforts by the midshipman, the Naval Academy Academic Board may waive the active duty in enlisted status provision."

G. U.S. Naval Academy Regulations

130302. Academic Board. Describes the purpose, composition, procedures, and duties of the Board. Describes the Board's responsibilities regarding proficiency standards and multiple coefficients, academic failures, reports of marks, and standings, and academic qualifications for award of the degree.

H. USNA Instruction 1531.49, Subj: Graduation and Degree Requirements

4. Requirements "...a midshipman at the Naval Academy must satisfactorily meet the following requirements to graduate and receive a degree."

Enclosure (1)

I. USNA Instruction 1531.50, Subj: Probation and Deficiencies

3. Probation. "The purpose of academic probation is to warn midshipmen their performance is below the required standards and significant improvement will be required to justify further retention at the Naval Academy."

4. Deficiencies. "Midshipmen found deficient at the end of either a semester or a summer session will be discharged, unless retained by the Academic Board."

6. Conduct and Military Performance. "Midshipmen who receive failing grades in conduct or military performance may be referred to the Academic Board by the Commandant of Midshipmen, and are subject to separation for such failure."

Article II. Composition of the Academic Board

A. In addition to the members specified by the U.S. Naval Academy Regulations 130302.2, the Academic Board will be staffed as follows:

1. The Dean of Admissions will be the Secretary of the Academic Board and will:

a. Prepare the Board agenda and make sure that supporting documents are available to the members.

b. Advise the members and others concerned as to the place and time of the meeting.

c. Prepare the minutes of the meeting.

d. Maintain the Academic Board files.

2. An officer appointed by the Academic Dean and Provost will serve as the Recorder. The Recorder will:

Enclosure (1)

a. Make sure that the Board Room is available and arranged for the meeting.

b. Have a recording system available and record all open sessions of the Board while midshipmen are present in the Board Room. Retain the recordings for 5 years.

c. Set up and operate a system in conjunction with the staff of the Commandant of Midshipmen for calling midshipmen to appear before the Board.

3. The Senior Medical Officer, the Director of the Academic Center, and the Director of Athletics will act as advisors and provide information to the Academic Board concerning matters within their respective areas of responsibility.

4. The Superintendent's Staff Judge Advocate will act as an advisor and provide background information to the Academic Board on the circumstances leading to the separation of former midshipmen seeking readmission where separation was based upon conduct offenses, honor offenses, insufficient aptitude, or qualified resignations.

**Article III. Duties and Responsibilities of the Academic Board.** The duties and responsibilities of the Academic Board are specified by law as quoted in Article I and are described in USNA Regulations and in the USNA Instruction on Administration of Academic Programs referred to in Article I. For convenience, they are briefly listed below:

A. Prescribe policies concerning the criteria for admissions and the course of instruction.

B. Recommend candidates found qualified for Secretary of the Navy appointments under 10 U.S.C. § 6956(e). (List of Qualified Alternates and Competitors).

C. Review and rule on requests for readmission submitted by former midshipmen, and where readmission is approved, determine the appropriate class for reentry.

Enclosure (1)

D. Act on appeals of decisions of the Majors Committee. The appeal should be in the form of a statement containing reasons for reconsideration, addressed to the Secretary of the Academic Board. The Academic Board will be guided in its decision regarding appeals on assignment to majors by the needs of the service.

E. Establish minimum standards of proficiency.

F. Prescribe coefficients to determine the admissions whole person multiple.

G. Establish requirements for the award of the degree.

H. Approve candidates recommended for a degree.

I. Take cognizance of annual reports of the relative standing of midshipmen and merit roll of the graduating class.

J. Act on all cases of academic deficiency. Unless the Academic Board recommends otherwise, midshipmen found deficient will be discharged from the Naval Academy and from the naval service.

K. Act on all cases of physical education deficiency referred to the Board by the Commandant of Midshipmen. Unless the Academic Board recommends otherwise, midshipmen found deficient will be discharged from the Naval Academy and from naval service.

