UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
MATTHEW K. STAINBACK,               )
                                                    )
              Plaintiff,                          )
                                                    )
       v.                                           )          Civil Action No. 06-856  (RBW)
                                                    )
SECRETARY OF THE NAVY,            )
DONALD C. WINTER                        )
                                                    )
              Defendant.                        )
_____)

## SCHEDULING ORDER

        Pursuant to the Court's August 9, 2006 Order and Local Rule 16.3, the parties filed a

report and motion for entry of a scheduling order with the Court on September 14, 2006.  Based

upon review of the motion and discussions with the parties, it is on this 3rd day of October, 2006,

hereby **ORDERED** that

1.    This case being an action for review of an administrative record,  it is exempt
       from Local Rule 16.3(b)(1) and will therefore not be placed on the
       standard track.  See Local Rule 16.3(b)(1).

2.    The administrative record was filed with the Court on September 27, 2006.

3.    The plaintiff's motion for summary judgment shall be filed by October 27, 2006.
       The defendant's opposition and cross motion for summary judgment shall be filed
       by November 29, 2006.  The plaintiff's reply/opposition to the cross motion shall
       be filed by December 20, 2006.  The defendant's reply to the plaintiff's opposition
       shall be filed by January 10, 2007.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge