UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW K. STAINBACK, | ) |
| *Plaintiff,* | ) ) ) ) |
| v. | ) ) Civil Action No. 1:06cv00856 (RBW) ) |
| SECRETARY OF THE NAVY, DONALD C. WINTER, | ) ) ) Judge Walton ) |
| *Defendant.* | ) |

CONSENT MOTION TO
MODIFY BRIEFING SCHEDULE

This is a consent motion to modify the briefing schedule provided in the Court's October 3, 2006 Order.

The parties have consulted and agreed to the following schedule: (1) plaintiff's motion for summary judgment shall be filed by November 17, 2006; (2) defendant's opposition and cross motion for summary judgment shall be filed by December 18, 2006; (3) plaintiff's reply/opposition to the cross motion shall be filed by January 8, 2006; and (4) defendant's reply to plaintiff's opposition shall be filed by January 29, 2006.

A proposed Order to which the parties agree is submitted herewith.

Respectfully submitted,

*/s/ Matthew S. Freedus*

*Of counsel:*

Charlotte E. Cluverius

Eugene R. Fidell (112003)
Matthew S. Freedus (475887)
Feldesman Tucker Leifer Fidell LLP

2001 L Street, N.W., 2d Floor
Washington, DC 20036
(202) 466-8960 tel
(202) 293-8103 fax
efidell@feldesmantucker.com
mfreedus@feldesmantucker.com

*Attorneys for Plaintiff*

October 26, 2006