UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MATTHEW K. STAINBACK,           )
                                )
      *Plaintiff,*          )
                                )
v.                              )
                                ) Civil Action No. 1:06cv00856 (RBW)
                                )
SECRETARY OF THE NAVY,          )
DONALD C. WINTER,               ) Judge Walton
                                )
      *Defendant.*         )

ORDER

On consideration of plaintiff's consent motion to modify briefing schedule, it is, by the Court, this ____ day of _____, 2006,

ORDERED that said motion is GRANTED, and it is further ORDERED that:

1. Plaintiff's motion for summary judgment shall be filed by November 17, 2006;

2. Defendant's opposition and cross motion for summary judgment shall be filed by December 18, 2006;

3. Plaintiff's reply/opposition to the cross motion shall be filed by January 8, 2006; and

4. Defendant's reply to plaintiff's opposition shall be filed by January 29, 2006.

                                                        United States District Judge