UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW K. STAINBACK, | ) |
| *Plaintiff,* | ) |
| v. | ) Civil Action No. 1:06cv00856 (RBW) |
| SECRETARY OF THE NAVY, DONALD C. WINTER, | ) Judge Walton |
| *Defendant.* | ) |

PLAINTIFF'S UNOPPOSED MOTION
TO MODIFY PROCEDURES

This is an unopposed motion to dispense with the requirements for Statement of Material Facts and a Statement of Genuine Issues.

Plaintiff believes that the Court should dispense with these requirements since this case involves judicial review of agency action and therefore does not call upon the Court to act in a fact-finding capacity. The parties would of course cite to the administrative record as appropriate in setting out their respective reasons why the agency action here on review does or does not satisfy the requirements of the Administrative Procedure Act.

Plaintiff is authorized (per Assistant United States Attorney Peter D. Blumberg) to state that defendant is unopposed to this motion.

A proposed Order is submitted herewith.

|  | Respectfully submitted, |
|---|---|
| *Of counsel:* | */s/ Matthew S. Freedus* |
|  | Eugene R. Fidell (112003) |
| Charlotte E. Cluverius | Matthew S. Freedus (475887) |
|  | Feldesman Tucker Leifer Fidell LLP |
|  | 2001 L Street, N.W., 2d Floor |
|  | Washington, DC 20036 |
|  | (202) 466-8960 tel |
|  | (202) 293-8103 fax |
|  | efidell@feldesmantucker.com |
|  | mfreedus@feldesmantucker.com |
|  | *Attorneys for Plaintiff* |

October 26, 2006

2