UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW K. STAINBACK, | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) ) ) Civil Action No. 1:06cv00856 (RBW) |
| SECRETARY OF THE NAVY, DONALD C. WINTER, | ) ) ) ) Judge Walton |
| *Defendant.* | ) ) |

ORDER

On consideration of plaintiff's unopposed motion to modify procedures, it is, by the Court, this ____ day of _____, 2006,

ORDERED that said motion is GRANTED, and it is further ORDERED that:

The parties need not file Statements of Material Facts or Statements of Genuine Issues. Their dispositive motions, oppositions, and replies shall, however, cite to those parts of the administrative record that bear on whether the agency action does or does not satisfy the requirements of the Administrative Procedure Act.

United States District Judge