UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW K. STAINBACK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-856 (RBW) |
| ) | |
| SECRETARY OF THE NAVY, ) | |
| DONALD C. WINTER ) | |
| ) | |
| Defendant. ) | |

**AMENDED SCHEDULING ORDER**

Currently before the Court is the parties' motion to modify the briefing schedule. Based upon review of the motion, it is on this 26th day of October, 2006, hereby **ORDERED** that

1. This case being an action for review of an administrative record, it is exempt from Local Rule 16.3(b)(1) and will therefore not be placed on the standard track. See Local Rule 16.3(b)(1).

2. The administrative record was filed with the Court on September 27, 2006.

3. The plaintiff's motion for summary judgment shall be filed by November 17, 2006. The defendant's opposition and cross motion for summary judgment shall be filed by December 18, 2006. The plaintiff's reply/opposition to the cross motion shall be filed by January 8, 2006. The defendant's reply to the plaintiff's opposition shall be filed by January 29, 2007.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge