UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MATTHEW K. STAINBACK,            )
                                 )
            *Plaintiff,*          )
                                 )
      v.                         )    Civil Action No. 1:06cv00856 (RBW)
                                 )
DONALD C. WINTER                 )
SECRETARY OF THE NAVY,           )
                                 )
            *Defendant.*          )    Judge Walton

PLAINTIFF'S MOTION TO COMPLETE
ADMINSTRATIVE RECORD OR REMAND

Plaintiff respectfully moves that the Court direct defendant to complete the Administrative Record (A.R.) by filing a transcript of the Naval Academy's on-the-record administrative proceeding underlying this case. If defendant does not produce the transcript, the Court should remand to the Naval Academy for a new Academic Board hearing. Pending decision on this motion, plaintiff also respectfully asks the Court to hold in abeyance the briefing schedule set forth in its Order of October 30, 2006. A proposed Order is submitted herewith.

The grounds for this motion are set forth in the accompanying Memorandum of Points and Authorities. Counsel for defendant (Assistant United States Attorney Peter D. Blumberg) has advised us that the Naval Academy does not believe that the required recording exists, and has authorized us to state that defendant does not consent to a remand.

Respectfully submitted,

*Eugene R. Fidell* (signature)

*Of counsel:*

Eugene R. Fidell (112003)
Matthew S. Freedus (475887)
Feldesman Tucker Leifer Fidell LLP
Charlotte E. Cluverius
2001 L Street, N.W., 2d Floor
Washington, DC 20036
(202) 466-8960 tel
(202) 293-8103 fax

*Attorneys for Plaintiff*

November 14, 2006