# Exhibit 1

Case 1:06-cv-00856-RBW    Document 17-3    Filed 11/14/2006    Page 1 of 2

| | |
|---|---|
| **From:** | Freedus, Matthew |
| **Sent:** | Thursday, November 02, 2006 5:46 PM |
| **To:** | 'Blumberg, Peter (USADC)' |
| **Cc:** | Fidell, Eugene R.; Cluverius, Charlotte |
| **Subject:** | Stainback v. Secretary of the Navy |
| **Contacts:** | Peter D. Blumberg |

Dear Peter,

Thank you for your voice message earlier today concerning the status of our request for the tape recording(s) of the Academic Board proceedings in this case. Please let us know as soon as possible whether the Academy recorded the hearing and retained copies in accordance with USNAINST 5420.24E, art. II(A)(2)(b). If it did, the Administrative Record (AR) should be supplemented with a certified verbatim transcript. If it did not record the hearing or retain the recording(s), the case should be remanded for a new Academic Board.

On a separate note, the AR should be supplemented with a certified copy of the following documents: (1) Matthew Stainback's DD Form 1870 (Nomination of Appointment) and copies of whatever else is in the file in which that record is maintained; (2) his service record book (it is our understanding that it is maintained in the Commandant's office); and (3) his complete medical record. Please let us know whether the Academy retained these items and whether you will agree to supplement the AR with them.

Finally, while this should go without saying, please ensure that the Academy preserves all of its records on Matthew Stainback during the pendency of this litigation.

Sincerely,

Matthew S. Freedus
Feldesman Tucker Leifer Fidell LLP
2001 L Street, NW, Suite 200
Washington, DC 20036
(202) 466-8960
(202) 293-8103 - facsimile
www.feldesmantucker.com

**CONFIDENTIALITY NOTICE:**

This e-mail and any attachments contain information from the law firm of Feldesman Tucker Leifer Fidell LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify the sender immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

IRS CIRCULAR 230 Disclosure: Under U.S. Treasury regulations, we are required to inform you that any tax advice contained in this e-mail or any attachment hereto is not intended to be used, and cannot be used, to avoid penalties imposed under the Internal Revenue Code.