# Exhibit 2

**From:** Blumberg, Peter (USADC) [Peter.Blumberg@usdoj.gov]
**Sent:** Thursday, November 09, 2006 3:57 PM
**To:** Freedus, Matthew
**Subject:** RE: Stainback v. Secretary of the Navy

Also "not to be coy," assume for now that the hearing was not recorded, and that the Navy will argue that this does not <u>per se</u> render the agency's decision arbitrary and capricious.

---

**From:** Freedus, Matthew [mailto:mfreedus@feldesmantucker.com]
**Sent:** Thursday, November 09, 2006 3:46 PM
**To:** Blumberg, Peter (USADC)
**Cc:** Fidell, Eugene R.; Cluverius, Charlotte
**Subject:** RE: Stainback v. Secretary of the Navy

Peter,

Not to be coy, but it depends on the Academy's response.

If the hearing was not recorded, the case should be remanded. If you disagree, we will have to litigate that.

If the hearing was recorded, it depends on how long it takes to get a transcript and copies of the other documents.

Matt

>  -----Original Message-----
>  **From:** Blumberg, Peter (USADC) [mailto:Peter.Blumberg@usdoj.gov]
>  **Sent:** Thursday, November 09, 2006 2:57 PM
>  **To:** Freedus, Matthew
>  **Cc:** Fidell, Eugene R.; Cluverius, Charlotte
>  **Subject:** RE: Stainback v. Secretary of the Navy
>
>  Yes. Let me know what you would propose. Assuming that I have a response to you by 11/17/06, you can work from that date.
>
>  **From:** Freedus, Matthew [mailto:mfreedus@feldesmantucker.com]
>  **Sent:** Thursday, November 09, 2006 2:46 PM
>  **To:** Blumberg, Peter (USADC)
>  **Cc:** Fidell, Eugene R.; Cluverius, Charlotte
>  **Subject:** Stainback v. Secretary of the Navy
>
>  Dear Peter,
>
>  Will you consent to another extension of the briefing schedule? We would like to postpone it until a reasonable amount of time after we hear what the Academy has to say about the tapes, medical record and other documents listed in my last email.
>
>  Thanks,
>
>  Matt
>
>  Matthew S. Freedus
>  Feldesman Tucker Leifer Fidell LLP
>  2001 L Street, NW, Suite 200
>  Washington, DC 20036
>  (202) 466-8960

**CONFIDENTIALITY NOTICE:**

This e-mail and any attachments contain information from the law firm of Feldesman Tucker Leifer Fidell LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify the sender immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

IRS CIRCULAR 230 Disclosure: Under U.S. Treasury regulations, we are required to inform you that any tax advice contained in this e-mail or any attachment hereto is not intended to be used, and cannot be used, to avoid penalties imposed under the Internal Revenue Code.