UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MATTHEW K. STAINBACK, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:06cv00856 (RBW) |
| | ) | |
| DONALD C. WINTER | ) | |
| SECRETARY OF THE NAVY, | ) | |
| | ) | |
| *Defendant.* | ) | Judge Walton |

ORDER

On consideration of plaintiff's motion to complete administrative record or remand, it is, by the Court, this ___ day of _____, 2006,

ORDERED that the said motion be, and the same hereby is, GRANTED.

1.  Defendant shall complete the administrative record by filing a transcript of the Naval Academy Academic Board 2004 hearing within 14 days of this Order. Plaintiff's motion for summary judgment shall be filed within 21 days thereafter. Briefing thereafter shall be in accordance with the Local Civil Rules.

2.  If the Naval Academy did not record the 2004 hearing or retain the recording, this case shall be remanded to the Naval Academy for a new Academic Board hearing.

United States District Judge