IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW K. STAINBACK, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>SECRETARY OF THE NAVY, )<br>DONALD C. WINTER )<br>)<br>    Defendant. ) | Civil Action No. 1:06-cv-00856-RBW |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION
OF TIME WITHIN WHICH TO FILE OPPOSITION TO
PLAINTIFF'S MOTION TO COMPLETE ADMINISTRATIVE RECORD**

Defendant respectfully moves this Court for an extension of time, through and including December 1, 2006, within which file an opposition to plaintiff's Motion to Complete Administrative Record. Good cause exists to grant this motion:

1. Plaintiff filed his motion to Complete Administrative Record on November 14, 2006. Defendants opposition is therefore currently due on November 28, 2006.

2. Defendant needs additional time to complete the opposition, principally due to long standing travel plans during the Thanksgiving holiday period.

3. Defendant therefore requests an enlargement of time within which to file his opposition, through and including December 1, 2006.

4. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

5. This is the first enlargement of time sought for this deadline.

6. Pursuant to Local Rule 7.1(m), counsel for defendant has consulted with counsel for

plaintiff.  Counsel for plaintiff has graciously given consent to the relief requested.

For these reasons, defendant requests that the Court grant his Consent Motion for Extension of Time to File Opposition to Motion to Complete Administrative Record.  A proposed order is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

/s/
PETER D. BLUMBERG, D.C. Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 514-7157

Dated: November 20, 2006

Of Counsel:
Lieutenant Commander Heidi K. Hupp
Navy Litigation Attorney
Office of the Judge Advocate General
1322 Patterson Avenue, Bldg 33, Ste 3000
Washington Navy Yard, D.C.  20374-5066