IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MATTHEW K. STAINBACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SECRETARY OF THE NAVY, | ) | Civil Action No. 1:06-cv-00856-RBW |
| DONALD C. WINTER | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter comes before the Court on defendant's Consent Motion for Extension of Time Within Which to File Opposition to Plaintiff's Motion to Complete Administrative Record. Upon consideration of the Motion, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that defendant's opposition shall be due on or before December 1, 2006.

SO ORDERED

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE