

# United States of America

## DEPARTMENT OF THE NAVY

Washington, D.C., 20370-5100

**I hereby certify** that the annexed 1 page (#485) constitutes a true and accurate copy of a supplement to the administrative file of the U.S. Naval Academy Academic Board records in the case of former Midshipman First Class Matthew K. Stainback, USN, 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; such records being kept in the ordinary course of official ~~on file in the~~ supervision and custody. On file at the U.S. Naval Academy

*Karen Fischer-Anderson*
Karen Fischer-Anderson
CAPT, JAGC, U.S. Navy
Staff Judge Advocate
U.S. Naval Academy

### OFFICE OF THE SECRETARY

**I hereby certify** that CAPT Karen Fischer-Anderson who signed the foregoing certificate, was at the time of signing the Staff Judge Advocate, U.S. Naval Academy and that full faith and credit should be given his certification as such.

**In testimony whereof,** I have hereunto set my hand and caused the Seal of the Navy Department to be affixed this 1st day of December, two thousand six.

H. H. DRONBERGER
Captain, JAGC, U.S. Navy
Assistant Judge Advocate General (Civil Law)
For the Secretary of the Navy

NAVJAG 5800/12 (REV. 1-00)



DEPARTMENT OF THE NAVY
UNITED STATES NAVAL ACADEMY
121 BLAKE ROAD
ANNAPOLIS MARYLAND 21402-5000

1531
9 February 04

Memorandum

From: Executive Assistant, Academic Dean and Provost
To: Superintendent, United States Naval Academy
Via: (1) Staff Judge Advocate   CONCUR, ADMIRAL, NO LEGAL RQMT, 9 FEB 04 NO REAL PRACTICAL REASON TO RECORD.
(2) Academic Dean and Provost  Concur [signature] 2/9/04
(3) Secretary, Academic Board   CONCUR [signature] 2/23/04

Subj: REQUIREMENT TO TAPE ACADEMIC BOARD PROCEEDINGS

Ref: (a) USNAINST 5420.24E

1. Per Article II, Section A, Paragraph 2B of USNAINST 5420.24E, an officer appointed by the Academic Dean and Provost will, "record all open sessions of the Board while midshipmen are present in the Board Room," and "retain the recordings for 5 years."

2. In addition to the recording, the SJA always has an individual present whose primary task is to manually log the events and deliberations for use, if necessary, in the Academic Board minutes. In addition, an advisor from the Academic Center is present at all of the proceedings and records all Academic guidance given by the board. A newly created module on MIDS now allows for comments to be captured and recorded for future board meetings. This module is password protected and available only to those who have been granted access.

3. The SJA and I have researched this matter and find no legal requirement to tape Board sessions. I recommend that the Academic Board no longer require the open sessions to be taped and that all instructions be captured and archived for future reference using MIDS. The Academic Dean would continue to be responsible to appoint an officer for this task.

N. J. HERMAN
EA to the Academic Dean and Provost.

---

Date: 3 May 04

__X__ Approved

_____ Disapproved

Comment(s): Ensure MIDS records any Board actions and/or guidance.

RODNEY P. REMPT
VADM, U.S. Navy
Superintendent

00485

** TOTAL PAGE.01 **