IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW K. STAINBACK, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>SECRETARY OF THE NAVY, )<br>DONALD C. WINTER )<br>)<br>    Defendant. ) | Civil Action No. 1:06-cv-00856-RBW |

## ORDER

This matter comes before the Court on Plaintiff's Motion to Complete Administrative Record or for Remand. Upon consideration of plaintiff's Motion and defendant's opposition thereto, it is this ___ day of _____, 200___ hereby

ORDERED that the Motion is DENIED.

SO ORDERED.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE