UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW K. STAINBACK, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Action No. 1:06cv00856 (RBW) |
| ) | |
| DONALD C. WINTER ) | |
| SECRETARY OF THE NAVY, ) | |
| ) | |
| *Defendant.* ) | Judge Walton |

CONSENT MOTION TO MODIFY
BRIEFING SCHEDULE

This is a consent motion to modify the briefing schedule for plaintiff's motion to complete the administrative record or remand.

Plaintiff filed the motion on November 14, 2006 and defendant filed his opposition on December 1, 2006. On December 4, 2006, plaintiff requested specific information concerning the content, effective terms, and background of the governing regulation, and the parties are trying to resolve this matter informally.

Plaintiff is authorized (per Assistant United States Attorney Peter D. Blumberg) to state that defendant consents to the extension of plaintiff's December 11, 2006 deadline to file his reply brief and expects to respond to plaintiff's request by December 20, 2006.

A proposed Order to which the parties agree is submitted herewith.

Respectfully submitted,

*/s/ Matthew S. Freedus*

Eugene R. Fidell (112003)
Matthew S. Freedus (475887)
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., 2d Floor
Washington, DC 20036
(202) 466-8960 tel
(202) 293-8103 fax

*Attorneys for Plaintiff*

*Of counsel:*

Charlotte E. Cluverius

December 7, 2006