UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW STAINBACK, | ) |
| | ) |
| Plaintiff, | ) Civil Action No.06-0856 (RBW) |
| | ) |
| v. | ) |
| | ) |
| DEPARTMENT OF NAVY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Defendant respectfully requests that the Clerk of the Court enter the appearance of Assistant United States Attorney Megan L. Rose as counsel for Defendant in the above-captioned case and withdraw the appearance of Assistant United States Attorney Peter D. Blumberg.

Dated: December 28, 2006                    Respectfully submitted,


                                             /s/_____
                                             MEGAN L. ROSE, N.C. Bar # 28639
                                             Assistant United States Attorney
                                             United States Attorney's Office
                                             555 Fourth Street, N.W.
                                             Civil Division
                                             Washington, D.C.  20530
                                             (202) 514-7220

1