UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MATTHEW K. STAINBACK, | ) | |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) | Civil Action No. 1:06cv00856 (RBW) |
| DONALD C. WINTER SECRETARY OF THE NAVY, | ) ) ) ) | |
| *Defendant.* | ) | Judge Walton |

CONSENT MOTION TO FURTHER
MODIFY BRIEFING SCHEDULE

This is a consent motion to further modify the briefing schedule for plaintiff's motion to complete the administrative record or remand.

Plaintiff filed the motion on November 14, 2006 and defendant filed his opposition on December 1, 2006. On December 4, 2006, plaintiff requested specific information concerning the content, effective terms, and background of the governing regulation, and the parties are continuing their effort to resolve this matter informally.

Plaintiff is authorized (per Assistant United States Attorney Megan L. Rose) to state that defendant expects to have a response to plaintiff's request by January 12, 2007 and consents to the extension of plaintiff's January 8, 2007 deadline to file his reply brief, such that it would be due on January 24, 2007.

A proposed Order to which the parties agree is submitted herewith.

                                          Respectfully submitted,

                                          */s/ Matthew S. Freedus*

*Of counsel:*                              Eugene R. Fidell (112003)
                                            Matthew S. Freedus (475887)
Charlotte E. Cluverius             Feldesman Tucker Leifer Fidell LLP
                                            2001 L Street, N.W., 2d Floor
                                            Washington, DC 20036
                                            (202) 466-8960 tel
                                            (202) 293-8103 fax

                                            *Attorneys for Plaintiff*

January 5, 2007