UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MATTHEW K. STAINBACK,        )
                             )
    *Plaintiff,*           )
                             )
v.                           )   Civil Action No. 1:06cv00856 (RBW)
                             )
DONALD C. WINTER             )
SECRETARY OF THE NAVY,       )
                             )
    *Defendant.*          )

ORDER

On consideration of plaintiff's consent motion to further modify briefing schedule, it is, by the Court, this ____ day of _____, 2007,

ORDERED that said motion is GRANTED, and it is further ORDERED that plaintiff's reply to defendant's opposition to plaintiff's motion to complete administrative record or remand shall be filed by January 24, 2007.

                                                                              United States District Judge