# Exhibit 1

| | |
|---|---|
| **From:** | Freedus, Matthew |
| **Sent:** | Monday, December 04, 2006 6:55 PM |
| **To:** | 'Blumberg, Peter (USADC)' |
| **Cc:** | Fidell, Eugene R.; Cluverius, Charlotte |
| **Subject:** | Stainback v. Secretary of the Navy |

Dear Peter,

Please provide us with a copy of:

1. all change transmittals for USNAINST 5420.24E, *Policy and Procedures Governing the Academic Board* (December 5, 1996);

2. any subsequent revision of USNAINST 5420.24E (*e.g.*, revision F, G, H, *etc.*) and any change transmittals thereto;

3. the current version of USNAINST 5420.24 (this should be included within item 2);

4. the directive record card (OPNAV 5215/8) for USNAINST 5420.24;

5. the entire "case file" for USNAINST 5420.24 (according to OPNAVINST 5215.17, Ch. 2., ¶ 7(b), the Academy is required to maintain a case file for each instruction it issues and the case file should include: (a) the original version of the instruction; (b) each draft sent out for clearance; (c) the document containing the signatures of concurring officials; (d) the final signed original; (e) the official file copy; (f) a copy of the instruction as it appears in the final printed form; (g) significant working papers and notations of regulatory sources materials; (h) any other records that will document the instruction from its inception to its publication; (i) all change transmittals; (j) any cancellation instruction or other documentation pertinent to cancellation).

All of the requested documents should be maintained and readily available in the case file.

Please also let us know whether you consent to extend the briefing schedule until 7 days after we receive all of the requested documents. By my calculations, as it stands, our reply is due on December 11, 2006.

Thanks,

Matt

Matthew S. Freedus
Feldesman Tucker Leifer Fidell LLP
2001 L Street, NW, Suite 200
Washington, DC 20036
(202) 466-8960
(202) 293-8103 - facsimile
www.feldesmantucker.com

**CONFIDENTIALITY NOTICE:**

This e-mail and any attachments contain information from the law firm of Feldesman Tucker Leifer Fidell LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify the sender immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

IRS CIRCULAR 230 Disclosure: Under U.S. Treasury regulations, we are required to inform you that any tax advice contained in this e-mail or any attachment hereto is not intended to be used, and cannot be used, to avoid penalties imposed under the Internal Revenue Code.

1/24/2007