# Exhibit 2



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

_____

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

January 9, 2007

VIA FEDERAL EXPRESS

Matthew Freedus
Feldesman, Tucker, Liefer, Fidell, LLP
2001 L Street, 2d floor
Washington, DC 20036
(202) 466-8960

     Re:    **Stainback v. Department of Navy**, 06-0856 (RBW)

Dear Mr. Freedus:

     Per our telephone conversation, please find enclosed the information related to USNA Instruction 5420.24 (series).  If you need to contact me for any reason, you may reach me via telephone (202-514-7220), fax (202-514-8780), or e-mail (megan.rose@usdoj.gov).

     Sincerely,

     JEFFREY A. TAYLOR
     United States Attorney

By:    MEGAN L. ROSE
     Assistant United States Attorney



**DEPARTMENT OF THE NAVY**
UNITED STATES NAVAL ACADEMY
121 BLAKE ROAD
ANNAPOLIS, MARYLAND 21402-5000

USNAINST 5420.24E
3/DeanAdmissions

0 5 DEC 1996    w/CH 1  13 Apr 98
w/ CH 2  7 Dec 99

USNA INSTRUCTION 5420.24E

From:  Superintendent

Subj:  POLICY AND PROCEDURES GOVERNING THE ACADEMIC BOARD

Ref:   (a) USNA Regulations, Section 130302

Encl:  (1) Policy and Procedures Governing the Academic Board

1.  Purpose.  To establish the policy and procedures applicable to the Academic Board.

2.  Cancellation.  USNA Instruction 5420.24D.  This directive is a complete revision and should be reviewed in its entirety.  No special markings appear because changes are extensive.

3.  Background.  The authority and duties of the Academic Board are established in law in U.S. Code Title 10.  Reference (a) provides that the rules governing policy and procedures of the Academic Board shall be established by the Superintendent. Enclosure (1) presents those rules.

C. R. LARSON

Distribution:
AA

USNAINST 5420.24E

0 5 DEC 1996

## POLICY AND PROCEDURES GOVERNING THE ACADEMIC BOARD

**Article I.**   **Source of Authority**

A.  <u>U.S. Code Title 10, Section 6956(b)</u>   "If it is determined that upon the admission of a new class to the Academy, the number of midshipmen at the Academy will be below the authorized number, the Secretary may fill the vacancies by nominating additional midshipmen from qualified candidates designated as alternates and from other qualified candidates who competed for nomination and are recommended and found qualified by the Academic Board..."

B.  <u>U.S. Code Title 10, Section 6958(a)</u>   "Each candidate for admission to the U.S. Naval Academy...(2) shall be examined according to such regulations as the Secretary of the Navy prescribes, and if rejected at one examination may not be examined again for admission to the same class unless recommended by the Academic Board."

C.  <u>U.S. Code Title 10, Section 6962</u>

"(a) The Superintendent of the Naval Academy shall submit to the Secretary of the Navy in writing a full report of the facts-"

"(1) Whenever the Superintendent determines that the conduct of a midshipman is unsatisfactory; or"

"(2) Whenever the Academic Board unanimously determines that a midshipman possesses insufficient aptitude to become a commissioned officer in the naval service."

"(b) A midshipman upon who a report is made under subsection (a) shall be given an opportunity to examine the report and submit a written statement thereon.  If the Secretary believes, on the basis of the report and statement, that the determination of the Superintendent or of the Academic Board is reasonable and well founded, he may discharge the midshipman from the Naval Academy and from the naval service."

Enclosure (1)

USNAINST 5420.24E

0 5 DEC 1996

     D.  <u>U.S. Code Title 10, Section 6963</u>  "Midshipmen found deficient at any examination shall, unless the Academic Board recommends otherwise, be discharged from the Naval Academy and from the naval service."

     E.  <u>SECNAVINST 1531.1A</u>

       7a.  "<u>Deficiency at any Examination</u>.  A midshipman who is found to be academically deficient, including deficiency in physical education, may be disenrolled from USNA by the Academic Board..."

