# Exhibit 3



DEPARTMENT OF THE NAVY
OFFICE OF THE CHIEF OF NAVAL OPERATIONS
2000 NAVY PENTAGON
WASHINGTON, D.C. 20350-2000

OPNAVINST 5215.17
DNS-5D
13 Jun 2005

OPNAV INSTRUCTION 5215.17

From:  Chief of Naval Operations

Subj:  NAVY DIRECTIVES ISSUANCE SYSTEM

Ref:   (a) SECNAVINST 5215.1D
       (b) SECNAVINST 5216.5D
       (c) Government Printing Office (GPO) Style Manual 2000

Encl:  (1) Navy Directives Issuance System

1.  Purpose.  Per reference (a), enclosure (1) promulgates policies, responsibilities, and standards for the administration of subject system.  References (b) and (c) provide additional guidance.

2.  Background.  This instruction replaces the previous Directives Issuance System Instruction, SECNAVINST 5215.1C.  It is a complete revision and should be reviewed in its entirety.  Significant changes are as follows:

    a.  Authorizes Directive Control Points to issue periodic numerical checklists of current directives via Web sites.

    b.  Removes information regarding responsibilities of the Defense Printing Service for the numerical checklist and consolidated weekly transmittal sheet of Washington Headquarters Instructions.  Unclassified directives are no longer printed, therefore these responsibilities are no longer necessary.

    c.  Authorizes activities to maintain copies of instructions electronically and make them available via Web sites vice paper distribution.

    d.  Removes requirement for cross-reference sheets.

    e.  Adds Government Printing Office (GPO) Style Manual as a reference for use.

OPNAVINST 5215.17
13 Jun 2005

f.  Removes "To" line in letter-type directives as use of distribution lists is sufficient for addressing directives.

g.  Removes reference to Marine Corps issuances as procedural guidance for Marine Corps activities will be issued by a separate Commandant of the Marine Corps Order per reference (a).

3.  Scope.  The provisions of this instruction are applicable throughout the U.S. Navy.

4.  Action.  Addressees are responsible for implementing and administering the directives system within their organization, and for ensuring their administrative issuances meet the criteria of this instruction to the maximum extent possible. Implementing directives shall not duplicate this instruction, but may add details necessary for local use, and provide further guidance where options have been indicated.

5.  Administration and Maintenance.  Chief of Naval Operations (CNO), Director, Navy Staff (DNS), Navy Directives Office (DNS-5D) shall ensure implementation of the provisions of this instruction, grant any exceptions needed and provide for possible improvements and other appropriate changes. Recommendations for changes, together with the justification should be submitted to CNO (DNS-5D).

6.  Form.  OPNAV 5215/8, Directives Record Card, S/N 0107-LF-052-1540, may be obtained using requisitioning procedures contained in Navy Forms Online at http://forms.daps.dla.mil.

/s/
A. T. CHURCH III
Director, Navy Staff

Distribution:
Electronic only via Navy Directives Web site
http://neds.daps.dla.mil

2

OPNAVINST 5215.17
13 Jun 2005

## CHAPTER 6
## CHANGE TRANSMITTALS

1. <u>General</u>.  Change transmittals are used to issue changes to instructions and, under some circumstances, notices.  Each change transmittal describes the nature of the change(s) and provides directions for making them.  Table 1 and exhibit 6 provide guidance and examples of change transmittals.  Unless otherwise indicated, the same guidance applicable to instructions should also be used on change transmittals.

   a.  Change transmittals may consist of a cover letter forwarding changed or additional pages to a directive as an enclosure.

   b.  Change transmittals are numbered consecutively.  That is, the first change transmittal to an instruction is Change Transmittal 1, the second 2, and so on.  When an instruction is reissued as a revision, the numbering of change transmittals begins again with the number 1.

2. <u>Page Changes</u>.  When a change transmittal contains revised or additional pages to a directive, it must forward the changed pages to all addressees holding the basic directive.  The change transmittal follows the format of an instruction, with the following exceptions:

   a.  <u>Identification Symbols</u>.  The capital letters CH followed by a dash and the number of the change transmittal follow the first line of the identification symbols, e.g., NAVAIRINST 5215.1D CH-1.

   b.  <u>Designation Line - Instruction</u>.  Contains the same designation line as the directive to be changed, followed by a space, CHANGE TRANSMITTAL, a Number, and underlined, e.g., <u>SECNAVINST 5215.1D CHANGE TRANSMITTAL 2</u>

   c.  <u>Designation Line - Notice</u>.  Same as instruction, except that the date of issue must also be cited, e.g., <u>CNINOTE 5215 OF 6 JUN 04 CHANGE TRANSMITTAL 1</u>.

   d.  <u>Enclosure(s)</u>.  Enclosures to change transmittals are not marked since they bear the marking of the directive being changed.

Enclosure (1)

OPNAVINST 5215.17
13 Jun 2005

e. <u>Changed First Page</u>. When the first page of a directive is changed, the date of the change shall be shown in the upper flush right margin, two spaces above the identification symbols of the basic directive. The date line of the identification symbols must show the original date of issue, e.g.,

CH-1 of 6 June 2005

SECNAVINST 5215.1D CH-1
AAUSN
29 October 2004

f. <u>Signature Page</u>. When a revision to a signature page is made the signature block remains as the original signing official, e.g.,

/s/
K. RICHARDS
Under Secretary of the Navy

3. <u>Change Transmittals to Classified Directives</u>. Change transmittals to classified directives are classified to their own content, regardless of the classification level of the directive being changed.

a. <u>Subject Line</u>. The subject of the directive being changed and the letter necessary to specify the security classification level of the subject is contained on this line.

b. <u>Upgrading/Downgrading of Classified Directives Through Change Transmittals</u>. The upgrading or downgrading of classified instructions by change transmittal is not authorized.

