

**DEPARTMENT OF THE NAVY**

UNITED STATES NAVAL ACADEMY
121 BLAKE ROAD
ANNAPOLIS, MARYLAND 21402-5000

```
                                          USNAINST 5420.24E
                                          3/DeanAdmissions
                                          05 DEC 1996
```
w/CH 1   13 Apr 98
w/CH 2   7 Dec 99

<u>USNA INSTRUCTION 5420.24E</u>

From:  Superintendent

Subj:  POLICY AND PROCEDURES GOVERNING THE ACADEMIC BOARD

Ref:   (a) USNA Regulations, Section 130302

Encl:  (1) Policy and Procedures Governing the Academic Board

1. <u>Purpose</u>. To establish the policy and procedures applicable to the Academic Board.

2. <u>Cancellation</u>. USNA Instruction 5420.24D. This directive is a complete revision and should be reviewed in its entirety. No special markings appear because changes are extensive.

3. <u>Background</u>. The authority and duties of the Academic Board are established in law in U.S. Code Title 10. Reference (a) provides that the rules governing policy and procedures of the Academic Board shall be established by the Superintendent. Enclosure (1) presents those rules.

                                    C. R. LARSON

Distribution:
AA

## STANDARD NAVAL ACADEMY DISTRIBUTION LISTS

| | | A | A-1 | AC | AA | B | C | F | O | OF | S |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1a | Superintendent | 1 | 1 | 1 | 1 | 1 | 4 | | 6 | 6 | 1 |
| 1b | Deputy for Finance & ~~Administration~~ | 1 | 1 | 1 | 1 | | 1 | | | | 1 |
| 1c | Ac Dean & Provost | 2 | 2 | 4 | 4 | 2 | 8 | 4 | 2 | 6 | 2 |
| 1d | ~~Deputy for Management~~ Deputy/Chief of Staff | 3 | 2̸1 | 1 | 3 | 1 | 3 | | 1 | 1 | 2 |
| 1e | Administrative Department | 1 | 2̸1 | 2 | 2 | 2 | 6 | | | | 2 |
| 1f | Staff Judge Advocate | | 1 | | 1 | 1 | 1 | | 3 | 3 | 1 |
| 1g | Public Affairs Office | 1 | 1 | 1 | 1 | 1 | 15 | | 3 | 3 | 1 |
| 1h | Alumni Association | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 1 |
| 1j | ~~Base Operations~~ Special Events | 1 | 1 | 1 | 1 | 1 | | | 2 | 2 | 1 |
| 1k | Officer Personnel | | 1 | 1 | 1 | 1 | 2 | | 2 | 2 | 1 |
| 2a | Division of Information Technology Services | 1 | 9 | 9 | 5 | 1 | 64 | 2 | 3 | 5 | 10 |
| 2b | Institutional Research | | 1 | 1 | 1 | 1 | 1 | 1 | | | |
| 2c | Academic Center/Ward Hall | | 1 | 1 | 1 | 1 | 4 | 1 | 1 | 2 | 1 |
| 3a | Commandant of Midshipmen | 2 | 10 | 2 | 17 | 1 | 35 | | 60 | 60 | 12 |
| 3b | Band | | 1 | | 1 | 1 | | | 1 | 1 | |
| 3c | Midshipmen Financial Advisor | | | | 2 | 1 | | | 16 | 16 | 4 |
| 3d | Branch Dental Clinic | | | | 1 | 1 | 6 | | 15 | 15 | 2 |
| 3e | Midshipmen Food Service Division | | 2 | | 1 | 3 | 112 | | 2 | 2 | 11 |
| 3g | Midshipmen Recreational Facility/Drydock | | 1 | | 1 | 1 | 7 | | 1 | 1 | 4 |
| 3h | Midshipmen Disbursing | | 1 | | 1 | 1 | 5 | | 1 | 1 | 1 |
| 3k | NAF-Repair Tailor, Uniforms, Cobbler, & Textbooks | 1 | 4 | 6 | 6 | 6 | 90 | | 6 | 6 | 20 |
| 3m | NA Nonappropriated Fund Programs | 1 | 1 | 1 | 1 | 1 | 1 | | | | 1 |
| 3n | Character Development Office | 1 | 1 | 1 | 1 | 1 | 4 | | 1 | 1 | |
| 4a | Physical Education Department | 4 | 4 | 2 | 1 | 15 | 20 | 25 | 25 | 50 | 5 |
| 4c | Visitor Center | | | | 5 | | | | | | |
| 4d | Naval Academy Athletic Association | 1 | 1 | 1 | 7 | 1 | | 2 | 1 | 3 | 1 |
| 4e | Football Office/Athletic Recruiting Office | | 1 | 2 | 2 | 1 | | 20 | 2 | 22 | 2 |
| 5a | Naval Academy Sailing | 1 | 1 | | 1 | 1 | 8 | | 1 | 1 | 1 |
| 6a | Chaplain's Office | | 1 | | 2 | 1 | 6 | | 7 | 7 | 3 |
| 6b | Midshipmen Counseling Center | | 1 | 1 | 1 | 1 | 1 | | | | 1 |
| 7a | Division of Professional Development | 1 | 7 | 7 | 7 | 1 | 10 | 7 | 80 | 85 | 7 |
| 7j | Center for Study of Professional Military Ethics | | 1 | 1 | 1 | | 1 | | | | 1 |
| 9a | Division of Math and Science | 1 | 6 | 6 | 6 | 6 | 143 | 126 | 45 | 171 | 6 |
| 10a | Library | 1 | 7 | 7 | 7 | 7 | 44 | 7 | | 7 | 12 |
| 10f | Multimedia Support Center | 1 | 1 | 1 | 2 | 1 | 2 | 1 | 1 | 2 | 2 |

