UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW K. STAINBACK ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-0856 (RBW) |
| ) | |
| DONALD C. WINTER, ) | |
| SECRETARY OF THE NAVY ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

UPON CONSIDERATION of the Defendant's Motion for Leave to File Surreply and the entire record herein, it is this _____ day of _____, 2007, hereby

ORDERED, that the Motion for Leave to File Surreply is GRANTED; and it is further

ORDERED, that Defendant's Surreply, filed concurrently with this Motion shall be deemed FILED.

_____

Reggie B. Walton
United States District Court Judge