Source: Legal > Federal Legal - U.S. > United States Code Service (USCS) Materials > **United States Code Service - Titles 1 through 50**
TOC: United States Code Service - Titles 1 through 50 > /.../ > CHAPTER 603. UNITED STATES NAVAL ACADEMY > § 6951a. Superintendent
Terms: **superintendent united states naval academy**  (Edit Search | Suggest Terms for My Search)

◆Select for FOCUS™ or Delivery
☐

10 USCS § 6951a

UNITED STATES CODE SERVICE
Copyright (c) 2007 Matthew Bender & Company, Inc.,
one of the LEXIS Publishing (TM) Companies
All rights reserved

\*\*\* CURRENT THROUGH P.L. 110-6, APPROVED 2/26/2007 \*\*\*

◆Practitioner's Toolbox

↓ History

↓ History; Ancillary Laws and Directives

TITLE 10. ARMED FORCES
SUBTITLE C. NAVY AND MARINE CORPS
PART III. EDUCATION AND TRAINING
CHAPTER 603. **UNITED STATES NAVAL ACADEMY**

◆ **Go to Code Archive Directory for this Jurisdiction**

10 USCS § 6951a

§ 6951a. **Superintendent**

(a) There is a **Superintendent of the United States Naval Academy.** The immediate governance of the Naval Academy is under the **Superintendent.**

(b) The **Superintendent** shall be detailed to that position by the President. As a condition for detail to that position, an officer shall acknowledge that upon termination of that detail the officer shall be retired pursuant to section 6371(a) of this title [10 USCS § 6371(a)], unless such retirement is waived under section 6371(b) of this title [10 USCS § 6371(b)].

(c) An officer who is detailed to the position of **Superintendent** shall be so detailed for a period of not less than three years. In any case in which an officer serving as **Superintendent** is reassigned or retires before having completed three years service as **Superintendent,** or otherwise leaves that position (other than due to death) without having completed three years service in that position, the Secretary of the Navy shall submit to Congress notice that such officer left the position of **Superintendent** without having completed three years service in that position, together with a statement of the reasons why that officer did not complete three years service in that position.

⎯ **History:**

(Added Oct. 5, 1999, ◆ P.L. 106-65, Div A, Title V, Subtitle D, § 532(a)(2)(B), ◆ 113 Stat. 603; Oct. 28, 2004, ◆ P.L. 108-375, Div A, Title V, Subtitle E, § 541(b)(2), ◆ 118 Stat. 1903.)

⎯ **History; Ancillary Laws and Directives:**

⬇ 1. Amendments
⬇ 2. Other provisions

⏏ 1. Amendments:

2004. Act Oct. 28, 2004, in subsec. (b), inserted "pursuant to section 6371(a) of this title, unless such retirement is waived under section 6371(b) of this title"; and added subsec. (c).

⏏ 2. Other provisions:
**Application of section to officer serving on Oct. 5, 1999.** Pursuant to § 532(a)(5) of Act Oct. 5, 1999, ◆ P.L. 106-65, which appears as 10 USCS § 3921 note, this section shall not apply to an officer serving on Oct. 5, 1999 in the position of **Superintendent** of the Academy for so long as that officer continues on and after that date to serve in that position without a break in service.

Source: Legal > Federal Legal - U.S. > United States Code Service (USCS) Materials > **United States Code Service - Titles 1 through 50**
TOC: United States Code Service - Titles 1 through 50 > /.../ > CHAPTER 603. UNITED STATES NAVAL ACADEMY > § 6951a. Superintendent
Terms: **superintendent united states naval academy**   (Edit Search | Suggest Terms for My Search)
View: Full
Date/Time: Thursday, March 1, 2007 - 2:32 PM EST



About LexisNexis | Terms & Conditions
Copyright © 2007 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Chapter 1

# STATUTORY AUTHORITY FOR UNITED STATES NAVY REGULATIONS

# Chapter 1

# STATUTORY AUTHORITY FOR UNITED STATES NAVY REGULATIONS

## Contents

| Article | | Article |
|---|---|---|
| Origin and History of United States Navy Regulations ............ 0101 | Statutory Authority for Prescription of Other Regulations ............ 0104 | |
| Statutory Authority for Issuance of United States Navy Regulations ........ 0102 | Issuance of Directives by Other Officers and Officials ............ 0105 | |
| Purpose and Effect of United States Navy Regulations ............ 0103 | Control of Administrative Requirements ............ 0106 | |
| | Maintenance of Navy Regulations ............ 0107 | |

**0101. Origin and History of United States Navy Regulations.**

1. United States Navy Regulations began with the enactment by the Continental Congress of the "Rules for the Regulation of the Navy of the United Colonies" on November 28, 1775. The first issuance by the United States Government which covered this subject matter was "An Act for the Government of the Navy of the United States", enacted on March 2, 1799. This was followed the next year by "An Act for the Better Government of the Navy of the United States."

