

**DEPARTMENT OF THE NAVY**

UNITED STATES NAVAL ACADEMY

121 BLAKE ROAD

ANNAPOLIS, MARYLAND 21402-5000

USNAINST 5420.24E

3/DeanAdmissions

0 5 DEC 1996   *w/CH 1  13 Apr 98*
              *w/ CH 2   7 Dec 99*

USNA INSTRUCTION 5420.24E

From:  Superintendent

Subj:  POLICY AND PROCEDURES GOVERNING THE ACADEMIC BOARD

Ref:   (a) USNA Regulations, Section 130302

Encl:  (1) Policy and Procedures Governing the Academic Board

1.  Purpose.  To establish the policy and procedures applicable
to the Academic Board.

2.  Cancellation.  USNA Instruction 5420.24D.  This directive is
a complete revision and should be reviewed in its entirety.  No
special markings appear because changes are extensive.

3.  Background.  The authority and duties of the Academic Board
are established in law in U.S. Code Title 10.  Reference (a)
provides that the rules governing policy and procedures of the
Academic Board shall be established by the Superintendent.
Enclosure (1) presents those rules.

C. R. LARSON


Distribution:
AA

## STANDARD NAVAL ACADEMY DISTRIBUTION LISTS

| | | A | A-1 | AC | AA | B | C | F | O | OF | S |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1a | Superintendent | 1 | 1 | 1 | 1 | 1 | 4 | | 6 | 6 | 1 |
| 1b | Deputy for Finance & Administration | 1 | 1 | 1 | 1 | | 1 | | | | 1 |
| 1c | Ac Dean & Provost | 2 | 2 | 4 | 4 | 2 | 8 | 4 | 2 | 6 | 2 |
| 1d | Deputy for Management *Deputy/Chief of Staff* | 3 | 2·1 | 1 | 3 | 1 | 3 | | 1 | 1 | 2 |
| 1e | Administrative Department | 1 | 2·1 | 2 | 2 | 2 | 6 | | | | 2 |
| 1f | Staff Judge Advocate | | 1 | | 1 | 1 | 1 | | 3 | 3 | 1 |
| 1g | Public Affairs Office | 1 | 1 | 1 | 1 | 1 | 15 | | 3 | 3 | 1 |
| 1h | Alumni Association | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 1 |
| 1j | Base Operations *Special Events* | 1 | 1 | 1 | 1 | 1 | | | 2 | 2 | 1 |
| 1k | Officer Personnel | | 1 | 1 | 1 | 1 | 2 | | 2 | 2 | 1 |
| 2a | Division of Information Technology Services | 1 | 9 | 9 | 5 | 1 | 64 | 2 | 3 | 5 | 10 |
| 2b | Institutional Research | | 1 | 1 | 1 | 1 | 1 | 1 | | | |
| 2c | Academic Center/Ward Hall | | 1 | 1 | 1 | 1 | 4 | 1 | 1 | 2 | 1 |
| 3a | Commandant of Midshipmen | 2 | 10 | 2 | 17 | 1 | 35 | | 60 | 60 | 12 |
| 3b | Band | | 1 | | 1 | 1 | | | 1 | 1 | |
| 3c | Midshipmen Financial Advisor | | | | 2 | 1 | | | 16 | 16 | 4 |
| 3d | Branch Dental Clinic | | | | 1 | 1 | 6 | | 15 | 15 | 2 |
| 3e | Midshipmen Food Service Division | | 2 | | 1 | 3 | 112 | | 2 | 2 | 11 |
| 3g | Midshipmen Recreational Facility/Drydock | | 1 | | 1 | 1 | 7 | | 1 | 1 | 4 |
| 3h | Midshipmen Disbursing | | 1 | | 1 | 1 | 5 | | 1 | 1 | 1 |
| 3k | NAF-Repair Tailor, Uniforms, Cobbler, & Textbooks | 1 | 4 | 6 | 6 | 6 | 90 | | 6 | 6 | 20 |
| 3m | NA Nonappropriated Fund Programs | 1 | 1 | 1 | 1 | 1 | 1 | | | | 1 |
| 3n | Character Development Office | 1 | 1 | 1 | 1 | 1 | 4 | | 1 | 1 | |
| 4a | Physical Education Department | 4 | 4 | 2 | 1 | 15 | 20 | 25 | 25 | 50 | 5 |
| 4c | Visitor Center | | | | 5 | | | | | | |
| 4d | Naval Academy Athletic Association | 1 | 1 | 1 | 7 | 1 | | 2 | 1 | 3 | 1 |
| 4e | Football Office/Athletic Recruiting Office | | 1 | 2 | 2 | 1 | | 20 | 2 | 22 | 2 |
| 5a | Naval Academy Sailing | 1 | 1 | | 1 | 1 | 8 | | 1 | 1 | 1 |
| 6a | Chaplain's Office | | 1 | | 2 | 1 | 6 | | 7 | 7 | 3 |
| 6b | Midshipmen Counseling Center | | 1 | 1 | 1 | 1 | 1 | | | | 1 |
| 7a | Division of Professional Development | 1 | 7 | 7 | 7 | 1 | 10 | 7 | 80 | 85 | 7 |
| 7j | Center for Study of Professional Military Ethics | | 1 | 1 | 1 | | 1 | | | | 1 |
| 9a | Division of Math and Science | 1 | 6 | 6 | 6 | 6 | 143 | 126 | 45 | 171 | 6 |
| 10a | Library | 1 | 7 | 7 | 7 | 7 | 44 | 7 | | 7 | 12 |
| 10f | Multimedia Support Center | 1 | 1 | 1 | 2 | 1 | 2 | 1 | 1 | 2 | 2 |

