CH/LOT 4 INCORP

**SECNAVINST 5215.1C**
**14 APRIL 1970**

# Department of the Navy

# DIRECTIVES ISSUANCE
# SYSTEM



**Office of the Chief of Naval Operations**
**Naval Records Management Branch (Op-09B1 )**
**Washington, D.C. 20350**



0 5 7 9 L D 0 5 3 2 2 2 0

SECNAVINST 5215.1C
14 April 1970

| RECORD OF CHANGES | | | |
|---|---|---|---|
| CORRECTION OR CHANGE NO. | DATE OF CHANGE | DATE ENTERED | BY WHOM ENTERED |
| 1 | 7 Jan 1971 | 30 Dec 1974 | Op-09B18 |
| 2 | 6 Jul 1971 | 30 Dec 1974 | Op-09B18 |
| Correction Sheet | 2 Sep 1971 | 30 Dec 1974 | Op-09B18 |
| 3 | 19 Mar 1976 | 17 Apr 86 | N09B35D |
| 4 | 9 Feb 1982 | 17 Apr 1986 | N09B35D |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |



**DEPARTMENT OF THE NAVY**
OFFICE OF THE SECRETARY
WASHINGTON, D. C. 20350

SECNAVINST 5215.1C
Op-09B
14 April 1970

SECNAV INSTRUCTION 5215.1C

From:  Secretary of the Navy
To:    All Ships and Stations

Subj:  Department of the Navy Directives Issuance System

1.  Purpose.  To promulgate revised policies, responsibilities, and
standards for the administration of subject system.

2.  Cancellation.  SECNAVINST 5215.1B of 1 Oct 1964, The Navy Directives
System, is superseded hereby.

3.  Scope.  The provisions of this publication are applicable throughout
the Department of the Navy, except that separate provisions for the
issuance of internal Marine Corps directives are contained in
MCO P5215.1.

4.  Action.  Each addressee is responsible for installing and adminis-
tering the system within his organization, and for ensuring that his
administrative issuances which meet the indicated criteria are issued
within or incorporated into the system, to the maximum practicable extent.
Implementing directives shall not duplicate this instruction, but may
add details necessary for local use, and provide further guidance where
options have been indicated.

5.  Administration and Maintenance.  The Chief of Naval Operations shall
ensure the implementation of the provisions of this instruction, grant
any exceptions needed, and provide for possible improvements and other
appropriate changes.  Recommendations for changes, together with the
reasons therefor, should be submitted to him.

John W. Warner
Under Secretary of the Navy

Distribution:
(See page ii)

SECNAVINST 5215.1C
14 April 1970

Distribution:
SNDL, Parts 1 and 2
MARCORPS Lists H and I

Stocked:
CO, NAVPUBFORMCEN
5801 Tabor Avenue
Phila., PA 19120

SECNAVINST 5215.1C
14 April 1970

LOCATOR CROSS-REFERENCE SHEET

Subj:   The Department of the Navy Directives Issuance System

See:

(Recipient enter information as to where this instruction is maintained)

SECNAVINST 5215.1C
14 April 1970

DEPARTMENT OF THE NAVY DIRECTIVES ISSUANCE SYSTEM

TABLE OF CONTENTS

PART I. DEFINITIONS, CRITERIA, AND RESPONSIBILITIES

**Paragraph**                                                              **Page**

1. Terms Defined. . . . . . . . . . . . . . . . . . . . . . .    1 (R
2. Criteria . . . . . . . . . . . . . . . . . . . . . . . .    2
   a. Standard . . . . . . . . . . . . . . . . . . . . .    2 (R
   b. Optional . . . . . . . . . . . . . . . . . . . . .    3
   c. Exceptions . . . . . . . . . . . . . . . . . . . .    3
      (1) Required. . . . . . . . . . . . . . . . . . .    3 (R
      (2) Optional. . . . . . . . . . . . . . . . . . .    3 (R
   d. Changes to Manuals or Publications Not in the Directives
         Issuance System. . . . . . . . . . . . . . . .    3 (A
   e. Lowercase vs. Capitalization . . . . . . . . . . .    3 (A
   f. Consolidated List of Canceled Directives . . . . .    3 (A
3. Responsibilities . . . . . . . . . . . . . . . . . . . .    3
   a. Chief of Naval Operations. . . . . . . . . . . . .    3 (R
   b. Issuing Authority. . . . . . . . . . . . . . . . .    4 (R
   c. Directives Control Point (or similar designated unit). . .    4 (R
   d. Issuing Authority in the Washington Headquarters Organiza-
         tions (in addition to the responsibilities outlined
         above) . . . . . . . . . . . . . . . . . . . .    4 (R
   e. Commandant of the Marine Corps . . . . . . . . . .    5
   f. Navy Publications and Printing Service (NPPS). . . . . .    5 (R

PART II. PREPARATION AND MAINTENANCE OF DIRECTIVES

1. Preparation of Directives. . . . . . . . . . . . . . . .    7 (R
   a. Preparation of Letter-Type Directives. . . . . . .    7
   b. Preparation of Special-Type Directives . . . . . .    7
2. Stocking and Requisitioning. . . . . . . . . . . . . . .    7
   a. Requisitioning Directives. . . . . . . . . . . . .    7 (R
   b. Issuing and Ordering Prescribed Forms. . . . . . .    7 (R
3. Maintenance and Disposal . . . . . . . . . . . . . . . .    7
   a. Official Case File . . . . . . . . . . . . . . . .    7 (R
   b. Filing Arrangements. . . . . . . . . . . . . . . .    7 (R
   c. Entering Changes . . . . . . . . . . . . . . . . .    8
   d. Disposing of Directives. . . . . . . . . . . . . .    8

Note:  "A," "D," and 'R" -- New system of indicating change, i.e.,
additions, deletions, and revisions -- on page 16.

iii

SECNAVINST 5215.1C

14 April 1970

TABLE 1. - PREPARATION OF LETTER-TYPE DIRECTIVES

| Item | | | Page |
|---|---|---|---|
| | 1. | Stationery and Printing. | 9 |
| R) | | a. Preparation. | 9 |
| A) | | b. Reproduction | 9 |
| | | c. Columnar Format. | 9 |
| R) | 2. | Margins. | 9 |
| | 3. | Security Classification. | 9 |
| | | a. Classifying Directives | 9 |
| | | (1) First Page. | 9 |
| | | (2) Continuation Pages. | 9 |
| | | b. Downgrading and Declassification Information | 9 |
| | | c. Change Transmittals to Classified Directives | 9 |
| A) | 4. | Cancellation Date of a Notice. | 9 |
| | 5. | Identification Symbols | 10 |
| R) | | a. First Page | 10 |
| | | b. Continuation Pages | 10 |
| R) | | (1) Identification Symbols. | 10 |
| A) | | (2) Outline Subheading. | 10 |
| | | c. Page Change | 10 |
| A) | | (1) One-Page Change | 10 |
| | | (2) Revised First Page. | 10 |
| A) | | d. Pages Printed Horizontally | 10 |
| | 6. | Designation. | 10 |
| A) | | a. Issuing Authority Identification | 10 |
| | | b. Type of Directive. | 10 |
| | | c. Designation. | 10 |
| R) | | (1) Indication of Classification. | 10 |
| | | (2) Subject or Code Number. | 11 |
| | | (a) Source | 11 |
| | | (b) Guidelines | 11 |
| | | 1. Purpose of the Directive | 11 |
| | | 2. Related Directives | 11 |
| | | 3. Equally Applicable Subject Numbers | 11 |
| | | (3) Consecutive Numbers | 11 |
| | | (a) General. | 11 |
| A) | | (b) Identifying Revisions. | 11 |
| | | (c) Combining Instructions | 11 |
| R) | | (d) Identifying Change Transmittals. | 11 |
| | | (e) Identifying Supplements. | 12 |
| A) | 7. | "From" Line. | 12 |
| R) | 8. | "To" Line. | 12 |
| | 9. | Subject. | 12 |
| | | a. General. | 12 |
| R) | | b. Classified Directives. | 12 |
| | | c. Change Transmittals. | 12 |

iv

SECNAVINST 5215.1C
14 April 1970

| Item | | Page |
|---|---|---|
| 10. | Reference Line(s) | 12 |
| a. | General | 12 (A |
| b. | Directives From Higher Authority. | 13 (R |
| c. | Citing Directives | 13 |
| (1) | Instructions | 13 (R |
| (a) | Revised Instruction | 13 |
| (b) | Status of Instruction | 13 |
| (c) | Specific Provision. | 13 (A |
| (d) | Superfluous Wording | 13 (A |
| (2) | Notices. | 13 (A |
| 11. | Enclosure(s). | 13 |
| a. | Enclosure Line(s) | 13 (A |
| b. | Identification. | 13 (A |
| | Exceptions. | 13 (A |
| c. | Reissuing Directives. | 14 |
| 12. | Text. | 14 |
| a. | Paragraph Titles. | 14 (A |
| b. | Paragraph Sequence. | 14 |
| (1) | Purpose Paragraph. | 14 (A |
| (2) | Paragraph Canceling Other Directives, Reports and Forms | 14 (A |
| (3) | Report(s) and/or Form(s) Paragraph | 14 (R |
| (a) | Special Requirements for Forms. | 14 (R |
| (b) | Due Dates | 15 (R |
| (4) | Self-Canceling (Expiration) Provisions | 15 (R |
| (a) | Change Transmittals | 15 (A |
| (b) | Notices | 15 (R |
| c. | Special Provisions. | 15 |
| (1) | Upgrading or Downgrading Change Transmittals | 15 (R |
| (2) | Reissuing Directives | 15 (R |
| (3) | Indicating Changes | 15 |
| (a) | Revised Directive or Change Transmittal | 15 (A |
| (b) | Markings on Revised Page. | 16 (R |
| 13. | Signature | 16 |
| a. | Location. | 16 (R |
| b. | Requirements. | 16 (R |
| 14. | Distribution. | 16 |
| a. | Selecting Addressees. | 16 |
| b. | Selection Review. | 16 (A |
| c. | Naval Shore Activities. | 16 |
| d. | Marine Corps Field Activities | 16 |
| (1) | SECNAV Directives. | 16 |
| (2) | Washington Headquarters Organization | 16 |
| e. | Listing Addressees. | 17 (R |

v

SECNAVINST 5215.1C
14 April 1970

| Item | | Page |
|---|---|---|
| | 14.  Distribution (con.) | |
| |    f.  Determining Number of Copies . . . . . . . . . . . . . | 17 |
| |      (1)  General Requirement . . . . . . . . . . . . | 17 |
| |      (2)  Established Requirements. . . . . . . . . . . | 17 |
| A) |      (3)  Classified Directives . . . . . . . . . . . | 17 |
| R) |    g.  Distributing by Airmail. . . . . . . . . . . . . . . | 17 |
| A) |    h.  Need to Retain . . . . . . . . . . . . . . . . . . | 17 |
| R) |    i.  Need to Know . . . . . . . . . . . . . . . . . . | 17 |
| A) |      (1)  Addressees. . . . . . . . . . . . . . . . . | 17 |
| A) |      (2)  Replies to Requests for Deletion. . . . . . . . | 17 |
| A) |      (3)  Changes to Directives . . . . . . . . . . . | 17 |
| A) |    j.  Changes to All Ships and Stations Distributions. . . . | 17 |
| A) |    k.  Shorter Distribution Lists . . . . . . . . . . . . | 18 |
| | 15.  Information Copies . . . . . . . . . . . . . . . . | 18 |
| |    a.  Identification . . . . . . . . . . . . . . . . . | 18 |
| |    b.  Quantity . . . . . . . . . . . . . . . . . . . . | 18 |
| R) |    c.  Directives to the Operating Forces . . . . . . . . | 18 |
| A) |    d.  Implementation by Subordinate Commands . . . . . . . | 18 |
| R) | 16.  Stocking Information . . . . . . . . . . . . . . . . | 18 |
| R) | 17.  Drafter's Identification . . . . . . . . . . . . . | 18 |
| R) | 18.  Page Numbers . . . . . . . . . . . . . . . . . . . | 18 |
| | 19.  Cross Reference. . . . . . . . . . . . . . . . . . | 18 |
| |    a.  Locator Cross-Reference Sheets . . . . . . . . . | 18 |
| |    b.  Subject Cross-Reference Sheets . . . . . . . . . | 19 |
| |    c.  Canceling Cross-Reference Sheets . . . . . . . . . | 19 |
| | 20.  Repetitive Minor Changes . . . . . . . . . . . . . | 19 |

TABLE 2.  PREPARATION OF SPECIAL-TYPE DIRECTIVES

| | | Page |
|---|---|---|
| | 1.  Message-Type . . . . . . . . . . . . . . . . . . . | 21 |
| |    a.  Identification . . . . . . . . . . . . . . . . . | 21 |
| |      (1)  General . . . . . . . . . . . . . . . . | 21 |
| A) |      (2)  Washington Headquarters Organizations . . . . . | 21 |
| |    b.  Consecutive Numbers. . . . . . . . . . . . . . . | 21 |
| A) |    c.  Changes. . . . . . . . . . . . . . . . . . . . | 21 |
| |    d.  Cancellation . . . . . . . . . . . . . . . . . | 21 |
| | 2.  Publication-Type . . . . . . . . . . . . . . . . . | 21 |
| R) |    a.  Identification . . . . . . . . . . . . . . . . . | 21 |
| |    b.  Contents . . . . . . . . . . . . . . . . . . . | 21 |
| |    c.  Changes. . . . . . . . . . . . . . . . . . . . | 21 |
| |    d.  Bringing Into the System . . . . . . . . . . . . | 21 |

SECNAVINST 5215.1C
14 April 1970

Item                                                                    Page

      2.  Publication-Type (con.)

          e.  Distribution (Need to Know). . . . . . . . . . . .   21  (A
              (1)  Issuing Authorities . . . . . . . . . . . . .   21  (A
              (2)  Addressee . . . . . . . . . . . . . . . . . .   21  (A
              (3)  Replies to Requests for Deletion. . . . . . .   21  (A
      3.  Joint Directives . . . . . . . . . . . . . . . . . . .   22
          a.  Intra-Navy . . . . . . . . . . . . . . . . . . . .   22  (R
              (1)  Referencing . . . . . . . . . . . . . . . . .   22  (A
              (2)  Checklisting. . . . . . . . . . . . . . . . .   22  (A
              (3)  Use . . . . . . . . . . . . . . . . . . . . .   22  (A
              (4)  Signature Location. . . . . . . . . . . . . .   22  (R
          b.  Interservice . . . . . . . . . . . . . . . . . . .   22
          c.  Changes. . . . . . . . . . . . . . . . . . . . . .   23  (R
          d.  Supplements. . . . . . . . . . . . . . . . . . . .   23  (A

## EXHIBITS

Exhibit

      1.  Sample Instruction . . . . . . . . . . . . . . . . . .   25  (R
      2.  Sample Continuation Page of an Instruction . . . . . .   26  (R
      3.  Sample Notice. . . . . . . . . . . . . . . . . . . . .   27  (R
      4.  Sample Change Transmittal. . . . . . . . . . . . . . .   28
      5.  Sample Change Transmittal Covering Repetitive Changes to a
          Directive . . . . . . . . . . . . . . . . . . . . . .   29  (A
      6.  Sample Locator Cross-Reference Sheet . . . . . . . . .   30
      7.  Sample Subject Cross-Reference Sheet . . . . . . . . .   31
      8.  Sample Message . . . . . . . . . . . . . . . . . . . .   32  (R

## INDEX

Index . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   33

vii

SECNAVINST 5215.1C
14 April 1970

PART I

## DEFINITIONS, CRITERIA, AND RESPONSIBILITIES

R)    1. TERMS DEFINED. The following terms and their definitions, listed in alphabetical order, will aid in interpreting this instruction, and in the continued administration of the Department of the Navy Directives Issuance System. This section of the directive also serves as an introduction to the remaining sections.

