## THE COMMANDING OFFICER

Commandant of the Marine Corps or, in the case of medical services, to the Commander, Naval Medical Command.

3. Activities and personnel of the American National Red Cross in areas subject to naval jurisdiction shall conform to such administrative regulations as may be prescribed by appropriate naval authority.

4. Red Cross personnel shall be considered to have the status of commissioned officers, subject to such restrictions as may be imposed by the Chief of Naval Personnel or the Commandant of the Marine Corps.

0817. **Observance of Sunday.**

1. Except by reason of necessity or in the interest of the welfare and morale of the command, the performance of work shall not be required on Sunday. Except by reason of necessity, ships shall not be sailed nor units of aircraft or troops be deployed on Sunday. The provisions of this paragraph need not apply to commands engaged in training reserve components of the Navy and Marine Corps.

2. Divine services shall be conducted on Sunday if possible. All assistance and encouragement shall be given to chaplains in the conduct of these services, and music shall be made available, if practicable. Chaplains shall be permitted to conduct public worship according to the manner and forms of the church of which they are members. A suitable space shall be designated and properly rigged for the occasion, and quiet shall be maintained throughout the vicinity during divine services. The religious preferences and the varying religious needs of individuals shall be recognized, respected, encouraged and ministered to as practicable. Daily routine in ships and activities shall be modified on Sunday, as practicable, to achieve this end.

3. When there is no chaplain attached to the command, the commanding officer shall engage the services of any naval or military chaplain who may be available; or, failing in this, shall, when practicable, invite and may remunerate a civilian clergyman to conduct religious services. Services led by laypersons are encouraged. Provision shall be made for sending and receiving church parties as appropriate and practicable.

0818. **Publishing and Posting Orders and Regulations.**

1. In accordance with Article 137 of the Uniform Code of Military Justice, the articles specifically enumerated therein shall be carefully explained to each enlisted person:

   a. at the time of entrance on active duty or within six days thereafter;

   b. again, after completion of six months active duty; and

   c. again, upon the occasion of each reenlistment.

2. A text of the articles specifically enumerated in Article 137 of the Uniform Code of Military Justice shall be posted in a conspicuous place or places, readily accessible to all personnel of the command.

3. Instruction concerning the Uniform Code of Military Justice and appropriate articles of Navy Regulations shall be included in the training and educational program of the command.

4. Such general orders, orders from higher authority and other matters which the commanding officer considers of interest to the personnel or profitable for them to know shall be published to the command as soon as practicable. Such matters shall also be posted, in whole or in part, in a conspicuous place or places readily accessible to personnel of the command.

5. Upon the request of any person on active duty in the armed services, the following publications shall be made available for that person's personal examination:

   a. a complete text of the Uniform Code of Military Justice;

   b. Manual for Courts-Martial;

   c. Navy Regulations;

   d. Manual of the Judge Advocate General;

   e. Marine Corps Manual (for Marine Corps personnel); and