L. Act on all requests for reconsideration submitted by midshipmen in cases where the midshipmen were found academically deficient and were not recommended for continuation at the Naval Academy by the Academic Board.

M. Determine whether a midshipman referred to the Board by the Commandant of Midshipmen possesses insufficient

aptitude to become a commissioned officer in the naval service. Decisions to recommend separation of a midshipman for insufficient aptitude must be unanimous.

**Article IV. Academic Board Policy**

A. Academic Deficiency

1. Discharge for academic deficiency. Midshipmen found deficient at the end of either a semester or a summer session will be discharged unless retained by the Academic Board. Midshipmen found deficient at the end of either a semester or a summer session, whose separation was held in abeyance contingent on meeting conditions of probation prescribed by the Academic Board for a period ending before the end of the next semester, and who are determined by the Academic Board not to have removed the conditions of probation, will be discharged unless retained by the Academic Board. Deficiency is constituted by any one or more of the following:

a. Failure in two or more of the courses taken to fulfill graduation requirements in a given semester.

b. Failure of a course taken to fulfill graduation requirements in each of two consecutive semesters. Summer school is not considered as a semester.

c. Failure to earn a 2.00 in summer school when required to attend by the Academic Board.

d. Failure to remove probation.

(1) Probation is imposed under the following circumstances:

(a) If a midshipman's Cumulative Quality Point Rating (CQPR) is below 2.00 at the completion of a semester, probation for the following semester is automatically imposed. A midshipman is also on automatic probation for the

00475

semester following two consecutive semesters in which the Semester Quality Point Rating (SQPR) is below 2.00, even though the CQPR remains above 2.00.

(b) A midshipman is automatically on probation for the following semester when continued by the Academic Board after having been subject to possible discharge for deficiency.

(c) A midshipman is automatically on probation in physical education for the semester following any semester in which the midshipman receives a grade of "F".

(2) Probation is removed only at the end of the two regular semesters each year. If the probation was imposed because of CQPR, removal requires raising the CQPR to at least 2.00. If probation was imposed because of consecutive SQPR's, removal requires the achievement of an SQPR of at least 2.00. If probation is for failure in physical education, removal requires successful completion of the tests that were previously failed.

e. Failure to achieve an SQPR of at least 1.50 for any given semester.

f. Failure to fulfill any condition as prescribed by the Academic Board as the result of a previous deficiency.

g. Failure to complete successfully all requirements for graduation at the end of the semester in which the midshipman is scheduled to graduate.

h. Falling two or more semester courses behind the number of courses required by the end of a given semester, according to the matrix of the assigned major program. When the Academic Board (with or without interview) permits a midshipman who is two or more courses behind the matrix to continue, this does not constitute a commitment to turn back.

Separation or retention will be determined according to performance in any subsequent semester or summer program.

i. Failure to achieve the required standards in At-Sea-Training or in any of the Professional Competency Reviews with subsequent recommendation to the Academic Board by the Director of Professional Development.

j. Failure to achieve the required standards in Physical Education at the end of a semester where the Commandant of Midshipmen refers the case to the Academic Board in accordance with COMDTMIDNINST 1531.7.

k. Failure in any of the remedial courses HE101, HE200, SM005, or SY100.

2. As required by law, the Academic Board examines the records of all deficient midshipmen for the purpose of deciding which of them should be retained. Guided by the mission of the Naval Academy, the Academic Board asks two basic questions in each deficiency case:

a. Is there reasonable evidence that this midshipman will be able to meet the academic requirements by the scheduled date of graduation?

b. Is there reasonable evidence that this midshipman has the attitude and personal characteristics that are needed to become an officer in the naval service?

B. Insufficient Aptitude

1. Midshipmen are subject to discharge when the Commandant of Midshipmen recommends to the Academic Board that they be assigned an "F" in military performance and discharged for insufficient aptitude.

2. The Academic Board will examine the entire record forwarded by the Commandant of Midshipmen, and such other evidence as the midshipman concerned desires to present to the

Board or the Board desires to hear. After full consideration of the case, if the recommendation for an "F" in aptitude, and discharge is unanimously approved by the Board, the case will be referred to the Superintendent for the initiation of a recommendation to the Secretary of the Navy that the midshipman be discharged.