       9.  <u>Waivers</u>.  "...Waivers [of the enlisted active duty obligation] may be granted if...in cases of disenrollment for academic deficiency, the Academic Board has not recommended active enlisted service, having determined the academic deficiency occurred despite determined efforts by the midshipman."

     F.  <u>BUPERSMAN Paragraph 3640415</u>

       7a(1) "When disenrollment occurs as a result of academic deficiencies despite determined efforts by the midshipman, the Naval Academy Academic Board may waive the active duty in enlisted status provision."

     G.  <u>U.S. Naval Academy Regulations</u>

       130302.  Academic Board. Describes the purpose, composition, procedures, and duties of the Board.  Describes the Board's responsibilities regarding proficiency standards and multiple coefficients, academic failures, reports of marks, and standings, and academic qualifications for award of the degree.

     H.  <u>USNA Instruction 1531.49, Subj: Graduation and Degree Requirements</u>

       4.  <u>Requirements</u> "...a midshipman at the Naval Academy must satisfactorily meet the following requirements to graduate and receive a degree."

Enclosure (1)

2

USNAINST 5420.24E

0 5 DEC 1996

     I.   <u>USNA Instruction 1531.50, Subj: Probation and</u>
<u>Deficiencies</u>

        3.  <u>Probation</u>.  "The purpose of academic probation is to warn midshipmen their performance is below the required standards and significant improvement will be required to justify further retention at the Naval Academy."

        4.  <u>Deficiencies</u>.  "Midshipmen found deficient at the end of either a semester or a summer session will be discharged, unless retained by the Academic Board."

        6.  <u>Conduct and Military Performance</u>.
"Midshipmen who receive failing grades in conduct or military performance may be referred to the Academic Board by the Commandant of Midshipmen, and are subject to separation for such failure."

**Article II.**  **Composition of the Academic Board**

     A.  In addition to the members specified by the U.S. Naval Academy Regulations 130302.2, the Academic Board will be staffed as follows:

        1.  The Dean of Admissions will be the Secretary of the Academic Board and will:

          a.  Prepare the Board agenda and make sure that supporting documents are available to the members.

          b.  Advise the members and others concerned as to the place and time of the meeting.

          c.  Prepare the minutes of the meeting.

          d.  Maintain the Academic Board files.

        2.  An officer appointed by the Academic Dean and Provost will serve as the Recorder.  The Recorder will:

Enclosure (1)

3

USNAINST 5420.24E

0 5 DEC 1996

        a.  Make sure that the Board Room is available and arranged for the meeting.

        b.  Have a recording system available and record all open sessions of the Board while midshipmen are present in the Board Room.  Retain the recordings for 5 years.

        c.  Set up and operate a system in conjunction with the staff of the Commandant of Midshipmen for calling midshipmen to appear before the Board.

        3.  The Senior Medical Officer, the Director of the Academic Center, and the Director of Athletics will act as advisors and provide information to the Academic Board concerning matters within their respective areas of responsibility.

        4.  The Superintendent's Staff Judge Advocate will act as an advisor and provide background information to the Academic Board on the circumstances leading to the separation of former midshipmen seeking readmission where separation was based upon conduct offenses, honor offenses, insufficient aptitude, or qualified resignations.

**Article III.**  **Duties and Responsibilities of the Academic Board.** The duties and responsibilities of the Academic Board are specified by law as quoted in Article I and are described in USNA Regulations and in the USNA Instruction on Administration of Academic Programs referred to in Article I.  For convenience, they are briefly listed below:

        A.  Prescribe policies concerning the criteria for admissions and the course of instruction.

        B.  Recommend candidates found qualified for Secretary of the Navy appointments under 10 U.S.C. § 6956(e). (List of Qualified Alternates and Competitors).

        C.  Review and rule on requests for readmission submitted by former midshipmen, and where readmission is approved, determine the appropriate class for reentry.