OPNAVINST 5215.17
13 Jun 2005

**APPENDIX A**
**DEFINITIONS**

1. <u>Terms Defined</u>.  The following terms and their definitions, listed in alphabetical order, will aid in interpreting this instruction, and in the continued administration of the DON Directives Issuance System.

   a. <u>Change Transmittal</u>.  The medium used to transmit changes to an instruction or, under extenuating circumstances, a notice. Each transmittal describes the nature of the changes it transmits, and gives directions for making them.

   b. <u>Checklist</u>.  Web sites offer the availability of intranet/internet Web sites and CD-ROMs provide a listing of current or recently updated or canceled directives which may be published electronically and listed numerically by SSIC vice a published notice.

   c. <u>Classified Information</u>.  Any official information that has been determined under E.O. 12958, as amended, or any predecessor order to require protection against unauthorized disclosure and is so designated.  The designations Top Secret, Secret, and Confidential are used to identify such information and are usually referred to as "classified information."

   d. <u>Directive</u>.  An instruction, notice, or change transmittal.  It prescribes or establishes policy, organization, conduct, methods, or procedures; requires action, or sets forth information essential to the effective administration or operation of activities concerned; or contains authority or information that must be promulgated formally.

   e. <u>Directives Issuance System</u>.  The standard procedures and formats used to promulgate policy, procedures, and informational releases within DON.

   f. <u>Distribution List</u>.  A list of "action" and "copy to" addressees of a directive.  These addressees are selected on the basis of "need to act" or "need to know".

   g. <u>Instruction</u>.  A directive containing authority or information having continuing reference value, or requiring

A-1                              Enclosure (1)

OPNAVINST 5215.17
13 Jun 2005

## TABLE 1 (CONT'D)
### PREPARATION OF LETTER-TYPE DIRECTIVES

| ITEM | INSTRUCTION | NOTICE |
|------|-------------|--------|
| b. Requirements | (1) Signature requirements are the same as those specified for naval correspondence in SECNAVINST 5216.5D, except that SECNAV directives shall be signed per reference (a). When a revision to a signature page is made the signature block remains the same as the original signing official, e.g.,<br><br>/s/<br>K. RICHARDS<br>Under Secretary of the Navy<br><br>(2) In those cases where the signature page is revised, the page will reflect the date of change, e.g., "CH-1 of 6 JUN 02" shall be shown, in the upper flush right margin, two spaces above the identification symbols of the basic directive. Example:<br><br>CH-1 of 6 JUN 02<br><br>SECNAVINST 5000.26<br>PERS-332F2<br>16 MAR 90 | |
| 13. Distribution | | |
| a. Selecting Addressees | Distribution shall be based on "need to act" and "need to know." The following should be considered: | |
| | The purpose and subject content of the directive, and the distribution made of related directives or any document listed for cancellation. | |
| | The organizational aspects of the directive, such as the mission and functions covered, who performs or is concerned with the functions, and supervisory and command relationships involved. | |

T1-16

Enclosure (1)

OPNAVINST 5215.17
13 Jun 2005

TABLE 1 (CONT'D)
PREPARATION OF LETTER-TYPE DIRECTIVES

| ITEM | INSTRUCTION | NOTICE |
|------|-------------|--------|
| b.  Selection Review | | The originator of a directive has the primary responsibility for determining to whom it is applicable, and for ensuring that the distribution list is accurate in all respects.  Identification of various Web sites are authorized for use as distribution lists. |
| c.  Naval Shore Activities | | When a directive is addressed to shore activities, special consideration should be given to the "copy to" distribution, on the basis of interest or need to know. |
| d.  Listing Addressees | Distribution information (i.e., SNDL codes, special list codes, when required), is shown under this caption.  Codes are listed first in numerical and then in alphabetical sequence, except that SNDL parts 1 and 2, when used, are listed first.  The titles, short titles, or other commonly accepted abbreviations may be added in parentheses after the code where it is particularly significant or desirable.  Parts of titles or codes may be addressed when only certain activities of a collective or descriptive title of an SNDL code are to be addressed.  Exclude those not requiring the directive, by using the word "less" or the limiting word "only."  (Vertical listing of addressees or list codes is preferred. Vertical listing, arranged in more than one column, is permissible. However paragraph listing should be used when it will obviate an additional page(s).)  If there is more than one activity with the same title, so that the title is not distinctive, the mailing address or sufficient portion thereof is included with the title.  Example:  NAS (the activity title) Oceana (the mailing address); NAS Atlanta.  The activity title; the mailing address, Marietta, is not needed, since the full activity title is distinctive. | |
| e.  Determining Number of Copies for Classified Directives | | In order to lessen accountability and control workload, and the possibility of compromise and loss, the issuing authority shall distribute a minimum number of copies of Confidential and Secret directives. |
| f.  Changes to Directives | | Changes to directives shall not be issued solely to modify distribution lists. |

Enclosure (1)