## STANDARD NAVAL ACADEMY DISTRIBUTION LISTS

| | A | A-1 | AC | AA | B | C | F | O | OF | S |
|---|---|---|---|---|---|---|---|---|---|---|
| 10g Photo Lab | | 1 | 1 | 1 | 1 | | 1 | 1 | 2 | 1 |
| 10h Archives | 4 | 4 | 4 | 4 | 1 | 2 | | | | 1 |
| 10k Registrar | 1 | 1 | 1 | 1 | 1 | 9 | 2 | | 2 | 2 |
| 10m Director of Research & Scholarships | | 1 | 1 | 1 | 1 | 2 | 1 | | 1 | 1 |
| 11a Division of Engineering & Weapons | 1 | 10 | 10 | 10 | 4 | 175 | 75 | 70 | 145 | 15 |
| 12a Division of Humanities & Social Sciences | 1 | 6 | 6 | 6 | 2 | 125 | 110 | 50 | 170 | 6 |
| 13a Telephone Office | | 1 | | 1 | 1 | 8 | | | | 1 |
| 13b Office of Legal Counsel | | | | 1 | | 1 | | 2 | 2 | 1 |
| 13c Alumni Hall | 1 | 1 | 1 | 1 | 1 | 4 | | | | 1 |
| 13d Music Department | | 1 | | 1 | 1 | 2 | | 1 | 1 | 1 |
| 13e Academic Center/Mahan Hall | | 1 | 1 | 1 | 1 | 4 | 1 | 1 | 2 | 1 |
| 15c Museum | | 1 | | 2 | 1 | 6 | 1 | | 1 | 1 |
| 16 Officers' & Faculty Club | | 1 | | 1 | 1 | | | | | |
| 16a Bachelor Officers' Quarters | | 1 | | 1 | 1 | | | | | |
| 17a Dean of Admissions | 1 | 1 | 1 | 1 | 1 | 10 | 3 | | 3 | 2 |
| 17b Naval Academy Preparatory School | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 1 |
| 17f Candidate Guidance Office | | 1 | | 1 | 1 | 11 | | 11 | 11 | 1 |
| 17g Nominations & Appointments | | 1 | | 1 | 1 | 6 | | 1 | 1 | 6 |
| 18 Naval Medical Clinic, Annapolis | | | | 1 | 1 | 40 | | 1 | 1 | 1 |
| 18a Customer Service Desk, Annapolis | | | | 1 | 1 | | | 1 | 1 | 1 |
| 18b Safety Office | | 1 | | 1 | 1 | 8 | | | | 1 |
| 18c Security | 1 | 1 | 1 | 1 | 1 | 40 | | 1 | 1 | 1 |
| 18c Fraternal Order of Police Lodge 9F | 1 | 1 | | 1 | 1 | | | | | 1 |
| 18e Fire Department | | 1 | | 2 | 1 | 40 | | | | 4 |
| 18e International Association of Fire Fighters Local F254 | 1 | 1 | | 1 | 1 | | | | | 1 |
| 18f Naval Institute | | | | 2 | 1 | | | | | |
| 18g Naval Academy Foundation | 1 | 1 | 1 | 1 | 1 | 1 | | | | 1 |
| 18h Security Manager | | 1 | | 1 | 1 | 4 | | | | 1 |
| 19 DAPS, Annapolis | | | | 2 | | | | | | 2 |
| 20a Base Ops Supply | 1 | 12 | | 12 | 12 | 36 | | 3 | 3 | 9 |
| 20b Human Resources Department | | 2 | 5 | 5 | 5 | 20 | | | | 5 |
| 20c Naval Criminal Investigative Service Office | | | | 1 | | | | | | 1 |
| 20e Command Evaluation Office | | 1 | | 1 | 1 | 4 | | | | 1 |
| 20f Comptroller | 3 | 3 | 2 | 2 | 1 | 27 | | 1 | 1 | 3 |
| 21a Public Works Department | 1 | 3 | | 14 | 8 | 410 | | 7 | 7 | 60 |