2. In the years preceding the Civil War, twelve successor publications were promulgated under a number of titles by the President, the Navy Department and the Secretary of the Navy. A decision by the Attorney General that the last of the pre-Civil War issuances was invalid led to the inclusion in the 1862 naval appropriations bill of a provision that "the orders, regulations, and instructions heretofore issued by the Secretary of the Navy be, and they are hereby, recognized as the regulations of the Navy Department, subject, however, to such alterations as the Secretary of the Navy may adopt, with the approbation of the President of the United States."

3. Thirteen editions of Navy Regulations were published in accordance with this authority (later codified as Section 1547, Revised Statutes) between 1865 and 1948. The 1973 edition of Navy Regulations was published under authority of 10 United States Code (U.S.C.) 6011, which provided that "United States Navy Regulations shall be issued by the Secretary of the Navy with the approval of the President." In 1981, this provision was amended to eliminate the requirement for presidential approval.

4. While leaving this provision unaffected, Congress enacted the Goldwater-Nichols Department of Defense Reorganization Act of 1986 (Public Law 99-443), which granted each of the service secretaries the authority to prescribe regulations to carry out his or her statutory functions, powers and duties.

**0102. Statutory Authority for Issuance of United States Navy Regulations.**

Title 10, United States Code, Section 6011, provides that United States Navy Regulations shall be issued by the Secretary of the Navy. Regulations issued under this authority are permanent regulations of general applicability, as opposed to regulations issued by the Secretary under Article 0104.

**0103. Purpose and Effect of United States Navy Regulations.**

United States Navy Regulations is the principal regulatory document of the Department of the Navy, endowed with the sanction of law, as to duty, responsibility, authority, distinctions and relationships of various commands, officials and individuals. Other directives issued within the

3

# STATUTORY AUTHORITY FOR UNITED STATES NAVY REGULATIONS

Department of the Navy shall not conflict with, alter or amend any provision of Navy Regulations.

**0104. Statutory Authority for Prescription of Other Regulations.**

The Secretary of the Navy may prescribe regulations to carry out his or her functions, powers and duties under Title 10, United States Code.

**0105. Issuance of Directives by Other Officers and Officials.**

Responsible officers and officials of the Department of the Navy may issue, or cause to be issued, directives concerning matters over which they exercise command, control or supervision, which do not conflict with, alter or amend these regulations.

**0106. Control of Administrative Requirements.**

1. Directives will be issued with due regard for the imposition of workload resulting therefrom and benefits or advantages to be gained. Issuance of new directives will be in accordance with the following:

   a. Directives which implement or amplify directives from higher authority will not be issued unless absolutely essential.

   b. Administrative reporting requirements will not be imposed unless the expected value of the information to be gained is significantly greater than the cumulative burden imposed.

2. Each officer or official issuing a directive or imposing a reporting requirement will periodically, in accordance with instructions to be issued by appropriate authority, review such directive or report with a view toward the following:

   a. reduction of directives by cancellation or consolidation; or

   b. reduction of reporting requirements by elimination of the report, reduction in the frequency of the report, or combination with other reports.

3. When issuance of a directive or a tasking will result in imposition of additional administrative requirements on commands not within the chain of command of the issuing authority, the first common superior of the commands affected by the requirement must concur in the issuance.

**0107. Maintenance of Navy Regulations.**

1. The Chief of Naval Operations is responsible for maintaining Navy Regulations, and for ensuring that Navy Regulations conforms to the current needs of the Department of the Navy. When any person in the Department of the Navy deems it advisable that additions, changes or deletions should be made to Navy Regulations, he or she shall forward a draft of the proposed addition, change or deletion, with a statement of the reasons therefor, to the Chief of Naval Operations via the chain of command. The Chief of Naval Operations shall endeavor to obtain the concurrence of the Commandant of the Marine Corps, the Judge Advocate General, and other appropriate offices and commands. Unresolved issues concerning such additions, changes or deletions shall be forwarded to the Secretary of the Navy for appropriate action. Any additions, changes or deletions to the U. S. Navy Regulations must be approved by the Secretary of the Navy.