STANDARD NAVAL ACADEMY DISTRIBUTION LISTS

| | A | A-1 | AC | AA | B | C | F | O | OF | S |
|---|---|---|---|---|---|---|---|---|---|---|
| 10g  Photo Lab | | 1 | 1 | 1 | 1 | | 1 | 1 | 2 | 1 |
| 10h  Archives | 4 | 4 | 4 | 4 | 1 | 2 | | | | 1 |
| 10k  Registrar | 1 | 1 | 1 | 1 | 1 | 9 | 2 | | 2 | 2 |
| 10m  Director of Research & Scholarships | | 1 | 1 | 1 | 1 | 2 | 1 | | 1 | 1 |
| 11a  Division of Engineering & Weapons | 1 | 10 | 10 | 10 | 4 | 175 | 75 | 70 | 145 | 15 |
| 12a  Division of Humanities & Social Sciences | 1 | 6 | 6 | 6 | 2 | 125 | 110 | 50 | 170 | 6 |
| 13a  Telephone Office | | 1 | | 1 | 1 | 8 | | | | 1 |
| 13b  Office of Legal Counsel | | | | 1 | | 1 | | 2 | 2 | 1 |
| 13c  Alumni Hall | 1 | 1 | 1 | 1 | 1 | 4 | | | | 1 |
| 13d  Music Department | | 1 | | 1 | 1 | 2 | | 1 | 1 | 1 |
| 13e  Academic Center/Mahan Hall | | 1 | 1 | 1 | 1 | 4 | 1 | 1 | 2 | 1 |
| 15c  Museum | | 1 | | 2 | 1 | 6 | 1 | | 1 | 1 |
| 16  Officers' & Faculty Club | | 1 | | 1 | 1 | | | | | |
| 16a  Bachelor Officers' Quarters | | 1 | | 1 | 1 | | | | | |
| 17a  Dean of Admissions | 1 | 1 | 1 | 1 | 1 | 10 | 3 | | 3 | 2 |
| 17b  Naval Academy Preparatory School | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 1 |
| 17f  Candidate Guidance Office | | 1 | | 1 | 1 | 11 | | 11 | 11 | 1 |
| 17g  Nominations & Appointments | | 1 | | 1 | 1 | 6 | | 1 | 1 | 6 |
| 18  Naval Medical Clinic, Annapolis | | | | 1 | 1 | 40 | | 1 | 1 | 1 |
| 18a  Customer Service Desk, Annapolis | | | | 1 | 1 | | | 1 | 1 | 1 |
| 18b  Safety Office | | 1 | | 1 | 1 | 8 | | | | 1 |
| 18c  Security | 1 | 1 | 1 | 1 | 1 | 40 | | 1 | 1 | 1 |
| 18c  Fraternal Order of Police Lodge 9F | 1 | 1 | | 1 | 1 | | | | | 1 |
| 18e  Fire Department | | 1 | | 2 | 1 | 40 | | | | 4 |
| 18e  International Association of Fire Fighters Local F254 | 1 | 1 | | 1 | 1 | | | | | 1 |
| 18f  Naval Institute | | | | 2 | 1 | | | | | |
| 18g  Naval Academy Foundation | 1 | 1 | 1 | 1 | 1 | 1 | | | | 1 |
| 18h  Security Manager | | 1 | | 1 | 1 | 4 | | | | 1 |
| 19  DAPS, Annapolis | | | | 2 | | | | | | 2 |
| 20a  Base Ops Supply | 1 | 12 | | 12 | 12 | 36 | | 3 | 3 | 9 |
| 20b  Human Resources Department | | 2 | 5 | 5 | 5 | 20 | | | | 5 |
| 20c  Naval Criminal Investigative Service Office | | | | 1 | | | | | | 1 |
| 20e  Command Evaluation Office | | 1 | | 1 | 1 | 4 | | | | 1 |
| 20f  Comptroller | 3 | 3 | 2 | 2 | 1 | 27 | | 1 | 1 | 3 |
| 21a  Public Works Department | 1 | 3 | | 14 | 8 | 410 | | 7 | 7 | 60 |