R)    ALL SHIPS AND STATIONS. The "to" line of a directive which is to be included in a particular special distribution system from specified organizations to the Washington, D.C. area to all or most of the components of the Department of the Navy–i.e., both parts 1 and 2 of the Standard Navy Distribution List.

A)    BULLETIN. (Applies only to Marine Corps issuances.) A directive having the same force and effect as an order, and used to publish material that is either primarily informative or otherwise directive in nature, but is not of continuing authority or reference value (e.g., requirements for one-time reports, temporary procedures, etc.). A bulletin includes a self-cancellation date.

CHANGE TRANSMITTAL. The medium used to transmit changes to an instruction or, under extenuating circumstances, a notice. Each transmittal describes the nature of the changes it transmits, and gives directions for making them. In the Marine Corps, comparable changes are to orders and bulletins.

CHECKLIST. A numerical list of effective instructions, used to verify the completeness and currency
A)    of a master set of instructions. Omission of a directive from a list is not authority to cancel. A list of positive indications of cancellation may, however, be included in a checklist.

CROSS-REFERENCE SHEET (Subject or Locator). A sheet which is distributed with a directive, and filed in the directives binder, to assist users in locating the directive, when filed separately.

DIRECTIVE. An instruction (order), notice (bulletin), or change transmittal. It prescribes or establishes policy, organization, conduct, methods, or procedures; requires action or sets forth information essential to the effective administration or operation of activities concerned; or contains authority or information that must be promulgated formally.

DIRECTIVES ISSUANCE SYSTEM. The standard procedures and formats used to promulgate policy, procedures, and informational releases in the Department of the Navy.

DISTRIBUTION LIST. A list of "action" and    (A
"information" addressees of a directive. These addressees are selected on the basis of need to act or need to know.

INSTRUCTION. A directive containing authority    (R
or information having continuing reference value, or requiring continuing action. It remains in effect until superseded or otherwise canceled by the originator or higher authority.

ISSUING AUTHORITY. The chief official of an    (R
established, independent component, by whose authority and under whose title a directive is promulgated.

JOINT DIRECTIVE. A directive issued jointly by one authority, in conjunction with one or more other authorities.

LETTER-TYPE DIRECTIVE. An instruction or notice prepared in a format similar to that of the naval letter.

MESSAGE-TYPE DIRECTIVE. A directive trans-    (D
mitted via the Naval Communication System.

NOTICE. A directive of a one-time or brief nature, which has a self-canceling provision, and which has the same force and effect as an instruction. Usually, it will remain in effect for less than 6 months, but is not permitted to remain in effect for longer than one year. Any    (A
requirement for continuing action contained in a notice, such as the submission of a report, use of a form, or following a specified procedure, is considered to be canceled when the notice is canceled, unless the requirement is incorporated into another suitable document.

ORDER. (Applies only to Marine Corps issuances.)    (A
A directive of continuing authority or reference value. It is effective until superseded or otherwise canceled. A specific cancellation date may be stated when the period of effectiveness can be estimated. An order may be issued as a letter-type or manual-type directive.

SECNAVINST 5215.1C
14 April 1970

PAGE CHANGE. An additional or replacement page for an instruction or notice, transmitted under cover of a change transmittal, for insertion by recipients. It usually is preferable to a pen change. It is generally more economical; provides neater, more legible copy; and decreases the chance of errors and the time expended by recipients in making changes.

A)    PASTE-IN CHANGE. A change, usually of some length, which is entered by cutting the wording from the disseminating document or retyped copy and pasting onto the basic document which is being revised. A change will not be issued with the request or intent that it be pasted in, or which can be entered feasibly only by pasting in. The issuance of paste-in changes is prohibited because they:

(1) Often become detached from the directive on which they are pasted.

(2) Usually occupy more space than the wording they supersede, thus requiring a hinged type of insertion, and complicating subsequent reference.

(3) Tend to lessen the utility, and to detract from the appearance, of the basic directive.

(4) Usually prevent printing on both sides of the change page.

R)    PEN CHANGE. A change, usually relatively short, which is entered in the basic document in handwriting by the recipient. A change will not be issued with the request or intent that it be entered in handwriting, when the time required for a single addressee to enter all changes on a single sheet (two sides) of paper would exceed that required for him to remove a superseded sheet and insert a new one. Directions shall state precisely where the change occurs; i.e., page, paragraph, and line number, and any other pertinent information.

A)    PREPARING AUTHORITY. A chief official of an activity or component who has initiated or has been assigned the task of preparing a directive.

PUBLICATION-TYPE DIRECTIVE. An instruction or notice whose content is best suited to a publication format; i.e., parts, chapters, sections, etc., differing from a manual or publication only by the method of promulgation and identification. It includes a promulgation in the format of a letter-type directive, instead of the normal authenticating frontispiece in a publication. It carries the same subject number as the signed transmittal, and does not carry a separate publication number.

R)    REVISION. A reissuance of an existing instruction in completely rewritten form.

SPECIAL DISTRIBUTION LIST. A list of addressees, compiled by an issuing authority to meet his special recurring distribution needs, when use of the Standard Navy Distribution List would be impractical. The list is compiled on the basis of some common denominator, such as the ships under a single type commander. The code consists of the short title of the issuing authority and a discrete number.

STANDARD NAVY DISTRIBUTION LIST (SNDL). The list which provides official addressing and distribution information for the Naval Establishment. It is published in two parts: Part I (OPNAV PO9B3-l07), Operating Forces of the Navy; Unified and Specified Commands; and U.S. Elements of International Commands (classified confidential); and Part 2, which is Section 1 of the Catalog of Naval Shore Activities (OPNAV PO9B3-l05).

SUPPLEMENT. A medium formerly used to add    (R information to an existing instruction. It is now prohibited, except where necessary to change a joint interservice instruction, when the basic instruction cannot readily be changed.

WASHINGTON HEADQUARTERS ORGANIZA-    (A TIONS. For purposes of this directive, Washington headquarters organizations comprise Navy Department components; the headquarters of the six systems commands, and of the Communications, Intelligence, Security Group, and Weather Service Commands; and the Office of the Oceanographer of the Navy.

WEEKLY TRANSMITTAL SHEET. The means by    (A which the Navy Publications and Printing Service makes initial distribution of directives addressed to all ships and stations. The system may be utilized only by Washington headquarters organizations (see definition above) and such other organizations as the Chief of Naval Operations may determine.

2. CRITERIA

a. Standard. In general, a document, regardless of its    (R physical characteristics, shall be issued in the directives system when it does one or more of the following:

(1) Regulates or is essential to effective administration.

(2) Establishes policy.    (R

(3) Delegates authority or assigns responsibility.

(4) Establishes an organizational structure.    (R

2

SECNAVINST 5215.1C
14 April 1970

R)       (5) Assigns a mission, function, or task.

(6) Initiates or governs a course of action or conduct.

R)       (7) Establishes a procedure, technique, standard, guide, or method of performing a duty, function, or operation.

A)       (8) Establishes a reporting requirement.

R)       (9) Changes, supersedes, or cancels another directive.

b. **Optional.** Issuances not falling within the scope of the above criteria nevertheless may be issued in the directives issuance system to obtain quick and controlled dissemination. Normally issued as notices, these may include:

(l) Requests for comments, approval, or information.

(2) Directions for routinely carrying out established operations, such as matters pertaining to individual personnel actions or special shipments of material.

(3) Informative announcements, such as education or promotion opportunities, recreational activities, work improvement plans, suggestions for morale building, or changes in office locations or telephone extensions.

c. **Exceptions**

(l) Required

(a) Navy Regulations

R)       (b) Top secret documents

(c) Registered publications

(2) Optional

(a) Operations plans and orders

R)       (b) Technical and regulatory manuals and publications, and changes thereto

R)       (c) Issuances with fewer than six addressees, including "copy to" addressees, except those covered by 2a(4), (5), and (8) above.

d. **Changes to Manuals or Publications Not in the Directives Issuance System.** These normally shall be

issued as regular manual or publication changes or revisions, outside of the directives system. In no case may such a change be issued as an instruction. However, when information must be transmitted before a regular change or revision to the basic document can be published, a notice, preferably carrying a cancellation date of 6 months or less, may be issued. The notice may not    (A remain in effect for longer than one year. Final manual changes should be made as soon as practicable, in any event.

e. **Lowercase vs. Capitalization.** The GPO Style    (A Manual does not support capitalizing the words "instruction," "notice," "change transmittal," "supplement," and "directive," when used in the body of a communication to indicate a directive. These words shall be capitalized when used as part of the identification of a specific directive; e.g., SECNAV Instruction 5215.1C. However, review authorities should not have directives or correspondence retyped merely to change consistent capitalization in these instances, unless directed by the issuing authority.

f. **Consolidated List of Canceled Directives.** When    (A several directives having relatively wide distribution lists are to be canceled, the issuance of a consolidated list of cancellations as a notice is preferable to the issuance of individual cancellation notices. When this procedure is used, the list shall include, for each canceled directive, the following information:

(l) Complete identification; i.e., the issuing    (A authority's abbreviation, the subject number, and, if any, the consecutive and serial numbers.

(2) Date of issue.    (A

(3) Subject or title, form number and date, and    (A symbol of any report which was required but is not being continued by a revised directive or other appropriate document.

(4) Distribution (as shown on the directive being    (A canceled or the latest change thereto, except that the titles and short titles used to identify codes should be omitted).

(5) Reason for cancellation.

3. RESPONSIBILITIES. Each organizational component of the Department of the Navy indicated below is responsible for performing the functions listed, through appropriate command channels.

a. Chief of Naval Operations    (R

(1) Manages the directives issuance system from an overall standpoint, and provides for needed improvements and changes in the system.

3

SECNAVINST 5215.1C CH-2
6 July 1971

(2) Provides guidance and technical assistance to Department of the Navy components in developing, installing, operating, and improving the system.

(3) Coordinates with headquarters organizations, recommendations for changes in policies, standards, and procedures.

b. Issuing Authority

(1) Ensures compliance with this instruction, and promulgates any internal procedures necessary for installing and administering the system.

(2) Ensures that directives are issued to adequately document programs, functions, organization, policies, and procedures for which he is responsible, and that there are no policy or procedural gaps or overlaps. In addition, ensures that they conform to pertinent Department of the Navy policies and regulations, and to statutory and other requirements. (On change of command, the chief official should not issue a directive stating that previous directives remain in effect. A change of command does not affect previously issued directives.)

(3) Establishes controls, checkpoints, or procedures necessary to ensure the adequacy of directives issued, and compliance with those directives.

(4) Conducts at least an annual review, and other reviews as needed, to ensure: (a) that the system's requirements and standards are being met; and (b) that all effective directives which the organization has issued or prepared are reviewed with a view toward canceling, updating, revising, or consolidating, as appropriate. The recommended schedule is to review instructions on their respective anniversary dates, thus spreading the workload over the year.

(5) Provides training, as needed, for personnel drafting and reviewing directives, and for clerical, typing, and other personnel preparing and maintaining them.

(6) Ensures that applicable directives which are not covered by allowance lists are automatically furnished a newly established activity or an activity moved from one command chain to another.

c. Directives Control Point (or similar designated unit)

(1) Evaluates the system's operations within the individual organization on a continuing basis, and analyzes directives, making recommendations for improvements when appropriate.

(2) Reviews each directive prior to signature, for compliance with directives standards, including preparation for proper signature, clearances, format, identification, security requirements, editorial standards, subject numbers, and references; and ascertains currency, need, completeness, and possible overlap of or conflict with other directives. Assigns consecutive numbers to new instructions after signature, and ensures dating prior to final issuance.

(3) Reviews the proposed distribution of each directive, to ascertain that it is selectively appropriate and accurate, to avoid overdistribution or underdistribution. Arranges for reproduction, distribution, and stocking of directives so as to ensure efficient initial and reserve stocks.

(4) Maintains, in standard three-ring or post binders, or automated equipment with equivalent search capabilities, master up-to-date sets of incoming and outgoing directives (or locator cross-reference sheets when classified or publication-type directives are filed elsewhere). Included shall be copies of message directives, filed in the same manner as other directives. Reviews checklists to ensure the currency of directives maintained by the organization, and obtains a complete set of all applicable directives upon activation or commissioning.

(5) Issues annual numerical checklists, and quarterly additions and deletions, and annual alphabetical subject indexes, as necessary, of all currently effective instructions the organization has issued. (The Navy Publications and Printing Service (NPPS) provides this service to Washington headquarters organizations, except the Headquarters, Marine Corps.)

(6) Prepares for issuance, if practicable, a conversion table, showing the old and new identifications of directives when the official name of an activity is changed, or when activities are consolidated or split.