**Article V. Academic Board Procedures**

A. Academic Deficiency

1. Just as the "whole-person evaluation" is applicable in the process of admission to the Naval Academy, it is likewise important in the question of retention or separation. In making its determination, the Board takes the following steps:

a. Upon the recommendation of both the Academic Dean and Provost and the Commandant of Midshipmen, the Board retains, without a complete record review, those deficient midshipmen whose records clearly justify an affirmative answer to the two basic questions set out supra in Article IV paragraph A2.

b. In all other cases, the Academic Board conducts a complete record review. The initial record review does not involve a personal appearance by the midshipman. Comments are input into a computer data base program or submitted in writing by the faculty, officers assigned to the staff of the Superintendent and Commandant, and athletic coaches who have observed each midshipman in class or other activities during the academic year or summer training periods. The Senior Medical Officer, the Director of the Academic Center, and the Director of Athletics may submit comments in a similar manner where issues involving their particular expertise are involved or when requested by the Academic Board.

c. Board members will discuss the information contained in the record as a part of their review but shall not add information to the record or discuss information not contained in the record. Board members may input comments into the Academic Board process in the same manner as other

faculty or staff officers where they have had the opportunity to observe the midshipman during the academic year or summer training periods.

d. The Board decides whether it is in the best interest of the Navy and the Naval Academy to retain each deficient midshipman. The Board may also stipulate certain specific conditions under which a midshipman may be continued on academic probation. The conditions most frequently stipulated are:

(1) A specific QPR may be required by the end of the next semester.

(2) Certain courses must be taken, and passed during a subsequent regular semester.

(3) Certain courses must be taken, and passed during the summer (including the summer leave periods).

(4) A reduced program (less than 15 semester hours) may be prescribed to allow the midshipman to demonstrate an ability to raise the quality of his or her academic work. (Note: This does not constitute a commitment to turn back to the next lower class.)

e. Where the academic achievement has been weak in spite of superior effort, and where the midshipman has shown positive evidence of high military performance, the Academic Board may retain the midshipman, and allow one or two additional semesters (beyond the normal eight) in which to complete the requirements for graduation.

2. Military performance and conduct have a bearing upon the decision to separate or retain midshipmen who are academically deficient. If the Board members are convinced that a midshipman has the desire and the ability to become a good officer, they will usually vote for retention as long as there is a reasonable likelihood of successful completion of the academic program within limits determined by the Board. Evidence

of a good attitude, strong motivation, and determined effort are valuable assets. A lack of these qualities is a decided detriment.

3. Where a decision is made not to retain a first class midshipman or second class midshipman who has begun the second class year, the Academic Board must make a determination concerning recoupment (active duty enlisted service obligation or monetary repayment) incurred under the agreement to serve executed under 10 U.S.C. § 6959. The Academic Board shall decide whether the record demonstrates that the academic deficiency occurred despite a determined effort on the part of the midshipman.

a. Factors to be considered include, but are not limited to, the amount of extra instruction sought, whether assistance was sought from the Academic Center, demonstrated study habits, and termination of participation in significant extracurricular activities.

b. Where the Academic Board finds that the midshipman put forth a determined effort, the Academic Board may recommend to the Secretary of the Navy a waiver of recoupment. The report of the Academic Board shall indicate either that recoupment is recommended to be waived or specify the form of recoupment (active duty enlisted service or monetary repayment) recommended.

4. Midshipmen found deficient in academics or physical education, and not recommended for retention may request reconsideration of the Board's decision where there is relevant information that was not available, despite the exercise of due diligence, at the time of the original decision, or where they desire to make a personal appearance before the Board.

a. The request is to be addressed to the Secretary of the Academic Board via the Commandant of Midshipmen, and must be received by the Commandant of Midshipmen within 24 hours of being informed of the original decision.