Enclosure (1)

USNAINST 5420.24E

0 5 DEC 1996

D.   Act on appeals of decisions of the Majors Committee.  The appeal should be in the form of a statement containing reasons for reconsideration, addressed to the Secretary of the Academic Board.  The Academic Board will be guided in its decision regarding appeals on assignment to majors by the needs of the service.

E.   Establish minimum standards of proficiency.

F.   Prescribe coefficients to determine the admissions whole person multiple.

G.   Establish requirements for the award of the degree.

H.   Approve candidates recommended for a degree.

I.   Take cognizance of annual reports of the relative standing of midshipmen and merit roll of the graduating class.

J.   Act on all cases of academic deficiency. Unless the Academic Board recommends otherwise, midshipmen found deficient will be discharged from the Naval Academy and from the naval service.

K.   Act on all cases of physical education deficiency referred to the Board by the Commandant of Midshipmen. Unless the Academic Board recommends otherwise, midshipmen found deficient will be discharged from the Naval Academy and from naval service.

L.   Act on all requests for reconsideration submitted by midshipmen in cases where the midshipmen were found academically deficient and were not recommended for continuation at the Naval Academy by the Academic Board.

M.   Determine whether a midshipman referred to the Board by the Commandant of Midshipmen possesses insufficient

Enclosure (1)

USNAINST 5420.24E

0 5 DEC 1996

aptitude to become a commissioned officer in the naval service. Decisions to recommend separation of a midshipman for insufficient aptitude must be unanimous.

**Article IV.  Academic Board Policy**

    A.  Academic Deficiency

       1.  Discharge for academic deficiency. Midshipmen found deficient at the end of either a semester or a summer session will be discharged unless retained by the Academic Board.  Midshipmen found deficient at the end of either a semester or a summer session, whose separation was held in abeyance contingent on meeting conditions of probation prescribed by the Academic Board for a period ending before the end of the next semester, and who are determined by the Academic Board not to have removed the conditions of probation, will be discharged unless retained by the Academic Board.  Deficiency is constituted by any one or more of the following:

       a.  Failure in two or more of the courses taken to fulfill graduation requirements in a given semester.

       b.  Failure of a course taken to fulfill graduation requirements in each of two consecutive semesters. Summer school is not considered as a semester.

       c.  Failure to earn a 2.00 in summer school when required to attend by the Academic Board.

       d.  Failure to remove probation.

       (1)  Probation is imposed under the following circumstances:

       (a)  If a midshipman's Cumulative Quality Point Rating (CQPR) is below 2.00 at the completion of a semester, probation for the following semester is automatically imposed.  A midshipman is also on automatic probation for the

Enclosure (1)

6

USNAINST 5420.24E

0 5 DEC 1996

semester following two consecutive semesters in which the Semester Quality Point Rating (SQPR) is below 2.00, even though the CQPR remains above 2.00.

(b)  A midshipman is automatically on probation for the following semester when continued by the Academic Board after having been subject to possible discharge for deficiency.

(c)  A midshipman is automatically on probation in physical education for the semester following any semester in which the midshipman receives a grade of "F".

(2) Probation is removed only at the end of the two regular semesters each year.  If the probation was imposed because of CQPR, removal requires raising the CQPR to at least 2.00.  If probation was imposed because of consecutive SQPR's, removal requires the achievement of an SQPR of at least 2.00.  If probation is for failure in physical education, removal requires successful completion of the tests that were previously failed.

e.  Failure to achieve an SQPR of at least 1.50 for any given semester.

f.  Failure to fulfill any condition as prescribed by the Academic Board as the result of a previous deficiency.

g.  Failure to complete successfully all requirements for graduation at the end of the semester in which the midshipman is scheduled to graduate.

h.  Falling two or more semester courses behind the number of courses required by the end of a given semester, according to the matrix of the assigned major program. When the Academic Board (with or without interview) permits a midshipman who is two or more courses behind the matrix to continue, this does not constitute a commitment to turn back.

Enclosure (1)

7

USNAINST 5420.24E CH-2
7 December 1999

Separation or retention will be determined according to performance in any subsequent semester or summer program.

     i.  Failure to achieve the required standards in At-Sea-Training or in any of the Professional Competency Reviews with subsequent recommendation to the Academic Board by the Director of Professional Development.