## STANDARD NAVAL ACADEMY DISTRIBUTION LISTS

| | | A | A-1 | AC | AA | B | C | F | O | OF | S |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21d | Laundry | | | | | | 20 | | | | |
| 21h | American Federal Gov't Employees Local 896 Union | 1 | 1 | | 1 | 1 | | | | | 1 |
| 22 | Radio Transmitting Facility | | | | 2 | 1 | 5 | | 1 | 1 | 1 |
| 23 | Naval Station | 3 | 3 | 3 | 3 | 3 | 103 | | 3 | 3 | 3 |
| 23b | Marine Barracks | 1 | 1 | | 1 | 1 | | 1 | | 1 | |
| 23c | Defense Commissary Agency | | | | 1 | | 28 | | 1 | 1 | 2 |
| 23d | Navy Exchange | | | | 1 | | | | 1 | 1 | 2 |
| 23e | Morale, Welfare & Recreation | | 1 | | 1 | 4 | 4 | 1 | | 1 | 5 |
| 23f | U. S. Naval Sailing Association/Navy Sailing | 1 | 1 | | 1 | 1 | | | 1 | 1 | 1 |
| 23g | Housing Welcome Center/Self Help Store | 1 | 1 | 1 | 1 | 1 | 11 | | | | 1 |
| 23h | Navy Relief | | | | 1 | | | | | | 1 |
| 23j | Construction Battalion Unit 403 | 1 | 1 | | 1 | 1 | | | 1 | 1 | |
| 23k | Fleet & Family Support Center | | 1 | | 1 | 1 | 9 | | 1 | 1 | 1 |
| 24a | NAVSEASYS | | | | 1 | | | | | | 2 |
| 25a | Joint Spectrum Center | | | | 2 | | | | 2 | 2 | 1 |
| TOTALS | | 54 | 148 | 102 | 200 | 138 | 1,781 | 394 | 452 | 853 | 276 |

** TOTAL PAGE.06 **
FEB 23 2007 11:05 FR SJA USNA    4102930005 TO 9120268554725    P.06/06