2. Changes to Navy Regulations will be numbered consecutively and issued as page changes. Advance changes may be used when required; these will be numbered consecutively and incorporated in page changes at frequent intervals.

**SECNAVINST 5215.1C**
**14 APRIL 1970**

# Department of the Navy

# DIRECTIVES ISSUANCE SYSTEM



Office of the Chief of Naval Operations
Naval Records Management Branch (Op-09B1)
Washington, D.C. 20350


0579LD0532220



DEPARTMENT OF THE NAVY
OFFICE OF THE SECRETARY
WASHINGTON, D. C. 20350

SECNAVINST 5215.1C
Op-09B
14 April 1970

SECNAV INSTRUCTION 5215.1C

From: Secretary of the Navy
To:   All Ships and Stations

Subj: Department of the Navy Directives Issuance System

1. <u>Purpose</u>. To promulgate revised policies, responsibilities, and standards for the administration of subject system.

2. <u>Cancellation</u>. SECNAVINST 5215.1B of 1 Oct 1964, The Navy Directives System, is superseded hereby.

3. <u>Scope</u>. The provisions of this publication are applicable throughout the Department of the Navy, except that separate provisions for the issuance of internal Marine Corps directives are contained in MCO P5215.1.

4. <u>Action</u>. Each addressee is responsible for installing and administering the system within his organization, and for ensuring that his administrative issuances which meet the indicated criteria are issued within or incorporated into the system, to the maximum practicable extent. Implementing directives shall not duplicate this instruction, but may add details necessary for local use, and provide further guidance where options have been indicated.

5. <u>Administration and Maintenance</u>. The Chief of Naval Operations shall ensure the implementation of the provisions of this instruction, grant any exceptions needed, and provide for possible improvements and other appropriate changes. Recommendations for changes, together with the reasons therefor, should be submitted to him.

John W. Warner
Under Secretary of the Navy

Distribution:
(See page ii)

SECNAVINST 5215.1C
14 April 1970

Distribution:
SNDL, Parts 1 and 2
MARCORPS Lists H and I

Stocked:
CO, NAVPUBFORMCEN
5801 Tabor Avenue
Phila., PA 19120

ii

# SNDL FOREWARD

The Standard Navy Distribution List (SNDL) as presented in this directive is composed of five sections. Enclosures (2), the merged shore and fleet activities address listing, is in Access format and comprised of all addresses for SECNAV and CNO established Navy commands and detachments, as well as information listings for Department of Defense offices, Joint and Unified organizations, Marine Corps activities, other government agencies, Military Sealift Command ships, and Navy miscellaneous activities. Those enclosures are updated quarterly with changes from the SNDL serial change, all of which are available on the website. The URL address to reach the SNDL website is:

> **http://neds.daps.dla.mil**

Use the search feature of Access to locate command addresses in the database. Search on features such as UIC, PLA, or SNDL code.

The directive contains the following additional sections:

    (a) The Navy chain of command for shore activities (formerly Part 3 of SNDL) and the administrative chain of command for fleet units are listed in enclosure (4).

    (b) The homeports and permanent duty station assignments of fleet activities are found at enclosure (5).

    (c) The quarterly serial change, which has been incorporated into the SNDL, is provided as enclosure (6) to allow activities that maintain address databases to make changes.

The CD-ROM version of the SNDL is provided quarterly along with the other Navy directives. You may no longer obtain the SNDL on diskette or as a separate CD. The SNDL address information is provided in an

Access format which users can convert to other formats that they may prefer. Next update to the SNDL will occur approximately July 1, 2006. When the SNDL is linked to the NORMS (Navy Organization Request Management System) process, updating will occur on a continuing basis as changes in addresses and Navy organization occur.

The SNDL data base is maintained by CNO (DNS3). POC for SNDL issues is CNO (DNS 33) at DSN 325-6523 or Commercial (202) 685-6523. Mailing address is Chief of Naval Operations (DNS 33), 2000 Navy Pentagon, Washington, DC 20350-2000 and e-mail address:

**MICHAEL.VANSICKEL@NAVY.MIL**

**LOLA.WILLIAMS@NAVY.MIL**

OPNAVNOTE 5400
18 Jun 2003



STANDARD NAVY DISTRIBUTION LIST

(SNDL)

FLEET AND SHORE CHAIN OF COMMAND












Enclosure (4)