## STANDARD NAVAL ACADEMY DISTRIBUTION LISTS

| | A | A-1 | AC | AA | B | C | F | O | OF | S |
|---|---|---|---|---|---|---|---|---|---|---|
| 21d  Laundry | | | | | | 20 | | | | |
| 21h  American Federal Gov't Employees Local 896 Union | 1 | 1 | | 1 | 1 | | | | | 1 |
| 22  Radio Transmitting Facility | | | | 2 | 1 | 5 | | 1 | 1 | 1 |
| 23  Naval Station | 3 | 3 | 3 | 3 | 3 | 103 | | 3 | 3 | 3 |
| 23b  Marine Barracks | 1 | 1 | | 1 | 1 | | 1 | | 1 | |
| 23c  Defense Commissary Agency | | | | 1 | | 28 | | 1 | 1 | 2 |
| 23d  Navy Exchange | | | | 1 | | | | 1 | 1 | 2 |
| 23e  Morale, Welfare & Recreation | | 1 | | 1 | 4 | 4 | 1 | | 1 | 5 |
| 23f  U. S. Naval Sailing Association/Navy Sailing | 1 | 1 | | 1 | 1 | | | 1 | 1 | 1 |
| 23g  Housing Welcome Center/Self Help Store | 1 | 1 | 1 | 1 | 1 | 11 | | | | 1 |
| 23h  Navy Relief | | | | 1 | | | | | | 1 |
| 23j  Construction Battalion Unit 403 | 1 | 1 | | 1 | 1 | | | 1 | 1 | |
| 23k  Fleet & Family Support Center | | 1 | | 1 | 1 | 9 | | 1 | 1 | 1 |
| 24a  NAVSEASYS | | | | 1 | | | | | | 2 |
| 25a  Joint Spectrum Center | | | | 2 | | | | 2 | 2 | 1 |
| | | | | | | | | | | |
| TOTALS | 54 | 148 | 102 | 200 | 138 | 1,781 | 394 | 452 | 853 | 276 |