(7) Routes to the originator, for initiation of (A revision, extension, or cancellation, each instruction originated within the organization which is within six months of its cancellation or revision requirement date.

d. Issuing Authority in the Washington Headquarters Organizations (in addition to the responsibilities outlined above)

(1) Ensures appropriate coordination and clearance of each directive originated.

(2) Submits for prior approval of the Chief of Naval Operations proposed requests for recurring reports

4

SECNAVINST 5215.1C CH-2
6 July 1971

from the Operating Forces of the Navy, and includes in the directive a positive indication that the request has been approved by the Chief of Naval Operations.

(3) Furnishes (to the Navy Publications and Printing Service (NPPS)) signed directives addressed to all ships and stations, so that distribution may be made via the weekly transmittal.

(4) Includes NPPS (FKA1F-0721/CL) on the distribution of all externally issued unclassified (2 copies) and confidential (1 copy) instructions, and notices (2 copies) which cancel external instructions. The Headquarters, Marine Corps is exempt from this requirement.

(5) Furnishes to NPPS pertinent information (number, date, distribution, etc.) regarding each secret instruction. The Headquarters, Marine Corps is exempt from this requirement.

e. **Commandant of the Marine Corps**

(1) Furnishes to directives control points or Washington headquarters issuing authorities necessary bulk mailing and distribution information, or mailing labels, and total copy requirements for distribution of individual Navy directives addressed to Marine Corps field activities.

(2) With respect to directives addressed to all ships and stations, furnishes to the Navy Publications and Printing Service mailing labels for consolidated weekly distribution to Marine Corps distribution lists and/or codes.

f. **Navy Publications and Printing Service (NPPS)**

(1) Compiles and distributes: (a) consolidated annual numerical checklists and alphabetical subject indexes of currently effective instructions distributed outside the issuing Washington headquarters organizations; and (b) quarterly additions and deletions, or other periodic issuances as required. These shall be based on information and documents furnished by the Washington headquarters organizations (see subparagraph d(4) above).

(2) Makes initial distribution of directives to be distributed by a consolidated weekly transmittal to all ships and stations, as requested by the issuing Washington headquarters organizations, and in accordance with current regulations.

(3) Includes in the weekly consolidated transmittal sheet a list of all unclassified external instructions received from Washington headquarters organizations during the period covered.

5

SECNAVINST 5215.1C
14 April 1970

PART II

PREPARATION AND MAINTENANCE OF DIRECTIVES

**1. PREPARATION OF DIRECTIVES.** The elements of a directive, both as to content and format, generally in the order that they appear in a directive, are contained in table 1, Preparation of Letter-Type Directives, and table 2, Preparation of Special Type Directives. Unless otherwise indicated, each procedure applies to instructions and R) notices. Unless specifically modified by directives issuance system requirements, the provisions of the Department of the Navy Correspondence Manual apply to directives, as well. While the formats of directives are intended to follow those of the naval letter as closely as practicable, the tables have been prepared in sufficient detail to minimize reference to the correspondence manual.

   a. **Preparation of Letter-Type Directives.** Table 1 contains the standard requirements for the preparation, identification, promulgation, and distribution of directives issued in the directives issuance system.

   b. **Preparation of Special-Type Directives.** Table 2 contains the standard requirements for promulgating message, publication, and joint intra-Navy and interservice directives.

**2. STOCKING AND REQUISITIONING**

R)    a. **Requisitioning Directives.** Users may requisition any needed additional copies of directives, excluding notices, from the stockpoint(s) shown on each directive. Washington headquarters organizations normally stock external directives, excluding notices, at the Supply and Fiscal Department (514.32), Naval Station, Washington, D.C. 20390. NAVSUP form 1205, Departmental Directives Requisition, if available, should be used when requisitioning copies of directives stocked at the above location. Copies of the form are available from the Naval Supply Centers at Norfolk and Oakland. The stock number for NAVSUP form 1205 is 0108-503-7702.

R)    b. **Issuing and Ordering Prescribed Forms.** Issuing authorities shall ensure that forms and other materials prescribed for use by a directive are readily available to users when and where required, and shall include adequate ordering and stocking information in the prescribing directives. If addressees are required to furnish information prior to the availability of forms, the directives shall provide adequate interim instructions.

**3. MAINTENANCE AND DISPOSAL**

   a. **Official Case File.** Each issuing authority shall maintain official directives case files for the directives he issues. The files shall be arranged numerically by the standard subject identification numbers assigned the directives, and filed as a separate series, apart from other files. Each case folder shall include:

      (1) The official green copy (or other designated official copy) of the basic directive, containing clearance (R initials or names, and the original or copy containing the actual signature or other authentication.

      (2) The official green copy and/or signature copy (or other designated official copy) of any change, cancellation, cross-reference sheet, or revision of the basic directive.

      (3) Any reproduced (distribution) copy of the basic directive, and of any change, cancellation, cross-reference sheet, or revision of the basic directive. Ships and (A small activities may dispense with this requirement, if approved by local authority.

      (4) Supporting and other pertinent documents, including those containing concurrences, nonconcurrences, approvals, and significant comments.

   b. **Filing Arrangements**

      (1) *Filing Instructions.* Instructions normally should be filed according to (1) subject identification (R number; (2) consecutive number; and (3) issuing authority. Checklists of directives issued by Washington headquarters organizations shall be organized in this manner. If local conditions require, however, another sequence may be followed such as by issuing authority, or by a combination of subject identification number and issuing authority, or by security classifications. Alphabetic prefixes ("C" and (R "S", indicating security classification) to the subject designation should be disregarded in determining the numerical filing sequence.

      (2) *Filing Notices.* Notices ordinarily need not be filed in the master file, because of their brief duration. If it

SECNAVINST 5215.1C CH-2
6 July 1971

is necessary to interfile them with instructions tempo-
rarily, the notices should be tabbed so that each may be
easily and promptly removed as soon as its cancellation
date is reached. Copies may be filed in separate suspense
binders when necessary.

(3) *Filing Cross-Reference Sheets.* These shall be
interfiled with instructions. Locator sheets are inserted in
normal sequence, in lieu of the instructions they reference.
A subject cross-reference sheet is placed in front of those
instructions which carry the same subject identification
number.

(4) *Filing Directives in General Correspondence
Files.* When copies of directives are needed to complete
records, or to support or further document specific
actions, they may be filed in the activity's general subject
files, pertinent case files (such as contract case files), or
other appropriate correspondence files.

c. **Entering Changes.** Proper notations, such as
"CH-1," etc., are entered in the upper right margin of the
first page of each directive changed (or on the record-
of-changes sheet for a publication-type instruction), to
indicate changes received and incorporated.

A)        d. **Required Cancellation or Revision.** Seven years
from the date of issuance, an instruction that has not been

revised (as contrasted with changed) in the interim requires
cancellation or revision. One-year extensions of the re-
quired cancellation or revision date, as necessary, may be
authorized by appropriate authority, as indicated below:

(1) The first such extension may be approved by
issuing authority.

(2) Second extension, except for SECNAV and
OPNAV instructions, must have approval of next higher
echelon. It is envisioned that no more than two ex-
tensions will become necessary. Those directives which
are or will be seven years old within ninety days of the
date of this change are given a six-month grace period
for the issuing authority to take positive action. Joint
interservice instructions and publication-type directives
are excluded from the seven-year cancellation or revision
requirement date. In spite of the age of a directive,
addressees shall not consider it as cancelled unless and
until they have received the appropriate positive notifica-
tion of such.

e. **Disposing of Directives.** Official case files of
directives, as described in 3a, shall be retained or
disposed of as authorized in paragraph 5215(l)(a) of
SECNAVINST 5212.5B, Disposal of Navy and Marine
Corps Records.

SECNAVINST 5215.1C CH-2
6 July 1971

TABLE 1 – PREPARATION OF LETTER-TYPE DIRECTIVES

| ITEM | INSTRUCTION | NOTICE |
|---|---|---|
| **I. STATIONERY AND PRINTING** | | |
| **a. Preparation** | The first page of a letter-type directive is prepared on the letterhead or a similar (modified, as needed) heading of the issuing authority, and the continuation sheets on plain bond paper. | |
| **b. Reproduction** | Directives shall be reproduced, generally on both sides of the sheet, head-to-head on 8" x 10-1/2" paper, with 5/16" holes punched or drilled 4-1/4" center-to-center, for looseleaf filing in standard 3-ring/post binders. One-hundred-pound offset book paper stock, or equivalent quality, is recommended. Publication-type directives usually are trimmed. If trimmed on three sides, a typical page size is 7-7/8" x 10-1/4". If trimmed on four sides, a page is 7-3/4" x 10-1/4". | |
| **c. Columnar Format** | The standard single-column format used for naval letters normally shall be used, but a two-column format, such as is used in parts I and II of this instruction, may be used when it will not significantly increase printing costs. | |
| **2. MARGINS** | Where the directive is to be reproduced directly from standard typing, the same margins as for a naval letter apply. If, however, the text is to be set by any other means, and perhaps photographically reduced in size, the top, bottom, and outside margins, including headings, page numbers, etc., should be from 1/2" to 3/4" before trimming, and the inside margin from 1" to 1-1/4" before trimming. The page number is usually centered at the bottom of the page on the third line below the last line of a full page of the text. When the page of text is not a full page, the page number remains in the same position (on the fourth line from the bottom of the page). | |
| **3. SECURITY CLASSIFICATION** | | |
| **a. Classifying Directives** | Directives containing security classified information shall be appropriately classified and marked, as prescribed by OPNAVINST 5510.1C, Department of the Navy Security Manual for Classified Information, and as follows: | |
| (1) *First Page* | Typed in capitals twice and marked twice. | |
| (2) *Continuation Pages* | Typed in capitals and marked at the top and bottom of the page, all ending flush with the outside margin. | |
| **b. Downgrading and Declassification Information** | Classified directives shall carry automatic time-phased downgrading or declassification information, in accordance with provisions of OPNAVINST 5500.40B, Automatic, Time-Phased Downgrading and Declassification System. Proper markings shall be shown in a prominent place on each separate part (directive and enclosure), with the special notation that applies to its contents. | |
| **c. Change Transmittals to Classified Directives** | A change transmittal to a classified directive shall be classified or unclassified according to its own content, regardless of the classification of the basic directive. | |
| **4. CANCELLATION DATE** | | The cancellation date of each notice shall be indicated in the upper right margin of the first page, on the second line above the identification symbols or the "In reply refer to" caption, as follows: <br><br> a. If the cancellation date is for record purposes, with a contingent provision, the abbreviations "Canc frp:", with the abbreviation of the month (normally the last day), and the last two digits of the year of the record purposes cancellation. Example: "Canc frp: Jan 70". In such cases, the cancellation paragraph (last paragraph of the (R notice) is included, in order to specify the contingency. This paragraph shall be headed, "cancellation contingency" and in such cases, the contingency is stated and the "canc frp:" date is not repeated. <br><br> b. If the notice is canceled on a given date, with no contingency, the cancellation date is shown as above, prefixed only by the abbreviation "Canc:". Example: "Canc: Jan 70". In such cases, there is no cancellation paragraph. |

SECNAVINST 5215.1C CH-2
6 July 1971

TABLE 1 – PREPARATION OF LETTER-TYPE DIRECTIVES (CON.)

| ITEM | INSTRUCTION | NOTICE |
|---|---|---|
| 5. IDENTIFICATION SYMBOLS | | |
| a. First Page | Located at the top right corner, beginning on the line below the last line of the letterhead, are: (l) The designation abbreviation; i.e., the abbreviation of the issuing authority, as used in the designation line, followed without a space by the abbreviation, "INST" or "NOTE", as appropriate, and followed, after a space, by the alphabetic prefix (for security classification), when applicable; by the subject identification number, including consecutive number (for instructions), and alphabetic suffix (for revision indication) (Note: If the directive designation abbreviation overlaps the last line of the letterhead, it should either be typed on the second line below the last line of the letterhead, or divided into two lines, broken after "INST" or "NOTE"); (2) drafter's code or other identification, if employed locally (originating (drafting) authority identification must be shown on all SECNAV directives); and (3) date of signature. Instructions and notices are distinguished also by the presence or absence of consecutive numbers. Serial numbers are required on classified directives, located on the line above the date. On a change transmittal or supplement, the abbreviation, "CH" or "SUP", as appropriate, and a consecutive change or supplement number, are added to the designation abbreviation line; e.g., "SECNAVINST 2700.2 CH-l". | |
| b. Continuation Pages | | |
| (l) Identification Symbols | The same identification symbols used on the first page are located at the top outside margin, except that the originator's (drafter's) identification is omitted. | |
| (2) Outline Subheading | The full outline subheading may be shown on the third and succeeding pages if the main paragraph (usually numbered with an Arabic numeral) begins more than one page before. The indication may be combined with the first subhead on the page; or, it may be at the top of any such page (e.g., (l2c(3)(b), con.)), after which the text begins on the second line below. | |
| c. Page Change | | |
| (l) One-Page Change | When a change is being made to only one page (one side of a sheet) in issuing a page change, the change transmittal number and its date are shown only on the side which contains the change. Example: "SECNAVINST 5000.25 CH-l<br>26 Jan 1970"<br><br>The unchanged side retains the same identification as when previously issued. | |
| (2) Revised First Page | When a revised first page of a directive is issued as a page replacement, the date of the change, e.g., "CH-l of 26 Jan 1970", shall be shown in the upper right corner of the page, two spaces above the identification symbols of the basic directive. Example: "CH-l of 26 Jan 1970<br><br>SECNAVINST 5000.26<br>Op-09B<br>21 April 1969" | |
| d. Pages Printed Horizontally | Usually, identification symbols are placed in the same position that they would occupy if the pages were printed vertically. If this presents layout problems or problems of arrangement, the identification symbols may be placed parallel to the text, at the top right margin. | |
| 6. DESIGNATION | Each directive shall be identified as follows on the designation line: | |
| a. Issuing Authority Identification | The first segment of the directive designation is the authorized or generally accepted abbreviation for the issuing authority; e.g., directives issued by the Secretary of the Navy are identified as "SECNAV" directives. The abbreviated location of the issuing authority shall be included in the designation line when there are more than the one activity of the type involved. Examples: "PWC PEARL"; "NSC OAK"; "NAS JAX". | |
| b. Type of Directive | "INSTRUCTION" or "NOTICE," as appropriate, follows the abbreviation of the issuing authority. | |
| c. Designation | | |
| R) (1) Indication of Classification | The degree of security classification is indicated alphabetically on each confidential or secret directive, by prefixing the specified letter to the subject number; i.e., "C" for confidential and "S" for secret. (Top secret material is excluded from issuance in the directives system.) (Note: Do not issue a change to a directive merely to convert the former symbols (zeros) to these letter symbols.) However, references to directives which bear the zero(es) prefix(es) should use the "C" and "S", although the directives, or any pages thereof, have not been changed." | |