5. A midshipman appearing before the Academic Board in conjunction with a request for reconsideration of the Board's initial decision not to retain the midshipman will:

a. Be given a minimum of 24 hours to prepare for the appearance before the Board.

b. Be allowed to examine or be provided a copy of all materials considered by the Academic Board during its initial record review.

c. Be present during the oral presentation to the Board of any facts concerning his or her academic and military performance.

d. Be entitled to present any facts in his or her own behalf, including documentary evidence, written statements of third parties, and oral statements of witnesses concerning his or her academic and military performance.

e. Be present when the decision of the Board is announced.

6. The midshipman's chain of command, the Senior Medical Officer, Director of the Academic Center, and Director of Athletics may provide information to the Academic Board relevant to any case under reconsideration. Such information shall be provided only at the proceedings conducted by the Academic Board with the midshipman present.

B. Insufficient Aptitude.

1. A grade of "F" will be assigned by the Academic Board to those midshipmen who have demonstrated insufficient aptitude for the service either by long term unsatisfactory military performance after thorough and continued counseling or a sudden, adverse turn in attitude or performance of such nature as to render the midshipman unsuitable for commissioning.

2. A midshipman referred by the Commandant to the Academic Board for insufficient aptitude will:

a. Be given advance notice of the scheduled appearance, and allowed a minimum of 24 hours to prepare.

b. Be allowed to examine or be provided a copy of any documentary evidence, including any summary of his or her academic and military performances which is considered by the Board.

c. Be present during the oral presentation to the Board of any facts concerning his or her academic and military performance.

d. Be entitled to present any facts in his or her own behalf, including documentary evidence, written statements of third parties, and oral statements of witnesses concerning his or her academic and military performance.

e. Be entitled to consult freely with anyone, including counsel, in preparing to appear before the Academic Board. Upon request, counsel may attend the Board, but not in a representative capacity. The midshipman must present his or her own case.

f. Be present when the decision of the Board is announced.

3. When considering the case of a midshipman referred by the Commandant for insufficient aptitude, open sessions of the Board will be considered private and official. All unofficial observers, including witnesses, except when called, will be excused from the room. Counsel for the midshipman and the midshipman's company officer are considered official observers. When the Board closes to deliberate and vote, only the Board members, the Secretary, and the Recorder will be present. The midshipman, and official observers will be excused until recalled for announcement of a decision.

Article VI. Meetings

A. Calling of Meetings. The Academic Board will meet at the call of the Superintendent, or in the Superintendent's absence at the call of the presiding officer designated by the Superintendent. A meeting may also be called at the request of a member. For matters other than those involving separation of midshipmen where it appears that an interchange of views may not be necessary, a vote by telephone may be secured by the Secretary of the Academic Board, as long as no member requests that a meeting be called. The agenda will be prepared by the Secretary of the Academic Board. Any member may submit items to be included in the agenda.

1. A schedule for meetings of the Board called for the purpose of reviewing cases of midshipmen who may be deficient in academics, physical education, or military performance (insufficient aptitude) will be published in a memorandum prepared by the Secretary of the Academic Board.

B. Quorum. A majority of the members of the Academic Board present at a meeting scheduled by the Secretary of the Academic Board will constitute a quorum.

C. Voting

1. The usual rules of deliberative bodies, subject to any modifications made by the Board, will govern, but no question shall be voted upon until each member has had a reasonable opportunity to express his or her views.

2. A member present will vote on every question unless excused by the Board.

3. The vote will be by secret ballot unless otherwise agreed unanimously by the members present, in which case the vote will be as directed by the presiding officer.

D. Minority Views. Dissenting members of the Board may present their views in a report which, after being presented to the members of the Board, will be attached to the minutes of the meeting.

E. Minutes of the Academic Board. The minutes will list the members present and will contain a record of the decisions of the Academic Board at each meeting. Any member of the Academic Board is entitled to have his or her views as an individual incorporated in brief and concise verbatim form in the minutes if he or she specifically requests that this be done. The minutes will be submitted to the chairperson for approval.

Enclosure (1)