A)     j.  Failure to meet Physical Readiness Test (PRT) standards in violation of PRT policy as defined by COMDTMIDNINST 6110.2 series, where the Commandant of Midshipmen refers the case to the Academic Board.

R)     k.  Failure to achieve the required standards in Physical Education at the end of a semester where the Commandant of Midshipmen refers the case to the Academic Board in accordance with COMDTMIDNINST 5400.5A.

     l.  Failure in any of the remedial courses HE101, HE200, SM005, or SY100.

     2.  As required by law, the Academic Board examines the records of all deficient midshipmen for the purpose of deciding which of them should be retained.  Guided by the mission of the Naval Academy, the Academic Board asks two basic questions in each deficiency case:

     a. Is there reasonable evidence that this midshipman will be able to meet the academic requirements by the scheduled date of graduation?

     b. Is there reasonable evidence that this midshipman has the attitude and personal characteristics that are needed to become an officer in the naval service?

    B.  Insufficient Aptitude

     1.  Midshipmen are subject to discharge when the Commandant of Midshipmen recommends to the Academic Board that they be assigned an "F" in military performance and discharged for insufficient aptitude.

     2. The Academic Board will examine the entire record forwarded by the Commandant of Midshipmen, and such other evidence as the midshipman concerned desires to present to the

Enclosure (1)          8

USNAINST 5420.24E

0 5 DEC 1996

Board or the Board desires to hear. After full consideration of the case, if the recommendation for an "F" in aptitude, and discharge is unanimously approved by the Board, the case will be referred to the Superintendent for the initiation of a recommendation to the Secretary of the Navy that the midshipman be discharged.

**Article V.  Academic Board Procedures**

   A.  Academic Deficiency

       1.  Just as the "whole-person evaluation" is applicable in the process of admission to the Naval Academy, it is likewise important in the question of retention or separation. In making its determination, the Board takes the following steps:

           a.  Upon the recommendation of both the Academic Dean and Provost and the Commandant of Midshipmen, the Board retains, without a complete record review, those deficient midshipmen whose records clearly justify an affirmative answer to the two basic questions set out supra in Article IV paragraph A2.

           b.  In all other cases, the Academic Board conducts a complete record review.  The initial record review does not involve a personal appearance by the midshipman. Comments are input into a computer data base program or submitted in writing by the faculty, officers assigned to the staff of the Superintendent and Commandant, and athletic coaches who have observed each midshipman in class or other activities during the academic year or summer training periods.  The Senior Medical Officer, the Director of the Academic Center, and the Director of Athletics may submit comments in a similar manner where issues involving their particular expertise are involved or when requested by the Academic Board.

           c.  Board members will discuss the information contained in the record as a part of their review but shall not add information to the record or discuss information not contained in the record.  Board members may input comments into the Academic Board process in the same manner as other

Enclosure (1)

9

USNAINST 5420.24E

0 5 DEC 1996

faculty or staff officers where they have had the opportunity to
observe the midshipman during the academic year or summer
training periods.

        d.  The Board decides whether it is in the
best interest of the Navy and the Naval Academy to retain each
deficient midshipman.  The Board may also stipulate certain
specific conditions under which a midshipman may be continued on
academic probation.  The conditions most frequently stipulated
are:

        (1) A specific QPR may be required by
the end of the next semester.

        (2) Certain courses must be taken, and
passed during a subsequent regular semester.

        (3) Certain courses must be taken, and
passed during the summer (including the summer leave periods).

        (4) A reduced program (less than 15
semester hours) may be prescribed to allow the midshipman to
demonstrate an ability to raise the quality of his or her
academic work.  (Note: This does not constitute a commitment to
turn back to the next lower class.)

        e.  Where the academic achievement has been
weak in spite of superior effort, and where the midshipman has
shown positive evidence of high military performance, the
Academic Board may retain the midshipman, and allow one or two
additional semesters (beyond the normal eight) in which to
complete the requirements for graduation.