18 June 2003

# INDEX OF SHORE ACTIVITIES BY COMMAND

| | |
|---|---|
| COMMANDER, U.S. ATLANTIC FLEET, NORFOLK, VA | 1 |
| COMMANDER, U.S. PACIFIC FLEET, PEARL HARBOR, HI | 13 |
| COMMANDER, U.S. NAVAL FORCES EUROPE, LONDON, ENGLAND | 20 |
| COMMANDER, U.S. NAVAL FORCES CENTRAL COMMAND | 22 |
| DIRECTOR, STRATEGIC SYSTEMS PROGRAMS, WASHINGTON, DC | 22 |
| COMMANDER, SPACE AND NAVAL WARFARE SYSTEMS COMMAND, SAN DIEGO, CA | 23 |
| COMMANDER, NAVAL SPECIAL WARFARE COMMAND, CORONADO, CA | 24 |
| COMMANDER, NAVAL EDUCATION AND TRAINING COMMAND, PENSACOLA, FL | 24 |
| COMMANDER, NAVAL RESERVE FORCE, NEW ORLEANS, LA | 34 |
| COMMANDER, NAVAL SUPPLY SYSTEMS COMMAND, MECHANICSBURG, PA | 44 |
| COMMANDER, NAVAL AIR SYSTEMS COMMAND, PATUXENT RIVER, MD | 46 |
| COMMANDER, NAVAL FACILITIES ENGINEERING COMMAND, WASHINGTON, DC | 50 |
| COMMANDER, NAVAL SEA SYSTEMS COMMAND, WASHINGTON, DC | 51 |
| CHIEF OF NAVAL PERSONNEL, MILLINGTON, TN | 55 |
| CHIEF, BUREAU OF MEDICINE AND SURGERY, WASHINGTON, DC | 58 |
| COMMANDER, NAVAL SECURITY GROUP COMMAND, FT MEADE, MD | 61 |
| COMMANDER, OFFICE OF NAVAL INTELLIGENCE, WASHINGTON, DC | 62 |
| COMMANDER, NAVAL METEOROLOGY AND OCEANOGRAPHY COMMAND, STENNIS SPACE CENTER, MS | 63 |
| COMMANDER, NAVAL LEGAL SERVICE COMMAND, WASHINGTON, DC | 65 |
| COMMANDANT, NAVAL DISTRICT WASHINGTON, WASHINGTON, DC | 68 |
| SUPERINTENDENT, UNITED STATES NAVAL ACADEMY, ANNAPOLIS, MD | 69 |
| DIRECTOR, FIELD SUPPORT ACTIVITY, WASHINGTON, DC | 70 |
| COMMANDING OFFICER, NAVAL CENTER FOR TACTICAL SYSTEMS INTEROPERABILITY, SAN DIEGO, CA | 70 |
| DIRECTOR, NAVAL HISTORICAL CENTER, WASHINGTON, DC | 70 |
| COMMANDER, NAVAL SAFETY CENTER, NORFOLK, VA | 70 |
| COMMANDER, OPNAV SUPPORT ACTIVITY, WASHINGTON, DC | 70 |
| PRESIDENT, BOARD OF INSPECTION AND SURVEY, NORFOLK, VA | 70 |
| SUPERINTENDENT, U.S. NAVAL OBSERVATORY, WASHINGTON, DC | 71 |

| ECHELON | CHAIN OF COMMAND |
|---|---|
| | San Diego, CA) (68943) |
| | (Officer in Charge, Naval Justice School Detachment, Defense Institute of International Legal Studies, Newport, RI) (41282) |
| | (Officer in Charge, Naval Justice School Detachment, Norfolk, VA) (30251) |
| 1 | CHIEF OF NAVAL OPERATIONS |
| 2 | COMMANDANT, NAVAL DISTRICT, WASHINGTON, DC (00171) |
| 3 | Commanding Officer, Naval Support Activity Washington, Washington, DC 68469) |
| 3 | Navy Exchange Officer, Navy Exchange, Bethesda, MD (66294) |
| 4 | Navy Exchange Officer, Navy Exchange, Washington Navy Yard, Washington, DC (41393) |
| 3 | Director, Human Resources Office, Washington, DC (68510) |
| 3 | Commanding Officer, USN Ceremonial Guard, Anacostia Annex, DC (3137A) |
| 1 | CHIEF OF NAVAL OPERATIONS |
| 2 | SUPERINTENDENT, UNITED STATES NAVAL ACADEMY, ANNAPOLIS, MD (00161) |
| 3 | Commanding Officer, Naval Academy Preparatory School, Newport, RI (66128) |
| 3 | Commanding Officer, Naval Station, Annapolis, MD (62226) |
| 4 | Officer in Charge, Navy Exchange, Annapolis, MD** (60656) |
| 4 | Commanding Officer, Marine Barracks, Annapolis, MD (67066) |
| 1 | CHIEF OF NAVAL OPERATIONS |
| 2 | DIRECTOR, FIELD SUPPORT ACTIVITY, WASHINGTON, DC (67597) |
| 2 | DIRECTOR, NAVAL HISTORICAL CENTER, WASHINGTON, DC (63151) (DIRECTOR, NAVAL HISTORICAL CENTER DETACHMENT, BOSTON, MA) (68938) |