SECNAVINST 5215.1C
14 April 1970

TABLE 1 – PREPARATION OF LETTER-TYPE DIRECTIVES (CON.)

| ITEM | INSTRUCTION | NOTICE |
|---|---|---|
| (2) *Subject or Code Number* | | |
| (a) *Source* | Each instruction and notice issued shall be assigned a standard subject identification code number from SECNAVINST 5210.1lA, Department of the Navy Standard Subject Identification Codes. | |
| (b) *Guidelines* | The subject identification code should reflect the most important subject covered in the directive. The following are some guidelines for determining the appropriate subject identification code to be assigned: | |
| 1. *Purpose of the Directive* | Consider the purpose and general significance of the directive, rather than the functional responsibilities of the issuing authority. | |
| 2. *Related Directives* | Select the subject number that will best keep together the related directives on a given subject. Preferably, select the one designating the most specific or concrete subject matter (i.e., a definite "thing," such as pumps, freight, water supply, or tools). However, select the one designating the general or an abstract subject (i.e., a process or action, such as procurement, transportation, maintenance, or inventory control) when the directive relates only to such a function, or when the action covers more than one concrete or specific action subject. | |
| 3. *Equally Applicable* | When two or more subject numbers appear equally applicable, select the number within the major subject group that relates to the purpose of the directive. | |
| (3) *Consecutive Numbers* | | |
| (a) *General* | A consecutive number, preceded by a period, is added to the subject identification number of an instruction by the directives control point or other designated unit. It is not assigned to a notice or subject cross-reference sheet. The issuing authority assigns the number in numerical sequence to each instruction he issues under the same subject identification number, regardless of the security classification of the individual instruction. Consecutive numbers assigned to instructions which later are canceled, are not reused. | |
| (b) *Identifying Revisions* | A revised instruction shall retain the same subject identification number and the same consecutive number as the instruction it supersedes, with the addition of a suffix capital letter (the first revision "A", the second "B", etc.) immediately following the consecutive number. The alphabetic suffixes "I" for the ninth revision and "O" for the fifteenth revision will not be used. (Since the cancellation paragraph specifies the directive being canceled or superseded, it will be apparent to recipients that, in these cases, the "I" or "O" was not used.) | (A |
| (c) *Combining Instructions* | An instruction that combines and supersedes two or more previous instructions bearing the same subject number should be assigned the consecutive number of the canceled directive relating most closely to the new one, or that having the lowest consecutive number. An alphabetical suffix designation is assigned, to indicate revision. | |
| (d) *Identifying Change Transmittals* | Each change transmittal is identified in the designation line of the transmittal by the same number as the directive it changes (and, in the case of notices, the date), plus an assigned change transmittal number added to the identification; e.g., "SECNAV INSTRUCTION 5215.2 CHANGE TRANSMITTAL 1" or "OPNAV NOTICE 5000 OF 2 DEC 1969 CHANGE TRANSMITTAL 1." If two lines are required for the | (R |

11

SECNAVINST 5215.1C
14 April 1970

TABLE 1 – PREPARATION OF LETTER-TYPE DIRECTIVES (CON.)

| ITEM | INSTRUCTION | NOTICE |
|---|---|---|
| R) (d) Identifying Change Transmittals (Continued) | designation, the designation line is broken on a change transmittal to a notice after the date, and on a change transmittal to an instruction after the instruction number, and underscored only once, under the second line of the designation, with the underscore extended the length of the longer of the two lines. Examples: | |
| A) | COMALASKANSEAFRON NOTICE 11000 OF 2 DEC 1969<br>CHANGE TRANSMITTAL 1 | |
| A) | COMSEVENTEEN INSTRUCTION 10000.123<br>CHANGE TRANSMITTAL 2 | |
| R) | A separate series of consecutive numbers shall be assigned to the changes to each individual directive, regardless of whether the basic directive or an enclosure is changed. When the first page of a directive is revised and a page replacement issued, the designation line of the new page is the same as that of the page being replaced. | |
| (e) Identifying Supplements | A supplement is assigned the same number as the instruction it modifies, plus the abbreviation "SUP" and a consecutive Arabic number. Example: "SECNAVINST 6320.8C SUP-1". | |
| A) 7. "FROM" LINE | The title of the issuing authority is shown on the "from" line. In joint directives, titles are typed in list form. The "from" line may be omitted on directives where the full title of the issuing authority is otherwise self-evident, being contained in the letterhead. | |
| R) 8. "TO" LINE | Addressees shall be shown on the "to" line by individual titles, collective titles, or descriptive titles. If none of these titles is appropriate and a distribution list is used, the words "distribution list" shall not be shown in the "to" line. In this event, the "to" line shall be omitted, and the addressees shall be identified under the "distribution" line following the signature. When collective or descriptive titles are used in the "to" line, and also when it is necessary to indicate the number of copies to be distributed, the addressees shall be additionally identified under the "distribution" line. When newly established commands are covered by a descriptive title in the "to" line, it should be understood that they are automatically covered, even though they could not be specifically included under the "distribution" line. The "to" line may be omitted also on internal directives where addressees are otherwise self-evident. | |
| 9. SUBJECT | | |
| a. General | The same procedure used for a naval letter is followed. | |
| R) b. Classified Directives | Regardless of the overall classification of a directive, the drafter shall assign to it a subject which is unclassified or of a lower classification, whenever consistent with security and clarity. In all classified directives, however, the initial letter of the classification assigned to the subject standing alone, or of "unclassified" shall be indicated in parentheses immediately following the subject: "(U)", "(C)", or "(S)". | |
| c. Change Transmittals | Only the subject of the basic directive being changed and any letter necessary to specify the security designation of the subject shall be shown on the subject line. | |
| 10. REFERENCE LINE(S) | | |
| a. General | Documents which will significantly facilitate the understanding of a directive, and are in the hands of addressees, shall be listed in the reference line(s). When it becomes desirable to reference a document not addressed to all who are to receive the directive being prepared, the abbreviation "NOTAL." shall be shown in parentheses. | |
| A) | Listing as a reference a directive that is being canceled or previously has been canceled should be avoided. This may be done, however, if it is necessary to discuss such a document in the text, and if such listing will facilitate that discussion. When listed, the reference shall be concluded with "(canceled hereby)" or "(canceled (date of cancellation))," as applicable. So listing the directive being canceled does not satisfy the requirement for a cancellation paragraph. Directives which have been canceled are no longer stocked for distribution, and copies thereof should not be requested. | |

12

SECNAVINST 5215.1C
14 April 1970

TABLE 1 – PREPARATION OF LETTER-TYPE DIRECTIVES (CON.)

| ITEM | INSTRUCTION | NOTICE |
|---|---|---|
| b. Directives From Higher Authority | When an issuing authority determines that it is necessary to implement further a directive from higher authority, he should, wherever practicable, use the basic directive only as a reference, provided the basic directive was distributed to the addressees of his directive. | (R |
| c. Citing Directives | When a directive is referenced in another document, information should be adequate to ensure accurate identification. | |
| (1) Instructions | For an instruction, the citation shall include the identification of the issuing authority, the abbreviation "INST," the subject identification number, and the consecutive number. For example: "SECNAVINST 5215.1C." The date is not required unless it will be useful to the reader. The subject should be indicated when it is substantially different from the directive at hand, and is not clearly indicated in the text. Citing the subject is not required when it is the same as the referencing document. | (R |
| (a) Revised Instruction | If a revised instruction is being referenced, the latest suffix letter should be shown (e.g., "SECNAVINST 5215.1C"). | |
| (b) Status of Instruction | Regardless of how an instruction is cited, it is the responsibility of the user to ascertain the present status of an instruction under the system. The citing of the latest revision of an instruction in the referencing document at the time of its publication does not ensure its continued currency. | |
| (c) Specific Provision | When a directive cites an instruction and the referenced instruction is superseded by a revision, the original citation automatically becomes applicable to the revision, to the extent applicable within the contents of the revision, unless there is a specific provision to the contrary. (The citation of a directive does not become obsolete merely because a revision has been issued, and no change to a citing directive will be issued merely to update such a reference.) | (A |
| (d) Superfluous Wording | Terms such as "current edition," "latest edition," and "series" have no foundation in logic, are redundant, and therefore should not be used. | (A |
| (2) Notices | A notice citation shall include the identification of the issuing authority, the abbreviation "NOTE," the subject identification number, and, since notices do not carry consecutive numbers, the date. The subject should be indicated when it is substantially different from the directive at hand, and is not clearly indicated in the text. Citing the subject is not required when it is the same as the referencing document. | (A |
| 11. ENCLOSURE(S) | | |
| a. Enclosure Line(s) | Typed two lines below the preceding line of typing, beginning at the left margin, each enclosure notation beginning on a new line. Numbered (1), (2), (3), etc., and described. Note: When a brief sheet is attached to a directive whose contents are being briefed, the enclosure line shall clearly indicate its separate identity by some such wording as: "Brief Sheet (Detach; post on bulletin board, as indicated; then destroy)." | (A |
| b. Identification | The abbreviated directive identification symbol and the date of the directive that is associated with the enclosure are placed at the top outside margin of the enclosure, in the same manner as on the continuation sheets of the directive. Then the word "enclosure" and its number (e.g., "Enclosure (1),") are placed at the bottom outside margin of each page. When the text runs horizontally on the page, the enclosure identification may be made to run parallel to the text, and if so, will be placed in the lower right margin. When a preprinted or other multiple-page document is an enclosure to a directive, only the cover or the first page need be so labeled. | (A |
| Exceptions | When it is known that an enclosure will or may be used again as an original or enclosure to a future document, and marking it as an enclosure thus would deface it for such future use, the enclosure designation and other identification (directive number and date) may be omitted. | (A |
| | The enclosure designation may be omitted from such documents as machine runs, where affixing it would be impractical. | (A |
| | When directive/enclosure identifications are not affixed to the enclosure itself, a cover page with proper identifications should be attached to each enclosure, if practical. | (A |
| | Although directions for removing obsolete or superseded pages, and for inserting pages, are included in a change transmittal, the pages are not labeled as enclosures to the transmittal. | |

13

SECNAVINST 5215.1C
14 April 1970

TABLE 1 — PREPARATION OF LETTER-TYPE DIRECTIVES (CON.,

| | ITEM | INSTRUCTION | NOTICE |
|---|---|---|---|
| | c. Reissuing Directives | When an issuing authority determines that it is necessary to reissue a directive from higher authority, he may use the basic directive as an enclosure when the pertinent parts of the basic directive are technical and difficult to restate, or too lengthy to quote, and were not distributed to addressees of the new directive. In such cases, portions of the enclosure normally should not be quoted or repeated in the covering directive. | |
| | 12. TEXT | | |
| A) | a. Paragraph Titles | Paragraphs shall be numbered and lettered as indicated in exhibits 1 through 4. Underlined titles, with the initial letters of the first and main words capitalized, shall be used for all major paragraphs; they may be used for subparagraphs. The heading is followed by a period if the text follows immediately. If the heading stands alone, normally followed by a blank line, the period is omitted. | |
| | b. Paragraph Sequence | Paragraph sequence is as appropriate, except as follows: | |
| A) | (1) *Purpose Paragraph* | The first paragraph shall state the purpose of the directive, including, when appropriate, the general applicability and nature of the action required. A complete sentence is not required. The first portion of the purpose paragraph of a revised instruction states the purpose of the series, and not of the particular revision. (See paragraph 12c(3)(a) for indicating the purpose of a particular revision.) Wherever the purpose is clearly evident in a brief subject line, and the directive, less the distribution list, is no more than approximately one page long, the purpose paragraph may be omitted. | |
| A) | (2) *Paragraph Canceling Other Directives, Reports, and Forms* | The second paragraph shall contain the statement(s) of cancellation, or supersession, when the directive cancels another directive(s) or other document(s). If the purpose paragraph is omitted in a short directive (12b(1), above), the first paragraph should include these cancellation statements. A complete sentence is not required. | |
| A) | | When a directive cancels another directive or document which requires a report or form, the report symbol of the canceled report and the form number of the canceled form will be indicated in the cancellation paragraph. | |
| | | | If the sole purpose of a notice is to cancel another document(s), the cancellation statement may be made in the purpose paragraph. |
| | | An instruction is canceled by another instruction or a notice. | |
| | | Each subject cross-reference sheet issued for a directive shall be canceled specifically by the same document by which the directive is canceled. Directives shall be canceled as soon as they have served their purpose. | |
| R) | (3) *Report(s) and/or Form(s) Paragraph* | When a directive requires a report or the use of a form, even though the requirement may appear elsewhere in the text, the report symbol, form number, and title of the report or form shall be identified in the last paragraph of the instruction or notice, unless the notice has a cancellation paragraph, in which case the information is placed in the next-to-last paragraph. | |
| R) | (a) *Special Requirements for Forms* | When forms are prescribed, this paragraph shall state when and where the forms may be obtained, and how information should be submitted if submission is required prior to availability of forms. Issuing authorities are encouraged to provide a filled-in sample form to illustrate the action required, if the form is complex or if such will be helpful to the user. When a filled-in form is provided it shall be identified as a "Sample." | |
| A) | | When a form is not readily available to addressees, and if seeing the blank form is desirable, a copy may be furnished with the directive. The word "Sample" is not required on blank forms. | |
| A) | | An originator of a directive requiring the use of a form will furnish that form to the addressees. When the users of the form will require greater quantities than initially distributed (i.e., as an enclosure to the directive), the originator will determine the need for, sponsor, and ensure the timely availability of the form through normal supply channels. Originators requiring activities to use such forms shall not require activities to regularly produce them locally at their own expense. | |

14

SECNAVINST 5215.1C
14 April 1970

TABLE 1 – PREPARATION OF LETTER-TYPE DIRECTIVES (CON.)