        2.  Military performance and conduct have a
bearing upon the decision to separate or retain midshipmen who
are academically deficient. If the Board members are convinced
that a midshipman has the desire and the ability to become a good
officer, they will usually vote for retention as long as there is
a reasonable likelihood of successful completion of the academic
program within limits determined by the Board.  Evidence

Enclosure (1)

USNAINST 5420.24E

0 5 DEC 1996

of a good attitude, strong motivation, and determined effort are
valuable assets.  A lack of these qualities is a decided
detriment.

   3.  Where a decision is made not to retain a
first class midshipman or second class midshipman who has begun
the second class year, the Academic Board must make a
determination concerning recoupment (active duty enlisted service
obligation or monetary repayment) incurred under the agreement to
serve executed under 10 U.S.C. § 6959.  The Academic Board shall
decide whether the record demonstrates that the academic
deficiency occurred despite a determined effort on the part of
the midshipman.

      a.  Factors to be considered include, but
are not limited to, the amount of extra instruction sought,
whether assistance was sought from the Academic Center,
demonstrated study habits, and termination of participation in
significant extracurricular activities.

      b.  Where the Academic Board finds that the
midshipman put forth a determined effort, the Academic Board may
recommend to the Secretary of the Navy a waiver of recoupment.
The report of the Academic Board shall indicate either that
recoupment is recommended to be waived or specify the form of
recoupment (active duty enlisted service or monetary repayment)
recommended.

   4.  Midshipmen found deficient in academics or
physical education, and not recommended for retention may request
reconsideration of the Board's decision where there is relevant
information that was not available, despite the exercise of due
diligence, at the time of the original decision, or where they
desire to make a personal appearance before the Board.

      a.  The request is to be addressed to the
Secretary of the Academic Board via the Commandant of Midshipmen,
and must be received by the Commandant of Midshipmen within 24
hours of being informed of the original decision.

                              Enclosure (1)

                        11

USNAINST 5420.24E
0 5 DEC 1996

     5. A midshipman appearing before the Academic Board in conjunction with a request for reconsideration of the Board's initial decision not to retain the midshipman will:

     a. Be given a minimum of 24 hours to prepare for the appearance before the Board.

     b. Be allowed to examine or be provided a copy of all materials considered by the Academic Board during its initial record review.

     c. Be present during the oral presentation to the Board of any facts concerning his or her academic and military performance.

     d. Be entitled to present any facts in his or her own behalf, including documentary evidence/~~and~~ written statements of third parties, ~~and oral statements of witnesses~~ concerning his or her academic and military performance.

     e. Be present when the decision of the Board is announced.

     6. The midshipman's chain of command, the Senior Medical Officer, Director of the Academic Center, and Director of Athletics may provide information to the Academic Board relevant to any case under reconsideration. Such information shall be provided only at the proceedings conducted by the Academic Board with the midshipman present.

    B. Insufficient Aptitude.

     1. A grade of "F" will be assigned by the Academic Board to those midshipmen who have demonstrated insufficient aptitude for the service either by long term unsatisfactory military performance after thorough and continued counseling or a sudden, adverse turn in attitude or performance of such nature as to render the midshipman unsuitable for commissioning.

Enclosure (1)

12

USNAINST 5420.24E

0 5 DEC 1996

2.  A midshipman referred by the Commandant to the Academic Board for insufficient aptitude will:

a.  Be given advance notice of the scheduled appearance, and allowed a minimum of 24 hours to prepare.

b.  Be allowed to examine or be provided a copy of any documentary evidence, including any summary of his or her academic and military performances which is considered by the Board.

c.  Be present during the oral presentation to the Board of any facts concerning his or her academic and military performance.

d.  Be entitled to present any facts in his or her own behalf, including documentary evidence/ ~~and~~ written statements of third parties, ~~and oral statements of witnesses~~ concerning his or her academic and military performance.

e.  Be entitled to consult freely with anyone, including counsel, in preparing to appear before the Academic Board.  Upon request, counsel may attend the Board, but not in a representative capacity.  The midshipman must present his or her own case.

f.  Be present when the decision of the Board is announced.