---

\* Operating Forces of the Navy
\*\* "Military Command" vice "Command and Support"



DEPARTMENT OF THE NAVY
OFFICE OF THE CHIEF OF NAVAL OPERATIONS
WASHINGTON, D.C. 20350

IN REPLY REFER TO
OPNAVNOTE 5450
Op-09B
Ser 4289P09B33
2 0 NOV 1969

OPNAV NOTICE 5450

From: Chief of Naval Operations
To:   Distribution List

Subj: Naval Station, Annapolis, Maryland; modification of mission of

1. **Purpose.** To modify the mission of the Naval Station, Annapolis, Maryland.

2. **Modification.** The mission of the Naval Station, Annapolis, Maryland, assigned to the Chief of Naval Operations for command and support, is modified to read as indicated in paragraph 4 below.

3. **Effective Date.** Date of this Notice.

4. **Mission (As Modified).** To support the U. S. Naval Academy and to perform such other functions as may be directed.

5. **Official Title and Mail Address**

   Commanding Officer
   Naval Station
   Annapolis, Maryland  21402

(SNDL FJ12)  (Short Title: NAVSTA)  (Activity Code: 6035-020)
(Unit Identification Code: 62226)

6. **Delegation.** The Chief of Naval Operations delegates authority and responsibility as follows:

   a. **Command and Support.** Chief of Naval Personnel to be exercised through:

      Echelon 3 - Superintendent, Naval Academy, Annapolis, Maryland
      Echelon 4 -  Commanding Officer, Naval Station, Annapolis, Maryland

   b. **Area Coordination.** Commandant, Naval District, Washington, D. C. or to such other commander as may be designated by him in appropriate instructions.

OPTIONAL FORM 99 (7-90)
FAX TRANSMITTAL  # of pages ▶
To                          From
Dept./Agency                Phone #
Fax #                       
NSN 7540-01-317-7368   5099-101    GENERAL SERVICES ADMINISTRATION

OPNAVNOTE 5450

2 0 NOV 1969

7. Action. Commands, bureaus, and offices concerned are requested to take necessary action and the Chief of Naval Personnel is requested to provide the Chief of Naval Operations with a copy of functions assigned the subject shore (field) activity.

8. Current Directives. The Secretary of the Navy has approved super-session, by this OPNAV Notice, of the following SECNAV Notice, which should be destroyed:

   SECNAVNOTE 5450 serial 574P21 of 18 April 1957

9. Cancellation. This Notice may be retained for reference purposes or canceled for record purposes on 30 April 1970.

DAVIS CONE
Assistant Vice Chief of Naval Operations
Director of Naval Administration
Acting

Distribution:
SNDL  A1      (Immediate Office of the Secretary)
      A2A    (OCMM (12); ADMINO (1); NAVCOMPT (12); ONR (3); JAG (2); CHINFO (3); NDPIC (1))
      A3     (CNO)
      A4A    (CHNAVMAT)
      A5     (CHNAVPERS (20); BUMED)
      A6     (Commandant of the Marine Corps)
      B5     (Commandant, U. S. Coast Guard (2))
      21A    (Fleet Commanders in Chief)
      24F    (Service Force Commanders)
      27H    (EPDOLANT and EPDOPAC)
      C4J    (Defense Industrial Plant Equipment Center, Memphis, only)
      E2B    (NAVAREAUDSVC (2))
      E2C    (NAVFINCEN)
      E2D    (NAVREGFINCEN)
      E5B    (CAPSO-N)
      FF1    (Naval District Commandants)
      FF9    (COMNAVRESTRACOM)
      FF26   (NAVMSSA)
      FJ7    (PAMICONUS; PAMILANT; and PAMIPAC)
      FJ12   (NAVSTA)
      FJ23   (USNA ANNA)
      FJ50   (EPDOCONUS)
             (Continued)

2