| ITEM | INSTRUCTION | NOTICE | |
|---|---|---|---|
| (b) *Due Dates* | When deadlines or due dates for the submission of reports or data are required, they shall be included in the same paragraph with the reporting requirement, unless included in a separate paragraph on submission dates. A reasonable length of time for directive processing, printing, and distribution, and for action addressees to review and comply with a directive, shall be allowed. | | (R |
| (4) *Self-Canceling (Expiration) Provisions* | | | (R |
| (a) *Change Transmittals* | The last paragraph of each change transmittal shall state that the transmittal is canceled after appropriate action has been taken, but no specific cancellation date is given. A complete sentence is not required. | | (A |
| (b) *Notices* | | If the exact length of time the notice needs to remain in effect cannot be determined at the time of issuance (e.g., cancellation is contingent on completion of specified actions, or on incorporation of the information into another document), the cancellation date is "for record purposes." When such is the case, the cancellation date for record purposes is shown in the upper right corner of the first page, and the contingent provision in the last paragraph of the notice. A complete sentence is not required. Cancellation of a notice for record purposes shall not serve to relieve an addressee of a responsibility assigned therein because he was unable to meet the anticipated earlier due date (e.g., the submission of a one-time report). It does, however, terminate an assignment, the continuation of which is contingent upon additional promulgation by the issuing authority, until such action has been taken (e.g., reissuance in an instruction or appropriate manual). If there is no condition to the cancellation provision, there is no cancellation paragraph. The cancellation date is always the last day of a month, except when such date would create an administrative problem. | (R

(A |
| c. **Special Provisions** | | | |
| (1) *Upgrading or Downgrading Change Transmittals* | When a change transmittal contains or transmits information of a higher classification than that of the basic directive, it shall include specific instructions for upgrading the basic directive, including prefixing the appropriate letter ("C" for confidential and "S" for secret) to the subject identification number. When a change transmittal to a classified directive is unclassified or is given a lower classification than the directive it modifies, it is marked unclassified or given a lower classification, based on the nature of its own contents. | | (R |
| (2) *Reissuing Directives* | A subordinate command shall not reissue a directive, as contrasted with further distributing the original directive, except when additional or significant information is required (e.g., when it is necessary to delegate responsibilities and issue internal instructions for accomplishing them, to select procedural methods to be used when alternative methods are permitted, or to interpret policy when interpretation is permissive). However, when it is determined by an issuing authority that it is necessary to reissue a directive from higher authority, the basic directive or pertinent portions thereof may be quoted in the text of the new directive or be included as an enclosure. | | (R |
| (3) *Indicating Changes* | | | |
| (a) *Revised Directive or Change Transmittal* | Where practicable, provide in the "purpose" paragraph, a separate paragraph, or a subparagraph, a summary of the change(s) which made the revision or change transmittal necessary. Only major changes to policy, procedures, responsibility assignments, reporting requirements, and like matters of substance are to be summarized. Changes made to improve readability, update background information, and the like, which do not affect the substance of the directive, need not be summarized, but should be marked in the text, as provided in the following subparagraph. | | (A |

15

SECNAVINST 5215.1C CH-1
7 Jan 1971

TABLE 1 — PREPARATION OF LETTER-TYPE DIRECTIVES (CON.)

| ITEM | INSTRUCTION | NOTICE |
|---|---|---|
| (12c(3)(b)) *Markings on Revised Page* | Each revised page should be marked, as practicable, to indicate where substantive changes have been made, to obviate the necessity of the reader's making a detailed comparison with the previous version. A significant change of a word or short phrase may be indicated by an appropriate symbol in the outside page margin opposite the change. Where a paragraph or larger section has been revised extensively and the indication of all individual changes is not feasible, or it is desired to indicate more accurately a change which has been made, the symbol, or symbols in pairs or groups, suitably enclosed in parentheses or brackets, may be placed within the text (within a sentence, in lieu of a sentence or paragraph, etc.). The symbol normally employed is an asterisk (*). Where it is desired to show the specific nature of the revision, however, capital letters may be used instead, as follows: "A" for "addition," "D" for "deletion," and "R" for "revision or change." When placed in the margin (right side on odd numbered pages and left side on even numbered pages of single-column format, and in the left or right margins where changes occur in two-column format), each such letter will be accompanied by an appropriate parenthesis or bracket. (Examples: "A)"; "(R"; etc.) | |
| 13. SIGNATURE
 a. Location | The signature and related information (i.e., name, and title or "By direction," as authorized) begins at, or approximately at, the horizontal center of the page on directives issued by a single issuing authority. See table II for signature requirements on joint directives. | |
| R) b. Requirements | Signature requirements are the same as those specified for naval correspondence in SECNAVINST 5216.5A, Department of the Navy Correspondence Manual, except that directives addressed to all ships and stations or SNDL, parts 1 and 2 (both "action" and "information" copies) shall be signed by: the Secretary of the Navy or one of his civilian executive assistants; the chief official of a Department of the Navy Staff Office; any officer of three- or four-star rank assigned in a duty status to a Washington headquarters organization; or, provided that he is of flag rank, the chief official of a Washington headquarters organization or major OPNAV component, as authorized by the Chief of Naval Operations. When the signature page of a directive is revised, the changes made should include a new signature if the original signing official is no longer an appropriate signing official for the particular directive. | |
| 14. DISTRIBUTION
 a. Selecting Addressees | Distribution shall be based on "need to act" and "need to know." The following should be considered:

The purpose and subject content of the directive, and the distribution made of related directives or any document listed for cancellation.

The organizational aspects of the directive, such as the mission and functions covered, who performs or is concerned with the functions, and supervisory and command relationships involved. | |
| b. Selection Review | The drafter of a directive has the primary responsibility for determining to whom it is applicable, and for ensuring that the distribution list is accurate in all respects.

Each issuing authority shall require a minimum of three reviews of the distribution list of each directive, prior to its being issued by him or on his behalf (i.e., by the writer of the directive, the directives control point, and the signing official or his immediate staff), with positive, separate indications of the affirmative results of the first two of these reviews to be noted on the master file copy of the directive. In addition, continuing or frequent postaudits of distribution lists should be made by the management analysis staff or other designated unit, and appropriate remedial measures taken. | |
| c. Naval Shore Activities | When a directive is addressed to shore activities, special consideration should be given to including in the "copy to" distribution, on the basis of interest or need to know, every senior official in the command lines involved. | |
| d. Marine Corps Field Activities | Directives proposed for distribution to Marine Corps field activities (less those pertaining only to Navy personnel) shall be coordinated with the Commandant of the Marine Corps (ABP), for advice as to Marine Corps applicability, and for distribution designation, as follows: | |
| (1) *SECNAV Directives* | The Commandant of the Marine Corps shall designate any distribution required, in addition to that included in the Standard Navy Distribution List (SNDL), parts 1 and 2. | |
| (2) *Washington Headquarters Organizations* | The Commandant of the Marine Corps shall advise as to Marine Corps applicability, and shall specify any distribution to be made to Marine Corps activities not having Navy personnel attached. The specific | |

SECNAVINST 5215.1C
14 April 1970

TABLE 1 – PREPARATION OF LETTER-TYPE DIRECTIVES (CON.)

| ITEM | INSTRUCTION | NOTICE |
|---|---|---|
| **(2) Washington Headquarters Organizations (Continued)** | Marine Corps distribution list code(s) shall be shown under the "distribution" line of each Washington headquarters organization directive addressed to Marine Corps field activities (other than those pertaining to Navy personnel). In addition to this specific designation, a statement regarding the extent or kind of implementation action required by Marine Corps activities should be included in the text when needed to clarify Marine Corps action. | |
| e Listing Addressees | Supplementary distribution information (i.e., SNDL codes, special list codes, or number of copies to be distributed, when required), is shown under this caption. Codes are listed first in numerical and then in alphabetical sequence, except that SNDL A and B, when used, are listed first. SNDL codes precede non-SNDL codes. The titles, short titles, or other commonly accepted abbreviations may be added in parentheses after the code where it is particularly significant or desirable. In determining the desirability in adding the titles, short titles, or abbreviations, consideration should be given to whether their inclusion will require the printing or collation of additional pages. Parts of titles or codes may be addressed when only certain activities of a collective or descriptive title of an SNDL code are to be addressed. Exclude those not requiring the directive, by using the word "less" or the limiting word "only." (Vertical listing of addressees or list codes is preferred. Vertical listing, arranged in more than one column, is permissible. However, paragraph listing should be used when it will obviate an additional page(s).) If there is more than one activity with the same title, so that the title alone is not distinctive, the mail address or sufficient portion thereof is included with the title. Examples: NAS (the activity title), Dallas (the mailing address); NAS, Atlanta (the activity title; the mailing address, Marietta, is not needed, since the full activity title is distinctive). | (R

(A |
| **f. Determining Number of Copies** | | |
| (1) General Requirement | Normally, the issuing authority shall furnish each addressee ~~a minimum of~~ *NO MORE THAN* two copies of each directive distributed: one for his master set and one for his action (or information) office. | |
| (2) Established Requirements | The number of copies to be distributed need not be shown when an established standard or special distribution list is used and it is not necessary to increase or decrease the established quantities. These lists (e.g., all ships and stations lists) already indicate quantity requirements for each addressee. | |
| (3) Classified Directives | In order to lessen accountability and control workload, and the possibility of compromise and loss, the issuing authority shall distribute a minimum number of copies of confidential and secret directives. | (A |
| h g Distributing by Airmail | ~~When information is urgent, or when a directive includes a deadline date for reporting or compliance and the time allowed is limited, airmail shall be used for addressees located at a considerable distance from the originating authority; e.g., 250 or more miles, or overseas.~~ | (R |
| g h Need to Retain | Each addressee of a directive is permitted to exercise his own judgment as to whether he needs to retain the directive in file, and administrative inspection lists shall take recognition of this discretion, provided that appropriate higher authority may publish lists of directives which must be held. Fleet commanders in chief are encouraged to institute "must hold" lists for their type commands. | (A |
| j i Need to Know | In order to assist issuing authorities in restricting distribution lists to those who "need to know," the following procedure is suggested: | (R |
| (1) Addressees | If a directive has a selected distribution list (is not addressed to all ships and stations), an addressee is encouraged to use OPNAV form 5210/41, Records (Paperwork) Management Improvement Recommendation, or a handwritten or stamped endorsement on a copy of the directive being questioned, to suggest to the issuing authority that he be deleted from future revisions and changes to that directive. | (A |
| (2) Replies to Requests for Deletion | No replies to requests for deletion from distribution lists are required, unless the deletion is questioned. | (A |
| (3) Changes to Directives | Changes to directives shall not be issued solely to modify distribution lists. | (A |
| k j. Changes to All Ships and Stations Distributions | An addressee wishing to change his all ships and stations distribution requirement should submit a request for change to the ~~Navy Publications and Printing Service~~ *CHIEF OF NAVAL OPERATIONS (OP-098).* | (A |

SECNAVINST 5215.1C
14 April 1970

### TABLE 1 — PREPARATION OF LETTER-TYPE DIRECTIVES (CON.)

| ITEM | INSTRUCTION | NOTICE |
|---|---|---|
| j<14/ Changes to All Ships and Stations Distribution (Continued) | The all ships and stations distribution is a special, fixed-quantity distribution list oriented to the repetitive distribution of a single issuance by means of a weekly transmittal sheet. Accordingly, the quantity amounts cannot be altered to accommodate special requirements for certain items. Therefore, any re-quested change by an activity will automatically change all future distributions to the requesting activity. | |
| A) k. Shorter Distribution Lists | It is not necessary, in most instances, to repeat the entire distribution list on an unclassified change transmittal when the change is issued to a directive with a long distribution list. Instead, "same as basic directive" should be used following the word "Distribution" on the change transmittal. (One copy of the basic directive should be furnished to the distribution activity, to accomplish mailing of the change, and two copies should be furnished to the directives control point, for (1) the master binder, and (2) the official case file.) The issuing authority is responsible for ensuring that the distribution list furnished the distribution activity and the directives control point is current, in accordance with the Standard Navy Distribution List. | |
| 15. INFORMATION COPIES | | |
| a. Identification | Information addressees are shown under the "copy to" line, generally by SNDL codes. If no codes have been established for addressees (e.g., non-naval activities, such as other Government agencies), specific title and, if necessary, complete address are shown. | |
| b. Quantity | Quantity requirements, if indicated, are typed in parentheses after the "copy to" line if the same quantity is sent each addressee, or after the list codes if different quantities are sent to addressees. | |
| R) c. Directives to the Operating Forces | The Chief of Naval Operations (09B1   ) shall be included as a "copy to" addressee on each directive prepared by Washington headquarters organizations and going to the operating forces, when he is not an action addressee. | |
| A) d. Implementation by Subordinate Commands | When it is known that a directive will require further implementation by subordinate commands, prospective addressees of the implementing directive should be included as "copy to" addressees, wherever this distribution would contribute to efficiency and economy. | |
| R) 16. STOCKING INFORMATION | The designated stocking point, or other appropriate stocking information, shall be included on each directive, excluding notices, distributed outside the issuing organization. | |
| R) 17. DRAFTER'S IDENTIFICATION | The following information shall be placed on all file copies: Drafter's name, organizational title or code number, room number, building, telephone number, and date typed. Exceptions to this practice: Very small activities; cases where the original is to be duplicated, and equivalent identification will be maintained on other documents, such as route sheets, attached to the directive; and where coded identification of the specific originator is included in the identification symbols. | |
| R) 18. PAGE NUMBERS | Pages are numbered consecutively, beginning with the second page. Extra pages resulting from the inclusion of additional data in a change to a directive shall be numbered with the page number of the preceding page plus a small (lowercase) letter, as 10a, 10b, and 10c. If, as indicated in the above example, three additional pages are required, the fourth page would be blank (assuming printing on both sides of the sheet), but would assume the next number (i.e., 10d) for control purposes. A page(s) added after the last page of a directive shall be numbered with the next sequential number(s) following the last page. (Extra pages or added pages are transmitted by change transmittal.) | |
| 19. CROSS REFERENCE | Cross-reference sheets shall be prepared and distributed with instructions when they will be needed by users to indicate or facilitate the location of an instruction. Recipients shall file the sheets in the master binder. | |
| a. Locator Cross-Reference Sheets | Locator cross-reference sheets shall be issued when directives will be maintained outside the directives binder because of their security classification or bulk. | |