3.  When considering the case of a midshipman referred by the Commandant for insufficient aptitude, open sessions of the Board will be considered private and official. All unofficial observers, including witnesses, except when called, will be excused from the room.  Counsel for the midshipman and the midshipman's company officer are considered official observers.  When the Board closes to deliberate and vote, only the Board members, the Secretary, and the Recorder will be present.  The midshipman, and official observers will be excused until recalled for announcement of a decision.

Enclosure (1)

13

USNAINST 5420.24E
0 5 DEC 1996

## Article VI. Meetings

A. Calling of Meetings. The Academic Board will meet at the call of the Superintendent, or in the Superintendent's absence at the call of the presiding officer designated by the Superintendent. A meeting may also be called at the request of a member. For matters other than those involving separation of midshipmen where it appears that an interchange of views may not be necessary, a vote by telephone may be secured by the Secretary of the Academic Board, as long as no member requests that a meeting be called. The agenda will be prepared by the Secretary of the Academic Board. Any member may submit items to be included in the agenda.

1. A schedule for meetings of the Board called for the purpose of reviewing cases of midshipmen who may be deficient in academics, physical education, or military performance (insufficient aptitude) will be published in a memorandum prepared by the Secretary of the Academic Board.

B. Quorum. A majority of the members of the Academic Board present at a meeting scheduled by the Secretary of the Academic Board will constitute a quorum.

C. Voting

1. The usual rules of deliberative bodies, subject to any modifications made by the Board, will govern, but no question shall be voted upon until each member has had a reasonable opportunity to express his or her views.

2. A member present will vote on every question unless excused by the Board.

3. The vote will be by secret ballot unless otherwise agreed unanimously by the members present, in which case the vote will be as directed by the presiding officer.

Enclosure (1)

USNAINST 5420.24E

0 5 DEC 1996

    D.  Minority Views.  Dissenting members of the Board
may present their views in a report which, after being presented
to the members of the Board, will be attached to the minutes of
the meeting.


    E.  Minutes of the Academic Board.  The minutes will
list the members present and will contain a record of the
decisions of the Academic Board at each meeting.  Any member of
the Academic Board is entitled to have his or her views as an
individual incorporated in brief and concise verbatim form in the
minutes if he or she specifically requests that this be done.
The minutes will be submitted to the chairperson for approval.

Enclosure (1)

15



**DEPARTMENT OF THE NAVY**

UNITED STATES NAVAL ACADEMY
121 BLAKE ROAD
ANNAPOLIS, MARYLAND 21402-5000

USNAINST 5420.24E CH-2
3/DeanAdmissions
7 December 1999

USNA INSTRUCTION 5420.24E CHANGE TRANSMITTAL 2

From:  Superintendent

Subj:  POLICY AND PROCEDURES GOVERNING THE ACADEMIC BOARD

Encl:  (1) Revised pages 7 and 8

1.  <u>Purpose</u>.  To transmit change 2 to the basic instruction.

2.  <u>Background</u>.  The following is a summary of changes:

    a.  Specifically addresses a midshipman's failure to meet
Physical Readiness Test (PRT) standards as a separate deficiency
from other Physical Education deficiencies.

    b.  Reference pertaining to the referral of cases to the
Academic Board for failure to achieve the required standards in
Physical Education is changed to reflect current instruction.

3.  <u>Action</u>.  Remove enclosure (1), pages 7 and 8 of of the basic
instruction and replace with the revised pages provided as
enclosure (1).

4.  <u>Cancellation</u>.  When required action has been taken and the
change entered in the record of changes.

J. R. RYAN

Distribution:
AA

USNAINST 5420.24E

0 5 DEC 1996

semester following two consecutive semesters in which the Semester Quality Point Rating (SQPR) is below 2.00, even though the CQPR remains above 2.00.

(b)  A midshipman is automatically on probation for the following semester when continued by the Academic Board after having been subject to possible discharge for deficiency.