SECNAVINST 5215.1C
14 April 1970

TABLE 1 — PREPARATION OF LETTER-TYPE DIRECTIVES (CON.)

| ITEM | INSTRUCTION | NOTICE |
|---|---|---|
| b. Subject Cross-Reference Sheets | Subject cross-reference sheets shall be issued with instructions when two or more subjects are applicable, or an instruction covers two or more major subjects that logically should not be issued as separate instructions. The subject cross-reference number shall be shown on the lower left of the signature page of the instruction being cross-referenced (e.g., CROSS REFERENCE 100l). The cross-reference sheets shall not be assigned consecutive numbers. | |
| c. Canceling Cross-Reference Sheets | The subject cross-reference sheets shall be canceled specifically by the issuing authority at the same time the referenced instruction is canceled. | |
| 20. REPETITIVE MINOR CHANGES | When the same change occurs many times throughout a directive, a single change sheet may be issued, provided the issuing authority determines that it is justified and sufficient. Such a special change sheet may be justified when the use of pen changes would require excessive expenditure of personnel time, or the use of page changes would be tantamount to a complete reprinting. The change sheet shall state that the change is applicable throughout the directive, and that it is being issued in lieu of numerous changes. The sheets shall be inserted by recipients at an appropriate place at the beginning of the directive being revised. They remain in effect until a revision incorporates all the changes or the basic directive is canceled. Issuance of such special change sheets, however, should be avoided whenever possible. | |

SECNAVINST 5215.1C
14 April 1970

TABLE 2 — PREPARATION OF SPECIAL-TYPE DIRECTIVES

| ITEM | INSTRUCTION | NOTICE |
|------|-------------|--------|
| 1. MESSAGE-TYPE | | |
| a. Identification | | |
| (1) *General* | A message that is a directive has additional identification at the head of the text, consisting of the authorized abbreviation of the issuing authority, followed by the designation "INST" for an instruction or "NOTE" for a notice, and the appropriate subject identification code. | |
| (2) *Washington Headquarters Organizations* | A general message, which contains information coming within the scope of the directives issuance system, will carry a directive identification number, in addition to series identification. | (A |
| b. Consecutive Numbers | Consecutive numbers shall not be assigned to message instructions. | |
| c. Changes | Changes to message directives shall be identified in the text by an appropriate change number. Examples: SECNAVINST 5215 CH-l or SECNAVNOTE 5215 CH-l. | (A |
| d. Cancellation | A message directive is automatically canceled 90 days following the release date, except when: (1) the text provides for earlier cancellation; (2) a subsequent release (change) specifically extends the time; or (3) it is reissued in letter-type directive format. The cancellation paragraph of the latter shall identify and supersede the message it replaces. | |
| 2. PUBLICATION-TYPE | | |
| a. Identification | Directive identification information and the issuance date shall be placed on the title page or the cover, as is applicable. They need not be shown on each page, as is required for letter-type directives. When separate covers or binders are used, they shall show the title, issuing office, and the directive identification information, subject code number, and the consecutive (point) number, if applicable. The edition designation and the date of issue need not be shown on the cover, but they must be included in the transmittal. | (R |
| b. Contents | The contents of a publication issued in the directives issuance system shall include the following: | |
| | (1) A locator cross-reference sheet. | |
| | (2) A signed transmittal prepared in letter-type directive format. Distribution and stocking information should be shown on the signed transmittal, or, if necessary, on a separate page. | |
| | (3) A table of contents, as appropriate. | |
| | (4) A record-of-changes page. | |
| c. Changes | Publication-type instructions are changed in the same manner as letter-type instructions. (See table l.) | |
| d. Bringing into the System | Publications or manuals not in the directives issuance system may be brought into the system without reprinting, by issuing an instruction that changes the publication number to a directive number. The instruction shall (1) make specific reference in its text to the publication it is bringing into the system, and (2) transmit a locator cross-reference sheet, or provide a space for indicating the location of the publication if it is likely to be maintained outside the directives binder. | |
| e. Distribution *(Need to Know)* | In order to assist originators in restricting distribution lists to those who "need to know," the following procedure is suggested: | (A |
| (1) *Issuing Authorities* | If a publication-type directive has a selected distribution list (those not addressed to all ships and stations), issuing authorities are encouraged to use OPNAV form 5210/41, Records (Paperwork) Management Improvement Recommendation, preferably bound with the publication, and perforated for tearing out by addressees. | (A |
| (2) *Addressees* | Addressees should utilize the form to request the issuing authority to delete them from future revisions and changes to the directive. | (A |
| (3) *Replies to Requests for Deletion* | No replies to requests for deletion from distribution lists are required, unless the deletion is questioned. | (A |

21

SECNAVINST 5215.1C
14 April 1970

### TABLE 2 – PREPARATION OF SPECIAL-TYPE DIRECTIVES (CON.)

| ITEM | INSTRUCTION | NOTICE |
|---|---|---|
| **3. JOINT DIRECTIVES** | | |
| R)   a.  **Intra-Navy** | A directive issued by two or more components of the Department shall be identified in one of the following ways: | |
| | (1) Assignment of separate, complete directive identification for each participating organizational component (as is done for joint interservice directives). Each of the separate directive identification numbers is shown on a different line as the designation abbreviation in the identification symbols and as the directive designation. | |
| | Designation abbreviation example: BUMEDINST 5000.10<br>                                                         BUPERSINST 5000.15 | |
| | Designation example: | |
| | BUMED INSTRUCTION 5000.10<br><u>BUPERS INSTRUCTION 5000.15</u> | |
| | When, in either the directive designation or the designation abbreviation, it is necessary to break one of the items, the second line is indented two spaces. There is only one underscore for the directive designations, extended the length of the longest line. | |
| | (2) Assignment of a composite single identification, using the abbreviated identification of each component in the identification and designation lines, separated by a diagonal line with one subject identification number, including consecutive point number, where applicable. Because it sometimes may be difficult to determine a component with primary cognizance, and because each component assumes continuing responsibilities concerning a joint directive, a separate series of instruction consecutive point numbers for each combination of issuing components, unrelated to the numbers assigned to instructions issued by one of them, shall be assigned. When it is necessary to break either the directive designation or the designation abbreviation, it should be broken after the diagonal line separating the abbreviation of the issuing authorities or after the abbreviation of the second issuing authority. Examples: | |
| | COMALASKANSEAFRON/<br><u>COMSEVENTEENINST 5000.10</u> | |
| | COMALASKANSEAFRON/COMSEVENTEEN-<br>    <u>INST 5000.10 CH-1</u> | |
| A)  (1) *Referencing* | All references to a joint directive should be to the complete identification symbol and designation line. | |
| A)  (2) *Checklisting* | Each participating component should include the directive in its checklist. | |
| A)  (3) *Use* | Issuing authorities are cautioned against use of the joint directive, except when essential to obtain necessary jurisdictional coverage. This is particularly relevant when additional duty or "double-hatted" staffing exists. In all types of cases, consideration should be given to a regular issuance by the next higher common superior. | |
| R)  (4) *Signature Location* | The signature and related information (i.e., name, and title or "By direction") of the issuing authority ends flush with the right margin; that of the first cosigner begins at the left margin; and that of the third participant is centered between them. | |
| A) | If a joint directive is used by a "double-hatted" official, only one signature is required, located at the same place as on directives from the chief official of a single command. | |
| b.  **Interservice** | A directive issued jointly by the Navy and one or more of the other military services is assigned a separate designation by each of the participating services. When issued in the directives issuance system, an interservice directive shall carry the authorized abbreviation of the cognizant Navy component in the same manner as other directives issued by that component. | |

22

SECNAVINST 5215.1C
14 April 1970

TABLE 2 — PREPARATION OF SPECIAL-TYPE DIRECTIVES (CON.)

| ITEM | INSTRUCTION | NOTICE |
|------|-------------|--------|
| c. Changes | When the text of a joint directive is to be changed, coordination with the other issuing authorities must be effected before the change is promulgated. Such changes are issued in the same manner as other letter-type directives. (See table 1.) | (R |
| d. Supplements | A supplement may be issued to a joint interservice instruction to provide information or procedures specific to components of the Department of the Navy, provided it does not alter the terms of the basic joint directive. | (A |

EXHIBIT I.  SAMPLE INSTRUCTION

(Asterisks indicate items that may not be required or applicable)



**Letterhead**
If typed, beginning on 4th line from top of page, centered.

* **Classification**
Typed in capitals, 1 line (2 lines if there is an overlap) below date, beginning at left margin. (Many dates which are rubber stamped occupy approximately 2 lines.)

**Designation**
Beginning at left margin, typed in capitals and underlined, on 2nd line below classification, if any; otherwise on 2nd line below date.

* **From**
2 lines below preceding line of typing, beginning at left margin.

* **To**
1 line below preceding line of typing, beginning at left margin.

* **Enclosure(s)**
2 lines below preceding line of typing, beginning at left margin, each enclosure notation beginning on a new line. Numbered (1), (2), (3), etc., and described.

**Text**
Principal paragraphs are numbered; subparagraphs are alternately lettered or numbered, as in outlining; paragraph titles are underlined. Heading is followed by period if text follows immediately. If heading stands alone, normally followed by blank line, period is omitted. *Note: Last paragraph identifies forms and reports, if any, and includes their titles and symbols/numbers.

* **Down...ing**
Automatic time-phased downgrading, or automatic declassification information shall be shown on each classified directive, with special notation that applies to its contents.

25

**CONFIDENTIAL**

COMMANDER IN CHIEF
UNITED STATES ATLANTIC FLEET
NORFOLK, VIRGINIA  23511

CINCLANTFLTINST C5000.0
AF-01-02
Ser 064-210
1 Feb 1970

CONFIDENTIAL (Unclassified upon removal of enclosure)

CINCLANTFLT INSTRUCTION C5000.0

From:  Commander in Chief, U.S. Atlantic Fleet

Subj:  First page of a letter-type directive; sample of (U)

Ref:   (a) (Describe)

Encl:  (1) (Describe)

1.  Purpose.  (Text)

2.  Cancellation.  (Identification of directives being canceled, if any.)

3.  Title.  (Text)

4.  Title.  (Text)

    a.  Title (optional) (Text)

    b.  Title (optional) (Text)

5.  Title.  (Text)

6.  Title.  (Text)

7.  Title.  (Text)

GROUP-4
Downgraded at 3 year intervals;
Declassified after 12 years.

CONFIDENTIAL
**CONFIDENTIAL**

* **Classification**
Marked, top outside margin.

**Identification Symbols**
Designation abbreviation, drafter's code (or other identification, if employed locally), serial number, if any (required, if classified), and date. 1 line (2 lines if there is an overlap) below letterhead. Blocked at left with longest line ending flush with right margin. If designation abbreviation overlaps last line of letterhead, it should either be typed on second line below last line of letterhead, or divided into 2 lines, broken after "INST" or "NOTE."

**Subject**
3 lines below preceding line of typing, beginning at left margin.

* **Reference(s)**
2 lines below preceding line of typing, beginning at left margin, each reference citation beginning on a new line. Lettered (a), (b), (c), etc., and described.

**Note**
This is a sample of the first page of a multiple-page instruction. Refer to sample of continuation page for guidance on format for signature, distribution, and stocking information.

* **Classification**
Typed in capitals and marked, bottom outside margin.

SECNAVINST 5215.1C
14 April 1970



EXHIBIT 2.  SAMPLE CONTINUATION PAGE OF AN INSTRUCTION
(Asterisks indicate items that may not be required or applicable)

SECNAVINST 5215.1C
14 April 1970

26

**Classification**
Typed in capitals on 4th line and marked above. Even-numbered page: begins at left margin. Odd-numbered page: top outside margin.

**Identification**
2 lines below classification, if any, or on 4th line from top of page. Even-numbered page: begins at left margin. Odd-numbered page: longest line ending flush with right margin.

**CONFIDENTIAL**

NAVMATINST C0000.0
1 Feb 1970

5.  *(C) <u>Title</u>.  (Text)

6.  *(U) <u>Title</u>.  (Text)

   a.  *<u>Title</u>.  (Text)

   b.  *<u>Title</u>.  (Text)

JOHN L. DOE
By direction

**Distribution**
Quantity requirements, if necessary are typed in parentheses after "Distribution" if same quantity is sent to each addressee; or after list code if different quantities are sent to addressees. Typed 2 lines below last line of signature information, blocked at left margin.

Distribution (3 copies):
SNDL FF1 (Naval District Commandants)

Copy to (2 copies):
SNDL 21A (Fleet Commanders in Chief)

Stocked:
Supply and Fiscal Department (514.32)
Naval Station
Washington, D.C.  20390

**Signature**
Name in capitals typed or stamped, on 4th line below preceding line of typing, beginning at horizontal center of page. Title or "By direction" (when required), 1 line below, and blocked with, name.

**Copy to**
Quantity requirements, if necessary, are typed in parentheses after "Copy to." Typed on 2nd line below last line of "Distribution" information.

**Stocking**
2 lines below preceding line of typing, beginning at left margin.

**Cross Reference**
Typed at lower left of signature page, approximately 1 inch from bottom.

**Classification**
Typed in capitals and marked. Even-numbered page: begins at left margin. Odd-numbered page: bottom outside margin.

Cross Reference 1001

CONFIDENTIAL
**CONFIDENTIAL**

2

**Page Number**
Pages are numbered consecutively, beginning with second, 3 lines or ½ inch from bottom of page, centered.

**EXHIBIT 3.  SAMPLE NOTICE**
(Asterisks indicate items that may not be required or applicable)

---



DEPARTMENT OF THE NAVY    Canc frp*:  Feb 70
OFFICE OF THE CHIEF OF NAVAL OPERATIONS
WASHINGTON, D.C. 20350

IN REPLY REFER TO
OPNAVNOTE 0000
Op-09B
1 Dec 1969

<u>OPNAV NOTICE 0000</u>

From:  Chief of Naval Operations
To:    Commandants of Naval Districts

Subj:  (Describe)

1.  <u>Purpose</u>.  (Text)

2.  <u>Title</u>.  (Text)

3.  <u>Title</u>.  (Text)

    a.  <u>Title</u>. (optional) (Text)

    b.  <u>Title</u>. (optional) (Text)

4.  <u>Cancellation</u>.  When action has been completed.