(c)  A midshipman is automatically on probation in physical education for the semester following any semester in which the midshipman receives a grade of "F".

(2) Probation is removed only at the end of the two regular semesters each year.  If the probation was imposed because of CQPR, removal requires raising the CQPR to at least 2.00.  If probation was imposed because of consecutive SQPR's, removal requires the achievement of an SQPR of at least 2.00.  If probation is for failure in physical education, removal requires successful completion of the tests that were previously failed.

e.  Failure to achieve an SQPR of at least 1.50 for any given semester.

f.  Failure to fulfill any condition as prescribed by the Academic Board as the result of a previous deficiency.

g.  Failure to complete successfully all requirements for graduation at the end of the semester in which the midshipman is scheduled to graduate.

h.  Falling two or more semester courses behind the number of courses required by the end of a given semester, according to the matrix of the assigned major program. When the Academic Board (with or without interview) permits a midshipman who is two or more courses behind the matrix to continue, this does not constitute a commitment to turn back.

Enclosure (1)

7

USNAINST 5420.24E CH-2
7 December 1999

Separation or retention will be determined according to
performance in any subsequent semester or summer program.

     i. Failure to achieve the required standards
in At-Sea-Training or in any of the Professional Competency
Reviews with subsequent recommendation to the Academic Board by
the Director of Professional Development.

A)             j. Failure to meet Physical Readiness Test
(PRT) standards in violation of PRT policy as defined by
COMDTMIDNINST 6110.2 series, where the Commandant of Midshipmen
refers the case to the Academic Board.

R)             k. Failure to achieve the required standards
in Physical Education at the end of a semester where the
Commandant of Midshipmen refers the case to the Academic Board in
accordance with COMDTMIDNINST 5400.5A.

     l. Failure in any of the remedial courses
HE101, HE200, SM005, or SY100.

     2. As required by law, the Academic Board
examines the records of all deficient midshipmen for the purpose
of deciding which of them should be retained. Guided by the
mission of the Naval Academy, the Academic Board asks two basic
questions in each deficiency case:

     a. Is there reasonable evidence that this
midshipman will be able to meet the academic requirements by the
scheduled date of graduation?

     b. Is there reasonable evidence that this
midshipman has the attitude and personal characteristics that are
needed to become an officer in the naval service?

    B. Insufficient Aptitude

     1. Midshipmen are subject to discharge when the
Commandant of Midshipmen recommends to the Academic Board that
they be assigned an "F" in military performance and discharged
for insufficient aptitude.

     2. The Academic Board will examine the entire
record forwarded by the Commandant of Midshipmen, and such other
evidence as the midshipman concerned desires to present to the

Enclosure (1)         8



**DEPARTMENT OF THE NAVY**

UNITED STATES NAVAL ACADEMY

121 BLAKE ROAD

ANNAPOLIS, MARYLAND 21402-5000

USNAINST 5420.24E
3/DeanAdmissions
13 April 1998

<u>USNA INSTRUCTION 5420.24E CHANGE TRANSMITTAL 1</u>

From:  Superintendent

Subj:  POLICY AND PROCEDURES GOVERNING THE ACADEMIC BOARD

1. <u>Purpose</u>.  To publish change 1 to subject instruction.

2. <u>Action</u>:  Make the following pen and ink changes.

   a.  Page 12, paragraph 5.d. delete comma and add the word "and" after "documentary evidence."  Draw a line through ", and oral statements of witnesses."

   b.  Page 13, paragraph 2.d. delete comma and add the word "and" after "documentary evidence."  Draw a line through ", and oral statements of witnesses."

3. <u>Cancellation</u>.  When the required action has been taken.