J. L. DOE
By direction

Distribution (3 copies):
SNDL FF1 (Naval District Commandants)

Stocked:
OPNAV (09B24)

---

**Designation**
Typed in capitals and underlined, 5 lines below last line of address in letterhead, if unclassified (7 lines if classified), beginning at left margin.

* **Text**
Next-to-last paragraph identifies forms and reports, if any, and includes their titles and symbols/numbers. If cancellation has contingent provision, this is stated in last paragraph. Date is always last day of month, except when such date would create an administrative problem.

* **Stocking**
Not mandatory on notices, since stocks are held by originating offices.

27

**Note**
This sample emphasizes items peculiar to a notice. Refer to sample instruction and continuation page for guidance on common items.

SECNAVINST 5215.1C
14 April 1970

SECNAVINST 5215.1C
14 April 1970

28

EXHIBIT 4.  SAMPLE CHANGE TRANSMITTAL



**DEPARTMENT OF THE NAVY**
OFFICE OF THE SECRETARY
WASHINGTON, D. C. 20350

SECNAVINST 5215.1C CH-1
Op-09B
1 Mar 1970

**Designation**
Complete identification of change transmittal, typed in capitals and underlined, beginning at left margin.

SECNAV INSTRUCTION 5215.1C CHANGE TRANSMITTAL 1

From:   Secretary of the Navy
To:     All Ships and Stations

**Subject**
Subject of directive being changed is always given.

Subj:  Department of the Navy Directives Issuance System

Encl:  (1)  Revised page 10

1.  Purpose.  To transmit new page 10, which revises procedures for preparing a change of transmittal.

2.  Action.  Remove page 10 of the basic instruction and insert enclosure (1).

J. LEE DOE
Under Secretary of the Navy

Distribution:
SNDL, Parts 1 and 2
MARCORPS Lists H and I

Stocked:
Supply and Fiscal Dept. (514.32)
Naval Station
Washington, D.C.  20390

**Note**
This sample emphasizes items peculiar to a change transmittal. Refer to sample instruction for guidance on common items.

EXHIBIT 5.  SAMPLE CHANGE TRANSMITTAL
COVERING REPETITIVE CHANGES TO A DIRECTIVE



DEPARTMENT OF THE NAVY
OFFICE OF THE SECRETARY
WASHINGTON, D.C. 20390

SECNAVINST 5215.13A CH-2
SUP 0621
2 Feb 1970

SECNAV INSTRUCTION 5215.13A CHANGE TRANSMITTAL 2

From:  Secretary of the Navy

Subj:  Defense Supply Agency publications

Encl:  (1)  List of designated service representatives

1.  Purpose.  To transmit change 2 to the basic instruction.

2.  Change.  Remove enclosure (1) and insert the revised
enclosure (1), furnished herewith.

3.  Repetitive Changes.  The following repetitive change is
applicable throughout the basic instruction; this change is
issued in lieu of numerous changes:  "Commander, Naval Supply
Systems Command" vice "Chief, Bureau of Supplies and Accounts";
and "command(s) and bureau(s)" vice "bureau(s)."

4.  Filing.  This change transmittal should be inserted at
the beginning of the basic instruction, in lieu of making
numerous changes.

5.  Cancellation.  When the basic directive is superseded
by a revision, or is otherwise canceled.

A. B. SEA

Distribution:
SNDL A (Navy Department)

Stocked:
Supply and Fiscal Dept. (514.32)
Naval Station
Washington, D.C.  20390

Is filed, not canceled.

Effective until revision or cancellation of basic
directive.

29

EXHIBIT 6.  SAMPLE LOCATOR CROSS-REFERENCE SHEET



LOCATOR CROSS-REFERENCE SHEET                    OPNAVINST 5510.1C
                                                 26 April 1965

Use exact subject or publication title.

Subj:  Department of the Navy Security Manual for Classified
       Information

Brief statement of content may be added when
desirable.

This directive is not filed in these directives binders, but
may be found at the following location:

The instruction or notice is completely identified.
This cross-reference sheet is filed under this
number in directives binder.

EXHIBIT 7.   SAMPLE SUBJECT CROSS-REFERENCE SHEET



SUBJECT CROSS-REFERENCE SHEET

BUPERS 1001

Use exact number, date, and subject shown on directive.

This number indicates general subject matter area only; no specific directive number is applicable. File in directives binder under this number, immediately preceding all directives bearing this subject number.

See:  BUPERSINST 5400.1P of 12 Feb 1969, Table of Organization for the Naval Reserve

A brief of content of directive should be included if subject is not sufficiently descriptive.

31

SECNAVINST 5215.1C
14 April 1970

EXHIBIT 8.  SAMPLE MESSAGE



Directive identification and subject. If this is Instruction or change transmittal, designation would be changed accordingly.

NOTE
Use of OCR (optical character recognition) type font, as in this exhibit, is required only when local communications instructions so specify.

All elements of a message-type directive except this identification line are prepared in accordance with standard instructions for regular messages not in Department of the Navy Directives Issuance System.

32

SECNAVINST 5215.1C
14 April 1970

INDEX

(Figures in parentheses indicate paragraph numbers)

**A**

| | Page |
|---|---|
| "A" - Additions (12) | iii, 16 |
|   See also Revision(s) | |
| Addressees: | |
|   Listing (14) | 17 |
|   Need to act (14) | 16 |
|   Need to know (14) | 16 |
|   Selecting (14) | 17 |
| Airmail: | |
|   See Distribution | |
| All ships and stations: | |
|   Changes to distribution requirements (14) | 17 |
|   Definition (1) | 1 |
|   Signature requirements (13) | 16 |
| Asterisk (*) (12) | 16 |

**B**

| | Page |
|---|---|
| Brief sheet: | |
|   See Enclosure(s) | |
| Bulletin (applies only to Marine Corps issuances): | |
|   Definition (1) | 1 |

**C**

| | Page |
|---|---|
| Canceled directives: | |
|   Referencing (10) | 12 |
| Cancellation(s): | |
|   Change transmittal (12) | 15 |
|   Consolidated list of (2) | 3 |
|   Message-type directive (1) | 21 |
|   Notice (4), (12) | 9, 15 |
|   See also Paragraphs | |
| Capitalization: | |
|   See Lowercase vs. | |
| Change(s): | |
|   Entering (3) | 8 |
|   Indication of: | |
|     "A" - additions (12) | iii, 16 |
|     "D" - deletions (12) | iii, 16 |
|     "R" - revisions (12) | iii, 16 |
|     Asterisk (*) (12) | 16 |
|   Joint directives (3) | 23 |
|   Manuals (2) | 3 |
|   Message-type directives (1) | 21 |
|   Page: | |
|     Definition (1) | 2 |
|     One-page (5) | 10 |
|     Revised first (5) | 10 |
|     Signature (13) | 16 |
|   Paste-in (1) | 2 |
|   Pen (1) | 2 |
|   Publication (2) | 3 |
|   Publication-type directive (2) | 21 |
|   Repetitive minor (20) | 19, 29 |
|   Summary of (12) | 15 |
|   System: recommendations for (5) | i |
| Change transmittal(s): | |
|   Consecutive numbers assigned to (6) | 12 |
|   Definition (1) | 1 |
|   Exhibits (4), (5) | 28, 29 |
|   Identifying (6) | 11 |
|   Indicating changes in text (12) | 15 |
|   Labeling enclosures to (11) | 13 |
|   Self-canceling provision (12) | 15 |

| | Page |
|---|---|
| Change transmittal(s) (con.): | |
|   Shorter distribution lists (14) | 18 |
|   Subject (9) | 12 |
|   To classified directives (3) | 9 |
|   Upgrading or downgrading (12) | 15 |
| Checklist(s): | |
|   Definition (1) | 1 |
|   Joint directives (3) | 22 |
|   Numerical (3) | 4, 5 |
|   See also Index | |
| Chief of Naval Operations: | |
|   Approval of requests for recurring reports from the operating forces (3) | 4 |
|   "Copy to" addressee on directives to the operating forces (15) | 18 |
|   Responsibilities (5), (3) | i, 3, 4 |
| Classified directive(s): | |
|   Distribution of (14) | 17 |
|   Downgrading and declassification (3) | 9 |
|   Indication of classification (6) | 10 |
|   Paragraph markings (Exhibit 2) | 26 |
|   Samples (Exhibits 1 and 2) | 25, 26 |
|   Serial numbers (5) | 10 |
|   Subject (9) | 12 |
|   See also Security | |
| Commandant of the Marine Corps: | |
|   Distribution requirements (14) | 16 |
|   Responsibilities (3) | 5 |
| Consolidated list of canceled directives (2) | 3 |
| "Copy to": | |
|   Information copies, (15) | 18 |
|   Directives to the operating forces | 18 |
|   Identification | 18 |
|   Implementation by subordinate commands | 18 |
|   Quantity | 18 |
|   See also Distribution | |
| Correspondence manual: | |
|   Directives application to (1) | 7 |
|   Signature requirements (13) | 16 |
| Criteria for issuing in the system (2) | 2, 3 |
|   Exceptions | 3 |
|   Optional | 3 |
|   Standard | 2 |
| Cross-reference sheet (subject or locator): | |
|   Canceling (12), (19) | 14, 19 |
|   Definition (1) | 1 |
|   Exhibits (6 and 7) | 30, 31 |
|   Filing (3), (19) | 8, 18 |
|   Need for (19) | 18 |
|   Preparation (19) | 18, 19 |
| "Current edition": | |
|   See Reference line(s) | |

**D**

| | Page |
|---|---|
| "D" - Deletion (12) | iii, 16 |
|   See also Revision | |
| Declassification (3) | 9 |
| Definitions: | |
|   All ships and stations (1) | 1 |
|   Bulletin (1) | 1 |
|   Change transmittal (1) | 1 |
|   Checklist (1) | 1 |
|   Cross-reference sheet (1) | 1 |
|   Directive (1) | 1 |
|   Directives issuance system (1) | 1 |

33

SECNAVINST 5215.1C
14 April 1970

Page

Definitions (con.):
  Distribution list (1). . . . . . . . . .  1
  Instruction (1). . . . . . . . . . . .  1
  Issuing authority (1). . . . . . . . .  1
  Joint directive (1). . . . . . . . . .  1
  Letter-type directive (1). . . . . . .  1
  Message-type directive (1) . . . . . .  1
  Notice (1) . . . . . . . . . . . . . .  1
  Order (1) . . . . . . . . . . . . . . .  1
  Page change (1). . . . . . . . . . . .  2
  Paste-in-change (1). . . . . . . . . .  2
  Pen change (1) . . . . . . . . . . . .  2
  Preparing authority (1). . . . . . . .  2
  Publication-type directive (1) . . . .  2
  Revision (1) . . . . . . . . . . . . .  2
  Special distribution list (1). . . . .  2
  Standard Navy distribution list (SNDL)
    (1). . . . . . . . . . . . . . . . .  2
  Supplement (1) . . . . . . . . . . . .  2
  Washington headquarters organizations
    (1). . . . . . . . . . . . . . . . .  2
  Weekly transmittal sheet (1) . . . . .  2
Designation line (6) . . . . . . . . . .  10
Directive(s):
  Citing (10). . . . . . . . . . . . . .  13
  Consolidated list of canceled (2). . .  3
  Definition (1) . . . . . . . . . . . .  1
  Designation (16) . . . . . . . . . . .  10
  Disposal (3) . . . . . . . . . . . . .  8
  Downgrading and declassification (3) .  9
  Filing (3) . . . . . . . . . . . . . .  7, 8
  Joint (1), (3) . . . . . . . . . . . .  1, 22
  Letter-type (1), (1) . . . . . . . . .  1, 7
  Message-type (1), (1). . . . . . . . .  1, 21
  Preparation (1) . . . . . . . . . . . .  7
  Publication-type (1), (2). . . . . . .  2, 21
  Requisitioning (2) . . . . . . . . . .  7
  Security classification (3). . . . . .  9
    Continuation page(s) (Exhibit 2). .  26
    First page (Exhibit 1). . . . . . .  25
  Special-type (1) . . . . . . . . . . .  7
  Stocking (2) . . . . . . . . . . . . .  7
Directives control point (or similar desig-
  nated unit):
  Responsibilities (3) . . . . . . . . .  4
Disposing of directives (3). . . . . . .  8
Distribution:
  Airmail (14) . . . . . . . . . . . . .  16
  Changes to all ships and stations (14) .  17
  Changes to modify lists (14) . . . . .  17
  Determining number of copies (14). . .  17
    Classified directives . . . . . . .  17
    Established requirements . . . . . .  17
    General requirement . . . . . . . .  17
  Listing addressees (14). . . . . . . .  17
  Marine Corps field activities (14) . .  16
    SECNAV directives . . . . . . . . .  16
    Washington headquarters organizations  16
  Naval shore activities (14). . . . . .  16
  Need to act (1). . . . . . . . . . . .  1
  Need to know (1), (14) . . . . . . . .  1, 16,17
  Need to retain (14). . . . . . . . . .  17
  Publication-type directive (2) . . . .  21
  Replies to requests for deletion (14). .  17
  Requests for deletion from (14). . . .  17
  Selecting addressees (14). . . . . . .  16
  Selection review (14). . . . . . . . .  16
  Shorter lists (14) . . . . . . . . . .  18
    Unclassified change transmittals. . .  18
  Special list; definition of (1). . . .  2
  Standard Navy distribution list (SNDL);
    definition of (1). . . . . . . . . .  2
  Washington headquarters organizations
    copies to NPPS (3) . . . . . . . . .  5

Page

Distribution (con.):
  See also "To" line
Downgrading (3). . . . . . . . . . . . .  9
Drafter's identification (17). . . . . .  18
Due dates (12) . . . . . . . . . . . . .  15