JO DEE C. JACOB
Deputy for Operations

Distribution:
AA



**DEPARTMENT OF THE NAVY**

UNITED STATES NAVAL ACADEMY
121 BLAKE ROAD
ANNAPOLIS, MARYLAND 21402-5000

USNAINST 5420.24E CH-2
3/DeanAdmissions
7 December 1999

<u>USNA INSTRUCTION 5420.24E CHANGE TRANSMITTAL 2</u>

From:  Superintendent

Subj:  POLICY AND PROCEDURES GOVERNING THE ACADEMIC BOARD

Encl:  (1) Revised pages 7 and 8

1.  <u>Purpose</u>.  To transmit change 2 to the basic instruction.

2.  <u>Background</u>.  The following is a summary of changes:

    a.  Specifically addresses a midshipman's failure to meet
Physical Readiness Test (PRT) standards as a separate deficiency
from other Physical Education deficiencies.

    b.  Reference pertaining to the referral of cases to the
Academic Board for failure to achieve the required standards in
Physical Education is changed to reflect current instruction.

3.  <u>Action</u>.  Remove enclosure (1), pages 7 and 8 of of the basic
instruction and replace with the revised pages provided as
enclosure (1).

4.  <u>Cancellation</u>.  When required action has been taken and the
change entered in the record of changes.

J. R. RYAN

Distribution:
AA

USNAINST 5420.24E

0 5 DEC 1996

semester following two consecutive semesters in which the
Semester Quality Point Rating (SQPR) is below 2.00, even though
the CQPR remains above 2.00.

(b)  A midshipman is automatically
on probation for the following semester when continued by the
Academic Board after having been subject to possible discharge
for deficiency.

(c)  A midshipman is automatically
on probation in physical education for the semester following any
semester in which the midshipman receives a grade of "F".

(2) Probation is removed only at the end
of the two regular semesters each year.  If the probation was
imposed because of CQPR, removal requires raising the CQPR to at
least 2.00.  If probation was imposed because of consecutive
SQPR's, removal requires the achievement of an SQPR of at least
2.00.  If probation is for failure in physical education, removal
requires successful completion of the tests that were previously
failed.

e.  Failure to achieve an SQPR of at least
1.50 for any given semester.

f.  Failure to fulfill any condition as
prescribed by the Academic Board as the result of a previous
deficiency.

g.  Failure to complete successfully all
requirements for graduation at the end of the semester in which
the midshipman is scheduled to graduate.

h.  Falling two or more semester courses
behind the number of courses required by the end of a given
semester, according to the matrix of the assigned major program.
When the Academic Board (with or without interview) permits a
midshipman who is two or more courses behind the matrix to
continue, this does not constitute a commitment to turn back.

Enclosure (1)

7

USNAINST 5420.24E CH-2
7 December 1999

Separation or retention will be determined according to performance in any subsequent semester or summer program.

       i.  Failure to achieve the required standards in At-Sea-Training or in any of the Professional Competency Reviews with subsequent recommendation to the Academic Board by the Director of Professional Development.

A)

       j.  Failure to meet Physical Readiness Test (PRT) standards in violation of PRT policy as defined by COMDTMIDNINST 6110.2 series, where the Commandant of Midshipmen refers the case to the Academic Board.

R)

       k.  Failure to achieve the required standards in Physical Education at the end of a semester where the Commandant of Midshipmen refers the case to the Academic Board in accordance with COMDTMIDNINST 5400.5A.

       l.  Failure in any of the remedial courses HE101, HE200, SM005, or SY100.

       2.  As required by law, the Academic Board examines the records of all deficient midshipmen for the purpose of deciding which of them should be retained.  Guided by the mission of the Naval Academy, the Academic Board asks two basic questions in each deficiency case:

       a. Is there reasonable evidence that this midshipman will be able to meet the academic requirements by the scheduled date of graduation?

       b. Is there reasonable evidence that this midshipman has the attitude and personal characteristics that are needed to become an officer in the naval service?

    B.  Insufficient Aptitude

       1.  Midshipmen are subject to discharge when the Commandant of Midshipmen recommends to the Academic Board that they be assigned an "F" in military performance and discharged for insufficient aptitude.

       2. The Academic Board will examine the entire record forwarded by the Commandant of Midshipmen, and such other evidence as the midshipman concerned desires to present to the

Enclosure (1)                    8