E

Enclosure(s) (11). . . . . . . . . . . .  13, 14
  Brief sheet. . . . . . . . . . . . . .  13
  Identification . . . . . . . . . . . .  13
  Labeling . . . . . . . . . . . . . . .  14
  Line(s). . . . . . . . . . . . . . . .  13
  Reissuing directives as. . . . . . . .  14
Exhibits (samples):
  Change transmittal (4) . . . . . . . .  28
  Continuation page of an instruction (2)  26
  First page of an instruction (1). . . .  25
  Locator cross-reference sheet (6) . . .  30
  Message (8) . . . . . . . . . . . . . .  32
  Notice (3). . . . . . . . . . . . . . .  27
  Repetitive minor changes (transmittal)
    (5). . . . . . . . . . . . . . . . .  29
  Subject cross-reference sheet (7) . . .  31

F

Filing arrangements:
  Cross-reference sheets (3). . . . . . .  8
  Directives in general correspondence
    files (3) . . . . . . . . . . . . . .  8
  Instructions (3). . . . . . . . . . . .  7
  Notices (3) . . . . . . . . . . . . . .  7
Form(s):
  Canceling in consolidated lists (2) . .  3
  Issuing and ordering prescribed (2) . .  7
  OPNAV 5210/41, Records (Paperwork) Man-
    agement Improvement Recommendation
    (14), (2) . . . . . . . . . . . . . .  17, 21
  Paragraph canceling (12). . . . . . . .  14
  Paragraph requiring (12). . . . . . . .  14
  Special requirements (12) . . . . . . .  14
    Availability . . . . . . . . . . . .  14
    Blank. . . . . . . . . . . . . . . .  14
    Furnishing . . . . . . . . . . . . .  14
    Identifying number . . . . . . . . .  14
    Sample (filled in) . . . . . . . . .  14
Format:
  Columnar (1). . . . . . . . . . . . . .  9
  Head-to-head (1). . . . . . . . . . . .  9
"From" line (7) . . . . . . . . . . . . .  12

I

Identification:
  Codes (6) . . . . . . . . . . . . . . .  11
  Drafter's (17). . . . . . . . . . . . .  18
  Joint directives (3). . . . . . . . . .  22
  Publication-type directives (2) . . . .  21
  See also Standard subject identifica-
    tion codes
Identification symbols (5). . . . . . . .  10
  Continuation pages. . . . . . . . . . .  10
  First page. . . . . . . . . . . . . . .  10
  One-page change . . . . . . . . . . . .  10
  Outline subheading. . . . . . . . . . .  10
  Page change . . . . . . . . . . . . . .  10
  Pages printed horizontally. . . . . . .  10
  Revised first page. . . . . . . . . . .  10
Index:
  Alphabetical subject (3). . . . . . . .  4, 5
Information copies:
  See "copy to"

SECNAVINST 5215.1C
14 April 1970

Page

Instruction(s):
    Combining (6) . . . . . . . . . . . .   11
    Consecutive numbers (6) . . . . . . . .   11
    Definition (1). . . . . . . . . . . .   1
    Exhibits (samples) (1), (2) . . . . . .   25, 26
    Filing (3). . . . . . . . . . . . . .   7
    Identifying revisions (6) . . . . . .   11
    Message (1) . . . . . . . . . . . . .   21
Issuing Authority:
    Definition (1). . . . . . . . . . . .   1
    Identification (abbreviation) (4) . . .   10
    Enclosing a directive from higher au-
      thority (11). . . . . . . . . . . .   13
    Referencing a directive from higher au-
      thority (10). . . . . . . . . . . .   13
    Responsibilities (3). . . . . . . . . .   6
    Washington headquarters organiza-
      tions (3). . . . . . . . . . . . . .   6

J

Joint directive(s):
    Changes (3). . . . . . . . . . . . . .   23
    Definition (1) . . . . . . . . . . . .   1
    "From" line (7). . . . . . . . . . . .   12
    Interservice (3) . . . . . . . . . . .   22
      Supplement (3) . . . . . . . . . . .   23
    Intra-Navy (3) . . . . . . . . . . . .   22
      Checklisting. . . . . . . . . . . . .   22
      Identification. . . . . . . . . . . .   22
      Referencing . . . . . . . . . . . . .   22
      Signature location. . . . . . . . . .   22
      Use . . . . . . . . . . . . . . . . .   22

L

"Latest edition":
    See Reference line(s)
Letter-type directive:
    Definition (1) . . . . . . . . . . . .   1
    Format (1) . . . . . . . . . . . . . .   9
    Preparation (1). . . . . . . . . . . .   7
    Reproduction (1) . . . . . . . . . . .   9
    Stationery (1) . . . . . . . . . . . .   9
Locator cross-reference sheet:
    See Cross-reference sheet (subject or
      locator)
Lowercase vs. capitalization (2) . . . . . .   3

M

Margins (2). . . . . . . . . . . . . . .   9
Marine Corps:
    See Commandant of the Marine Corps
Markings on revised pages (12) . . . . . . .   iii, 16
Message-type directive(s):
    Cancellation (1) . . . . . . . . . . .   21
    Changes (1). . . . . . . . . . . . . .   21
    Consecutive numbers (1). . . . . . . .   21
    Definition (1) . . . . . . . . . . . .   1
    Exhibit (8). . . . . . . . . . . . . .   32
    Identification (1) . . . . . . . . . .   21
      General . . . . . . . . . . . . . . .   21
      Washington headquarters organizations   21

N

Navy Publications and Printing Service (NPPS):
    All ships and stations distributions (14)   17
    Responsibilities (3) . . . . . . . . . .   5
Need to act (1), (14). . . . . . . . . . .   1, 16
Need to know (1), (14) . . . . . . . . . .   1, 16,17

Page

"NOTAL":
    See Reference line(s)
Notice(s):
    Cancellation date (4). . . . . . . . .   9
    Cancellation statement in purpose para-
      graph (12) . . . . . . . . . . . . .   14
    Changes to manuals and publications not
      in the system (2). . . . . . . . . .   3
    Definition (1) . . . . . . . . . . . .   1
    Exhibit (3). . . . . . . . . . . . . .   27
    Filing (7) . . . . . . . . . . . . . .   7
    Message (1). . . . . . . . . . . . . .   21
      Exhibit (sample) 8. . . . . . . . . .   32
    Self-canceling (expiration) provision
      (4), (12). . . . . . . . . . . . . .   9, 15

O

Official case file (3) . . . . . . . . . . .   7
    Disposing of (3) . . . . . . . . . . .   8
Operating forces:
    Recurring reports from (3) . . . . . . .   4
    See also Information copies (15) . . . .   18
Order (applies only to Marine Corps issu-
    ances):
    Definition (1) . . . . . . . . . . . .   1
Outline subheading (5) . . . . . . . . . . .   10

P

Page change:
    Definition (1) . . . . . . . . . . . .   2
    One-page (5) . . . . . . . . . . . . .   10
    Revised first page (5) . . . . . . . .   10
Page numbers (18). . . . . . . . . . . . .   18
    See also Exhibit 2 . . . . . . . . . .   26
Pages printed horizontally (5) . . . . . . .   10
Paragraph(s):
    Canceling other directives, reports, and
      forms (12) . . . . . . . . . . . . .   14
    Cancellation (12). . . . . . . . . . .   14
    Due dates (12) . . . . . . . . . . . .   15
    Indicating changes (12). . . . . . . .   15
      Directive or change transmittal . . .   15
    Markings on:
      Classified directives (Exhibit 2) . .   26
      Revised pages (12) . . . . . . . . .   16
    Reissuing directives (12). . . . . . .   15
    Reports and/or forms (12). . . . . . .   14
    Self-canceling (expiration) provision
      (12) . . . . . . . . . . . . . . . .   15
      Change transmittal. . . . . . . . . .   15
      Notice. . . . . . . . . . . . . . . .   15
    Sequence (12). . . . . . . . . . . . .   14
    Special requirements for forms (12). . .   14
    Titles (12). . . . . . . . . . . . . .   14
    Upgrading or downgrading change trans-
      mittals (12) . . . . . . . . . . . .   15
Paste-in-change:
    Definition (1) . . . . . . . . . . . .   2
Pen change:
    Definition (1) . . . . . . . . . . . .   2
Preparation:
    Letter-type directives (1) . . . . . .   7
    Special-type directives (1). . . . . .   7
Preparing authority:
    Definition (1) . . . . . . . . . . . .   2
Printing:
    Columnar format (1). . . . . . . . . .   9
    Letter-type directive (1). . . . . . .   9
    Publication-type directive (1) . . . .   9
Publication-type directive:
    Bringing into the system (2) . . . . .   21
    Changes (2). . . . . . . . . . . . . .   21

SECNAVINST 5215.1C
16 April 1970

Page

Publication-type directive (con.)
   Content (2). . . . . . . . . . . . . . . 21
   Definition (1) . . . . . . . . . . . . . 2
   Distribution (need to know) (2). . . . . 21
      Addressees. . . . . . . . . . . . . . 21
      Issuing authorities . . . . . . . . . 21
      Replies to requests for deletion. . . 21
   Identification (2) . . . . . . . . . . . 21

**R**

"R" - Revision (12). . . . . . . . . . . . . iii, 16
   See also Revision
Reference line(s):
   Citing (listing) (10). . . . . . . . . . 12, 13
      Canceled directive(s) . . . . . . . . 12
      Directive(s) being canceled . . . . . 12
      Directive from higher authority . . . 13
      Document not addressed to all
        ("NOTAL") . . . . . . . . . . . . 12
      Instructions. . . . . . . . . . . . . 13
      Notices . . . . . . . . . . . . . . . 13
      Revised instruction . . . . . . . . . 13
      Specific provision. . . . . . . . . . 13
      Status of instruction . . . . . . . . 13
      Superfluous wording . . . . . . . . . 13
   Joint directive (3). . . . . . . . . . . 22
Reissuing directives from higher authority:
   Enclosure (10) . . . . . . . . . . . . . 13
   Reference (10) . . . . . . . . . . . . . 13
   Special provisions for (12). . . . . . . 15
Report(s):
   Canceling in consolidated lists (2). . . 3
   Due dates (12) . . . . . . . . . . . . . 15
   From the Operating Forces of the Navy
     (3). . . . . . . . . . . . . . . . . 4
   Paragraph canceling (12) . . . . . . . . 14
   Paragraph requiring (12) . . . . . . . . 14
Reproduction (1) . . . . . . . . . . . . . . 9
Requisitioning directives (2). . . . . . . . 7
Responsibilities:
   Chief of Naval Operations (5), (3) . . . i, 3, 4
   Commandant of the Marine Corps (3) . . . 5
   Directives control point (3) . . . . . . 4
   Issuing authority (3). . . . . . . . . . 4
   Navy Publications and Printing Service
     (3). . . . . . . . . . . . . . . . . 5
   Washington headquarters organizations
     (3). . . . . . . . . . . . . . . . . 4
Reviews:
   Required of issuing authorities (3). . . 4
Revision(s):
   Definition (1) . . . . . . . . . . . . . 2
   Identifying (6). . . . . . . . . . . . . 11
   Indicating in text (12). . . . . . . . . 15, 16
   Markings on revised page (12). . . . . . iii, 16
      "A" - addition. . . . . . . . . . . . 16
      "D" - deletion. . . . . . . . . . . . 16
      "R" - revision or change. . . . . . . 16
      Asterisk (*). . . . . . . . . . . . . 16
   Summary of changes (12). . . . . . . . . 15

**S**

Sample(s):
   Form (12). . . . . . . . . . . . . . . . 14
   See Exhibits
Secretary of the Navy:
   Directives issuance system authoriza-
     tion . . . . . . . . . . . . . . . . i
Security classification:
   Change transmittals to classified direc-
     tives (3). . . . . . . . . . . . . . 9

Page

Security classification (con.)
   Classifying directives (3) . . . . . . . 9
      Continuation pages. . . . . . . . . . 9
      First page. . . . . . . . . . . . . . 9
   Indication of classification (6) . . . . 10
   Paragraph markings (Exhibit 2) . . . . . 26
   Serial numbers (5) . . . . . . . . . . . 10
Selection review (14). . . . . . . . . . . . 16
"Series"
   See Reference line(s)
Signature:
   Location:
     Joint intra-Navy (3). . . . . . . . . 22
      Double-hatted official . . . . . . . 22
     Letter-type directives (15) . . . . . 16
   Requirements (13). . . . . . . . . . . . 16
     All ships and stations. . . . . . . . 16
     Letter-type directives. . . . . . . . 16
     Revised signature page. . . . . . . . 16
Special-type directives (1). . . . . . . . . 7
"SSIC"
   See Standard subject identification
     codes
Standard subject identification code(s):
   Guidelines for selecting (6) . . . . . . 11
   Source (6) . . . . . . . . . . . . . . . 11
     SECNAVINST 5210.11A . . . . . . . . . 11
Stationery:
   Preparation (1). . . . . . . . . . . . . 9
Stocking information (16). . . . . . . . . . 18
Subject (9). . . . . . . . . . . . . . . . . 12
   Change transmittals. . . . . . . . . . . 12
   Classified directives. . . . . . . . . . 12
   General. . . . . . . . . . . . . . . . . 12
Subject cross-reference sheet
   See Cross-reference sheet (subject or
     locator)
Summary of changes
   See Changes
Supplement(s):
   Definition (1). . . . . . . . . . . . . 2
   Identifying (16). . . . . . . . . . . . 12
   Use (3) . . . . . . . . . . . . . . . . 23
     Joint interservice instructions. . . 23

**T**

Table(s)
   1-Preparation of letter-type directives 9-19
   2-Preparation of special-type direc-
     tives. . . . . . . . . . . . . . . . 21-23
Text (12) . . . . . . . . . . . . . . . . . 14, 15,16
   See Paragraph(s)
"To" line (8) . . . . . . . . . . . . . . . 12
   All ships and stations (1). . . . . . . 1
"Top Secret" documents prohibited (2), (6). 3, 10

**W**

Washington headquarters organizations:
   Definition (1). . . . . . . . . . . . . 2
   Distribution to:
     Marine Corps field activities (14) . 16
     Navy Publications and Printing
       Service (3). . . . . . . . . . . . 4, 5
   Information copies (15) . . . . . . . . 18
     Directives to the operating forces . 18
   Message(s) (1). . . . . . . . . . . . . 21
   Responsibilities (3). . . . . . . . . . 4
Weekly transmittal sheet
   Definition (1). . . . . . . . . . . . . 2
   Distribution to all ships and stations
     (3) . . . . . . . . . . . . . . . . . 5

*U.S. GOVERNMENT PRINTING OFFICE 1993 704-000/80022