

**U.S. Department of Justice**

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

January 9, 2007

VIA FEDERAL EXPRESS

Matthew Freedus
Feldesman, Tucker, Liefer, Fidell, LLP
2001 L Street, 2d floor
Washington, DC 20036
(202) 466-8960

**Re: Stainback v. Department of Navy, 06-0856 (RBW)**

Dear Mr. Freedus:

Per our telephone conversation, please find enclosed the information related to USNA Instruction 5420.24 (series). If you need to contact me for any reason, you may reach me via telephone (202-514-7220), fax (202-514-8780), or e-mail (megan.rose@usdoj.gov).

Sincerely,

JEFFREY A. TAYLOR
United States Attorney

By: MEGAN L. ROSE
Assistant United States Attorney



DEPARTMENT OF THE NAVY
UNITED STATES NAVAL ACADEMY
121 BLAKE ROAD
ANNAPOLIS, MARYLAND 21402-5000

USNAINST 5420.24E
3/DeanAdmissions

05 DEC 1996
w/CH 1 13 Apr 98
w/CH 2 7 Dec 99

USNA INSTRUCTION 5420.24E

From: Superintendent

Subj: POLICY AND PROCEDURES GOVERNING THE ACADEMIC BOARD

Ref: (a) USNA Regulations, Section 130302

Encl: (1) Policy and Procedures Governing the Academic Board

1. Purpose. To establish the policy and procedures applicable to the Academic Board.

2. Cancellation. USNA Instruction 5420.24D. This directive is a complete revision and should be reviewed in its entirety. No special markings appear because changes are extensive.

3. Background. The authority and duties of the Academic Board are established in law in U.S. Code Title 10. Reference (a) provides that the rules governing policy and procedures of the Academic Board shall be established by the Superintendent. Enclosure (1) presents those rules.

C. R. Larson

C. R. LARSON

Distribution:
AA

USNAINST 5420.24E

05 DEC 1996

# POLICY AND PROCEDURES GOVERNING THE ACADEMIC BOARD

**Article I.** Source of Authority

A. U.S. Code Title 10, Section 6956(b) "If it is determined that upon the admission of a new class to the Academy, the number of midshipmen at the Academy will be below the authorized number, the Secretary may fill the vacancies by nominating additional midshipmen from qualified candidates designated as alternates and from other qualified candidates who competed for nomination and are recommended and found qualified by the Academic Board..."

B. U.S. Code Title 10, Section 6958(a) "Each candidate for admission to the U.S. Naval Academy...(2) shall be examined according to such regulations as the Secretary of the Navy prescribes, and if rejected at one examination may not be examined again for admission to the same class unless recommended by the Academic Board."

C. U.S. Code Title 10, Section 6962

"(a) The Superintendent of the Naval Academy shall submit to the Secretary of the Navy in writing a full report of the facts-"

"(1) Whenever the Superintendent determines that the conduct of a midshipman is unsatisfactory; or"

"(2) Whenever the Academic Board unanimously determines that a midshipman possesses insufficient aptitude to become a commissioned officer in the naval service."

"(b) A midshipman upon who a report is made under subsection (a) shall be given an opportunity to examine the report and submit a written statement thereon. If the Secretary believes, on the basis of the report and statement, that the determination of the Superintendent or of the Academic Board is reasonable and well founded, he may discharge the midshipman from the Naval Academy and from the naval service."

Enclosure (1)

D. U.S. Code Title 10, Section 6963 "Midshipmen found deficient at any examination shall, unless the Academic Board recommends otherwise, be discharged from the Naval Academy and from the naval service."

E. SECNAVINST 1531.1A

7a. "Deficiency at any Examination. A midshipman who is found to be academically deficient, including deficiency in physical education, may be disenrolled from USNA by the Academic Board..."

9. Waivers. "...Waivers [of the enlisted active duty obligation] may be granted if...in cases of disenrollment for academic deficiency, the Academic Board has not recommended active enlisted service, having determined the academic deficiency occurred despite determined efforts by the midshipman."

F. BUPERSMAN Paragraph 3640415

7a(1) "When disenrollment occurs as a result of academic deficiencies despite determined efforts by the midshipman, the Naval Academy Academic Board may waive the active duty in enlisted status provision."

G. U.S. Naval Academy Regulations

130302. Academic Board. Describes the purpose, composition, procedures, and duties of the Board. Describes the Board's responsibilities regarding proficiency standards and multiple coefficients, academic failures, reports of marks, and standings, and academic qualifications for award of the degree.

H. USNA Instruction 1531.49, Subj: Graduation and Degree Requirements

4. Requirements "...a midshipman at the Naval Academy must satisfactorily meet the following requirements to graduate and receive a degree."

I. USNA Instruction 1531.50, Subj: Probation and Deficiencies

3. Probation. "The purpose of academic probation is to warn midshipmen their performance is below the required standards and significant improvement will be required to justify further retention at the Naval Academy."

4. Deficiencies. "Midshipmen found deficient at the end of either a semester or a summer session will be discharged, unless retained by the Academic Board."

6. Conduct and Military Performance. "Midshipmen who receive failing grades in conduct or military performance may be referred to the Academic Board by the Commandant of Midshipmen, and are subject to separation for such failure."

**Article II. Composition of the Academic Board**

A. In addition to the members specified by the U.S. Naval Academy Regulations 130302.2, the Academic Board will be staffed as follows:

1. The Dean of Admissions will be the Secretary of the Academic Board and will:

a. Prepare the Board agenda and make sure that supporting documents are available to the members.

b. Advise the members and others concerned as to the place and time of the meeting.

c. Prepare the minutes of the meeting.

d. Maintain the Academic Board files.

2. An officer appointed by the Academic Dean and Provost will serve as the Recorder. The Recorder will:

a. Make sure that the Board Room is available and arranged for the meeting.

b. Have a recording system available and record all open sessions of the Board while midshipmen are present in the Board Room. Retain the recordings for 5 years.

c. Set up and operate a system in conjunction with the staff of the Commandant of Midshipmen for calling midshipmen to appear before the Board.

3. The Senior Medical Officer, the Director of the Academic Center, and the Director of Athletics will act as advisors and provide information to the Academic Board concerning matters within their respective areas of responsibility.

4. The Superintendent's Staff Judge Advocate will act as an advisor and provide background information to the Academic Board on the circumstances leading to the separation of former midshipmen seeking readmission where separation was based upon conduct offenses, honor offenses, insufficient aptitude, or qualified resignations.

**Article III. Duties and Responsibilities of the Academic Board.** The duties and responsibilities of the Academic Board are specified by law as quoted in Article I and are described in USNA Regulations and in the USNA Instruction on Administration of Academic Programs referred to in Article I. For convenience, they are briefly listed below:

A. Prescribe policies concerning the criteria for admissions and the course of instruction.

B. Recommend candidates found qualified for Secretary of the Navy appointments under 10 U.S.C. § 6956(e). (List of Qualified Alternates and Competitors).

C. Review and rule on requests for readmission submitted by former midshipmen, and where readmission is approved, determine the appropriate class for reentry.

Enclosure (1)

D. Act on appeals of decisions of the Majors Committee. The appeal should be in the form of a statement containing reasons for reconsideration, addressed to the Secretary of the Academic Board. The Academic Board will be guided in its decision regarding appeals on assignment to majors by the needs of the service.

E. Establish minimum standards of proficiency.

F. Prescribe coefficients to determine the admissions whole person multiple.

G. Establish requirements for the award of the degree.

H. Approve candidates recommended for a degree.

I. Take cognizance of annual reports of the relative standing of midshipmen and merit roll of the graduating class.

J. Act on all cases of academic deficiency. Unless the Academic Board recommends otherwise, midshipmen found deficient will be discharged from the Naval Academy and from the naval service.

K. Act on all cases of physical education deficiency referred to the Board by the Commandant of Midshipmen. Unless the Academic Board recommends otherwise, midshipmen found deficient will be discharged from the Naval Academy and from naval service.

L. Act on all requests for reconsideration submitted by midshipmen in cases where the midshipmen were found academically deficient and were not recommended for continuation at the Naval Academy by the Academic Board.

M. Determine whether a midshipman referred to the Board by the Commandant of Midshipmen possesses insufficient

aptitude to become a commissioned officer in the naval service. Decisions to recommend separation of a midshipman for insufficient aptitude must be unanimous.

**Article IV. Academic Board Policy**

A. Academic Deficiency

1. Discharge for academic deficiency. Midshipmen found deficient at the end of either a semester or a summer session will be discharged unless retained by the Academic Board. Midshipmen found deficient at the end of either a semester or a summer session, whose separation was held in abeyance contingent on meeting conditions of probation prescribed by the Academic Board for a period ending before the end of the next semester, and who are determined by the Academic Board not to have removed the conditions of probation, will be discharged unless retained by the Academic Board. Deficiency is constituted by any one or more of the following:

a. Failure in two or more of the courses taken to fulfill graduation requirements in a given semester.

b. Failure of a course taken to fulfill graduation requirements in each of two consecutive semesters. Summer school is not considered as a semester.

c. Failure to earn a 2.00 in summer school when required to attend by the Academic Board.

d. Failure to remove probation.

(1) Probation is imposed under the following circumstances:

(a) If a midshipman's Cumulative Quality Point Rating (CQPR) is below 2.00 at the completion of a semester, probation for the following semester is automatically imposed. A midshipman is also on automatic probation for the

semester following two consecutive semesters in which the Semester Quality Point Rating (SQPR) is below 2.00, even though the CQPR remains above 2.00.

(b) A midshipman is automatically on probation for the following semester when continued by the Academic Board after having been subject to possible discharge for deficiency.

(c) A midshipman is automatically on probation in physical education for the semester following any semester in which the midshipman receives a grade of "F".

(2) Probation is removed only at the end of the two regular semesters each year. If the probation was imposed because of CQPR, removal requires raising the CQPR to at least 2.00. If probation was imposed because of consecutive SQPR's, removal requires the achievement of an SQPR of at least 2.00. If probation is for failure in physical education, removal requires successful completion of the tests that were previously failed.

e. Failure to achieve an SQPR of at least 1.50 for any given semester.

f. Failure to fulfill any condition as prescribed by the Academic Board as the result of a previous deficiency.

g. Failure to complete successfully all requirements for graduation at the end of the semester in which the midshipman is scheduled to graduate.

h. Falling two or more semester courses behind the number of courses required by the end of a given semester, according to the matrix of the assigned major program. When the Academic Board (with or without interview) permits a midshipman who is two or more courses behind the matrix to continue, this does not constitute a commitment to turn back.

Separation or retention will be determined according to performance in any subsequent semester or summer program.

i. Failure to achieve the required standards in At-Sea-Training or in any of the Professional Competency Reviews with subsequent recommendation to the Academic Board by the Director of Professional Development.

A) j. Failure to meet Physical Readiness Test (PRT) standards in violation of PRT policy as defined by COMDTMIDNINST 6110.2 series, where the Commandant of Midshipmen refers the case to the Academic Board.

R) k. Failure to achieve the required standards in Physical Education at the end of a semester where the Commandant of Midshipmen refers the case to the Academic Board in accordance with COMDTMIDNINST 5400.5A.

l. Failure in any of the remedial courses HE101, HE200, SM005, or SY100.

2. As required by law, the Academic Board examines the records of all deficient midshipmen for the purpose of deciding which of them should be retained. Guided by the mission of the Naval Academy, the Academic Board asks two basic questions in each deficiency case:

a. Is there reasonable evidence that this midshipman will be able to meet the academic requirements by the scheduled date of graduation?

b. Is there reasonable evidence that this midshipman has the attitude and personal characteristics that are needed to become an officer in the naval service?

B. Insufficient Aptitude

1. Midshipmen are subject to discharge when the Commandant of Midshipmen recommends to the Academic Board that they be assigned an "F" in military performance and discharged for insufficient aptitude.

2. The Academic Board will examine the entire record forwarded by the Commandant of Midshipmen, and such other evidence as the midshipman concerned desires to present to the

Board or the Board desires to hear. After full consideration of the case, if the recommendation for an "F" in aptitude, and discharge is unanimously approved by the Board, the case will be referred to the Superintendent for the initiation of a recommendation to the Secretary of the Navy that the midshipman be discharged.

**Article V. Academic Board Procedures**

A. Academic Deficiency

1. Just as the "whole-person evaluation" is applicable in the process of admission to the Naval Academy, it is likewise important in the question of retention or separation. In making its determination, the Board takes the following steps:

a. Upon the recommendation of both the Academic Dean and Provost and the Commandant of Midshipmen, the Board retains, without a complete record review, those deficient midshipmen whose records clearly justify an affirmative answer to the two basic questions set out supra in Article IV paragraph A2.

b. In all other cases, the Academic Board conducts a complete record review. The initial record review does not involve a personal appearance by the midshipman. Comments are input into a computer data base program or submitted in writing by the faculty, officers assigned to the staff of the Superintendent and Commandant, and athletic coaches who have observed each midshipman in class or other activities during the academic year or summer training periods. The Senior Medical Officer, the Director of the Academic Center, and the Director of Athletics may submit comments in a similar manner where issues involving their particular expertise are involved or when requested by the Academic Board.

c. Board members will discuss the information contained in the record as a part of their review but shall not add information to the record or discuss information not contained in the record. Board members may input comments into the Academic Board process in the same manner as other

faculty or staff officers where they have had the opportunity to observe the midshipman during the academic year or summer training periods.

d. The Board decides whether it is in the best interest of the Navy and the Naval Academy to retain each deficient midshipman. The Board may also stipulate certain specific conditions under which a midshipman may be continued on academic probation. The conditions most frequently stipulated are:

(1) A specific QPR may be required by the end of the next semester.

(2) Certain courses must be taken, and passed during a subsequent regular semester.

(3) Certain courses must be taken, and passed during the summer (including the summer leave periods).

(4) A reduced program (less than 15 semester hours) may be prescribed to allow the midshipman to demonstrate an ability to raise the quality of his or her academic work. (Note: This does not constitute a commitment to turn back to the next lower class.)

e. Where the academic achievement has been weak in spite of superior effort, and where the midshipman has shown positive evidence of high military performance, the Academic Board may retain the midshipman, and allow one or two additional semesters (beyond the normal eight) in which to complete the requirements for graduation.

2. Military performance and conduct have a bearing upon the decision to separate or retain midshipmen who are academically deficient. If the Board members are convinced that a midshipman has the desire and the ability to become a good officer, they will usually vote for retention as long as there is a reasonable likelihood of successful completion of the academic program within limits determined by the Board. Evidence

of a good attitude, strong motivation, and determined effort are valuable assets. A lack of these qualities is a decided detriment.

3. Where a decision is made not to retain a first class midshipman or second class midshipman who has begun the second class year, the Academic Board must make a determination concerning recoupment (active duty enlisted service obligation or monetary repayment) incurred under the agreement to serve executed under 10 U.S.C. § 6959. The Academic Board shall decide whether the record demonstrates that the academic deficiency occurred despite a determined effort on the part of the midshipman.

a. Factors to be considered include, but are not limited to, the amount of extra instruction sought, whether assistance was sought from the Academic Center, demonstrated study habits, and termination of participation in significant extracurricular activities.

b. Where the Academic Board finds that the midshipman put forth a determined effort, the Academic Board may recommend to the Secretary of the Navy a waiver of recoupment. The report of the Academic Board shall indicate either that recoupment is recommended to be waived or specify the form of recoupment (active duty enlisted service or monetary repayment) recommended.

4. Midshipmen found deficient in academics or physical education, and not recommended for retention may request reconsideration of the Board's decision where there is relevant information that was not available, despite the exercise of due diligence, at the time of the original decision, or where they desire to make a personal appearance before the Board.

a. The request is to be addressed to the Secretary of the Academic Board via the Commandant of Midshipmen, and must be received by the Commandant of Midshipmen within 24 hours of being informed of the original decision.

5. A midshipman appearing before the Academic Board in conjunction with a request for reconsideration of the Board's initial decision not to retain the midshipman will:

a. Be given a minimum of 24 hours to prepare for the appearance before the Board.

b. Be allowed to examine or be provided a copy of all materials considered by the Academic Board during its initial record review.

c. Be present during the oral presentation to the Board of any facts concerning his or her academic and military performance.

d. Be entitled to present any facts in his or her own behalf, including documentary evidence, and written statements of third parties, ~~and oral statements of witnesses~~ concerning his or her academic and military performance.

e. Be present when the decision of the Board is announced.

6. The midshipman's chain of command, the Senior Medical Officer, Director of the Academic Center, and Director of Athletics may provide information to the Academic Board relevant to any case under reconsideration. Such information shall be provided only at the proceedings conducted by the Academic Board with the midshipman present.

B. Insufficient Aptitude.

1. A grade of "F" will be assigned by the Academic Board to those midshipmen who have demonstrated insufficient aptitude for the service either by long term unsatisfactory military performance after thorough and continued counseling or a sudden, adverse turn in attitude or performance of such nature as to render the midshipman unsuitable for commissioning.

2. A midshipman referred by the Commandant to the Academic Board for insufficient aptitude will:

a. Be given advance notice of the scheduled appearance, and allowed a minimum of 24 hours to prepare.

b. Be allowed to examine or be provided a copy of any documentary evidence, including any summary of his or her academic and military performances which is considered by the Board.

c. Be present during the oral presentation to the Board of any facts concerning his or her academic and military performance.

d. Be entitled to present any facts in his or her own behalf, including documentary evidence and written statements of third parties, ~~and oral statements of witnesses~~ concerning his or her academic and military performance.

e. Be entitled to consult freely with anyone, including counsel, in preparing to appear before the Academic Board. Upon request, counsel may attend the Board, but not in a representative capacity. The midshipman must present his or her own case.

f. Be present when the decision of the Board is announced.

3. When considering the case of a midshipman referred by the Commandant for insufficient aptitude, open sessions of the Board will be considered private and official. All unofficial observers, including witnesses, except when called, will be excused from the room. Counsel for the midshipman and the midshipman's company officer are considered official observers. When the Board closes to deliberate and vote, only the Board members, the Secretary, and the Recorder will be present. The midshipman, and official observers will be excused until recalled for announcement of a decision.

**Article VI. Meetings**

A. Calling of Meetings. The Academic Board will meet at the call of the Superintendent, or in the Superintendent's absence at the call of the presiding officer designated by the Superintendent. A meeting may also be called at the request of a member. For matters other than those involving separation of midshipmen where it appears that an interchange of views may not be necessary, a vote by telephone may be secured by the Secretary of the Academic Board, as long as no member requests that a meeting be called. The agenda will be prepared by the Secretary of the Academic Board. Any member may submit items to be included in the agenda.

1. A schedule for meetings of the Board called for the purpose of reviewing cases of midshipmen who may be deficient in academics, physical education, or military performance (insufficient aptitude) will be published in a memorandum prepared by the Secretary of the Academic Board.

B. Quorum. A majority of the members of the Academic Board present at a meeting scheduled by the Secretary of the Academic Board will constitute a quorum.

C. Voting

1. The usual rules of deliberative bodies, subject to any modifications made by the Board, will govern, but no question shall be voted upon until each member has had a reasonable opportunity to express his or her views.

2. A member present will vote on every question unless excused by the Board.

3. The vote will be by secret ballot unless otherwise agreed unanimously by the members present, in which case the vote will be as directed by the presiding officer.

D. Minority Views. Dissenting members of the Board may present their views in a report which, after being presented to the members of the Board, will be attached to the minutes of the meeting.

E. Minutes of the Academic Board. The minutes will list the members present and will contain a record of the decisions of the Academic Board at each meeting. Any member of the Academic Board is entitled to have his or her views as an individual incorporated in brief and concise verbatim form in the minutes if he or she specifically requests that this be done. The minutes will be submitted to the chairperson for approval.



DEPARTMENT OF THE NAVY
UNITED STATES NAVAL ACADEMY
121 BLAKE ROAD
ANNAPOLIS, MARYLAND 21402-5000

USNAINST 5420.24E CH-2
3/DeanAdmissions
7 December 1999

USNA INSTRUCTION 5420.24E CHANGE TRANSMITTAL 2

From: Superintendent

Subj: POLICY AND PROCEDURES GOVERNING THE ACADEMIC BOARD

Encl: (1) Revised pages 7 and 8

1. Purpose. To transmit change 2 to the basic instruction.

2. Background. The following is a summary of changes:

a. Specifically addresses a midshipman's failure to meet Physical Readiness Test (PRT) standards as a separate deficiency from other Physical Education deficiencies.

b. Reference pertaining to the referral of cases to the Academic Board for failure to achieve the required standards in Physical Education is changed to reflect current instruction.

3. Action. Remove enclosure (1), pages 7 and 8 of of the basic instruction and replace with the revised pages provided as enclosure (1).

4. Cancellation. When required action has been taken and the change entered in the record of changes.

J. R. RYAN

Distribution:
AA

semester following two consecutive semesters in which the Semester Quality Point Rating (SQPR) is below 2.00, even though the CQPR remains above 2.00.

(b) A midshipman is automatically on probation for the following semester when continued by the Academic Board after having been subject to possible discharge for deficiency.

(c) A midshipman is automatically on probation in physical education for the semester following any semester in which the midshipman receives a grade of "F".

(2) Probation is removed only at the end of the two regular semesters each year. If the probation was imposed because of CQPR, removal requires raising the CQPR to at least 2.00. If probation was imposed because of consecutive SQPR's, removal requires the achievement of an SQPR of at least 2.00. If probation is for failure in physical education, removal requires successful completion of the tests that were previously failed.

e. Failure to achieve an SQPR of at least 1.50 for any given semester.

f. Failure to fulfill any condition as prescribed by the Academic Board as the result of a previous deficiency.

g. Failure to complete successfully all requirements for graduation at the end of the semester in which the midshipman is scheduled to graduate.

h. Falling two or more semester courses behind the number of courses required by the end of a given semester, according to the matrix of the assigned major program. When the Academic Board (with or without interview) permits a midshipman who is two or more courses behind the matrix to continue, this does not constitute a commitment to turn back.

Separation or retention will be determined according to performance in any subsequent semester or summer program.

i. Failure to achieve the required standards in At-Sea-Training or in any of the Professional Competency Reviews with subsequent recommendation to the Academic Board by the Director of Professional Development.

A) j. Failure to meet Physical Readiness Test (PRT) standards in violation of PRT policy as defined by COMDTMIDNINST 6110.2 series, where the Commandant of Midshipmen refers the case to the Academic Board.

R) k. Failure to achieve the required standards in Physical Education at the end of a semester where the Commandant of Midshipmen refers the case to the Academic Board in accordance with COMDTMIDNINST 5400.5A.

l. Failure in any of the remedial courses HE101, HE200, SM005, or SY100.

2. As required by law, the Academic Board examines the records of all deficient midshipmen for the purpose of deciding which of them should be retained. Guided by the mission of the Naval Academy, the Academic Board asks two basic questions in each deficiency case:

a. Is there reasonable evidence that this midshipman will be able to meet the academic requirements by the scheduled date of graduation?

b. Is there reasonable evidence that this midshipman has the attitude and personal characteristics that are needed to become an officer in the naval service?

B. Insufficient Aptitude

1. Midshipmen are subject to discharge when the Commandant of Midshipmen recommends to the Academic Board that they be assigned an "F" in military performance and discharged for insufficient aptitude.

2. The Academic Board will examine the entire record forwarded by the Commandant of Midshipmen, and such other evidence as the midshipman concerned desires to present to the



DEPARTMENT OF THE NAVY
UNITED STATES NAVAL ACADEMY
121 BLAKE ROAD
ANNAPOLIS, MARYLAND 21402-5000

USNAINST 5420.24E
3/DeanAdmissions
13 April 1998

USNA INSTRUCTION 5420.24E CHANGE TRANSMITTAL 1

From: Superintendent

Subj: POLICY AND PROCEDURES GOVERNING THE ACADEMIC BOARD

1. Purpose. To publish change 1 to subject instruction.

2. Action: Make the following pen and ink changes.

a. Page 12, paragraph 5.d. delete comma and add the word "and" after "documentary evidence." Draw a line through ", and oral statements of witnesses."

b. Page 13, paragraph 2.d. delete comma and add the word "and" after "documentary evidence." Draw a line through ", and oral statements of witnesses."

3. Cancellation. When the required action has been taken.

JO DEE C. JACOB
Deputy for Operations

Distribution:
AA

DEPARTMENT OF THE NAVY
UNITED STATES NAVAL ACADEMY
121 BLAKE ROAD
ANNAPOLIS, MARYLAND 21402-5000

USNAINST 5420.24E CH-2
3/DeanAdmissions
7 December 1999

USNA INSTRUCTION 5420.24E CHANGE TRANSMITTAL 2

From: Superintendent

Subj: POLICY AND PROCEDURES GOVERNING THE ACADEMIC BOARD

Encl: (1) Revised pages 7 and 8

1. Purpose. To transmit change 2 to the basic instruction.

2. Background. The following is a summary of changes:

a. Specifically addresses a midshipman's failure to meet Physical Readiness Test (PRT) standards as a separate deficiency from other Physical Education deficiencies.

b. Reference pertaining to the referral of cases to the Academic Board for failure to achieve the required standards in Physical Education is changed to reflect current instruction.

3. Action. Remove enclosure (1), pages 7 and 8 of of the basic instruction and replace with the revised pages provided as enclosure (1).

4. Cancellation. When required action has been taken and the change entered in the record of changes.

J. R. Ryan
J. R. RYAN

Distribution:
AA

semester following two consecutive semesters in which the Semester Quality Point Rating (SQPR) is below 2.00, even though the CQPR remains above 2.00.

(b) A midshipman is automatically on probation for the following semester when continued by the Academic Board after having been subject to possible discharge for deficiency.

(c) A midshipman is automatically on probation in physical education for the semester following any semester in which the midshipman receives a grade of "F".

(2) Probation is removed only at the end of the two regular semesters each year. If the probation was imposed because of CQPR, removal requires raising the CQPR to at least 2.00. If probation was imposed because of consecutive SQPR's, removal requires the achievement of an SQPR of at least 2.00. If probation is for failure in physical education, removal requires successful completion of the tests that were previously failed.

e. Failure to achieve an SQPR of at least 1.50 for any given semester.

f. Failure to fulfill any condition as prescribed by the Academic Board as the result of a previous deficiency.

g. Failure to complete successfully all requirements for graduation at the end of the semester in which the midshipman is scheduled to graduate.

h. Falling two or more semester courses behind the number of courses required by the end of a given semester, according to the matrix of the assigned major program. When the Academic Board (with or without interview) permits a midshipman who is two or more courses behind the matrix to continue, this does not constitute a commitment to turn back.

Separation or retention will be determined according to performance in any subsequent semester or summer program.

i. Failure to achieve the required standards in At-Sea-Training or in any of the Professional Competency Reviews with subsequent recommendation to the Academic Board by the Director of Professional Development.

A) j. Failure to meet Physical Readiness Test (PRT) standards in violation of PRT policy as defined by COMDTMIDNINST 6110.2 series, where the Commandant of Midshipmen refers the case to the Academic Board.

R) k. Failure to achieve the required standards in Physical Education at the end of a semester where the Commandant of Midshipmen refers the case to the Academic Board in accordance with COMDTMIDNINST 5400.5A.

l. Failure in any of the remedial courses HE101, HE200, SM005, or SY100.

2. As required by law, the Academic Board examines the records of all deficient midshipmen for the purpose of deciding which of them should be retained. Guided by the mission of the Naval Academy, the Academic Board asks two basic questions in each deficiency case:

a. Is there reasonable evidence that this midshipman will be able to meet the academic requirements by the scheduled date of graduation?

b. Is there reasonable evidence that this midshipman has the attitude and personal characteristics that are needed to become an officer in the naval service?

B. Insufficient Aptitude

1. Midshipmen are subject to discharge when the Commandant of Midshipmen recommends to the Academic Board that they be assigned an "F" in military performance and discharged for insufficient aptitude.

2. The Academic Board will examine the entire record forwarded by the Commandant of Midshipmen, and such other evidence as the midshipman concerned desires to present to the

Martha -

We got bypassed on this - I believe it has some problems - your chop please, since you're the Inst/Notice expert.

Thanks,
Janet

USNAINST 5216.1J

| INITIALS | ROUTING ORDER |
|---|---|
| Executive Assistant to Supt | |
| Flag Secretary | |
| Flag Lieutenant | |
| Protocol | |
| Staff Judge Advocate | 5 MS 12/7 |
| Public Affairs Officer | |
| DEEOC | |
| Dir, Midshipman Counseling Center | |
| Dir. USNA Sailing | |
| Deputy for Operations | |
| Personnel and Administration | |
| Administration | |
| Officer Personnel | |
| Security Officer | |
| Communications Officer | |
| Safety Manager | |
| Director, USNA Museum | |
| Director, Family Service | |
| Public Works Officer | |
| Supply Officer | |
| Director, Civilian Personnel | |
| Academic Dean | |
| Vice Academic Dean | |
| Director Research | |
| Executive Assistant to Dean | |
| Associate Dean, Administration | |
| Associate Dean, Academic Affairs | |
| Assistant Dean, Finance | |
| Dir, Division of Engr & Weapons | |
| Dir, Division of English & History | |
| Dir, Division of Math & Science | |
| Dir, Division of U.S. & I.S. | |
| Librarian | |
| Archivist | |
| Registrar | |
| Director, ERC | |
| Deputy for Management | |
| Comptroller | |
| Head, Internal Review | |
| Head, RMD | |
| Commandant of Midshipmen | 3 |
| Deputy Commandant | 2 MV |
| Director, ProDev | |
| Chaplain | |
| Head, Physical Education Dept | |
| Head, Midshipman Supply | |
| Dean of Admissions | 4 DV |
| Admissions | |
| Nominations & Appointments | |
| Director, Candidate Guidance | |
| Director of Athletics | |
| Director, Computer Services | |
| CO, Naval Station | |
| COMDT SJA | 1 |

ORIGINATING OFFICE CHOP

## OUTGOING DOCUMENT BRIEFING SHEET

**ORIGINATOR:** Performance Officer

**ADDRESSEES:** Commandant
Superintendent

**OFFICE CODE:**

**SSIC:**

**SUBJECT:** RECOMMENDED CHANGE TO USNAINST 5420.24E - POLICY AND PROCEDURES GOVERNING THE ACADEMIC BOARD

**BRIEFING: Provide background, discussion, and recommendation on attached correspondence**

Ref: (a) COMDTMIDNINST 6110.2A
(b) COMDTMIDNINST 5400.5A

1. The recommended change to subject instruction addresses policy pertaining to PRT and Physical Education deficiencies contained in references (a) and (b).

Very respectfully,

J. T. SKARDA

SJA NOTE:

- THIS CHANGE WILL CREATE JURISDICTION FOR ACADEMIC BOARD TO REVIEW CASES THAT VIOLATE REVISED PRT POLICY
- CONFERS DISCRETION FOR COMDT TO REFER CASES, HOWEVER, THIS IS NOT UNLIKE ACADEMIC CASES WHERE COMDT AND ACADEMIC DEAN HAVE SIMILAR DISCRETION
- RECOMMEND SIGN.

V/R
MAS

☐ CONTINUED ON FOLLOWING PAGES

SEE USNAINST 5216.1 SERIES FOR ADDITIONAL INSTRUCTIONS

After signature, brief, command file copy, and two white copies shall be dated and forwarded to:
MAIL ROOM, ADMIN BUILDING, STOP 1E.

NDW-USNA-AAA-5216/58 (11/88)

ORIGINAL
LANGUAGE

Separation or retention will be determined according to performance in any subsequent semester or summer program.

i. Failure to achieve the required standards in At-Sea-Training or in any of the Professional Competency Reviews with subsequent recommendation to the Academic Board by the Director of Professional Development.

j. Failure to achieve the required standards in Physical Education at the end of a semester where the Commandant of Midshipmen refers the case to the Academic Board in accordance with COMDTMIDNINST 1531.7. → SUPERCEDED

k. Failure in any of the remedial courses HE101, HE200, SM005, or SY100.

2. As required by law, the Academic Board examines the records of all deficient midshipmen for the purpose of deciding which of them should be retained. Guided by the mission of the Naval Academy, the Academic Board asks two basic questions in each deficiency case:

a. Is there reasonable evidence that this midshipman will be able to meet the academic requirements by the scheduled date of graduation?

b. Is there reasonable evidence that this midshipman has the attitude and personal characteristics that are needed to become an officer in the naval service?

B. Insufficient Aptitude

1. Midshipmen are subject to discharge when the Commandant of Midshipmen recommends to the Academic Board that they be assigned an "F" in military performance and discharged for insufficient aptitude.

2. The Academic Board will examine the entire record forwarded by the Commandant of Midshipmen, and such other evidence as the midshipman concerned desires to present to the

* PAGE 7 IS NOT REVISED – ONLY INCLUD FOR EASE OF INSERTING CHANGE (REVERSE SIDE)



DEPARTMENT OF THE NAVY
UNITED STATES NAVAL ACADEMY
121 BLAKE ROAD
ANNAPOLIS, MARYLAND 21402-5000

COMDTMIDNINST 6110.2A
01 October 1999

COMDTMIDN INSTRUCTION 6110.2A

From: Commandant of Midshipmen

Subj: MIDSHIPMEN PHYSICAL READINESS TEST (PRT) PROCEDURES

Ref: (a) OPNAVINST 6110.1E (Physical Readiness Program)
(b) COMDTMIDNINST 5400.6A (Midshipmen Regulations)
(c) COMDTMIDNINST 6110.1S (Midshipmen Weight Control Program)
(d) COMDTMIDNINST 6110.1P (Alternate Physical Readiness Program)
(e) COMDTMINNOTE 1710 (Intercollegiate Sports Squad Routines List)

Encl: (1) Quick Reference Table of PRT Categories
(2) Discussion of PRT Categories
(3) Physical Fitness Test Elements
(4) PRT Validation and Awards Program
(5) PRT Grading Tables
(6) Status of Midshipmen Who Fail the PRT

1. PURPOSE. To provide revised policy and guidance for the Physical Readiness Test (PRT) programs directed and supported by references (a) through (e).

2. CANCELLATION. COMDTMIDNINST 6110.2.

3. APPLICABILITY. This instruction applies to all midshipmen.

4. BACKGROUND.

a. Physical readiness is a key component of the Naval Academy's mission to "develop midshipmen morally, mentally and physically." It is the lynch pin to today's midshipmen becoming tomorrow's military leaders of character, who can readily assume the demanding responsibilities of command and citizenship associated with the defense of our nation.

b. Leadership and physical fitness go hand-in-hand. Naval Officers who are not physically fit simply cannot be leaders. Physically fitness results in the

PE will screen all midshipmen recommended for PE remedial training by their Company. The PE Remedial Officer conducts afternoon remedial training on non-drill days, Monday through Friday, 1600 to 1730. This program is designed for midshipmen who require more focused training. Remedial training takes priority over intramural sports, club sports, non-Championship season varsity sports, Extra Curricular Activities, and Brigade Support Activities.

PRT deficient midshipmen will remain on respective remedial squad until they successfully pass a PRT. They will be given the opportunity to re-take a PRT for grade approximately one month after the BRIGADE PRT.

The highest score possible for those who fail an Initial PRT, then later, pass a REMEDIAL PRT, is "60.0." Midshipmen designated a Marking Office Failure who successfully complete remedial training will receive a grade of 60.1. While assigned to remedial training, midshipmen are on Fourth Class privileges and loss of leave status. Moreover they are not eligible for the Superintendent's, or Commandant's List. (Reference (b) refers.)

PRT Policy Violations

Midshipmen who repeatedly fail to meet the physical readiness standards of the Naval Academy by failing excessive Initial PRTs are subject to referral to the Physical Education Evaluation Board (PEEB), the Physical Education Review Board (PERB), and Academic Board. Combinations of Initial PRT failures that constitute PRT Policy Violations are shown in Table 8:

| VIOLATION | ACTION TAKEN |
|---|---|
| Fails 2 consecutive INITIAL PRT and does not pass the REMEDIAL PRTs. | Referred to the Physical Education Evaluation Board (PEEB) and the Physical Education Review Board (PERB) for possible referral to the Academic Board |
| Fails 3 of the first 4 INITIAL PRTs regardless of status of passing or failing Remedial PRT. | Same as above. |
| Fails a cumulative of 4 INITIAL PRTs during tenure at the Naval Academy, regardless of status of passing or failing Remedial PRT. | Same as above |
| Any First Class Midshipman failing an INITIAL PRT and does not pass a Remedial PRT by the PEEB convening date | Same as above |

Table 8: Summary of PRT Policy Violations

7. ACTION.

a. Battalion Offices, Company Officers, Company PE Officer, and Senior Enlisted Advisors will adhere to the provisions of this instruction. They will also ensure that, as appropriate, its contents are provided to, understood, and followed by midshipmen in their charge.

b. Company PE officers will establish and administer a physical fitness remedial training program that is comprehensive, effective, and documented.

c. The Head of the PE Department will:

(1) Administer the PRT.

(2) Ensure the PE staff is available to assist and provide guidance to midshipmen seeking to develop, achieve, or maintain a safe and effective physical fitness program.

(3) Maintain control and oversee all aspects of the Physical Readiness Test.

(4) Review PRT instructions, standards, policies and procedures, and recommend revision, when appropriate.

(5) Provide PRT data to Director of Institutional Research.

G. ROUGHEAD

Distribution:
Superintendent
Chief of Staff
Dean of Academics
Dean of Admissions
Director, Institutional Research
Public Affairs Officer
Commanding Officer, Naval Medical Clinic, Annapolis (3)
Deputy Commandant of Midshipmen
Brigade Medical Officer (2)

Command Master Chief Petty Officer
Battalion Officers
Company Officers
Company PE Officers
Company Senior Enlisted Advisors
Brigade Staff
Battalion Staff
Head, Physical Education Officer
Deputy, Physical Education Officer  (2)
Executive Officer, Physical Education Department  (2)
Remedial Officer, Physical Education Department  (2)
Marking Officer, Physical Education Department  (2)
Head Varsity Coaches
Naval Academy Athletic Association
    (Executive Athletic Council)  (12)
Director, Athletic Trainers  (2)
Director, Strength and Conditioning  (2)
Midshipman Counseling Center  (4)

# QUICK REFERENCE TABLE OF PRT CATEGORIES

| CATEGORY | WHEN TESTED | REMARKS |
|---|---|---|
| **BRIGADE PRT*** *For midshipmen medically qualified to take a PRT.* | No earlier than six weeks after start of the Fall and Spring academic semesters. | • Applies to midshipmen medically qualified to test and not excused from the PRT. • Companies are tested individually. • Counts as Initial PRT taken for grade. (The "Initial PRT" is the first PRT taken for grade in the semester.) |
| **REMEDIAL PRT*** *For midshipmen who have failed an Initial PRT.* | Scheduled monthly after the semester BRIGADE PRT. | • For midshipmen who have failed a PRT. |
| **TEAM PRT*** *Optional for varsity athletes who are in their Championship Season.* | Scheduled with the Marking Officer prior to the BRIGADE PRT. | • Applies to varsity athletes on squads in a Championship Season. • Counts as an Initial PRT taken for grade. • Athletes in a Championship Season who fail the PRT will be exempt from remedial training, unless otherwise directed by the Deputy Commandant of Midshipmen. • Athletes not in a Championship Season are required to participate in remedial training; training takes precedence over team practice. • Athletes not in a Championship Season are required to participate in remedial training are excused from that training 48 hours before a team competition. |
| **PLEBE SUMMER PRT** *For Plebes.* | Conducted at the end of Plebe Summer, prior to Brigade Reform. | • Given to Plebes in August of Plebe summer. • Mandatory for Plebes, unless on medical chit. • This PRT does not count for grade—it is used to evaluate the Plebe Summer physical fitness program. |
| **REFORM PRT** *For designated midshipmen who are in jeopardy of, or have violated the PRT policy.* | Within 72 hours of Brigade Reform. | • Mandatory for midshipmen one PRT failure away from violating, or have already violated, the PRT policy. • Counts as Initial PRT taken for grade. • Midshipmen who take the REFORM PRT must also take the BRIGADE PRT, but not for grade. However, if they fail the BRIGADE PRT, they will be placed in remedial training. |
| **MEDICAL CHIT PRT*** *For midshipmen not medically qualified taking an INITIAL PRT.* | Within seven days of chit expiring. | • Applies to those excused from taking the PRT due to medical chit. • Midshipmen unable to comply with taking a MEDICAL CHIT PRT within seven days of the medical chit expiring, must contact the Marking Officer and coordinate a test date. • Those who do not test within seven days of the medical chit expiring and do not have the Marking Officer's approval for additional time, will be designated a Marking Officer Failure (MOF), and assigned to Remedial training until they pass the PRT. |
| **SWIM PRT*** *Applies to Midshipmen on permanent medical waiver.* | Scheduled by Marking Office, as appropriate. | • Requires authorization by the Physical Education Review Board (PERB), chaired by the Deputy Commandant. • Applies only if injury prevents taking 1.5 mile run. Normally reserved for First Class midshipmen during second semester. |
| **ALTERNATE PRT*** | Scheduled by Marking Office, as appropriate | • Requires Cat II or III waiver approved by the Deputy Commandant of Midshipmen. • Must be coordinated with Marking Office. |

Table 2: PRT Category Quick Reference Chart

**Failure of the PRT results in loss of leave and reduction to Fourth Class privileges until a PRT is passed. Midshipmen who fail the PRT are required to take the following month's REMEDIAL PRT.*

# DISCUSSION OF PRT CATEGORIES

**Initial PRT = The first PRT taken for grade during the semester**

## BRIGADE PRT

The BRIGADE PRT is given to the entire Brigade twice each academic year. It is normally scheduled and administered by the PE Department no earlier than six weeks after the start of the Fall and Spring academic semesters.

Failure of BRIGADE PRT results in loss of leave, reduction to Fourth Class privileges, and assignment to mandatory remedial training (until a REMEDIAL PRT is passed).

All midshipmen will participate in the BRIGADE PRT, unless they have already completed an Initial PRT. Those participating in REFORM PRT must will also participate in BRIGADE PRTs, but not for grade. However, if they fail, they will be assigned to remedial training.

## REMEDIAL PRTs

REMEDIAL PRTs are for those who have failed an Initial PRT; they are scheduled following the BRIGADE PRT by the PE Department on a monthly basis.

## TEAM PRTs

As with non-athletes, student-athletes who fail a PRT will be reduced to Fourth Class privileges and loss of leave until they pass a PRT.

TEAM PRTs are scheduled for varsity athletes to prevent the BRIGADE PRT from interfering with their Championship Season. TEAM PRTs are scheduled not to conflict with Championship Season practices or contests. These PRTs are optional for varsity teams and athletes. The Head Coach will coordinate scheduling with the PE Marking Officer.

Varsity athletes in Championship Seasons who fail the TEAM PRT are exempt from participating in Company level remedial programs, unless directed by the Deputy Commandant of Midshipmen. However, they will be required to take the BRIGADE PRT.

Varsity athletes <u>not</u> in Championship Seasons who fail the TEAM PRT must attend remedial training at the Company or PE level until they pass a PRT. Team practice is permitted provided it does not interfere with remedial

training. The only exception is when varsity athletes are within 48 hours of competition.

Per reference (e), in-season varsity and junior varsity athletes are not required to participate in extra curricular PE activities at the Company level. For example, they are exempt from early morning Company workouts, Company runs, or the like that are not connected with remedial training.

PLEBE SUMMER PRT

PLEBE SUMMER PRT is given in August prior to Brigade reform. This PRT does not count for grade. It is used to evaluate the Plebe Summer Physical Fitness Program. Those who fail the PLEBE SUMMER PRT will be assigned to Company remedial training. Plebes who have not completed an Initial PRT will take the BRIGADE PRT.

REFORM PRT

REFORM PRT is scheduled for midshipmen who are one PRT failure away from violating the PRT policy or have already done so, and therefore, in jeopardy of being separated from the Naval Academy for failure to maintain Physical Readiness Standards.

This PRT is administered by PE within 72 hours of the Brigade Reforming after Summer Cruise or leave. The Marking Officer will provide to Company Officers the names of midshipmen required to participate in the REFORM PRT. Company Officers will notify and counsel these midshipmen, and document same. This action will be completed prior to the midshipmen departing the Academy for Summer Cruise or leave.

REFORM PRT will be considered the Initial PRT for grade and PRT policy purposes. ~~Midshipmen who take the REFORM PRT are also required~~ to take the BRIGADE PRT. BRIGADE PRT failure's will be reduced to Fourth Class privileges and loss of leave.

Midshipmen who fail the REFORM PRT, and are not separated by the Academic Board, are reduced to Fourth Class privileges with loss of leave until they pass a PRT. The first opportunity to remediate is the BRIGADE PRT.

MEDICAL CHIT PRT

Administered to all Midshipmen who have come off medical chit. The MEDICAL CHIT PRT will be scheduled on a weekly basis. Failure to take the PRT within seven days of a medical chit expiring will result in a Marking Office Failure.

Midshipmen who are not able to take a Fall or Spring semester initial PRT due to a medical condition will be referred to the PERB for possible Fit For Duty determination. When appropriate, these midshipmen will be referred to the Academic Board for consideration for separation.

SWIM PRT

Midshipmen medically disqualified to take the 1.5 mile run portion of the PRT are eligible to take the 500 yard swim PRT. The PERB in conjunction with the Brigade Medical Officer, approves midshipmen for the SWIM PRT. Eligibility prerequisite is a successful PRT run history.

The minimum swim time for males and females is 11 minutes, 20 seconds. Midshipmen who fail the SWIM PRT are assigned to the Swimming Sub Squad for remediation.

ALTERNATE PRT

The ALTERNATE PRT program provides an option to the 1.5 mile run. However, prior to being authorized to take an ALTERNATE PRT, athletes must first pass that run. This is normally accomplished during the TEAM PRT or BRIGADE PRT, Plebe year. Once they pass the 1.5 mile run, these athletes, if authorized, will be placed in CAT II or CAT III waiver status, and may commence gaining targeted body mass.

The physical demands of participating in athletic competition at the NCAA Division 1A level mandate athletes increase body mass (weight). Although additional body weight may enhance athletic performance, it degrades the ability to complete a 1.5 mile run for time. For example, a shot-putter, weighing 260 pounds, although healthy, would likely struggle with the run simply due to increased body mass.

The ALTERNATE PRT consists of taking a Bicycle Ergometer Test in lieu of the 1.5 mile run. This requires a CAT II or CAT III waiver. A Head Coach may request an ALTERNATE PRT for athletes from the Deputy Commandant of Midshipmen, via the Deputy PE Officer. The request form is included in reference (c).

Midshipmen qualifying for the CAT II or III program must complete the ALTERNATE PRT each semester. CAT II and III waivers will not be granted during an athlete's final semester prior to graduation.

Failure to pass the ALTERNATE PRT constitutes failure of the PRT.

If midshipmen in the program stop participating in varsity athletics, they have six months to meet weight control requirements. After six months, these midshipmen must participate in the first available PRT.

Weight Categories and the Alternate PRT

Below are six Midshipmen Weight Categories (CAT), in accordance with reference (c):

| CATEGORY | DESIGNATION | REMARKS |
|---|---|---|
| One (I) | Satisfactory | • Within Naval Academy height and weight standards. |
| Two (II) | Satisfactory | • Exceeds Naval Academy height and weight standards, but within body fat standards: Males: No greater than 22 %; Females: No greater than 33%. |
| Three (III) | Satisfactory | • Applies to varsity athletes required to gain weight (body mass) to increase competitiveness in NCAA Division IA competition.<br>• Midshipmen in CAT III are authorized to temporarily exceed height and weight and body fat standards to avoid unhealthy weight fluctuations.<br>• All midshipmen on a varsity roster are eligible and can be approved for CAT III.<br>• The Deputy Commandant of Midshipmen approves entry to the CAT III status after considering requests put forth by varsity team Head Coaches.<br>• Midshipmen in CAT III are required to be within Naval Academy body fat percent standards prior to graduation and commissioning. |
| Four (IV) | Open | Not applicable. |
| Five (V) | Unsatisfactory | • Exceeds maximum height and weight and body fat percent standards. |
| Six (VI) | Satisfactory | • This CAT is for temporary monitoring of midshipmen who were previously in CAT V or VII, to help avoid rebound into unsatisfactory categories. |
| Seven (VII) | Unsatisfactory | • Under height and weight standards to an extent that is potentially unhealthy.<br>• Midshipmen in this CAT VII are referred to the Midshipmen Development Center and instructed on proper wellness and nutrition. |

Table 3: Midshipmen Weight Categories

The request for CAT II and CAT III waivers must be submitted to the Deputy Commandant of Midshipmen via the Deputy PE Officer not later than 10 December (for Spring waiver) and 10 May (for Fall waiver). CAT II waiver requests are processed in the same manner as CAT III waivers, but must include amplifying information that help justifies the request.

Those with CAT II or CAT III waivers who fail the 1.5 mile run may not switch to the Bicycle Ergometer PRT in an attempt to pass a REMEDIAL PRT. Once a run or a Bicycle Ergometer PRT is attempted, remediation must occur in the same manner as the original test.

Midshipmen who took the ALTERNATE PRT throughout their four years at the Naval Academy are required to take and pass the 1.5 mile run prior to graduation. They must also meet body fat standards.

# PHYSICAL FITNESS TEST ELEMENTS

The PRT consists of four physical fitness elements. Tested are the sit and reach, curl-ups, push-ups, and 1.5 mile run. These elements, their minimum requirements, grading parameters, and test instructions are outlined blow.

| PRT ELEMENTS | MINIMUM REQUIREMENTS to PASS | |
|---|---|---|
| | Male | Female |
| Sit and Reach | Touch toes for one second w/legs extended while sitting and ankles @ 90 degree angles. Pass/Fail. | Touch toes for one second w/legs extended while sitting and ankles @ 90 degree angles. Pass/Fail. |
| Push-ups | 40 w/in 2 minutes. | 18 w/in 2 minutes. |
| Curl-ups | 65 w/in 2 minutes. | 65 w/in 2 minutes. |
| 1.5 mile run | w/in 10 minutes, 30 seconds. | w/in 12 minutes, 40 seconds. |

Table 5: PRT Standards & Minimum Requirements to Pass

## General Information:

- Regulation PE uniform (with shirt tucked in) is worn during PRT testing.
- Midshipmen will record their testing scores with the instructor prior to departing the test site.
- Failure to record test scores will result in a failing grade.
- Order of the test: push-ups, curl-ups, sit and reach, 1.5 mile Run.
- Participation in five to ten minutes of warm-up exercise is required before beginning the PRT events. Warm-up must be completed individually prior to test start. Examples of recommended warm-up exercises follow.

## Recommended Minimum PRT Warm-up Exercises:

- Walk 2-5 minutes.



Hip flexor stretch:
- Kneel as shown with hands on knee.
- Slowly push hips toward the floor.
- Hold 20 seconds.
- Switch legs and repeat.

Illustration 1: Hip flexor stretch

Groin stretch:

- Sit with soles of feet together as shown, with hands around feet.
- Sit up straight and press knees toward floor.
- Lean forward and hold 20 seconds.
- Relax and repeat.

Illustration 2: Groin stretch

Lower back stretch:

- Lie on back as shown.
- Pull one knee toward chest.
- Hold 20 seconds.
- Do twice each leg.

Illustration 3: Lower back stretch

Quadriceps stretch:

- Lie on stomach as shown.
- Pull foot toward buttocks.
- Hold 20 seconds.
- Do twice each leg.

Illustration 4: Quadriceps stretch



Achilles tendon and calf stretch:

- Stand facing wall.
- Place palms of hands flat against wall.
- Feet should be about 12 inches apart.
- Bend the right knee with left leg straight behind you.
- Keep left heel on the floor with toes pointing straight ahead.
- Slowly move hips forward until a stretch is felt in the calf of the left leg.
- Hold for 15-30 seconds.
- Repeat with right leg.
- The stretch should be felt in the calf and Achilles tendon.
- Variation: Begin in the position described above.
- Bend the left knee (rather than keeping it straight), keeping the heel on the floor.
- The stretch should be felt in the Achilles tendon.

Illustration 5: Achilles tendon and calf stretch

PRT Elements Tested:

Sit and Reach: Pass/Fail.

- While sitting with legs extended straight and ankles at 90 degree angles.
- Touch toes for one second with both hands.

Illustration 6: Sit and Reach

Curl-ups: From the command "go," midshipmen will perform a maximum number of curl ups within two minutes.

- Arms will be folded across the chest with the fingers remaining in contact with the collar bone and elbows flush against the body at all times.

- Midshipmen will be allowed to clutch the T-shirt as long as the hands remain in contact with the collar bone.
- Knees will be bent to form a 90 degree angles between the upper and lower legs.
- Feet will be positioned together or up to 12 inches apart, heels and buttocks remain in contact with the deck at all times.
- Midshipmen's partners may hold the participant's feet with their hands. No other method of holding or bracing the feet is authorized.
- Upper body will be raised until elbows come in contact with thighs (this is the up position). Return by lowering the upper body until shoulder blades touch the deck (this is the down position).
- Midshipmen will be given two verbal warnings for failure to keep the buttocks on the deck, failure to keep hands in contact with the collar bone, or failure to keep the elbows flush against the body. The third verbal warning will stop the test and this portion of the PRT will be stopped. An improper repetition will not be counted, and the counter will repeat the number of the last correctly performed repetition.
- The curl-up portion of the test will be ended for failure to keep the legs in the proper position, maintain feet on the deck, or keep the arms folded across the chest.

Illustration 7: Curl-ups

Push-ups: From the command "go," midshipmen will perform a maximum number of push ups within a two minute time period.

- The starting position is the front leaning position.
- Midshipmen will place an athletic shoe on its side directly between the shoulders, chest high with the sole of the shoe facing the feet of the midshipmen performing the exercise.
- On each down repetition, the shoe must be touched by the chest for the repetition to be valid.
- Place hands where comfortable, between shoulder width and full extension of the elbows.
- Feet may be together or up to twelve inches apart.
- The body must be in a straight line from heels to shoulder.
- From the starting position, bend elbows and lower entire body as a single unit until the chest has made contact with the shoe (this is the down position).
- Return to the starting position with fully extended arms (this is the up position). The body will be kept straight, shoulders through ankles throughout the exercise.
- The up position is the only authorized rest position. Sagging or flexing of the back in the rest position is prohibited.
- Reposition of the hands or feet, resting in the down position, or waist, elbow or knee touching the ground will result in the test being ended.
- Midshipmen will be given two verbal warnings for failure to touch the shoe with the chest, to extend the arms completely, or to keep the back straight. The third warning will stop the test, and this portion of the PRT will be stopped.



Illustration 8: Push-up

1.5 Mile Run: The run portion of the PRT will be given on a measured, 1.5 mile road course around the perimeter of Dewey Field. Inclement weather site is Halsey Field House. Ingram Field may be used as a secondary track and for remedial testing.

## Spring Semester PRT Validation

Validation can be earned only by taking a PRT that includes a 1.5 mile run. Midshipmen scoring 90 percent or greater on the Fall semester PRT validate the Spring semester Initial PRT. This validation remains in effect until the subsequent Fall semester Initial PRT.

## Authorization to Wear the Physical Readiness Wreath

The Physical Readiness Wreath indicates superior PRT performance. Those who complete four consecutive Fall Semester PRTs with a perfect score are authorized to wear the Physical Readiness Wreath with Star, indicating continuous commitment to Physical Readiness Excellence.

Only midshipmen taking a PRT that includes the 1.5 mile run are eligible to wear the Physical Readiness Wreath. Those who score 100 percent on all elements of the Fall or Spring Initial PRT will receive a Letter of Commendation and be eligible to wear, the Physical Readiness Wreath until the following Fall Initial PRT.

Illustration 9: US Naval Academy Physical Readiness Wreath and Wreath with Star

# PRT GRADING TABLES

## PRT Grading Criteria

The PRT uses a traditional percentage based "A, B, C, D, F" grading scale. The PRT grade is determined by averaging the percent score of each element: push-ups, curl-ups, and the 1.5 mile run.

Each element is valued at 33.3 percent. Table 5 represents a summary of PRT requirements for corresponding element percentage points.

Table 6 is the grading scale for the Swim PRT. For grading purposes, the swim element percentage substitutes for the 1.5 mile run percentage.

A minimum score of 60 percent must be earned in each element to pass the PRT.

| PRT ELEMENT GRADING TABLE OVERVIEW | | | | | | |
|---|---|---|---|---|---|---|
| **PRT Element Score** | **Number of Curl-Ups** | | **Number of Push-Ups** | | **1.5 Mile Run** *(Min:Sec)* | |
| *1/3 of Total Score* | *Male* | *Female* | *Male* | *Female* | *Male* | *Female* |
| 99 % | 101 + | | 101 + | 85 + | 8:15 | 9:35 |
| 90 % | 93 | | 87 | 66 | 8:45 | 10:20 |
| 80 % | 84 | | 71 | 49 | 9:20 | 11:10 |
| 70 % | 75 | | 56 | 33 | 9:54 | 12:00 |
| 60 % | 65 | | 40 | 18 | 10:30 | 12:40 |

Table 5: PRT Grading Table

| 500 YARD SWIM GRADING TABLE | | | | | |
|---|---|---|---|---|---|
| % | Time | % | Time | % | Time |
| 99.9 | 6:50 | 86.6 | 8:20 | 72.6 | 9:50 |
| 98.0 | 7:00 | 85.2 | 8:30 | 71.2 | 10:00 |
| 96.6 | 7:10 | 83.6 | 8:40 | 69.8 | 10:10 |
| 95.2 | 7:20 | 82.0 | 8:50 | 68.4 | 10:20 |
| 93.8 | 7:30 | 80.4 | 9:00 | 67.0 | 10:30 |
| 92.4 | 7:40 | 78.8 | 9:10 | 65.6 | 10:40 |
| 91.0 | 7:50 | 77.2 | 9:20 | 64.2 | 10:50 |
| 89.4 | 8:00 | 75.6 | 9:30 | 62.8 | 11:00 |
| 88.0 | 8:10 | 74.0 | 9:40 | 61.4 | 11:10 |
| | | | | 60.0 | 11:20 |

Table 6: Percent (Grade) v. Swim Time for 500 Yards

## Physical Readiness Test Grading Tables for Curl-ups, Push-ups, & 1.5 Mile Run

*Scores shown in percentages (%)*

### Curl-ups

| Total Number | Score Males & Females |
|---|---|
| 101 | 99.9 |
| 100 | 98.5 |
| 99 | 97.4 |
| 98 | 96.3 |
| 97 | 95.2 |
| 96 | 94.1 |
| 95 | 93.0 |
| 94 | 91.9 |
| 93 | 90.8 |
| 92 | 89.7 |
| 91 | 88.6 |
| 90 | 87.5 |
| 89 | 86.4 |
| 88 | 85.3 |
| 87 | 84.2 |
| 86 | 83.1 |
| 85 | 82.0 |
| 84 | 80.9 |
| 83 | 79.8 |
| 82 | 78.7 |
| 81 | 77.6 |
| 80 | 76.5 |
| 79 | 75.4 |
| 78 | 74.3 |
| 77 | 73.2 |
| 76 | 72.1 |
| 75 | 71.0 |
| 74 | 69.9 |
| 73 | 68.8 |
| 72 | 67.7 |
| 71 | 66.6 |
| 70 | 65.5 |
| 69 | 64.4 |
| 68 | 63.3 |
| 67 | 62.2 |
| 66 | 61.1 |
| 65 | 60.0 |

### Push-ups

| Score Male | Total Completed | Score Female |
|---|---|---|
| 99.9 | 101 | NA |
| 99.1 | 100 | NA |
| 98.4 | 99 | NA |
| 97.7 | 98 | NA |
| 97.1 | 97 | NA |
| 96.4 | 96 | NA |
| 95.8 | 95 | NA |
| 95.1 | 94 | NA |
| 94.5 | 93 | NA |
| 93.8 | 92 | NA |
| 93.2 | 91 | NA |
| 92.5 | 90 | NA |
| 91.9 | 89 | NA |
| 91.2 | 88 | NA |
| 90.6 | 87 | NA |
| 89.9 | 86 | NA |
| 89.3 | 85 | 99.9 |
| 88.6 | 84 | 99.4 |
| 87.9 | 83 | 98.9 |
| 87.3 | 82 | 98.4 |
| 86.6 | 81 | 97.9 |
| 86.0 | 80 | 97.4 |
| 85.4 | 79 | 96.9 |
| 84.7 | 78 | 96.4 |
| 84.1 | 77 | 95.9 |
| 83.4 | 76 | 95.4 |
| 82.8 | 75 | 94.9 |
| 82.1 | 74 | 94.4 |
| 81.5 | 73 | 93.9 |
| 80.8 | 72 | 93.4 |
| 80.2 | 71 | 92.9 |
| 79.5 | 70 | 92.4 |
| 78.9 | 69 | 91.9 |
| 78.2 | 68 | 91.4 |
| 77.6 | 67 | 90.9 |
| 76.9 | 66 | 90.4 |
| 76.3 | 65 | 89.9 |
| 75.6 | 64 | 89.3 |
| 75.0 | 63 | 88.7 |
| 74.3 | 62 | 88.1 |
| 73.7 | 61 | 87.5 |
| 73.0 | 60 | 86.9 |
| 72.4 | 59 | 86.3 |
| 71.7 | 58 | 85.7 |
| 71.1 | 57 | 85.1 |
| 70.4 | 56 | 84.5 |
| 69.8 | 55 | 83.9 |
| 69.1 | 54 | 83.3 |
| 68.5 | 53 | 82.7 |
| 67.8 | 52 | 82.1 |
| 67.2 | 51 | 81.5 |
| 66.5 | 50 | 80.9 |
| 65.9 | 49 | 80.3 |
| 65.2 | 48 | 79.7 |
| 64.6 | 47 | 79.1 |
| 64.0 | 46 | 78.5 |
| 63.3 | 45 | 77.9 |
| 62.6 | 44 | 77.3 |
| 62.0 | 43 | 76.7 |
| 61.3 | 42 | 76.1 |
| 60.7 | 41 | 75.5 |
| 60.0 | 40 | 74.9 |

| Score Male | Total Completed | Score Female |
|---|---|---|
| NA | 39 | 74.3 |
| NA | 38 | 73.7 |
| NA | 37 | 73.1 |
| NA | 36 | 72.5 |
| NA | 35 | 71.9 |
| NA | 34 | 71.2 |
| NA | 33 | 70.5 |
| NA | 32 | 69.8 |
| NA | 31 | 69.1 |
| NA | 30 | 68.4 |
| NA | 29 | 67.7 |
| NA | 28 | 67.0 |
| NA | 27 | 66.3 |
| NA | 26 | 65.6 |
| NA | 25 | 64.9 |
| NA | 24 | 64.2 |
| NA | 23 | 63.5 |
| NA | 22 | 62.8 |
| NA | 21 | 62.1 |
| NA | 20 | 61.4 |
| NA | 19 | 60.7 |
| NA | 18 | 60.0 |

### 1.5 Mile Run

| Score Male | Time | Score Female |
|---|---|---|
| 99.9 | 8:15 | NA |
| 98.0 | 8:20 | NA |
| 96.6 | 8:25 | NA |
| 95.2 | 8:30 | NA |
| 93.8 | 8:35 | NA |
| 92.4 | 8:40 | NA |
| 91.0 | 8:45 | NA |
| 89.4 | 8:50 | NA |
| 88.0 | 8:55 | NA |
| 86.6 | 9:00 | NA |
| 85.2 | 9:05 | NA |
| 83.6 | 9:10 | NA |
| 82.0 | 9:15 | NA |
| 80.4 | 9:20 | NA |
| 78.8 | 9:25 | NA |
| 77.2 | 9:30 | NA |
| 75.6 | 9:35 | 99.9 |
| 74.0 | 9:40 | 98.7 |
| 72.6 | 9:45 | 97.5 |
| 71.2 | 9:50 | 96.4 |
| 69.8 | 9:55 | 95.3 |
| 68.4 | 10:00 | 94.2 |
| 67.0 | 10:05 | 93.2 |
| 65.6 | 10:10 | 92.2 |
| 64.2 | 10:15 | 91.2 |
| 62.8 | 10:20 | 90.2 |
| 61.4 | 10:25 | 89.2 |
| 60.0 | 10:30 | 88.2 |
| NA | 10:35 | 87.2 |
| NA | 10:40 | 86.2 |
| NA | 10:45 | 85.2 |
| NA | 10:50 | 84.2 |
| NA | 10:55 | 83.2 |
| NA | 11:00 | 82.2 |
| NA | 11:05 | 81.2 |
| NA | 11:10 | 80.2 |
| NA | 11:15 | 79.2 |
| NA | 11:20 | 78.2 |
| NA | 11:25 | 77.2 |
| NA | 11:30 | 76.2 |
| NA | 11:35 | 75.2 |
| NA | 11:40 | 74.2 |
| NA | 11:45 | 73.2 |
| NA | 11:50 | 72.2 |
| NA | 11:55 | 71.2 |
| NA | 12:00 | 70.2 |
| NA | 12:05 | 68.9 |
| NA | 12:10 | 67.6 |
| NA | 12:15 | 66.3 |
| NA | 12:20 | 65.0 |
| NA | 12:25 | 63.7 |
| NA | 12:30 | 62.4 |
| NA | 12:35 | 61.2 |
| NA | 12:40 | 60.0 |

Table 7: Physical Readiness Test Grading Tables

046

# STATUS OF MIDSHIPMEN WHO FAIL THE PRT

## PRT Failures, Defined

- Failure to pass one or more elements of PRT.
- Failure to take PRT within seven days of medical chit expiration (Marking Office Failure).
- Failure to report score for one or more elements of the PRT.

## What Happens when a Midshipmen Fails the PRT?

- Automatically assigned to Company remedial training.
- Considered for assignment to PE afternoon remedial training.
- Reduced to Fourth Class privileges and loss of leave.

## What Happens when Varsity Athletes Fail an Initial PRT?

- If in Championship Season, they are exempt from Company and PE remedial training; no restriction on team practice.
- If not Championship Season, must participate in Company or PE remedial training; they may participate in team practice provided it does not interfere with remedial training.
- Excused from remedial training 48 hours prior to team competition.

## PRT Remediation Process

Company Remedial training is scheduled, coordinated, and administered by Company PE Officers based on workout programs provided by the PE staff. Company PE Officers will be assisted by Senior Enlisted Advisors, who will maintain training and attendance records, and monitor each midshipmen's workout log. The PE staff is available to aid and assist Company PE Officers.

Midshipmen assigned to Company Remedial Squads will be counseled by Company Officers regarding the objectives of their training. If during this session questions arise regarding the midshipman's physical readiness to commence training, the Company Officer will request the midshipman's medical record be screened by the Naval Clinic prior to training.

Enclosure (6)

mental keenness and physical stamina demanded of those who lead men and women in the Naval Service.

5. POLICY.

a. Midshipmen shall establish a personal physical fitness program of regular exercise that ensures a high level of personal physical readiness. This program will be designed to improve cardiorespiratory fitness; muscular strength, endurance and flexibility; and maintain proper body composition.

b. The Brigade-wide PRT provides a comprehensive measurement of physical readiness and the effectiveness of personal fitness programs. An added benefit is it provides insight to how well the Naval Academy physical fitness programs support the physical mission.

c. The PE Department administers the Brigade-wide PRT during spring and fall semesters. This PRT is mandatory for all midshipmen, unless excused by medical chit, the Commandant of Midshipmen, or the Academic Board which approves permanent medical waiver for non-participation. Midshipmen in the latter category will be evaluated for fitness for duty.

d. An "Initial PRT" is the first PRT taken for grade.

e. Midshipmen who repeatedly fail to meet the physical readiness standards of the Naval Academy by failing excessive Initial PRTs are subject to referral to the Physical Education Evaluation Board (PEEB) and the Physical Education Review Board (PERB) and Academic Board. Table 1 outlines combinations of Initial PRT failures that constitute PRT Policy Violations:

| VIOLATION | ACTION TAKEN |
|---|---|
| Fails 2 consecutive Initial PRT and does not pass the REMEDIAL PRTs. | Referred to the Physical Education Evaluation Board (PEEB) and the Physical Education Review Board (PERB) for possible referral to the Academic Board. |
| Fails 3 of the first 4 Initial PRTs regardless of status of passing or failing Remedial PRT. | Same as above. |
| Fails a cumulative of 4 Initial PRTs during tenure at the Naval Academy, regardless of status of passing or failing remedial PRT. | Same as above. |
| Any First Class Midshipman failing an Initial PRT and does not pass a remedial PRT by the PEEB convening date. | Same as above. |

Table 1: Summary of PRT Policy Violations

6. DISCUSSION. Enclosures (1) and (2) discuss PRT categories. Enclosure (3) reviews physical fitness test elements. Enclosure (4) discusses PRT validation and awards. Enclosure (5) are the PRT grading scales. Enclosure (6) outlines action taken when PRT requirements are unfulfilled or violated.

Except from Comdt MidnInst 5400.5

Combative Grappling, weight training, personal conditioning, and electives - from one day to two weeks as appropriate (some midshipmen require only testing while others require make-up lessons).

2. Medical Waivers. Midshipmen unable to take Physical Education tests or training for medical reasons must process their medical chit according to the medical chit instructions in this CSORM section. A properly processed medical chit will exempt the midshipman from attending deficiency squads. Only those subjects marked on the Medical Excuse Authorization can be deferred.

3. Varsity Athletic Deferrals. Varsity athletes shall attend physical education classes. If a strenuous PE test occurs on the day of a sporting event (i.e. game) and/or in the case of all combatives or swimming classes (no sporting event/game on that day required), the lead instructor shall excuse the in-season athlete(s), who requests excusal, from the specific test/class participation. Traditional **in-season varsity athletes** who are deficient in PE shall defer reporting to the applicable deficiency squad by obtaining a waiver from the Marking Office until the season ends. Multiple sport varsity athlete will be responsible for making up their deficiency(ies) prior to competing in the following sports season.

4. Squad Instructors. Midshipmen conditioning squad instructors are excused from participation in Intramurals due the hours actively involved in working out and testing midshipmen under the auspices of the Marking Officer. Conditioning Squad instructors will carry out the following duties and responsibilities:

(a) Muster all midshipmen assigned to squads for each deficient subject each day the squads meet and bring the muster to the Marking Office the same day.

(b) Maintain records on those midshipmen who experience unusual difficulty in meeting requirements. Records should include but are not limited to:

(1) Length of time on squad.

(2) Attendance record and attitude.

(3) Apparent weight gain or loss.

(4) Progress in physical fitness and skills.

(c) Submit to the Marking Office, immediately following testing, records of make up tests and subjects completed. If after office hours, slip the testing forms under the LOCKED door.

(d) Provide the Marking Office with names and sample authorized signatures for conditioning squad instructors.

## 7. REVIEW BOARDS AND GRADUATION STATUS.

Midshipmen who fail or are incomplete in a Physical Education test/subject are considered to be deficient and subject to action by the following boards:

a. Physical Education Evaluation Board (PEEB)

1. Membership:
Head, Physical Education Department
Executive Officer, Physical Education Department
Deputy Physical Education Officer
Physical Education Marking Officer

2. Duties include review of deficient cases and forwarding as required to the Commandant of Midshipmen Physical Education Review Board (PERB).

b. Commandant of Midshipmen Physical Education Review Board (PERB)

1. Membership:

Deputy Commandant of Midshipmen
Senior Medical Officer, Branch Clinic
Head, Physical Education Department
Deputy Physical Education Officer
Physical Education Marking Officer

2. Duties include review of deficient cases forwarded by the PEEB with appropriate recommendations to the Commandant for permanent waiver cases. Determinations on the following actions will be made as required:

(a) Issue a Letter of Warning to any midshipmen with two or more current semester failures. Midshipmen under a Letter of Warning are ineligible for overnight liberty as per CSORM section II.

(b) Issue Letter of Probation to any midshipmen with one or more failures from a previous semester, or to any midshipmen meeting the requirements for a Letter of Warning, who has already received a Letter of Warning during the current semester.

(c) Issue a Letter of Warning or Probation to a first class midshipmen who is in danger of not meeting graduation requirements.

(d) Issue a Letter of Warning or Probation to a any class midshipmen who is judged by the board to be a potential PE risk.

(e) Forward a case to the Academic Board. A case forwarded to the Academic Board is subject to discharge for failure to meet the Naval Academy Physical Education requirements. The following criteria shall apply:

- Failure by first class midshipmen to meet Physical Education graduation requirements.

- Failure in two or more Physical Education tests/subjects in one semester.

- Failure in Physical Education for two consecutive semesters or in a specific test/subject for the two semesters in which the subject is administered.

- Failure to complete the required Tower Jump (Abandon Ship Drill) during the semester in which it is administered.

- A midshipmen in receipt of two or more Letters of Probation or any midshipmen who is judged by the board to be a potential PE risk.

**9. DELAYED GRADUATION.** Any 1/C midshipmen who has not successfully completed the Physical Education graduation requirements by completion of the last scheduled exam will appear before the Academic Board. If retained by the Academic Board, the midshipman will be a delayed graduate and assigned to a Remedial Physical Fitness Training Program under the guidance of the Physical Education Department until the Academic Board's specified requirements are met.



DEPARTMENT OF THE NAVY
UNITED STATES NAVAL ACADEMY
121 BLAKE ROAD
ANNAPOLIS, MARYLAND 21402-5000

USNAINST 5420.24E
3/DeanAdmissions
13 April 1998

USNA INSTRUCTION 5420.24E CHANGE TRANSMITTAL 1

From: Superintendent

Subj: POLICY AND PROCEDURES GOVERNING THE ACADEMIC BOARD

1. Purpose. To publish change 1 to subject instruction.

2. Action: Make the following pen and ink changes.

a. Page 12, paragraph 5.d. delete comma and add the word "and" after "documentary evidence." Draw a line through ", and oral statements of witnesses."

b. Page 13, paragraph 2.d. delete comma and add the word "and" after "documentary evidence." Draw a line through ", and oral statements of witnesses."

3. Cancellation. When the required action has been taken.

JO DEE C. JACOB
Deputy for Operations

Distribution:
AA



DEPARTMENT OF THE NAVY
UNITED STATES NAVAL ACADEMY
121 BLAKE ROAD
ANNAPOLIS, MARYLAND 21402-5000

USNAINST 5420.24E
3/DeanAdmissions
05 DEC 1996

USNA INSTRUCTION 5420.24E

From: Superintendent

Subj: POLICY AND PROCEDURES GOVERNING THE ACADEMIC BOARD

Ref: (a) USNA Regulations, Section 130302

Encl: (1) Policy and Procedures Governing the Academic Board

1. Purpose. To establish the policy and procedures applicable to the Academic Board.

2. Cancellation. USNA Instruction 5420.24D. This directive is a complete revision and should be reviewed in its entirety. No special markings appear because changes are extensive.

3. Background. The authority and duties of the Academic Board are established in law in U.S. Code Title 10. Reference (a) provides that the rules governing policy and procedures of the Academic Board shall be established by the Superintendent. Enclosure (1) presents those rules.

C. R. LARSON

Distribution:
AA

USNAINST 5420.24E

05 DEC 1996

# POLICY AND PROCEDURES GOVERNING THE ACADEMIC BOARD

**Article I.** Source of Authority

A. U.S. Code Title 10, Section 6956(b) "If it is determined that upon the admission of a new class to the Academy, the number of midshipmen at the Academy will be below the authorized number, the Secretary may fill the vacancies by nominating additional midshipmen from qualified candidates designated as alternates and from other qualified candidates who competed for nomination and are recommended and found qualified by the Academic Board..."

B. U.S. Code Title 10, Section 6958(a) "Each candidate for admission to the U.S. Naval Academy...(2) shall be examined according to such regulations as the Secretary of the Navy prescribes, and if rejected at one examination may not be examined again for admission to the same class unless recommended by the Academic Board."

C. U.S. Code Title 10, Section 6962

"(a) The Superintendent of the Naval Academy shall submit to the Secretary of the Navy in writing a full report of the facts-"

"(1) Whenever the Superintendent determines that the conduct of a midshipman is unsatisfactory; or"

"(2) Whenever the Academic Board unanimously determines that a midshipman possesses insufficient aptitude to become a commissioned officer in the naval service."

"(b) A midshipman upon who a report is made under subsection (a) shall be given an opportunity to examine the report and submit a written statement thereon. If the Secretary believes, on the basis of the report and statement, that the determination of the Superintendent or of the Academic Board is reasonable and well founded, he may discharge the midshipman from the Naval Academy and from the naval service."

Enclosure (1)

D. U.S. Code Title 10, Section 6963 "Midshipmen found deficient at any examination shall, unless the Academic Board recommends otherwise, be discharged from the Naval Academy and from the naval service."

E. SECNAVINST 1531.1A

7a. "Deficiency at any Examination. A midshipman who is found to be academically deficient, including deficiency in physical education, may be disenrolled from USNA by the Academic Board..."

9. Waivers. "...Waivers [of the enlisted active duty obligation] may be granted if...in cases of disenrollment for academic deficiency, the Academic Board has not recommended active enlisted service, having determined the academic deficiency occurred despite determined efforts by the midshipman."

F. BUPERSMAN Paragraph 3640415

7a(1) "When disenrollment occurs as a result of academic deficiencies despite determined efforts by the midshipman, the Naval Academy Academic Board may waive the active duty in enlisted status provision."

G. U.S. Naval Academy Regulations

130302. Academic Board. Describes the purpose, composition, procedures, and duties of the Board. Describes the Board's responsibilities regarding proficiency standards and multiple coefficients, academic failures, reports of marks, and standings, and academic qualifications for award of the degree.

H. USNA Instruction 1531.49, Subj: Graduation and Degree Requirements

4. Requirements "...a midshipman at the Naval Academy must satisfactorily meet the following requirements to graduate and receive a degree."

I. USNA Instruction 1531.50, Subj: Probation and Deficiencies

3. Probation. "The purpose of academic probation is to warn midshipmen their performance is below the required standards and significant improvement will be required to justify further retention at the Naval Academy."

4. Deficiencies. "Midshipmen found deficient at the end of either a semester or a summer session will be discharged, unless retained by the Academic Board."

6. Conduct and Military Performance. "Midshipmen who receive failing grades in conduct or military performance may be referred to the Academic Board by the Commandant of Midshipmen, and are subject to separation for such failure."

**Article II. Composition of the Academic Board**

A. In addition to the members specified by the U.S. Naval Academy Regulations 130302.2, the Academic Board will be staffed as follows:

1. The Dean of Admissions will be the Secretary of the Academic Board and will:

a. Prepare the Board agenda and make sure that supporting documents are available to the members.

b. Advise the members and others concerned as to the place and time of the meeting.

c. Prepare the minutes of the meeting.

d. Maintain the Academic Board files.

2. An officer appointed by the Academic Dean and Provost will serve as the Recorder. The Recorder will:

a. Make sure that the Board Room is available and arranged for the meeting.

b. Have a recording system available and record all open sessions of the Board while midshipmen are present in the Board Room. Retain the recordings for 5 years.

c. Set up and operate a system in conjunction with the staff of the Commandant of Midshipmen for calling midshipmen to appear before the Board.

3. The Senior Medical Officer, the Director of the Academic Center, and the Director of Athletics will act as advisors and provide information to the Academic Board concerning matters within their respective areas of responsibility.

4. The Superintendent's Staff Judge Advocate will act as an advisor and provide background information to the Academic Board on the circumstances leading to the separation of former midshipmen seeking readmission where separation was based upon conduct offenses, honor offenses, insufficient aptitude, or qualified resignations.

**Article III. Duties and Responsibilities of the Academic Board.** The duties and responsibilities of the Academic Board are specified by law as quoted in Article I and are described in USNA Regulations and in the USNA Instruction on Administration of Academic Programs referred to in Article I. For convenience, they are briefly listed below:

A. Prescribe policies concerning the criteria for admissions and the course of instruction.

B. Recommend candidates found qualified for Secretary of the Navy appointments under 10 U.S.C. § 6956(e). (List of Qualified Alternates and Competitors).

C. Review and rule on requests for readmission submitted by former midshipmen, and where readmission is approved, determine the appropriate class for reentry.

D. Act on appeals of decisions of the Majors Committee. The appeal should be in the form of a statement containing reasons for reconsideration, addressed to the Secretary of the Academic Board. The Academic Board will be guided in its decision regarding appeals on assignment to majors by the needs of the service.

E. Establish minimum standards of proficiency.

F. Prescribe coefficients to determine the admissions whole person multiple.

G. Establish requirements for the award of the degree.

H. Approve candidates recommended for a degree.

I. Take cognizance of annual reports of the relative standing of midshipmen and merit roll of the graduating class.

J. Act on all cases of academic deficiency. Unless the Academic Board recommends otherwise, midshipmen found deficient will be discharged from the Naval Academy and from the naval service.

K. Act on all cases of physical education deficiency referred to the Board by the Commandant of Midshipmen. Unless the Academic Board recommends otherwise, midshipmen found deficient will be discharged from the Naval Academy and from naval service.

L. Act on all requests for reconsideration submitted by midshipmen in cases where the midshipmen were found academically deficient and were not recommended for continuation at the Naval Academy by the Academic Board.

M. Determine whether a midshipman referred to the Board by the Commandant of Midshipmen possesses insufficient

aptitude to become a commissioned officer in the naval service. Decisions to recommend separation of a midshipman for insufficient aptitude must be unanimous.

**Article IV. Academic Board Policy**

A. Academic Deficiency

1. Discharge for academic deficiency. Midshipmen found deficient at the end of either a semester or a summer session will be discharged unless retained by the Academic Board. Midshipmen found deficient at the end of either a semester or a summer session, whose separation was held in abeyance contingent on meeting conditions of probation prescribed by the Academic Board for a period ending before the end of the next semester, and who are determined by the Academic Board not to have removed the conditions of probation, will be discharged unless retained by the Academic Board. Deficiency is constituted by any one or more of the following:

a. Failure in two or more of the courses taken to fulfill graduation requirements in a given semester.

b. Failure of a course taken to fulfill graduation requirements in each of two consecutive semesters. Summer school is not considered as a semester.

c. Failure to earn a 2.00 in summer school when required to attend by the Academic Board.

d. Failure to remove probation.

(1) Probation is imposed under the following circumstances:

(a) If a midshipman's Cumulative Quality Point Rating (CQPR) is below 2.00 at the completion of a semester, probation for the following semester is automatically imposed. A midshipman is also on automatic probation for the

semester following two consecutive semesters in which the Semester Quality Point Rating (SQPR) is below 2.00, even though the CQPR remains above 2.00.

(b) A midshipman is automatically on probation for the following semester when continued by the Academic Board after having been subject to possible discharge for deficiency.

(c) A midshipman is automatically on probation in physical education for the semester following any semester in which the midshipman receives a grade of "F".

(2) Probation is removed only at the end of the two regular semesters each year. If the probation was imposed because of CQPR, removal requires raising the CQPR to at least 2.00. If probation was imposed because of consecutive SQPR's, removal requires the achievement of an SQPR of at least 2.00. If probation is for failure in physical education, removal requires successful completion of the tests that were previously failed.

e. Failure to achieve an SQPR of at least 1.50 for any given semester.

f. Failure to fulfill any condition as prescribed by the Academic Board as the result of a previous deficiency.

g. Failure to complete successfully all requirements for graduation at the end of the semester in which the midshipman is scheduled to graduate.

h. Falling two or more semester courses behind the number of courses required by the end of a given semester, according to the matrix of the assigned major program. When the Academic Board (with or without interview) permits a midshipman who is two or more courses behind the matrix to continue, this does not constitute a commitment to turn back.

Separation or retention will be determined according to performance in any subsequent semester or summer program.

i. Failure to achieve the required standards in At-Sea-Training or in any of the Professional Competency Reviews with subsequent recommendation to the Academic Board by the Director of Professional Development.

j. Failure to achieve the required standards in Physical Education at the end of a semester where the Commandant of Midshipmen refers the case to the Academic Board in accordance with COMDTMIDNINST 1531.7.

k. Failure in any of the remedial courses HE101, HE200, SM005, or SY100.

2. As required by law, the Academic Board examines the records of all deficient midshipmen for the purpose of deciding which of them should be retained. Guided by the mission of the Naval Academy, the Academic Board asks two basic questions in each deficiency case:

a. Is there reasonable evidence that this midshipman will be able to meet the academic requirements by the scheduled date of graduation?

b. Is there reasonable evidence that this midshipman has the attitude and personal characteristics that are needed to become an officer in the naval service?

B. Insufficient Aptitude

1. Midshipmen are subject to discharge when the Commandant of Midshipmen recommends to the Academic Board that they be assigned an "F" in military performance and discharged for insufficient aptitude.

2. The Academic Board will examine the entire record forwarded by the Commandant of Midshipmen, and such other evidence as the midshipman concerned desires to present to the

Board or the Board desires to hear. After full consideration of the case, if the recommendation for an "F" in aptitude, and discharge is unanimously approved by the Board, the case will be referred to the Superintendent for the initiation of a recommendation to the Secretary of the Navy that the midshipman be discharged.

**Article V. Academic Board Procedures**

A. Academic Deficiency

1. Just as the "whole-person evaluation" is applicable in the process of admission to the Naval Academy, it is likewise important in the question of retention or separation. In making its determination, the Board takes the following steps:

a. Upon the recommendation of both the Academic Dean and Provost and the Commandant of Midshipmen, the Board retains, without a complete record review, those deficient midshipmen whose records clearly justify an affirmative answer to the two basic questions set out supra in Article IV paragraph A2.

b. In all other cases, the Academic Board conducts a complete record review. The initial record review does not involve a personal appearance by the midshipman. Comments are input into a computer data base program or submitted in writing by the faculty, officers assigned to the staff of the Superintendent and Commandant, and athletic coaches who have observed each midshipman in class or other activities during the academic year or summer training periods. The Senior Medical Officer, the Director of the Academic Center, and the Director of Athletics may submit comments in a similar manner where issues involving their particular expertise are involved or when requested by the Academic Board.

c. Board members will discuss the information contained in the record as a part of their review but shall not add information to the record or discuss information not contained in the record. Board members may input comments into the Academic Board process in the same manner as other

faculty or staff officers where they have had the opportunity to observe the midshipman during the academic year or summer training periods.

d. The Board decides whether it is in the best interest of the Navy and the Naval Academy to retain each deficient midshipman. The Board may also stipulate certain specific conditions under which a midshipman may be continued on academic probation. The conditions most frequently stipulated are:

(1) A specific QPR may be required by the end of the next semester.

(2) Certain courses must be taken, and passed during a subsequent regular semester.

(3) Certain courses must be taken, and passed during the summer (including the summer leave periods).

(4) A reduced program (less than 15 semester hours) may be prescribed to allow the midshipman to demonstrate an ability to raise the quality of his or her academic work. (Note: This does not constitute a commitment to turn back to the next lower class.)

e. Where the academic achievement has been weak in spite of superior effort, and where the midshipman has shown positive evidence of high military performance, the Academic Board may retain the midshipman, and allow one or two additional semesters (beyond the normal eight) in which to complete the requirements for graduation.

2. Military performance and conduct have a bearing upon the decision to separate or retain midshipmen who are academically deficient. If the Board members are convinced that a midshipman has the desire and the ability to become a good officer, they will usually vote for retention as long as there is a reasonable likelihood of successful completion of the academic program within limits determined by the Board. Evidence

of a good attitude, strong motivation, and determined effort are valuable assets. A lack of these qualities is a decided detriment.

3. Where a decision is made not to retain a first class midshipman or second class midshipman who has begun the second class year, the Academic Board must make a determination concerning recoupment (active duty enlisted service obligation or monetary repayment) incurred under the agreement to serve executed under 10 U.S.C. § 6959. The Academic Board shall decide whether the record demonstrates that the academic deficiency occurred despite a determined effort on the part of the midshipman.

a. Factors to be considered include, but are not limited to, the amount of extra instruction sought, whether assistance was sought from the Academic Center, demonstrated study habits, and termination of participation in significant extracurricular activities.

b. Where the Academic Board finds that the midshipman put forth a determined effort, the Academic Board may recommend to the Secretary of the Navy a waiver of recoupment. The report of the Academic Board shall indicate either that recoupment is recommended to be waived or specify the form of recoupment (active duty enlisted service or monetary repayment) recommended.

4. Midshipmen found deficient in academics or physical education, and not recommended for retention may request reconsideration of the Board's decision where there is relevant information that was not available, despite the exercise of due diligence, at the time of the original decision, or where they desire to make a personal appearance before the Board.

a. The request is to be addressed to the Secretary of the Academic Board via the Commandant of Midshipmen, and must be received by the Commandant of Midshipmen within 24 hours of being informed of the original decision.

5. A midshipman appearing before the Academic Board in conjunction with a request for reconsideration of the Board's initial decision not to retain the midshipman will:

a. Be given a minimum of 24 hours to prepare for the appearance before the Board.

b. Be allowed to examine or be provided a copy of all materials considered by the Academic Board during its initial record review.

c. Be present during the oral presentation to the Board of any facts concerning his or her academic and military performance.

d. Be entitled to present any facts in his or her own behalf, including documentary evidence, written statements of third parties, and oral statements of witnesses concerning his or her academic and military performance.

e. Be present when the decision of the Board is announced.

6. The midshipman's chain of command, the Senior Medical Officer, Director of the Academic Center, and Director of Athletics may provide information to the Academic Board relevant to any case under reconsideration. Such information shall be provided only at the proceedings conducted by the Academic Board with the midshipman present.

B. Insufficient Aptitude.

1. A grade of "F" will be assigned by the Academic Board to those midshipmen who have demonstrated insufficient aptitude for the service either by long term unsatisfactory military performance after thorough and continued counseling or a sudden, adverse turn in attitude or performance of such nature as to render the midshipman unsuitable for commissioning.

2. A midshipman referred by the Commandant to the Academic Board for insufficient aptitude will:

a. Be given advance notice of the scheduled appearance, and allowed a minimum of 24 hours to prepare.

b. Be allowed to examine or be provided a copy of any documentary evidence, including any summary of his or her academic and military performances which is considered by the Board.

c. Be present during the oral presentation to the Board of any facts concerning his or her academic and military performance.

d. Be entitled to present any facts in his or her own behalf, including documentary evidence, written statements of third parties, and oral statements of witnesses concerning his or her academic and military performance.

e. Be entitled to consult freely with anyone, including counsel, in preparing to appear before the Academic Board. Upon request, counsel may attend the Board, but not in a representative capacity. The midshipman must present his or her own case.

f. Be present when the decision of the Board is announced.

3. When considering the case of a midshipman referred by the Commandant for insufficient aptitude, open sessions of the Board will be considered private and official. All unofficial observers, including witnesses, except when called, will be excused from the room. Counsel for the midshipman and the midshipman's company officer are considered official observers. When the Board closes to deliberate and vote, only the Board members, the Secretary, and the Recorder will be present. The midshipman, and official observers will be excused until recalled for announcement of a decision.

**Article VI. Meetings**

A. Calling of Meetings. The Academic Board will meet at the call of the Superintendent, or in the Superintendent's absence at the call of the presiding officer designated by the Superintendent. A meeting may also be called at the request of a member. For matters other than those involving separation of midshipmen where it appears that an interchange of views may not be necessary, a vote by telephone may be secured by the Secretary of the Academic Board, as long as no member requests that a meeting be called. The agenda will be prepared by the Secretary of the Academic Board. Any member may submit items to be included in the agenda.

1. A schedule for meetings of the Board called for the purpose of reviewing cases of midshipmen who may be deficient in academics, physical education, or military performance (insufficient aptitude) will be published in a memorandum prepared by the Secretary of the Academic Board.

B. Quorum. A majority of the members of the Academic Board present at a meeting scheduled by the Secretary of the Academic Board will constitute a quorum.

C. Voting

1. The usual rules of deliberative bodies, subject to any modifications made by the Board, will govern, but no question shall be voted upon until each member has had a reasonable opportunity to express his or her views.

2. A member present will vote on every question unless excused by the Board.

3. The vote will be by secret ballot unless otherwise agreed unanimously by the members present, in which case the vote will be as directed by the presiding officer.

D. Minority Views. Dissenting members of the Board may present their views in a report which, after being presented to the members of the Board, will be attached to the minutes of the meeting.

E. Minutes of the Academic Board. The minutes will list the members present and will contain a record of the decisions of the Academic Board at each meeting. Any member of the Academic Board is entitled to have his or her views as an individual incorporated in brief and concise verbatim form in the minutes if he or she specifically requests that this be done. The minutes will be submitted to the chairperson for approval.

Case files

RCVD 08APR'98 PM 3:16

DAJ 4/13/98

USNAINST 5420.24E
3/DeanAdmissions
APR 13 1998

USNA INSTRUCTION 5420.24E CHANGE TRANSMITTAL 1 DB 4/8/98

From: Superintendent

Subj: POLICY AND PROCEDURES GOVERNING THE ACADEMIC BOARD

JO DEE C. JACOB
Deputy for Operations

Distribution:
AA

SUBJECT CROSS REFERENCE INDEX

USNA Regulations, Section 130302
U.S. Code Title 10
SECNAVINST 1531.1A
BUPERSMAN Paragraph 3640415
USNAINST 1531.49
USNAINST 1531.50

ABBREVIATIONS
CQPR
SQPR
QPR

RCVD 07APR'98 AM 9:00

Pre'd by DAVID A. VETTER, Dean of Admissions, X34336, 25 Mar 98, kls, Stop 17a



DEPARTMENT OF THE NAVY
UNITED STATES NAVAL ACADEMY
121 BLAKE ROAD
ANNAPOLIS, MARYLAND 21402-5000

USNAINST 5420.24E
3/DeanAdmissions
13 April 1998

USNA INSTRUCTION 5420.24E CHANGE TRANSMITTAL 1

From: Superintendent

Subj: POLICY AND PROCEDURES GOVERNING THE ACADEMIC BOARD

1. Purpose. To publish change 1 to subject instruction.

2. Action: Make the following pen and ink changes.

a. Page 12, paragraph 5.d. delete comma and add the word "and" after "documentary evidence." Draw a line through ", and oral statements of witnesses."

b. Page 13, paragraph 2.d. delete comma and add the word "and" after "documentary evidence." Draw a line through ", and oral statements of witnesses."

3. Cancellation. When the required action has been taken.

JO DEE C. JACOB
Deputy for Operations

Distribution:
AA

U.S. NAVAL ACADEMY
OFFICE OF ADMISSIONS

DEPARTMENT OF THE NAVY
UNITED STATES NAVAL ACADEMY
121 BLAKE ROAD
ANNAPOLIS, MARYLAND 21402-5000

AA
ORG COMP & ANNAP AREA ACT
DEAN ADMISS
1
17A

USNAINST 5420.24E
3/DeanAdmissions
05 DEC 1996

USNA INSTRUCTION 5420.24E

From: Superintendent

Subj: POLICY AND PROCEDURES GOVERNING THE ACADEMIC BOARD

Ref: (a) USNA Regulations, Section 130302

Encl: (1) Policy and Procedures Governing the Academic Board

1. Purpose. To establish the policy and procedures applicable to the Academic Board.

2. Cancellation. USNA Instruction 5420.24D. This directive is a complete revision and should be reviewed in its entirety. No special markings appear because changes are extensive.

3. Background. The authority and duties of the Academic Board are established in law in U.S. Code Title 10. Reference (a) provides that the rules governing policy and procedures of the Academic Board shall be established by the Superintendent. Enclosure (1) presents those rules.

C. R. LARSON

Distribution:
AA

# POLICY AND PROCEDURES GOVERNING THE ACADEMIC BOARD

Article I. Source of Authority

A. U.S. Code Title 10, Section 6956(b) "If it is determined that upon the admission of a new class to the Academy, the number of midshipmen at the Academy will be below the authorized number, the Secretary may fill the vacancies by nominating additional midshipmen from qualified candidates designated as alternates and from other qualified candidates who competed for nomination and are recommended and found qualified by the Academic Board..."

B. U.S. Code Title 10, Section 6958(a) "Each candidate for admission to the U.S. Naval Academy...(2) shall be examined according to such regulations as the Secretary of the Navy prescribes, and if rejected at one examination may not be examined again for admission to the same class unless recommended by the Academic Board."

C. U.S. Code Title 10, Section 6962

"(a) The Superintendent of the Naval Academy shall submit to the Secretary of the Navy in writing a full report of the facts-"

"(1) Whenever the Superintendent determines that the conduct of a midshipman is unsatisfactory; or"

"(2) Whenever the Academic Board unanimously determines that a midshipman possesses insufficient aptitude to become a commissioned officer in the naval service."

"(b) A midshipman upon who a report is made under subsection (a) shall be given an opportunity to examine the report and submit a written statement thereon. If the Secretary believes, on the basis of the report and statement, that the determination of the Superintendent or of the Academic Board is reasonable and well founded, he may discharge the midshipman from the Naval Academy and from the naval service."

D. U.S. Code Title 10, Section 6963 "Midshipmen found deficient at any examination shall, unless the Academic Board recommends otherwise, be discharged from the Naval Academy and from the naval service."

E. SECNAVINST 1531.1A

7a. "Deficiency at any Examination. A midshipman who is found to be academically deficient, including deficiency in physical education, may be disenrolled from USNA by the Academic Board..."

9. Waivers. "...Waivers [of the enlisted active duty obligation] may be granted if...in cases of disenrollment for academic deficiency, the Academic Board has not recommended active enlisted service, having determined the academic deficiency occurred despite determined efforts by the midshipman."

F. BUPERSMAN Paragraph 3640415

7a(1) "When disenrollment occurs as a result of academic deficiencies despite determined efforts by the midshipman, the Naval Academy Academic Board may waive the active duty in enlisted status provision."

G. U.S. Naval Academy Regulations

130302. Academic Board. Describes the purpose, composition, procedures, and duties of the Board. Describes the Board's responsibilities regarding proficiency standards and multiple coefficients, academic failures, reports of marks, and standings, and academic qualifications for award of the degree.

H. USNA Instruction 1531.49, Subj: Graduation and Degree Requirements

4. Requirements "...a midshipman at the Naval Academy must satisfactorily meet the following requirements to graduate and receive a degree."

I. USNA Instruction 1531.50, Subj: Probation and Deficiencies

3. Probation. "The purpose of academic probation is to warn midshipmen their performance is below the required standards and significant improvement will be required to justify further retention at the Naval Academy."

4. Deficiencies. "Midshipmen found deficient at the end of either a semester or a summer session will be discharged, unless retained by the Academic Board."

6. Conduct and Military Performance. "Midshipmen who receive failing grades in conduct or military performance may be referred to the Academic Board by the Commandant of Midshipmen, and are subject to separation for such failure."

**Article II. Composition of the Academic Board**

A. In addition to the members specified by the U.S. Naval Academy Regulations 130302.2, the Academic Board will be staffed as follows:

1. The Dean of Admissions will be the Secretary of the Academic Board and will:

a. Prepare the Board agenda and make sure that supporting documents are available to the members.

b. Advise the members and others concerned as to the place and time of the meeting.

c. Prepare the minutes of the meeting.

d. Maintain the Academic Board files.

2. An officer appointed by the Academic Dean and Provost will serve as the Recorder. The Recorder will:

a. Make sure that the Board Room is available and arranged for the meeting.

b. Have a recording system available and record all open sessions of the Board while midshipmen are present in the Board Room. Retain the recordings for 5 years.

c. Set up and operate a system in conjunction with the staff of the Commandant of Midshipmen for calling midshipmen to appear before the Board.

3. The Senior Medical Officer, the Director of the Academic Center, and the Director of Athletics will act as advisors and provide information to the Academic Board concerning matters within their respective areas of responsibility.

4. The Superintendent's Staff Judge Advocate will act as an advisor and provide background information to the Academic Board on the circumstances leading to the separation of former midshipmen seeking readmission where separation was based upon conduct offenses, honor offenses, insufficient aptitude, or qualified resignations.

**Article III. Duties and Responsibilities of the Academic Board.** The duties and responsibilities of the Academic Board are specified by law as quoted in Article I and are described in USNA Regulations and in the USNA Instruction on Administration of Academic Programs referred to in Article I. For convenience, they are briefly listed below:

A. Prescribe policies concerning the criteria for admissions and the course of instruction.

B. Recommend candidates found qualified for Secretary of the Navy appointments under 10 U.S.C. § 6956(e). (List of Qualified Alternates and Competitors).

C. Review and rule on requests for readmission submitted by former midshipmen, and where readmission is approved, determine the appropriate class for reentry.

D. Act on appeals of decisions of the Majors Committee. The appeal should be in the form of a statement containing reasons for reconsideration, addressed to the Secretary of the Academic Board. The Academic Board will be guided in its decision regarding appeals on assignment to majors by the needs of the service.

E. Establish minimum standards of proficiency.

F. Prescribe coefficients to determine the admissions whole person multiple.

G. Establish requirements for the award of the degree.

H. Approve candidates recommended for a degree.

I. Take cognizance of annual reports of the relative standing of midshipmen and merit roll of the graduating class.

J. Act on all cases of academic deficiency. Unless the Academic Board recommends otherwise, midshipmen found deficient will be discharged from the Naval Academy and from the naval service.

K. Act on all cases of physical education deficiency referred to the Board by the Commandant of Midshipmen. Unless the Academic Board recommends otherwise, midshipmen found deficient will be discharged from the Naval Academy and from naval service.

L. Act on all requests for reconsideration submitted by midshipmen in cases where the midshipmen were found academically deficient and were not recommended for continuation at the Naval Academy by the Academic Board.

M. Determine whether a midshipman referred to the Board by the Commandant of Midshipmen possesses insufficient

aptitude to become a commissioned officer in the naval service. Decisions to recommend separation of a midshipman for insufficient aptitude must be unanimous.

Article IV. Academic Board Policy

A. Academic Deficiency

1. Discharge for academic deficiency. Midshipmen found deficient at the end of either a semester or a summer session will be discharged unless retained by the Academic Board. Midshipmen found deficient at the end of either a semester or a summer session, whose separation was held in abeyance contingent on meeting conditions of probation prescribed by the Academic Board for a period ending before the end of the next semester, and who are determined by the Academic Board not to have removed the conditions of probation, will be discharged unless retained by the Academic Board. Deficiency is constituted by any one or more of the following:

a. Failure in two or more of the courses taken to fulfill graduation requirements in a given semester.

b. Failure of a course taken to fulfill graduation requirements in each of two consecutive semesters. Summer school is not considered as a semester.

c. Failure to earn a 2.00 in summer school when required to attend by the Academic Board.

d. Failure to remove probation.

(1) Probation is imposed under the following circumstances:

(a) If a midshipman's Cumulative Quality Point Rating (CQPR) is below 2.00 at the completion of a semester, probation for the following semester is automatically imposed. A midshipman is also on automatic probation for the

semester following two consecutive semesters in which the Semester Quality Point Rating (SQPR) is below 2.00, even though the CQPR remains above 2.00.

(b) A midshipman is automatically on probation for the following semester when continued by the Academic Board after having been subject to possible discharge for deficiency.

(c) A midshipman is automatically on probation in physical education for the semester following any semester in which the midshipman receives a grade of "F".

(2) Probation is removed only at the end of the two regular semesters each year. If the probation was imposed because of CQPR, removal requires raising the CQPR to at least 2.00. If probation was imposed because of consecutive SQPR's, removal requires the achievement of an SQPR of at least 2.00. If probation is for failure in physical education, removal requires successful completion of the tests that were previously failed.

e. Failure to achieve an SQPR of at least 1.50 for any given semester.

f. Failure to fulfill any condition as prescribed by the Academic Board as the result of a previous deficiency.

g. Failure to complete successfully all requirements for graduation at the end of the semester in which the midshipman is scheduled to graduate.

h. Falling two or more semester courses behind the number of courses required by the end of a given semester, according to the matrix of the assigned major program. When the Academic Board (with or without interview) permits a midshipman who is two or more courses behind the matrix to continue, this does not constitute a commitment to turn back.

Separation or retention will be determined according to performance in any subsequent semester or summer program.

i. Failure to achieve the required standards in At-Sea-Training or in any of the Professional Competency Reviews with subsequent recommendation to the Academic Board by the Director of Professional Development.

j. Failure to achieve the required standards in Physical Education at the end of a semester where the Commandant of Midshipmen refers the case to the Academic Board in accordance with COMDTMIDNINST 1531.7.

k. Failure in any of the remedial courses HE101, HE200, SM005, or SY100.

2. As required by law, the Academic Board examines the records of all deficient midshipmen for the purpose of deciding which of them should be retained. Guided by the mission of the Naval Academy, the Academic Board asks two basic questions in each deficiency case:

a. Is there reasonable evidence that this midshipman will be able to meet the academic requirements by the scheduled date of graduation?

b. Is there reasonable evidence that this midshipman has the attitude and personal characteristics that are needed to become an officer in the naval service?

B. Insufficient Aptitude

1. Midshipmen are subject to discharge when the Commandant of Midshipmen recommends to the Academic Board that they be assigned an "F" in military performance and discharged for insufficient aptitude.

2. The Academic Board will examine the entire record forwarded by the Commandant of Midshipmen, and such other evidence as the midshipman concerned desires to present to the

Board or the Board desires to hear. After full consideration of the case, if the recommendation for an "F" in aptitude, and discharge is unanimously approved by the Board, the case will be referred to the Superintendent for the initiation of a recommendation to the Secretary of the Navy that the midshipman be discharged.

**Article V. Academic Board Procedures**

A. Academic Deficiency

1. Just as the "whole-person evaluation" is applicable in the process of admission to the Naval Academy, it is likewise important in the question of retention or separation. In making its determination, the Board takes the following steps:

a. Upon the recommendation of both the Academic Dean and Provost and the Commandant of Midshipmen, the Board retains, without a complete record review, those deficient midshipmen whose records clearly justify an affirmative answer to the two basic questions set out supra in Article IV paragraph A2.

b. In all other cases, the Academic Board conducts a complete record review. The initial record review does not involve a personal appearance by the midshipman. Comments are input into a computer data base program or submitted in writing by the faculty, officers assigned to the staff of the Superintendent and Commandant, and athletic coaches who have observed each midshipman in class or other activities during the academic year or summer training periods. The Senior Medical Officer, the Director of the Academic Center, and the Director of Athletics may submit comments in a similar manner where issues involving their particular expertise are involved or when requested by the Academic Board.

c. Board members will discuss the information contained in the record as a part of their review but shall not add information to the record or discuss information not contained in the record. Board members may input comments into the Academic Board process in the same manner as other

faculty or staff officers where they have had the opportunity to observe the midshipman during the academic year or summer training periods.

d. The Board decides whether it is in the best interest of the Navy and the Naval Academy to retain each deficient midshipman. The Board may also stipulate certain specific conditions under which a midshipman may be continued on academic probation. The conditions most frequently stipulated are:

(1) A specific QPR may be required by the end of the next semester.

(2) Certain courses must be taken, and passed during a subsequent regular semester.

(3) Certain courses must be taken, and passed during the summer (including the summer leave periods).

(4) A reduced program (less than 15 semester hours) may be prescribed to allow the midshipman to demonstrate an ability to raise the quality of his or her academic work. (Note: This does not constitute a commitment to turn back to the next lower class.)

e. Where the academic achievement has been weak in spite of superior effort, and where the midshipman has shown positive evidence of high military performance, the Academic Board may retain the midshipman, and allow one or two additional semesters (beyond the normal eight) in which to complete the requirements for graduation.

2. Military performance and conduct have a bearing upon the decision to separate or retain midshipmen who are academically deficient. If the Board members are convinced that a midshipman has the desire and the ability to become a good officer, they will usually vote for retention as long as there is a reasonable likelihood of successful completion of the academic program within limits determined by the Board. Evidence

of a good attitude, strong motivation, and determined effort are valuable assets. A lack of these qualities is a decided detriment.

3. Where a decision is made not to retain a first class midshipman or second class midshipman who has begun the second class year, the Academic Board must make a determination concerning recoupment (active duty enlisted service obligation or monetary repayment) incurred under the agreement to serve executed under 10 U.S.C. § 6959. The Academic Board shall decide whether the record demonstrates that the academic deficiency occurred despite a determined effort on the part of the midshipman.

a. Factors to be considered include, but are not limited to, the amount of extra instruction sought, whether assistance was sought from the Academic Center, demonstrated study habits, and termination of participation in significant extracurricular activities.

b. Where the Academic Board finds that the midshipman put forth a determined effort, the Academic Board may recommend to the Secretary of the Navy a waiver of recoupment. The report of the Academic Board shall indicate either that recoupment is recommended to be waived or specify the form of recoupment (active duty enlisted service or monetary repayment) recommended.

4. Midshipmen found deficient in academics or physical education, and not recommended for retention may request reconsideration of the Board's decision where there is relevant information that was not available, despite the exercise of due diligence, at the time of the original decision, or where they desire to make a personal appearance before the Board.

a. The request is to be addressed to the Secretary of the Academic Board via the Commandant of Midshipmen, and must be received by the Commandant of Midshipmen within 24 hours of being informed of the original decision.

5. A midshipman appearing before the Academic Board in conjunction with a request for reconsideration of the Board's initial decision not to retain the midshipman will:

a. Be given a minimum of 24 hours to prepare for the appearance before the Board.

b. Be allowed to examine or be provided a copy of all materials considered by the Academic Board during its initial record review.

c. Be present during the oral presentation to the Board of any facts concerning his or her academic and military performance.

d. Be entitled to present any facts in his or her own behalf, including documentary evidence, written statements of third parties~~, and oral statements of witnesses~~ concerning his or her academic and military performance.

e. Be present when the decision of the Board is announced.

6. The midshipman's chain of command, the Senior Medical Officer, Director of the Academic Center, and Director of Athletics may provide information to the Academic Board relevant to any case under reconsideration. Such information shall be provided only at the proceedings conducted by the Academic Board with the midshipman present.

B. Insufficient Aptitude.

1. A grade of "F" will be assigned by the Academic Board to those midshipmen who have demonstrated insufficient aptitude for the service either by long term unsatisfactory military performance after thorough and continued counseling or a sudden, adverse turn in attitude or performance of such nature as to render the midshipman unsuitable for commissioning.

2. A midshipman referred by the Commandant to the Academic Board for insufficient aptitude will:

a. Be given advance notice of the scheduled appearance, and allowed a minimum of 24 hours to prepare.

b. Be allowed to examine or be provided a copy of any documentary evidence, including any summary of his or her academic and military performances which is considered by the Board.

c. Be present during the oral presentation to the Board of any facts concerning his or her academic and military performance.

d. Be entitled to present any facts in his or her own behalf, including documentary evidence, written statements of third parties~~, and oral statements of witnesses~~ concerning his or her academic and military performance.

e. Be entitled to consult freely with anyone, including counsel, in preparing to appear before the Academic Board. Upon request, counsel may attend the Board, but not in a representative capacity. The midshipman must present his or her own case.

f. Be present when the decision of the Board is announced.

3. When considering the case of a midshipman referred by the Commandant for insufficient aptitude, open sessions of the Board will be considered private and official. All unofficial observers, including witnesses, except when called, will be excused from the room. Counsel for the midshipman and the midshipman's company officer are considered official observers. When the Board closes to deliberate and vote, only the Board members, the Secretary, and the Recorder will be present. The midshipman, and official observers will be excused until recalled for announcement of a decision.

Article VI. Meetings

A. Calling of Meetings. The Academic Board will meet at the call of the Superintendent, or in the Superintendent's absence at the call of the presiding officer designated by the Superintendent. A meeting may also be called at the request of a member. For matters other than those involving separation of midshipmen where it appears that an interchange of views may not be necessary, a vote by telephone may be secured by the Secretary of the Academic Board, as long as no member requests that a meeting be called. The agenda will be prepared by the Secretary of the Academic Board. Any member may submit items to be included in the agenda.

1. A schedule for meetings of the Board called for the purpose of reviewing cases of midshipmen who may be deficient in academics, physical education, or military performance (insufficient aptitude) will be published in a memorandum prepared by the Secretary of the Academic Board.

B. Quorum. A majority of the members of the Academic Board present at a meeting scheduled by the Secretary of the Academic Board will constitute a quorum.

C. Voting

1. The usual rules of deliberative bodies, subject to any modifications made by the Board, will govern, but no question shall be voted upon until each member has had a reasonable opportunity to express his or her views.

2. A member present will vote on every question unless excused by the Board.

3. The vote will be by secret ballot unless otherwise agreed unanimously by the members present, in which case the vote will be as directed by the presiding officer.

D. Minority Views. Dissenting members of the Board may present their views in a report which, after being presented to the members of the Board, will be attached to the minutes of the meeting.

E. Minutes of the Academic Board. The minutes will list the members present and will contain a record of the decisions of the Academic Board at each meeting. Any member of the Academic Board is entitled to have his or her views as an individual incorporated in brief and concise verbatim form in the minutes if he or she specifically requests that this be done. The minutes will be submitted to the chairperson for approval.



DEPARTMENT OF THE NAVY
UNITED STATES NAVAL ACADEMY
121 BLAKE ROAD
ANNAPOLIS, MARYLAND 21402-5000

USNAINST 5420.24E
3/DeanAdmissions

05 DEC 1996

USNA INSTRUCTION 5420.24E

From: Superintendent

Subj: POLICY AND PROCEDURES GOVERNING THE ACADEMIC BOARD

Ref: (a) USNA Regulations, Section 130302

Encl: (1) Policy and Procedures Governing the Academic Board

1. Purpose. To establish the policy and procedures applicable to the Academic Board.

2. Cancellation. USNA Instruction 5420.24D. This directive is a complete revision and should be reviewed in its entirety. No special markings appear because changes are extensive.

3. Background. The authority and duties of the Academic Board are established in law in U.S. Code Title 10. Reference (a) provides that the rules governing policy and procedures of the Academic Board shall be established by the Superintendent. Enclosure (1) presents those rules.

C. R. Larson

C. R. LARSON

Distribution:
AA

USNAINST 5420.24E

05 DEC 1996

# POLICY AND PROCEDURES GOVERNING THE ACADEMIC BOARD

## Article I. Source of Authority

A. U.S. Code Title 10, Section 6956(b) "If it is determined that upon the admission of a new class to the Academy, the number of midshipmen at the Academy will be below the authorized number, the Secretary may fill the vacancies by nominating additional midshipmen from qualified candidates designated as alternates and from other qualified candidates who competed for nomination and are recommended and found qualified by the Academic Board..."

B. U.S. Code Title 10, Section 6958(a) "Each candidate for admission to the U.S. Naval Academy...(2) shall be examined according to such regulations as the Secretary of the Navy prescribes, and if rejected at one examination may not be examined again for admission to the same class unless recommended by the Academic Board."

C. U.S. Code Title 10, Section 6962

"(a) The Superintendent of the Naval Academy shall submit to the Secretary of the Navy in writing a full report of the facts-"

"(1) Whenever the Superintendent determines that the conduct of a midshipman is unsatisfactory; or"

"(2) Whenever the Academic Board unanimously determines that a midshipman possesses insufficient aptitude to become a commissioned officer in the naval service."

"(b) A midshipman upon who a report is made under subsection (a) shall be given an opportunity to examine the report and submit a written statement thereon. If the Secretary believes, on the basis of the report and statement, that the determination of the Superintendent or of the Academic Board is reasonable and well founded, he may discharge the midshipman from the Naval Academy and from the naval service."

Enclosure (1)

D. U.S. Code Title 10, Section 6963 "Midshipmen found deficient at any examination shall, unless the Academic Board recommends otherwise, be discharged from the Naval Academy and from the naval service."

E. SECNAVINST 1531.1A

7a. "Deficiency at any Examination. A midshipman who is found to be academically deficient, including deficiency in physical education, may be disenrolled from USNA by the Academic Board..."

9. Waivers. "...Waivers [of the enlisted active duty obligation] may be granted if...in cases of disenrollment for academic deficiency, the Academic Board has not recommended active enlisted service, having determined the academic deficiency occurred despite determined efforts by the midshipman."

F. BUPERSMAN Paragraph 3640415

7a(1) "When disenrollment occurs as a result of academic deficiencies despite determined efforts by the midshipman, the Naval Academy Academic Board may waive the active duty in enlisted status provision."

G. U.S. Naval Academy Regulations

130302. Academic Board. Describes the purpose, composition, procedures, and duties of the Board. Describes the Board's responsibilities regarding proficiency standards and multiple coefficients, academic failures, reports of marks, and standings, and academic qualifications for award of the degree.

H. USNA Instruction 1531.49, Subj: Graduation and Degree Requirements

4. Requirements "...a midshipman at the Naval Academy must satisfactorily meet the following requirements to graduate and receive a degree."

Enclosure (1)

I. USNA Instruction 1531.50, Subj: Probation and Deficiencies

3. Probation. "The purpose of academic probation is to warn midshipmen their performance is below the required standards and significant improvement will be required to justify further retention at the Naval Academy."

4. Deficiencies. "Midshipmen found deficient at the end of either a semester or a summer session will be discharged, unless retained by the Academic Board."

6. Conduct and Military Performance. "Midshipmen who receive failing grades in conduct or military performance may be referred to the Academic Board by the Commandant of Midshipmen, and are subject to separation for such failure."

**Article II. Composition of the Academic Board**

A. In addition to the members specified by the U.S. Naval Academy Regulations 130302.2, the Academic Board will be staffed as follows:

1. The Dean of Admissions will be the Secretary of the Academic Board and will:

a. Prepare the Board agenda and make sure that supporting documents are available to the members.

b. Advise the members and others concerned as to the place and time of the meeting.

c. Prepare the minutes of the meeting.

d. Maintain the Academic Board files.

2. An officer appointed by the Academic Dean and Provost will serve as the Recorder. The Recorder will:

a. Make sure that the Board Room is available and arranged for the meeting.

b. Have a recording system available and record all open sessions of the Board while midshipmen are present in the Board Room. Retain the recordings for 5 years.

c. Set up and operate a system in conjunction with the staff of the Commandant of Midshipmen for calling midshipmen to appear before the Board.

3. The Senior Medical Officer, the Director of the Academic Center, and the Director of Athletics will act as advisors and provide information to the Academic Board concerning matters within their respective areas of responsibility.

4. The Superintendent's Staff Judge Advocate will act as an advisor and provide background information to the Academic Board on the circumstances leading to the separation of former midshipmen seeking readmission where separation was based upon conduct offenses, honor offenses, insufficient aptitude, or qualified resignations.

**Article III. Duties and Responsibilities of the Academic Board.** The duties and responsibilities of the Academic Board are specified by law as quoted in Article I and are described in USNA Regulations and in the USNA Instruction on Administration of Academic Programs referred to in Article I. For convenience, they are briefly listed below:

A. Prescribe policies concerning the criteria for admissions and the course of instruction.

B. Recommend candidates found qualified for Secretary of the Navy appointments under 10 U.S.C. § 6956(e). (List of Qualified Alternates and Competitors).

C. Review and rule on requests for readmission submitted by former midshipmen, and where readmission is approved, determine the appropriate class for reentry.

Enclosure (1)

D. Act on appeals of decisions of the Majors Committee. The appeal should be in the form of a statement containing reasons for reconsideration, addressed to the Secretary of the Academic Board. The Academic Board will be guided in its decision regarding appeals on assignment to majors by the needs of the service.

E. Establish minimum standards of proficiency.

F. Prescribe coefficients to determine the admissions whole person multiple.

G. Establish requirements for the award of the degree.

H. Approve candidates recommended for a degree.

I. Take cognizance of annual reports of the relative standing of midshipmen and merit roll of the graduating class.

J. Act on all cases of academic deficiency. Unless the Academic Board recommends otherwise, midshipmen found deficient will be discharged from the Naval Academy and from the naval service.

K. Act on all cases of physical education deficiency referred to the Board by the Commandant of Midshipmen. Unless the Academic Board recommends otherwise, midshipmen found deficient will be discharged from the Naval Academy and from naval service.

L. Act on all requests for reconsideration submitted by midshipmen in cases where the midshipmen were found academically deficient and were not recommended for continuation at the Naval Academy by the Academic Board.

M. Determine whether a midshipman referred to the Board by the Commandant of Midshipmen possesses insufficient

aptitude to become a commissioned officer in the naval service. Decisions to recommend separation of a midshipman for insufficient aptitude must be unanimous.

**Article IV. Academic Board Policy**

A. Academic Deficiency

1. Discharge for academic deficiency. Midshipmen found deficient at the end of either a semester or a summer session will be discharged unless retained by the Academic Board. Midshipmen found deficient at the end of either a semester or a summer session, whose separation was held in abeyance contingent on meeting conditions of probation prescribed by the Academic Board for a period ending before the end of the next semester, and who are determined by the Academic Board not to have removed the conditions of probation, will be discharged unless retained by the Academic Board. Deficiency is constituted by any one or more of the following:

a. Failure in two or more of the courses taken to fulfill graduation requirements in a given semester.

b. Failure of a course taken to fulfill graduation requirements in each of two consecutive semesters. Summer school is not considered as a semester.

c. Failure to earn a 2.00 in summer school when required to attend by the Academic Board.

d. Failure to remove probation.

(1) Probation is imposed under the following circumstances:

(a) If a midshipman's Cumulative Quality Point Rating (CQPR) is below 2.00 at the completion of a semester, probation for the following semester is automatically imposed. A midshipman is also on automatic probation for the

semester following two consecutive semesters in which the Semester Quality Point Rating (SQPR) is below 2.00, even though the CQPR remains above 2.00.

(b) A midshipman is automatically on probation for the following semester when continued by the Academic Board after having been subject to possible discharge for deficiency.

(c) A midshipman is automatically on probation in physical education for the semester following any semester in which the midshipman receives a grade of "F".

(2) Probation is removed only at the end of the two regular semesters each year. If the probation was imposed because of CQPR, removal requires raising the CQPR to at least 2.00. If probation was imposed because of consecutive SQPR's, removal requires the achievement of an SQPR of at least 2.00. If probation is for failure in physical education, removal requires successful completion of the tests that were previously failed.

e. Failure to achieve an SQPR of at least 1.50 for any given semester.

f. Failure to fulfill any condition as prescribed by the Academic Board as the result of a previous deficiency.

g. Failure to complete successfully all requirements for graduation at the end of the semester in which the midshipman is scheduled to graduate.

h. Falling two or more semester courses behind the number of courses required by the end of a given semester, according to the matrix of the assigned major program. When the Academic Board (with or without interview) permits a midshipman who is two or more courses behind the matrix to continue, this does not constitute a commitment to turn back.

Separation or retention will be determined according to performance in any subsequent semester or summer program.

i. Failure to achieve the required standards in At-Sea-Training or in any of the Professional Competency Reviews with subsequent recommendation to the Academic Board by the Director of Professional Development.

j. Failure to achieve the required standards in Physical Education at the end of a semester where the Commandant of Midshipmen refers the case to the Academic Board in accordance with COMDTMIDNINST 1531.7.

k. Failure in any of the remedial courses HE101, HE200, SM005, or SY100.

2. As required by law, the Academic Board examines the records of all deficient midshipmen for the purpose of deciding which of them should be retained. Guided by the mission of the Naval Academy, the Academic Board asks two basic questions in each deficiency case:

a. Is there reasonable evidence that this midshipman will be able to meet the academic requirements by the scheduled date of graduation?

b. Is there reasonable evidence that this midshipman has the attitude and personal characteristics that are needed to become an officer in the naval service?

B. Insufficient Aptitude

1. Midshipmen are subject to discharge when the Commandant of Midshipmen recommends to the Academic Board that they be assigned an "F" in military performance and discharged for insufficient aptitude.

2. The Academic Board will examine the entire record forwarded by the Commandant of Midshipmen, and such other evidence as the midshipman concerned desires to present to the

Board or the Board desires to hear. After full consideration of the case, if the recommendation for an "F" in aptitude, and discharge is unanimously approved by the Board, the case will be referred to the Superintendent for the initiation of a recommendation to the Secretary of the Navy that the midshipman be discharged.

**Article V. Academic Board Procedures**

A. Academic Deficiency

1. Just as the "whole-person evaluation" is applicable in the process of admission to the Naval Academy, it is likewise important in the question of retention or separation. In making its determination, the Board takes the following steps:

a. Upon the recommendation of both the Academic Dean and Provost and the Commandant of Midshipmen, the Board retains, without a complete record review, those deficient midshipmen whose records clearly justify an affirmative answer to the two basic questions set out supra in Article IV paragraph A2.

b. In all other cases, the Academic Board conducts a complete record review. The initial record review does not involve a personal appearance by the midshipman. Comments are input into a computer data base program or submitted in writing by the faculty, officers assigned to the staff of the Superintendent and Commandant, and athletic coaches who have observed each midshipman in class or other activities during the academic year or summer training periods. The Senior Medical Officer, the Director of the Academic Center, and the Director of Athletics may submit comments in a similar manner where issues involving their particular expertise are involved or when requested by the Academic Board.

c. Board members will discuss the information contained in the record as a part of their review but shall not add information to the record or discuss information not contained in the record. Board members may input comments into the Academic Board process in the same manner as other

faculty or staff officers where they have had the opportunity to observe the midshipman during the academic year or summer training periods.

d. The Board decides whether it is in the best interest of the Navy and the Naval Academy to retain each deficient midshipman. The Board may also stipulate certain specific conditions under which a midshipman may be continued on academic probation. The conditions most frequently stipulated are:

(1) A specific QPR may be required by the end of the next semester.

(2) Certain courses must be taken, and passed during a subsequent regular semester.

(3) Certain courses must be taken, and passed during the summer (including the summer leave periods).

(4) A reduced program (less than 15 semester hours) may be prescribed to allow the midshipman to demonstrate an ability to raise the quality of his or her academic work. (Note: This does not constitute a commitment to turn back to the next lower class.)

e. Where the academic achievement has been weak in spite of superior effort, and where the midshipman has shown positive evidence of high military performance, the Academic Board may retain the midshipman, and allow one or two additional semesters (beyond the normal eight) in which to complete the requirements for graduation.

2. Military performance and conduct have a bearing upon the decision to separate or retain midshipmen who are academically deficient. If the Board members are convinced that a midshipman has the desire and the ability to become a good officer, they will usually vote for retention as long as there is a reasonable likelihood of successful completion of the academic program within limits determined by the Board. Evidence

of a good attitude, strong motivation, and determined effort are valuable assets. A lack of these qualities is a decided detriment.

3. Where a decision is made not to retain a first class midshipman or second class midshipman who has begun the second class year, the Academic Board must make a determination concerning recoupment (active duty enlisted service obligation or monetary repayment) incurred under the agreement to serve executed under 10 U.S.C. § 6959. The Academic Board shall decide whether the record demonstrates that the academic deficiency occurred despite a determined effort on the part of the midshipman.

a. Factors to be considered include, but are not limited to, the amount of extra instruction sought, whether assistance was sought from the Academic Center, demonstrated study habits, and termination of participation in significant extracurricular activities.

b. Where the Academic Board finds that the midshipman put forth a determined effort, the Academic Board may recommend to the Secretary of the Navy a waiver of recoupment. The report of the Academic Board shall indicate either that recoupment is recommended to be waived or specify the form of recoupment (active duty enlisted service or monetary repayment) recommended.

4. Midshipmen found deficient in academics or physical education, and not recommended for retention may request reconsideration of the Board's decision where there is relevant information that was not available, despite the exercise of due diligence, at the time of the original decision, or where they desire to make a personal appearance before the Board.

a. The request is to be addressed to the Secretary of the Academic Board via the Commandant of Midshipmen, and must be received by the Commandant of Midshipmen within 24 hours of being informed of the original decision.

Enclosure (1)

5. A midshipman appearing before the Academic Board in conjunction with a request for reconsideration of the Board's initial decision not to retain the midshipman will:

a. Be given a minimum of 24 hours to prepare for the appearance before the Board.

b. Be allowed to examine or be provided a copy of all materials considered by the Academic Board during its initial record review.

c. Be present during the oral presentation to the Board of any facts concerning his or her academic and military performance.

d. Be entitled to present any facts in his or her own behalf, including documentary evidence, written statements of third parties, and oral statements of witnesses concerning his or her academic and military performance.

e. Be present when the decision of the Board is announced.

6. The midshipman's chain of command, the Senior Medical Officer, Director of the Academic Center, and Director of Athletics may provide information to the Academic Board relevant to any case under reconsideration. Such information shall be provided only at the proceedings conducted by the Academic Board with the midshipman present.

B. Insufficient Aptitude.

1. A grade of "F" will be assigned by the Academic Board to those midshipmen who have demonstrated insufficient aptitude for the service either by long term unsatisfactory military performance after thorough and continued counseling or a sudden, adverse turn in attitude or performance of such nature as to render the midshipman unsuitable for commissioning.

2. A midshipman referred by the Commandant to the Academic Board for insufficient aptitude will:

a. Be given advance notice of the scheduled appearance, and allowed a minimum of 24 hours to prepare.

b. Be allowed to examine or be provided a copy of any documentary evidence, including any summary of his or her academic and military performances which is considered by the Board.

c. Be present during the oral presentation to the Board of any facts concerning his or her academic and military performance.

d. Be entitled to present any facts in his or her own behalf, including documentary evidence, written statements of third parties, and oral statements of witnesses concerning his or her academic and military performance.

e. Be entitled to consult freely with anyone, including counsel, in preparing to appear before the Academic Board. Upon request, counsel may attend the Board, but not in a representative capacity. The midshipman must present his or her own case.

f. Be present when the decision of the Board is announced.

3. When considering the case of a midshipman referred by the Commandant for insufficient aptitude, open sessions of the Board will be considered private and official. All unofficial observers, including witnesses, except when called, will be excused from the room. Counsel for the midshipman and the midshipman's company officer are considered official observers. When the Board closes to deliberate and vote, only the Board members, the Secretary, and the Recorder will be present. The midshipman, and official observers will be excused until recalled for announcement of a decision.

**Article VI. Meetings**

A. Calling of Meetings. The Academic Board will meet at the call of the Superintendent, or in the Superintendent's absence at the call of the presiding officer designated by the Superintendent. A meeting may also be called at the request of a member. For matters other than those involving separation of midshipmen where it appears that an interchange of views may not be necessary, a vote by telephone may be secured by the Secretary of the Academic Board, as long as no member requests that a meeting be called. The agenda will be prepared by the Secretary of the Academic Board. Any member may submit items to be included in the agenda.

1. A schedule for meetings of the Board called for the purpose of reviewing cases of midshipmen who may be deficient in academics, physical education, or military performance (insufficient aptitude) will be published in a memorandum prepared by the Secretary of the Academic Board.

B. Quorum. A majority of the members of the Academic Board present at a meeting scheduled by the Secretary of the Academic Board will constitute a quorum.

C. Voting

1. The usual rules of deliberative bodies, subject to any modifications made by the Board, will govern, but no question shall be voted upon until each member has had a reasonable opportunity to express his or her views.

2. A member present will vote on every question unless excused by the Board.

3. The vote will be by secret ballot unless otherwise agreed unanimously by the members present, in which case the vote will be as directed by the presiding officer.

D. Minority Views. Dissenting members of the Board may present their views in a report which, after being presented to the members of the Board, will be attached to the minutes of the meeting.

E. Minutes of the Academic Board. The minutes will list the members present and will contain a record of the decisions of the Academic Board at each meeting. Any member of the Academic Board is entitled to have his or her views as an individual incorporated in brief and concise verbatim form in the minutes if he or she specifically requests that this be done. The minutes will be submitted to the chairperson for approval.



DEPARTMENT OF THE NAVY
UNITED STATES NAVAL ACADEMY
ANNAPOLIS, MARYLAND 21402

Case File

USNAINST 5420.24D
3/DeanAdmissions
3 February 1986

USNA INSTRUCTION 5420.24D

From: Superintendent

Subj: RULES OF PROCEDURE GOVERNING MEETINGS OF THE ACADEMIC BOARD

Ref: (a) USNA Regulations, Section 130302.3(b)

Encl: (1) Rules of Procedure Governing Meetings of the Academic Board

1. Purpose. To establish Rules of Procedure governing meetings of the Academic Board.

2. Cancellation. USNA Instruction 5420.24C.

3. Background. The authority and duties of the Academic Board are established in law in U.S. Code Title 10, and regulations for its operation are included in USNA Regulations. Reference (a) provides that the rules of procedure governing meetings of the Board will be established by the Superintendent. Enclosure (1) presents these rules.

C. R. Larson

C. R. LARSON

Distribution:
AA

RULES OF PROCEDURE GOVERNING MEETINGS OF THE ACADEMIC BOARD

Article I. Source of Authority.

A. U.S. Code Title 10, Section 6956 (e). "If it is determined that upon the admission of a new class to the Academy, the number of midshipmen at the Academy will be below the authorized number, the Secretary may fill the vacancies by nominating additional midshipmen from qualified candidates designated as alternates and from other qualified candidates who competed for nomination and are recommended and found qualified by the Academic Board..."

B. U.S. Code Title 10, Section 6958 (a). "Each candidate for admission to the U.S. Naval Academy...(2) shall be examined according to such regulations as the Secretary of the Navy prescribes, and if rejected at one examination may not be examined again for admission to the same class unless recommended by the Academic Board."

C. U.S. Code Title 10, Section 6962.
"(a) The Superintendent of the Naval Academy shall submit to the Secretary of the Navy in writing a full report of the facts -"

"(1) Whenever the Superintendent determines that the conduct of a midshipman is unsatisfactory; or"
"(2) Whenever the Academic Board unanimously determines that a midshipman possesses insufficient aptitude to become a commissioned officer in the naval service."

"(b) A midshipman upon whom a report is made under subsection (a) shall be given an opportunity to examine the report and submit a written statement thereon. If the Secretary believes, on the basis of the report and statement, that the determination of the Superintendent or of the Academic Board is reasonable and well founded, he may discharge the midshipman from the Naval Academy and from the naval service."

D. U.S. Code Title 10, Section 6963. "Midshipmen found deficient at any examination shall, unless the Academic Board recommends otherwise, be discharged from the Naval Academy and from the naval service."

E. U.S. Naval Academy Regulations.
130302. Academic Board. Describes the purpose, composition, procedures, and duties of the Board. Describes the Board's responsibilities regarding proficiency standards and multiple co-efficients, academic failures, reports of marks, and standings and academic qualifications for award of the degree.

F. USNA Instruction 1531.16S, Subj: Administration of Academic Programs. Paragraphs specifically relating to the Academic Board are:

Enclosure (2) 4c - Authorization for reduced academic workload.

10c - Changes to a midshipman's program.

15a - Assignment to class of readmitted midshipmen.

Enclosure (4) 1. Academic Probation

2. Academic Deficiencies

Enclosure (5) 7. Summer School

G. USNA Instruction 1531.33B, Subj: Academic Performance; reporting of, enclosure (1) paragraph 2b.

Article II. Composition of the Academic Board.

A. In addition to the members specified by the U.S. Naval Academy Regulations 130302.2, the Academic Board will be staffed as follows:

1. The Dean of Admissions will be the Secretary of the Academic Board and will:

a. Prepare the Board agenda and make sure that supporting documents are available to the members.

b. Advise the members and others concerned as to the place and time of the meeting.

c. Prepare the minutes of the meeting.

d. Maintain the Academic Board files.

R) 2. An officer appointed by the Academic Dean will serve as the Recorder. The Recorder will:

a. Make sure that the Board Room is available and arranged for the meeting.

b. Have a recording system available and record all open sessions of the Board while midshipmen are present in the Board Room. Retain the recordings for five years.

c. Set up and operate a system in conjunction with the staff of the Commandant of Midshipmen for calling midshipmen to appear before the Board.

Article III. Duties and responsibilities of the Academic Board are specified by law as quoted in Article I and are described in USNA Regulations and in the USNA Instruction on Administration of Academic Programs referred to in Article I. For convenience, they are briefly listed below:

A. Recommend candidates found qualified for Secretary of the Navy appointments under 10 USC 6956 (e). (List of Qualified Alternates and Competitors.)

B. Determine by unanimous vote whether a midshipman referred to the Board by the Commandant of Midshipmen possesses insufficient aptitude to become a commissioned officer in the naval service.

C. Act on all cases of academic deficiency. Unless the Academic Board recommends otherwise, midshipmen found deficient will be discharged from the Naval Academy and from the naval service.

D. Prescribe policies concerning the criteria for admissions and the course of instruction.

E. Take cognizance of annual reports of the relative standing of midshipmen and merit roll of the graduating class.

F. Establish minimum standards of proficiency.

G. Prescribe coefficients to determine the multiple.

H. Establish requirements for the award of the degree.

I. Approve candidates recommended for a degree.

J. A midshipman appearing before the Academic Board for deficiency in military performance will:

1. Be given advance notice of a required appearance.

2. Be allowed to examine or be provided a copy of any documentary evidence, including any summary of his or her academic and military performance, which is considered by the Board.

3. Be present during the oral presentation to the Board of any facts concerning his or her academic and military performance.

4. Be entitled to present any facts in his or her own behalf, including documentary evidence, written statements of third parties, and oral statements of witnesses concerning his or her academic and military performance.

5. Be entitled to consult freely with anyone, including counsel, in preparing to appear before the Academic Board. Upon request, counsel may attend the Board, but not in a representative capacity. The midshipman must present his or her own case.

6. Be present when the decision of the Board is announced.

K. When considering the case of a midshipman referred by the Commandant of Midshipmen for insufficient aptitude, open sessions of the Board will be considered private, official. All unofficial observers, including witnesses, except when called, will be excused from the room. Counsel for the midshipman and the midshipman's company officer are considered official observers. When the Board closes to deliberate and vote, only the Board members, the Secretary, and the Recorder will be present. The midshipman and official observers will be excused until recalled for announcement of a decision.

L. A midshipman may request reconsideration of a decision of the Academic Board when there are significant new facts to present which were not available with the exercise of due diligence at the time of the original decision. The request is to be addressed to the Secretary of the Academic Board via the Commandant of Midshipmen and must be received by the Commandant of Midshipmen within 24 hours of the original decision. The Chairperson, after considering the recommendation of the Secretary of the Academic Board, will determine whether a reconsideration is justified.

M. A midshipman may appeal a decision of the Majors Committee to the Academic Board. The appeal should be in the form of a statement containing reasons for reconsideration, addressed to the Secretary of the Academic Board. The Academic Board will be guided in its decision regarding appeals on assignment to majors by the needs of the service.

Article IV. Academic Board Policy in regard to academic deficiency.

A. Discharge for academic deficiency. Midshipmen found deficient at the end of either a semester or a summer session will be discharged, unless retained by the Academic Board. Midshipmen found deficient at the end of either a semester or a summer session, whose separation was held in abeyance contingent on meeting conditions of probation prescribed by the Academic Board for a period ending before the end of the next semester and who are determined by the Academic Board not to have removed the conditions of probation, will be discharged, unless retained by the Academic Board. Deficiency is constituted by any one or more of the following:

1. Failure in two or more of the courses taken to fulfill graduation requirements in a given semester.

2. Failure of a course taken to fulfill graduation requirements in each of two consecutive semesters. Summer school is not considered as a semester.

3. Failure to earn a 2.00 in summer school when required to attend by the Academic Board.

4. Failure to remove probation.

a. Probation is imposed under the following circumstances: (A

(1) If a midshipman's Cumulative Quality Point Rating (CQPR) is below 2.00 at the completion of a semester, probation for the following semester is automatically imposed. A midshipman is also on automatic probation for the semester following two consecutive semesters in which the Semester Quality Point Rating (SQPR) is below 2.00, even though the CQPR remains above 2.00.

(2) A midshipman is automatically on probation for the following semester when continued by the Academic Board after having been subject to possible discharge for deficiency.

(3) A midshipman is automatically on probation in physical education for the semester following any semester in which the midshipman receives a grade of "F."

b. Probation is removed only at the end of the two regular semesters each year. If the probation was imposed because of CQPR, removal requires raising the CQPR to at least 2.00. If probation was imposed because of consecutive SQPR's, removal requires the achievement of an SQPR of at least 2.00. If probation is for failure in physical education, removal requires successful completion of the tests that were previously failed.

5. Failure to achieve a SQPR of at least 1.5 for any given semester.

6. Failure to fulfill any condition as prescribed by the Academic Board as the result of a previous deficiency.

7. Failure to complete successfully all requirements for graduation at the end of the semester in which the midshipman is scheduled to graduate.

8. Falling two or more semester courses behind the number of courses required by the end of a given semester, according to the matrix of the assigned major program. When the Academic Board (with or without interview) permits a midshipman who is two or more courses behind the matrix to continue, this does not constitute a commitment to turn back. Separation or retention will be determined according to performance in any subsequent semester or summer program.

9. Failure to achieve the required standards in At-Sea-Training or in any of the Professional Competency Reviews with subsequent recommendation to the Academic Board by the Director of Professional Development.

10. The Commandant of Midshipmen may refer any midshipman who is deficient in physical education at the end of a semester to the Academic Board. COMDTMIDNINST 1531.7 applies.

B. Academic Board approach. As required by law, the Academic Board examines the records of all deficient midshipmen for the purpose of deciding which of them should be retained. Guided by the mission of the Naval Academy, the Academic Board asks two basic questions in each deficiency case:

1. Is there reasonable evidence that this midshipman will be able to meet the academic requirements by the scheduled date of graduation?

2. Is there reasonable evidence that this midshipman has the attitude and personal characteristics that are needed to become an officer in the naval service?

C. Academic Board procedures. Just as the "whole-person evaluation" is applicable in the process of admission to the Naval Academy, it is likewise important in the question of retention or separation. In making its determination, the Board takes the following steps:

1. Upon the recommendation of both the Academic Dean and the Commandant of Midshipmen, the Board retains without interview those deficient midshipmen whose records justify without further investigation an affirmative answer to the two basic questions above.

2. In the other cases, written comments are submitted by the officers and instructors who have seen each midshipman in class or other activities during the summer.

3. The company officer or an authorized representative may be interviewed by the Board along with the midshipman.

4. The Board decides whether it is in the best interest of the Navy and the Naval Academy to retain each deficient midshipman. The Board may also stipulate certain specific conditions under which a midshipman may be continued on academic probation. The conditions most frequently stipulated are:

a. A specific QPR may be required by the end of the next semester.

b. Certain courses must be taken and passed during a subsequent regular semester.

c. Certain courses must be taken and passed during the summer (including the summer leave periods).

d. A reduced program (less than 15 semester hours) may be prescribed to allow the midshipman to demonstrate an ability to raise the quality of his or her academic work. (Note: This does not constitute a commitment to turn back to the next lower class.)

5. Where the academic achievement has been weak in spite of superior effort, and where the midshipman has shown positive evidence of high military performance, the Academic Board may retain the midshipman and allow one or two additional semesters (beyond the normal eight) in which to complete the requirements for graduation.

D. Summary. Conduct, physical education, and military performance all have a bearing upon the decision to separate or retain midshipmen who are academically deficient. If the Board members are convinced that a midshipman has the desire and the ability to become a good officer, they will usually vote for retention as long as there is a reasonable likelihood of successful completion of the academic program within limits determined by the Board. Evidence of a good attitude, strong motivation, and determined effort are valuable assets, and a lack of these qualities is a decided detriment.

Article V. Academic Board Policy in regard to insufficient aptitude.

A. Discharge for insufficient aptitude. Midshipmen are subject to discharge when the Commandant of Midshipmen recommends to the Academic Board that they be assigned an "F" in military performance and discharged for insufficient aptitude.

B. Academic Board approach. The Academic Board will examine the entire record forwarded by the Commandant of Midshipmen and such other evidence as the midshipman concerned desires to present to the Board or the Board desires to hear. After full consideration of the case, if the recommendation for an "F" in aptitude and discharge is unanimously approved by the Academic Board, the case will be referred to the Superintendent for the initiation of a recommendation to the Secretary of the Navy that the midshipman be discharged.

C. Academic Board procedure. A grade of "F" will be assigned by the Academic Board to those midshipmen who have demonstrated insufficient aptitude for the service either by long term unsatisfactory military performance after thorough and continued counseling or a sudden, adverse turn in attitude or performance of such nature as to render the midshipman unsuitable for commissioning.

Article VI. Meetings.

A. Calling of Meetings. The Academic Board will meet at the call of the Superintendent, or in the Superintendent's absence at the call of the presiding officer designated by the Superintendent. A meeting may also be called at the request of a member. For matters other than those involving separation of midshipmen where it appears that an interchange of views may not be necessary, a vote by telephone may be secured by the Secretary of the Academic Board, as long as no member requests that a meeting be called. The agenda will be prepared by the Secretary of the Academic Board. Any member may submit items to be included in the agenda.

B. Quorum. A majority of the members of the Academic Board present for duty at the Naval Academy will constitute a quorum.

C. Voting.

1. The usual rules of deliberative bodies or any modifications made by the Board will govern, but no question shall be voted upon until each member has had a reasonable opportunity to express his or her views.

2. A member present will vote on every question unless excused by the Board.

3. The vote will be by secret ballot unless otherwise agreed unanimously by the members present, in which case the vote will be as directed by the presiding officer.

D. Minority Views. Dissenting members of the Board may present their views in a report which, after being presented to the members of the Board, will be attached to the minutes of the meeting.

E. Minutes of the Academic Board. The minutes will list the members present and will contain a record of the decisions of the Academic Board at each meeting. Any member of the Academic Board is entitled to have his or her views as an individual incorporated in brief and concise verbatim form in the minutes if he or she specifically requests that this be done. The minutes will be submitted to the chairperson for approval.



FEB 19 2 17 PM '86

USNAINST 5420.24D
3/DeanAdmissions

03 FEB 1986

USNA INSTRUCTION 5420.24D

From: Superintendent

Subj: RULES OF PROCEDURE GOVERNING THE MEETINGS OF THE ACADEMIC BOARD

Ref: (a) USNA Regulations, Section 130302.3(b)

C. R. LARSON

Distribution:
AA

Prepared by Dean of Admissions, 31 Jan 86, ks

| Routing |
|---|
| Exec. Asst. to Supt. |
| Flag Sec. |
| Flag Lt. |
| PAO |
| CDEEOO |
| Dep Ops |
| P&A Off. |
| Admin. Off. |
| Sec. Off. |
| Off. Pers. |
| Staff Judge Advocate |
| Protocol Off. |
| Comm. Off. |
| Chaplain |
| Dir. Museum |
| P.W.O. |
| Supply Officer |
| D. C. P. |
| Ac. Dean |
| Assoc. Dean |
| Exec. Asst. to Dean |
| Asst. Dean Fac. & Fin. |
| Asst. Dean Acad. Affairs |
| Asst. Dean Edu'l Resources |
| Dir. of Research |
| Dir. Div. Engr. & Wpns. |
| Dir. Div. Eng. & History |
| Dir. Div. Math. & Science |
| Dir. Div. U.S. & I.S. |
| Librarian |
| Archivist |
| Dep. Mgt. |
| Comptroller |
| Comdt. Midn. |
| Dep. Comdt. |
| Dir. Prof. Devl. |
| Hd., Midn. Sup. |
| Dean of Admissions |
| Admissions |
| Registrar |
| Nominations & Appointments |
| Dir. Candidate Guidance |
| Dir. of Athletics |
| Dir. Computer Service |
| Dir. ERC |
| CO, Nav. Sta. |



DEPARTMENT OF THE NAVY
UNITED STATES NAVAL ACADEMY
ANNAPOLIS, MARYLAND 21402-5000

Case File

USNAINST 5420.24C CH-1
3/Dean Admissions
31 December 1985

USNA INSTRUCTION 5420.24C CHANGE TRANSMITTAL 1

From: Superintendent

Subj: RULES OF PROCEDURE GOVERNING MEETINGS OF THE ACADEMIC BOARD

Encl: (1) New pages 3 through 5 of enclosure (1)

1. Purpose. To publish change 1 to the subject instruction.

2. Action. Remove pages 3 through 5 of enclosure (1) of the instruction and replace with enclosure (1).

3. Cancellation. When the required action has been taken.

W. D. STRAIGHT
Deputy for Operations

Distribution:
AA

K. When considering the case of a midshipman referred by the Commandant of Midshipmen for insufficient aptitude, open sessions of the Board will be considered private, official. All unofficial observers, including witnesses, except when called, will be excused from the room. Counsel for the midshipman and the midshipman's company officer are considered official observers. When the Board closes to deliberate and vote, only the Board members, the Secretary, and the Recorder will be present. The midshipman and official observers will be excused until recalled for announcement of a decision.

L. A midshipman may request reconsideration of a decision of the Academic Board when there are significant new facts to present which were not available with the exercise of due diligence at the time of the original decision. The request is to be addressed to the Secretary of the Academic Board via the Commandant of Midshipmen and must be received by the Commandant of Midshipmen within 24 hours of the original decision. The Chairman, after considering the recommendation of the Secretary of the Academic Board, will determine whether a reconsideration is justified.

M. A midshipman may appeal a decision of the Majors Committee to the Academic Board. The appeal should be in the form of a statement containing reasons for reconsideration, addressed to the Secretary of the Academic Board. The Academic Board will be guided in its decision on appeals on assignment to majors by the needs of the service. (R

Article IV. Academic Board Policy in regard to academic deficiency.

A. Discharge for academic deficiency. Midshipmen found deficient at the end of either a semester or a summer session shall be discharged, unless retained by the Academic Board. Midshipmen found deficient at the end of either a semester or a summer session, whose separation was held in abeyance contingent on meeting conditions of probation prescribed by the Academic Board for a period ending before the end of the next semester and who are determined by the Academic Board not to have removed the conditions of probation, shall be discharged, unless retained by the Academic Board. Deficiency is constituted by any one or more of the following:

1. Failure in two or more of the courses taken to fulfill graduation requirements in a given semester.

2. Failure of a course taken to fulfill graduation requirements in each of two consecutive semesters. Summer school is not considered as a semester.

3. Failure to earn a 2.00 in summer school when required to attend by the Academic Board. (R

4. Failure to remove probation.*

5. Failure to achieve a semester Quality Point Rating (QPR) of at least 1.5 for any given semester.

6. Failure to fulfill any condition as prescribed by the Academic Board as the result of a previous deficiency.

7. Failure to complete successfully all requirements for graduation at the end of the semester in which the midshipman is scheduled to graduate.

8. Falling two or more semester courses behind the number of courses required by the end of a given semester, according to the matrix of the assigned major program. When the Academic Board (with or without interview) permits a midshipman who is two or more courses behind the matrix to continue, this does not constitute a commitment to turn back. Separation or retention will be determined according to performance in any subsequent semester or summer program.

*Probation is removed normally at the end of the two regular semesters each year. If the probation is imposed because of Cumulative Quality Point Rating (CQPR), removal requires raising the CQPR to at least 2.00. If probation was imposed because of consecutive Semester Quality Point Ratings (SQPRs), removal requires the achievement of a SQPR of at least 2.00. If probation is for failure in physical education, removal requires successful completion of the tests that were previously failed. For midshipmen found deficient at the end of either a semester or a summer session and whose separation was held in abeyance contingent on meeting conditions of probation prescribed by the Academic Board, probation is removed when the conditions prescribed by the Academic Board have been met.

R) 9. Failure to achieve the required standards in At-Sea-Training or in any of the Professional Competency Reviews with subsequent recommendation to the Academic Board by the Director of Professional Development.

A) 10. The Commandant of Midshipmen may refer any midshipman who is deficient in physical education at the end of a semester to the Academic Board. COMDTMIDNINST 1531.7 applies.

B. Academic Board approach. As required by law, the Academic Board examines the records of all deficient midshipmen for the purpose of deciding which of them should be retained. Guided by the mission of the Naval Academy, the Academic Board asks two basic questions in each deficiency case:

1. Is there reasonable evidence that this midshipman will be able to meet the academic requirements by the scheduled date of graduation?

2. Is there reasonable evidence that this midshipman has the attitude and personal characteristics that are needed to become an officer in the naval service?

C. Academic Board procedures. Just as the "whole-person evaluation" is applicable in the process of admission to the Naval Academy, it is likewise important in the question of retention or separation. In making its determination, the Board takes the following steps:

1. Upon the recommendation of both the Academic Dean and the Commandant of Midshipmen, the Board retains without interview those deficient midshipmen whose records justify without further investigation an affirmative answer to the two basic questions above.

2. In the other cases, written comments are submitted by the officers and instructors who have seen each midshipman in class or other activities during the semester.

3. The company officer or an authorized representative may be interviewed by the Board along with the midshipman.

4. The Board decides whether it is in the best interest of the Navy and the Naval Academy to retain each deficient midshipman. The Board may also stipulate certain specific conditions under which a midshipman may be continued on academic probation. The conditions most frequently stipulated are:

a. A specific QPR may be required by the end of the next semester.

b. Certain courses must be taken and passed during a subsequent regular semester.

c. Certain courses must be taken and passed during the summer (including the summer leave periods).

d. A reduced program (less than 15 semester hours) may be prescribed to allow the midshipman to demonstrate an ability to raise the quality of his or her academic work. (Note: This does not constitute a commitment to turn back to the next lower class.)

5. Where the academic achievement has been weak in spite of superior effort, and where the midshipman has shown positive evidence of high military performance, the Academic Board may retain the midshipman and allow one or two additional semesters (beyond the normal eight) in which to complete the requirements for graduation.

D. Summary. Conduct, physical education, and military performance all have a bearing upon the decision to separate or retain midshipmen who are academically deficient. If the Board members are convinced that a midshipman has the desire and the ability to become a good officer, they will usually vote for retention as long as there is a reasonable likelihood of successful completion of the academic program within limits determined by the Board. Evidence of a good attitude, strong motivation, and determined effort are valuable assets, and a lack of these qualities is a decided detriment.

Article V. Academic Board Policy in regard to insufficient aptitude.

A. Discharge for insufficient aptitude. Midshipmen are subject to discharge when the Commandant of Midshipmen recommends to the Academic Board that they be assigned an F in military performance and discharged for insufficient aptitude.

B. Academic Board approach. The Academic Board shall examine the entire record forwarded by the Commandant of Midshipmen and such other evidence as the midshipman concerned desires to present to the Board or the Board desires to hear. After full consideraton of the case, if the recommendation for an F in aptitude and discharge is unanimously approved by the Academic Board, the case shall be referred to the Superintendent for the initiation of a recommendation to the Secretary of the Navy that the midshipman be discharged.

C. Academic Board procedure. A grade of F will be assigned by the Academic Board to those midshipmen who have demonstrated insufficient aptitude for the service either by long term unsatisfactory military performance after thorough and continued counseling or a sudden, adverse turn in attitude or performance of such nature as to render the midshipman unsuitable for commissioning.

Article VI. Meetings.

A. Calling of Meetings. The Academic Board shall meet at the call of the Superintendent, or in his/her absence at the call of the presiding officer designated by the Superintendent. A meeting may also be called at the request of a member. For matters other than those involving separation of midshipmen where it appears that an interchange of views may not be necessary, a vote by telephone may be secured by the Secretary of the Academic Board, as long as no member requests that a meeting be called. The agenda shall be prepared by the Secretary of the Academic Board. Any member may submit items to be included in the agenda.

B. Quorum. A majority of the members of the Academic Board present for duty at the Naval Academy shall constitute a quorum.

C. Voting.

1. The usual rules of deliberative bodies or any modifications made by the Board shall govern, but no question shall be voted upon until each member has had a reasonable opportunity to express his or her views.

2. A member present shall vote on every question unless excused by the Board.

3. The vote shall be by secret ballot unless otherwise agreed unanimously by the members present, in which case the vote will be as directed by the presiding officer.

D. Minority Views. Dissenting members of the Board may present their views in a report which, after being presented to the members of the Board, shall be attached to the minutes of the meeting.

E. Minutes of the Academic Board. The minutes shall list the members present and shall contain a record of the decisions of the Academic Board at each meeting. Any member of the Academic Board is entitled to have his/her views as an individual incorporated in brief and concise verbatim form in the minutes if he/she specifically requests that this be done. The minutes shall be submitted to the chairperson for approval.



ENGINEERING ENDOWMENT
OFFICE
U.S. NAVAL ACADEMY,
ANNAPOLIS, MD
21402-5060

JAN 9 9 16 AM '86

SUPERINTENDENT LADDER GREEN ROUTING SHEET

USNAINST 5216.1G

| Office | |
|---|---|
| Exec. Asst to Supt | 2 |
| Flag Sec. | |
| Flag Lt. | |
| PAO | |
| DEEOO | |
| Protocol Off. | |
| Dep. Ops | 7 |
| P&A Off. | 8 |
| Admin. Off. | 6 LV |
| Sec. Off. | |
| Off. Pers. | |
| Staff Judge Advocate | 3 |
| Comm. Off. | |
| Chaplain | |
| Dir. Museum | |
| Safety Mgr. | |
| Dir., FSC | |
| P.W.O. | |
| Supply Officer | |
| D.C.P. | |
| Ac. Dean | 1 |
| Assoc. Dean Dir, Research | |
| Exec. Asst. to Dean | |
| Asst. Dean Fac. & Fin. | |
| Asst. Dean Acad. Affairs | |
| Dir. Div. Engr. & Wpns. | |
| Dir. Div. Eng. & History | |
| Dir. Div. Math. & Science | |
| Dir. Div. U.S. & I.S. | |
| Librarian | |
| Archivist | |
| Registrar | |
| Dir. ERC | |
| Dep. Mgt. | |
| Comptroller | |
| Comdt. Midn | 5 |
| Dep. Comdt. | |
| Dir. Prof. Dev. | |
| Hd. Phys. Ed. Dept. | |
| Hd., Midn. Sup. | |
| Dean of Admissions | 4 |
| Admissions | |
| Nominations & Appointments | |
| Dir. Candidate Guidance | |
| Dir. of Athletics | |
| Dir. Computer Service | |
| CO, Nav. Sta. | |

USNAINST 5420.24C CH-1
3/Dean Admissions

USNA INSTRUCTION 5420.24C CHANGE TRANSMITTAL 1

From: Superintendent

Subj: RULES OF PROCEDURE GOVERNING MEETINGS OF THE ACADEMIC BOARD

Encl: (1) New pages 3 through 5 of enclosure (1)

1. Purpose. To publish change 1 to the subject instruction.

2. Action. Remove pages 3 through 5 of enclosure (1) of the instruction and replace with enclosure (1).

3. Cancellation. When the required action has been taken.

W. D. STRAIGHT
Deputy for Operations

Distribution:
AA

Prepared by MAJ D. L. Smith, USMC, EA to AcDean, X2500:lmd 12/4/85

NDW-USNA-DMB-5216/05 (01-83)



DEPARTMENT OF THE NAVY
UNITED STATES NAVAL ACADEMY
ANNAPOLIS, MARYLAND 21402

Case File

USNAINST 5420.24C
3/DeanAdmissions
12 September 1983

USNA INSTRUCTION 5420.24C

From: Superintendent

Subj: Rules of Procedure governing meetings of the Academic Board

Ref: (a) USNA Regulations, Section 130302.3(b)

Encl: (1) Rules of Procedure Governing Meetings of the Academic Board (R

1. Purpose. To establish Rules of Procedure governing meetings of the Academic Board.

2. Cancellation. USNA Instruction 5420.24B.

3. Background. The authority and duties of the Academic Board are established in law in U. S. Code Title 10, and regulations for its operation are included in USNA Regulations. Reference (a) provides that the rules of procedure governing meetings of the Board will be established by the Superintendent. Enclosure (1) presents these rules.

C R Larson

C. R. LARSON

Distribution:
AA

RULES OF PROCEDURE GOVERNING MEETINGS OF THE ACADEMIC BOARD

Article I. Source of Authority.

A. U. S. Code Title 10, Section 6956 (e). "If it is determined that upon the admission of a new class to the Academy, the number of midshipmen at the Academy will be below the authorized number, the Secretary may fill the vacancies by nominating additional midshipmen from qualified candidates designated as alternates and from other qualified candidates who competed for nomination and are recommended and found qualified by the Academic Board . . ."

B. U. S. Code Title 10, Section 6958 (a). "Each candidate for admission to the U. S. Naval Academy . . . (2) shall be examined according to such regulations as the Secretary of the Navy prescribes, and if rejected at one examination may not be examined again for admission to the same class unless recommended by the Academic Board."

C. U. S. Code Title 10, Section 6962.
"(a) The Superintendent of the Naval Academy shall submit to the Secretary of the Navy in writing a full report of the facts -

"(1) Whenever the Superintendent determines that the conduct of a midshipman is unsatisfactory; or
"(2) Whenever the Academic Board unanimously determines that a midshipman possesses insufficient aptitude to become a commissioned officer in the naval service.

"(b) A midshipman upon whom a report is made under subsection (a) shall be given an opportunity to examine the report and submit a written statement thereon. If the Secretary believes, on the basis of the report and statement, that the determination of the Superintendent or of the Academic Board is reasonable and well founded, he may discharge the midshipman from the Naval Academy and from the naval service."

D. U. S. Code Title 10, Section 6963. "Midshipmen found deficient at any examination shall, unless the Academic Board recommends otherwise, be discharged from the Naval Academy and from the naval service."

E. U. S. Naval Academy Regulations.
130302. Academic Board. Describes the purpose, composition, procedures, and duties of the Board. Describes the Board's responsibilities regarding proficiency standards and multiple co-efficients, academic failures, reports of marks, and standings and academic qualifications for award of the degree.

F. USNA Instruction 1531.16R, Subj: Administration of Academic Programs. Paragraphs specifically relating to the Academic Board are: (R

Enclosure (2) 4a - Authorization for reduced academic workload.

10c - Changes to a midshipman's program.

15a - Assignment to class of readmitted midshipmen.

Enclosure (4) 1. Academic Probation

2. Academic Deficiencies

Enclosure (5) 7. Summer School

G. USNA Instruction 1531.33B, Subj: Academic Performance; reporting of, enclosure (1) paragraph 2b. (R

Article II. Composition of the Academic Board.

A. In addition to the members specified by the U. S. Naval Academy Regulations 130302.2, the Academic Board will be staffed as follows:

1. The Dean of Admissions will be the Secretary of the Academic Board and will:

a. Prepare the Board agenda and insure that supporting documents are available to the members.

b. Advise the members and others concerned as to the place and time of the meeting.

c. Prepare the minutes of the meeting.

d. Maintain the Academic Board files.

R) 2. An officer appointed by the Academic Dean will serve as the Recorder. He/she will:

a. Ensure that the Board Room is available and arranged for the meeting.

b. Have a recording system available and record all open sessions of the Board while midshipmen are present in the Board Room. Retain the recordings for five years.

c. Set up and operate a system in conjunction with the staff of the Commandant of Midshipmen for calling midshipmen to appear before the Board.

Article III. Duties and responsibilities of the Academic Board are specified by law as quoted in Article I and are described in USNA Regulations and in the USNA Instruction on Administration of Academic Programs referred to in Article I. For convenience, they are briefly listed below:

A. Recommend candidates found qualified for Secretary of the Navy appointments under 10 USC 6956 (e). (List of Qualified Alternates and Competitors.)

B. Determine by unanimous vote whether a midshipman referred to the Board by the Commandant of Midshipmen possesses insufficient aptitude to become a commissioned officer in the naval service.

C. Act on all cases of academic deficiency. Unless the Academic Board recommends otherwise, midshipmen found deficient shall be discharged from the Naval Academy and from the naval service.

D. Prescribe policies concerning the criteria for admissions and the course of instruction.

E. Take cognizance of annual reports of the relative standing of midshipmen and merit roll of the graduating class.

F. Establish minimum standards of proficiency.

G. Prescribe coefficients to determine the multiple.

H. Establish requirements for the award of the degree.

I. Approve candidates recommended for a degree.

J. A midshipman appearing before the Academic Board for deficiency in military performance shall:

1. Be given advance notice of a required appearance.

A) 2. Be allowed to examine or be provided a copy of any documentary evidence, including any summary of his or her academic and military performance, which is considered by the Board.

A) 3. Be present during the oral presentation to the Board of any facts concerning his or her academic and military performance.

A) 4. Be entitled to present any facts in his or her own behalf, including documentary evidence, written statements of third parties, and oral statements of witnesses concerning his or her academic and military performance.

A) 5. Be entitled to consult freely with anyone, including counsel, in preparing to appear before the Academic Board. Upon request, counsel may attend the Board, but not in a representative capacity. The midshipman must present his or her own case.

6. Be present when the decision of the Board is announced.

K. When considering the case of a midshipman referred by the Commandant of Midshipmen for insufficient aptitude, open sessions of the Board will be considered private, official. All unofficial observers, including witnesses, except when called, will be excused from the room. Counsel for the midshipman and the midshipman's company officer are considered official observers. When the Board closes to deliberate and vote, only the Board members, the Secretary and the Recorder will be present. The midshipman and official observers will be excused until recalled for announcement of a decision. (A

L. A midshipman may request reconsideration of a decision of the Academic Board when there are significant new facts to present which were not available with the exercise of due diligence at the time of the original decision. The request is to be addressed to the Secretary of the Academic Board via the Commandant of Midshipmen and must be received by the Commandant of Midshipmen within 24 hours of the original decision. The Chairman, after considering the recommendation of the Secretary of the Academic Board, will determine whether a reconsideration is justified.

M. A midshipman may appeal a decision of the Majors Committee to the Academic Board. The appeal should be in the form of a statement containing reasons for reconsideration, addressed to the Secretary of the Majors Committee. The Academic Board will be guided in its decision on appeals on assignment to majors by the needs of the service.

<u>Article IV</u>. Academic Board Policy in regard to academic deficiency.

A. <u>Discharge for academic deficiency</u>. Midshipmen found deficient at the end of either a semester or a summer session shall be discharged, unless retained by the Academic Board. Midshipmen found deficient at the end of either a semester or a summer session, whose separation was held in abeyance contingent on meeting conditions of probation prescribed by the Academic Board for a period ending before the end of the next semester and who are determined by the Academic Board not to have removed the conditions of probation, shall be discharged, unless retained by the Academic Board. Deficiency is constituted by any one or more of the following: (R

1. Failure in two or more of the courses taken to fulfill graduation requirements in a given semester.

2. Failure of a course taken to fulfill graduation requirements in each of two consecutive semesters. Summer school is not considered as a semester.

a. Failure to earn a 2.0 in summer school when required to attend by the Academic Board.

3. Failure to remove probation.*

4. Failure to achieve a semester Quality Point Rating (QPR) of at least 1.5 for any given semester.

5. Failure to fulfill any condition as prescribed by the Academic Board as the result of a previous deficiency.

6. Failure to complete successfully all requirements for graduation at the end of the semester in which the midshipman is scheduled to graduate.

7. Falling two or more semester courses behind the number of courses required by the end of a given semester, according to the matrix of the assigned major program. When the Academic Board (with or without interview) permits a midshipman who is two or more courses behind the matrix to continue, this does not constitute a commitment to turn back. Separation or retention will be determined according to performance in any subsequent semester or summer program.

8. Failure to achieve the required standards in At-Sea-Training or in any of the Professional Competency Reviews.

* Probation is removed normally at the end of the two regular semesters each year. If the probation is imposed because of Cumulative Quality Point Rating (CQPR), removal requires raising the CQPR to at least 2.00. If probation was imposed because of consecutive Semester Quality Point Ratings (SQPRs), removal requires the achievement of a SQPR of at least 2.00. If probation is for failure in physical education, removal requires successful completion of the tests that were previously failed. For midshipmen found deficient at the end of either a semester or a summer session and whose separation was held in abeyance contingent on meeting conditions of probation prescribed by the Academic Board, probation is removed when the conditions prescribed by the Academic Board have been met. (R

Note: A course failure in physical education is subject to the foregoing deficiency provisions.

B. Academic Board approach. As required by law, the Academic Board examines the records of all deficient midshipmen for the purpose of deciding which of them should be retained. Guided by the mission of the Naval Academy, the Academic Board asks two basic questions in each deficiency case:

1. Is there reasonable evidence that this midshipman will be able to meet the academic requirements by the scheduled date of graduation?

2. Is there reasonable evidence that this midshipman has the attitude and personal characteristics that are needed to become an officer in the naval service?

C. Academic Board procedures. Just as the "whole-person evaluation" is applicable in the process of admission to the Naval Academy, it is likewise important in the question of retention or separation. In making its determination, the Board takes the following steps:

1. Upon the recommendation of both the Academic Dean and the Commandant of Midshipmen, the Board retains without interview those deficient midshipmen whose records justify without further investigation an affirmative answer to the two basic questions above.

2. In the other cases, written comments are submitted by the officers and instructors who have seen each midshipman in class or other activities during the semester.

3. The company officer or an authorized representative may be interviewed by the Board along with the midshipman.

4. The Board decides whether it is in the best interest of the Navy and the Naval Academy to retain each deficient midshipman. The Board may also stipulate certain specific conditions under which a midshipman may be continued on academic probation. The conditions most frequently stipulated are:

a. A specific QPR may be required by the end of the next semester.

b. Certain courses must be taken and passed during a subsequent regular semester.

c. Certain courses must be taken and passed during the summer (including the summer leave periods).

R) d. A reduced program (less than 15 semester hours) may be prescribed to allow the midshipman to demonstrate an ability to raise the quality of his or her academic work. (Note: this does not constitute a commitment to turn back to the next lower class).

R) 5. Where the academic achievement has been weak in spite of superior effort, and where the midshipman has shown positive evidence of high military performance, the Academic Board may retain the midshipman and allow one or two additional semesters (beyond the normal eight) in which to complete the requirements for graduation.

D. Summary. Conduct, physical education, and military performance all have a bearing upon the decision to separate or retain midshipmen who are academically deficient. If the Board members are convinced that a midshipman has the desire and the ability to become a good officer, they will usually vote for retention as long as there is a reasonable likelihood of successful completion of the academic program within limits determined by the Board. Evidence of a good attitude, strong motivation, and determined effort are valuable assets, and a lack of these qualities is a decided detriment.

Article V. Academic Board Policy in regard to insufficient aptitude.

A. Discharge for insufficient aptitude. Midshipmen are subject to discharge when the Commandant of Midshipmen recommends to the Academic Board that they be assigned an F in military performance and discharged for insufficient aptitude.

B. Academic Board approach. The Academic Board shall examine the entire record forwarded by the Commandant of Midshipmen and such other evidence as the midshipman concerned desires to present to the Board or the Board desires to hear. After full consideration of the case, if the recommendation for an F in aptitude and discharge is unanimously approved by the Academic Board, the case shall be referred to the Superintendent for the initiation of a recommendation to the Secretary of the Navy that the midshipman be discharged.

C. Academic Board Procedure. A grade of F will be assigned by the Academic Board to those midshipmen who have demonstrated insufficient aptitude for the service either by long term unsatisfactory Military Performance after thorough and continued counseling or a sudden, adverse turn in attitude or performance of such nature as to render the midshipman unsuitable for commissioning.

Article VI. Meetings.

A. Calling of Meetings. The Academic Board shall meet at the call of the Superintendent, or in his/her absence at the call of the presiding officer designated by the Superintendent. A meeting may also be called at the request of a member. For matters other than those involving separation of midshipmen where it appears that an interchange of views may not be necessary, a vote by telephone may be secured by the Secretary of the Academic Board, as long as no member requests that a meeting be called. The agenda shall be prepared by the Secretary of the Academic Board. Any member may submit items to be included in the agenda.

B. Quorum. A majority of the members of the Academic Board present for duty at the Naval Academy shall constitute a quorum.

C. Voting.

1. The usual rules of deliberative bodies or any modifications made by the Board shall govern, but no question shall be voted upon until each member has had a reasonable opportunity to express his or her views. (R

2. A member present shall vote on every question unless excused by the Board.

3. The vote shall be by secret ballot unless otherwise agreed unanimously by the members present, in which case the vote will be as directed by the presiding officer. (D

D. Minority Views. Dissenting members of the Board may present their views in a report which, after being presented to the members of the Board, shall be attached to the minutes of the meeting.

E. Minutes of the Academic Board. The minutes shall list the members present and shall contain a record of the decisions of the Academic Board at each meeting. Any member of the Academic Board is entitled to have his/her views as an individual incorporated in brief and concise verbatim form in the minutes if he/she specifically requests that this be done. The minutes shall be submitted to the Chairperson for approval.

SUPERINTENDENT'S OFFICE
U.S. NAVAL ACADEMY
ANNAPOLIS MD 21402

SEP 14 3 26 PM '83

USNAINST 5420.24C
3/DeanAdmissions

12 SEP 1983

USNA INSTRUCTION 5420.24C

From: Superintendent

Subj: Rules of Procedure governing meetings of the Academic Board

Ref: (a) USNA Regulations, Section 130302.3(b)

Encl: (1) Rules of Procedure Governing Meetings of the Academic Board

C. R. LARSON

Distribution:
AA

Prepared by R.W. McNitt, Dean of Admissions, X4361, 4 Aug 1983, kls

| Routing | Initials |
|---|---|
| Exec. Asst. to Supt. | |
| Flag Sec. | |
| Flag Lt. | |
| PAO | |
| DEEOO | |
| Dep Ops | 4) |
| PAA Off. | 3) |
| Admin. Off. | 2) |
| Sec. Off. | |
| Off. Pers. | |
| Staff Judge Advocate | |
| VSO | |
| Comm. Off. | |
| Chaplain | |
| Dir. Museum | |
| P.W.O. | |
| Supply Officer | |
| D. C. P. | |
| Ac. Dean | 5) |
| Assoc. Dean | |
| Exec. Asst. to Dean | |
| Asst. Dean Fac. & Fin. | |
| Asst. Dean Acad. Affairs | |
| Asst. Dean Edu'l Resources | |
| Dir. of Research | |
| Dir. Div. Engr. & Wpns. | |
| Dir. Div. Eng. & History | |
| Dir. Div. Math. & Science | |
| Dir. Div. U.S. & I.S. | |
| Librarian | |
| Archivist | |
| Dep. Mgt. | |
| Comptroller | |
| Comdt. Midn. | |
| Dep. Comdt. | |
| Dir. Prof. Devl. | |
| Hd., Midn. Sup. | |
| Dean of Admissions | 1) |
| Admissions | |
| Registrar | |
| Nominations & Appointments | |
| Dir. Candidate Guidance | |
| Dir. of Athletics | |
| Dir. Computer Service | |
| Dir. ERC | |
| CO. Nav. Sta. | |



Case file

DEPARTMENT OF THE NAVY
UNITED STATES NAVAL ACADEMY
ANNAPOLIS, MARYLAND 21402

USNAINST 5420.24B CH-1
3/DeanAdm
28 October 1982

USNA INSTRUCTION 5420.24B CHANGE TRANSMITTAL 1

From: Superintendent

Subj: Rules of Procedure governing meetings of the Academic Board

Encl: (1) Revised pages 3, 4, and 4a of enclosure (1)

1. Purpose. To promulgate change 1 to subject instruction.

2. Action. Remove pages 3 and 4 of enclosure (1) to basic instruction and insert revised pages 3, 4, and 4a of enclosure (1).

3. Cancellation. When the required action has been taken.

J. R. POOLE
Deputy for Operations

Distribution:
AA

Article III. Duties and responsibilities of the Academic Board are specified by law as quoted in Article I and are described in USNA Regulations and in the USNA Instruction on Administration of Academic Programs referred to in Article I. For convenience, they are briefly listed below:

A. Recommend candidates found qualified for Secretary of the Navy appointments under 10 USC 6956 (e). (List of Qualified Alternates and Competitors.)

B. Determine by unanimous vote whether a midshipman referred to the Board by the Commandant of Midshipmen possesses insufficient aptitude to become a commissioned officer in the naval service.

C. Act on all cases of academic deficiency. Unless the Academic Board recommends otherwise, midshipmen found deficient shall be discharged from the Naval Academy and from the naval service.

D. Prescribe policies concerning the criteria for admissions and the course of instruction.

E. Take cognizance of annual reports of the relative standing of midshipmen and merit roll of the graduating class.

F. Establish minimum standards of proficiency.

G. Prescribe coefficients to determine the multiple.

H. Establish requirements for the award of the degree.

I. Approve candidates recommended for a degree.

J. A midshipman appearing before the Academic Board for deficiency in military performance shall:

1. be given advance notice of a required appearance;

2. be allowed to examine or be provided a copy of any documentary evidence, including any summary of his academic and military performance, which is considered by the Board; (A

3. be present during the oral presentation to the Board of any facts concerning his academic and military performance; (A

4. be entitled to present any facts in his own behalf, including documentary evidence, written statements of third parties, and oral statements of witnesses concerning his academic and military performance; (R

5. be entitled to consult freely with anyone, including counsel, in preparing to appear before the Academic Board. Upon request, counsel may attend the Board, but not in a representative capacity. The midshipman must present his own case. (R

6. be present when the decision of the Board is announced. (R

\) K. When considering the case of a midshipman referred by the Commandant of Midshipmen for insufficient aptitude, open sessions of the Board will be considered private, official. All unofficial observers, including witnesses, except when called, will be excused from the room. Counsel for the midshipman and the midshipman's company officer are considered official observers. When the Board closes to deliberate and vote, only the Board members and the recorder will be present. The midshipman and official observers will be excused until recalled for announcement of a decision.

A) L. A midshipman may request reconsideration of a decision of the Academic Board when there are significant new facts to present which were not available with the exercise of due diligence at the time of the original decision. The request is to be addressed to the Secretary of the Academic Board via the Commandant of Midshipmen and must be received by the Commandant of Midshipmen within 24 hours of the original decision. The Chairman, after considering the recommendation of the Secretary of the Academic Board, will determine whether a reconsideration is justified.

M. A midshipman may appeal a decision of the Majors Committee to the Academic Board. The appeal should be in the form of a statement containing reasons for reconsideration, addressed to the Secretary of the Majors Committee. The Academic Board will be guided in its decision on appeals on assignment to majors by the needs of the service.

<u>Article IV</u>. Academic Board Policy in regard to academic deficiency.

A. <u>Discharge for academic deficiency</u>. Midshipmen found deficient at the end of either a semester or a summer session shall be discharged, unless retained by the Academic Board. Deficiency is constituted by any one or more of the following:

1. Failure in two or more of the courses taken to fulfill graduation requirements in a given semester.

2. Failure of a course taken to fulfill graduation requirements in each of two consecutive semesters. Summer school is not considered as a semester.

a. Failure to earn a 2.0 in summer school when required to attend by the Academic Board.

3. Failure to remove probation.*

4. Failure to achieve a semester QPR of at least 1.5 for any given semester.

5. Failure to fulfill any condition as prescribed by the Academic Board as the result of a previous deficiency.

6. Failure to complete successfully all requirements for graduation at the end of the semester in which the midshipman is scheduled to graduate.

7. Falling two or more semester courses behind the number of courses required by the end of a given semester, according to the matrix of the assigned major program. When the Academic Board (with or without interview) permits a

midshipman who is two or more courses behind the matrix to continue, this does not constitute a commitment to turn back. Separation or retention will be determined according to performance in any subsequent semester or summer program.

8. Failure to achieve the required standards in At-Sea Training or in any of the Professional Competency Reviews.

* Probation is removed only at the end of the two regular semesters each year. If the probation is imposed because of CQPR, removal requires raising the CQPR to at least 2.00. If probation was imposed because of consecutive SQPR's, removal requires the achievement of an SQPR of at least 2.00. If probation is for failure in physical education, removal requires successful completion of the tests that were previously failed.

U. S. NAVAL ACADEMY

Date 23 Sept 82

MEMORANDUM

From: Dean of Admissions

To: EA to Superintendent

CH

This is the change to the charter governing [illegible] of Admissions for the Academic Board that was discussed today with the Superintendent. [illegible] will make [illegible] changes [illegible] to make them effective.

Dean Davidson has no changes he wishes to make at this time to the [illegible] Procedure.

Recommend approval

[signature]



DEPARTMENT OF THE NAVY
UNITED STATES NAVAL ACADEMY
ANNAPOLIS, MARYLAND 21402

20 August 1982

MEMORANDUM

From: Staff Judge Advocate
To: Dean of Admissions

Subj: Proposed change to USNAINST 5420.24B

Encl: (1) Legal Advisor to Commandant memo of 17 August 1982

1. Enclosure (1) proposes a change to Academic Board procedures contained in USNAINST 5420.24B. I beleive the proposal is a good one and will clarify the "right to witnesses" which already have been incorporated into the procedures. I recommend that the change be formally incorporated into the instruction.

Very respectfully,

J. M. MEIGHAN, JR.

U.S. Naval Academy
Annapolis, Maryland

☒ Approved
☐ Not Approved

29 SEP 1982

E.C. Waller
Vice Admiral, U.S. Navy
Superintendent

27 OCT 1982

PROPOSED LANGUAGE FOR ARTICLE III, PARAGRAPH J

of USNAINST 5420.24B

2.  be allowed to examine or be provided a copy of any documentary evidence, including any summary of his academic and military performance, which is considered by the Board;

3.  be present during the oral presentation to the Board of any facts concerning his academic and military performance;

4.  be entitled to present any facts in his own behalf, including documentary evidence, written statements of third parties, and oral statements of witnesses concerning his academic and military performance;

5.  be entitled to consult freely with anyone, including counsel, in preparing to appear before the Academic Board.  Upon request, counsel may attend the Board, but not in a representative capacity.  The midshipman must present his own case.

6.  be present when the decision of the Board is announced.

K.  When considering the case of a midshipman referred by the Commandant of Midshipmen for insufficient aptitude, open sessions of the Board will be considered private, official.  All unofficial observers, including witnesses except when called, will be excused from the room.  Counsel for the midshipman and the midshipman's company officer are considered official observers.  When the Board closes to deliberate and vote, only the Board members and the recorder will be present.  The midshipman and official observers will be excused until recalled for announcement of a decision.

(Present K - L will be redesignated L - M.)

UNITED STATES NAVAL ACADEMY
Annapolis, Maryland 21402

Date 17 Aug 82

From: Legal Advisor to the Commandant
To: SJA

1. This is my proposal for modifying the Ac Board instruction. It clarifies the witness issue and adopts the policy with regard to counsel used in Kearney's Ac Board.

V/R

[signature]

| Exec. Asst. to Supt. |
| --- |
| Flag Sec. |
| Flag Lt. |
| PAO |
| DEEOO |
| Dep Ops |
| P&A Off. |
| Admin. Off. |
| Sec. Off. |
| Off. Pers. |
| Staff Judge Advocate |
| VSO |
| Comm. Off. |
| Chaplain |
| Dir. Museum |
| P.W.O. |
| Supply Officer |
| D. C. P. |
| Ac. Dean |
| Assoc. Dean |
| Exec. Asst. to Dean |
| Asst. Dean Fac. & Fin. |
| Asst. Dean Acad. Affairs |
| Asst. Dean Edu'l Resources |
| Dir. of Research |
| Dir. Div. Engr. & Wpns. |
| Dir. Div. Eng. & History |
| Dir. Div. Math. & Science |
| Dir. Div. U.S. & I.S. |
| Librarian |
| Archivist |
| Dep. Mgt. |
| Comptroller |
| Comdt. Midn. |
| Dep. Comdt. |
| Dir. Prof. Devl. |
| Hd., Midn. Sup. |
| Dean of Admissions |
| Admissions |
| Registrar |
| Nominations & Appointments |
| Dir. Candidate Guidance |
| Dir. of Athletics |
| Dir. Computer Service |
| Dir. ERC |
| CO, Nav. Sta. |

USNAINST 5420.24B CH-1
3/DeanAdm

USNA INSTRUCTION 5420.24B CHANGE TRANSMITTAL 1

From: Superintendent

Subj: Rules of Procedure governing meetings of the Academic Board

Encl: (1) Revised pages 3, 4, and 4a of enclosure (1)

1. Purpose. To promulgate change 1 to subject instruction.

2. Action. Remove pages 3 and 4 of enclosure (1) to basic instruction and insert revised pages 3, 4, and 4a of enclosure (1).

3. Cancellation. When the required action has been taken.

J. R. POOLE
Deputy for Operations

Distribution:
AA

Prepared by Dean of Admissions, K. Spriggs, X4361, 13 Oct 1982



MAILED

**DEPARTMENT OF THE NAVY**
**UNITED STATES NAVAL ACADEMY**
**ANNAPOLIS, MARYLAND 21402**

SEP 2 1 24 PM '81
SUPERINTENDENT'S OFFICE
U.S. NAVAL ACADEMY
ANNAPOLIS MD 21402

USNAINST 5420.24B
3/DeanAdmO
1 September 1981

Case File

USNA INSTRUCTION 5420.24B

From: Superintendent

Subj: Rules of Procedure governing meetings of the Academic Board

Ref: (a) USNA Regulations, Section 130302.3(b)

Encl: (1) Rules of Procedure Governing Meetings of the Academic Board

1. Purpose. To establish Rules of Procedure governing meetings of the Academic Board.

2. Cancellation. USNA Instruction 5420.24A.

3. Background. The authority and duties of the Academic Board are established in law in U. S. Code Title 10, and regulations for its operation are included in USNA Regulations. Reference (a) provides that the rules of procedure governing meetings of the Board will be established by the Superintendent. Enclosure (1) presents these rules.

ECWaller
E. C. WALLER

Distribution:
AA

RULES OF PROCEDURE GOVERNING MEETINGS OF THE ACADEMIC BOARD

Article I. Source of Authority.

A. U. S. Code Title 10, Section 6956 (e). "If it is determined that upon the admission of a new class to the Academy, the number of midshipmen at the Academy will be below the authorized number, the Secretary may fill the vacancies by nominating additional midshipmen from qualified candidates designated as alternates and from other qualified candidates who competed for nomination and are recommended and found qualified by the Academic Board . . ."

B. U. S. Code Title 10, Section 6958 (a). "Each candidate for admission to the U. S. Naval Academy - . . . (2) shall be examined according to such regulations as the Secretary of the Navy prescribes, and if rejected at one examination may not be examined again for admission to the same class unless recommended by the Academic Board."

C. U. S. Code Title 10, Section 6962.

"(a) The Superintendent of the Naval Academy shall submit to the Secretary of the Navy in writing a full report of the facts -

"(1) Whenever the Superintendent determines that the conduct of a midshipman is unsatisfactory; or

"(2) Whenever the Academic Board unanimously determines that a midshipman possesses insufficient aptitude to become a commissioned officer in the naval service.

"(b) A midshipman upon whom a report is made under subsection (a) shall be given an opportunity to examine the report and submit a written statement thereon. If the Secretary believes, on the basis of the report and statement, that the determination of the Superintendent or of the Academic Board is reasonable and well founded, he may discharge the midshipman from the Naval Academy and from the naval service."

D. U. S. Code Title 10, Section 6963. "Midshipmen found deficient at any examination shall, unless the Academic Board recommends otherwise, be discharged from the Naval Academy and from the naval service."

E. U. S. Naval Academy Regulations.

130302. Academic Board. Describes the purpose, composition, procedures, and duties of the Board. Describes the Board's responsibilities regarding proficiency standards and multiple coefficients, academic failures, reports of marks, and standings and academic qualifications for award of the degree.

F. The current series of USNA Instruction 1531.16, Administration of Academic Programs. Sections specifically relating to the Academic Board are:

II. 4. (c) - authorization for reduced academic workload.

10. (c) - changes to a midshipman's program.

15. (a) - assignment to class of readmitted midshipmen.

IV. 1. Academic Probation

2. Academic Deficiencies

V. 8. Summer School

G. USNA Instruction 1531.33A, paragraph 2b of enclosure (1) - Academic Performance; reporting of.

Article II. Composition of the Academic Board.

A. In addition to the members specified by U. S. Naval Academy Regulations 130302.2, the Academic Board will be staffed as follows:

1. The Dean of Admissions will be the Secretary of the Academic Board and will:

a. Prepare the Board agenda and insure that supporting documents are available to the members.

b. Advise the members and others concerned as to the place and time of the meeting.

c. Prepare the minutes of the meeting.

d. Maintain the Academic Board files.

D)

2. An officer appointed by the Academic Dean will serve as the Recorder. He will:

a. Ensure that the Board Room is available and arranged for the meeting.

b. Have a recording system available and record all open sessions of the Board while midshipmen are present in the Board Room. Retain the recordings for five years.

c. Set up and operate a system in conjunction with the staff of the Commandant of Midshipmen for calling midshipmen to appear before the Board.

Article III. Duties and responsibilities of the Academic Board are specified by law as quoted in Article I and are described in USNA Regulations and in the USNA Instruction on Administration of Academic Programs referred to in Article I. For convenience, they are briefly listed below:

A. Recommend candidates found qualified for Secretary of the Navy appointments under 10 USC 6956 (e). (List of Qualified Alternates and Competitors.)

B. Determine by unanimous vote whether a midshipman referred to the Board by the Commandant of Midshipmen possesses insufficient aptitude to become a commissioned officer in the naval service.

C. Act on all cases of academic deficiency. Unless the Academic Board recommends otherwise, midshipmen found deficient shall be discharged from the Naval Academy and from the naval service.

D. Prescribe policies concerning the criteria for admissions and the course of instruction.

E. Take cognizance of annual reports of the relative standing of midshipmen and merit roll of the graduating class.

F. Establish minimum standards of proficiency.

G. Prescribe coefficients to determine the multiple.

H. Establish requirements for the award of the degree.

I. Approve candidates recommended for a degree.

J. A midshipman appearing before the Academic Board for deficiency in military performance shall:

1. be given advance notice of a required appearance;

2. be present while the record of academic and military performance is presented to the Board and when the decision of the Board is announced;

3. be entitled to present any facts in his own behalf, including written statements of third parties;

4. be entitled to consult freely with anyone in preparing to appear before the Academic Board. Midshipmen, however, may not be represented by any person before the Board.

K. A midshipman may request reconsideration of a decision of the Academic Board when there are significant new facts to present which were not available with the exercise of due diligence at the time of the original decision. The request is to be addressed to the Secretary of the

Academic Board via the Commandant of Midshipmen and must be received by the Commandant of Midshipmen within 24 hours of the original decision. The Chairman, after considering the recommendation of the Secretary of the Academic Board, will determine whether a reconsideration is justified.

L. A midshipman may appeal a decision of the Majors Committee to the Academic Board. The appeal should be in the form of a statement containing reasons for reconsideration addressed to the Secretary of the Academic Board via the Commandant of Midshipmen and the Chairman of the Majors Committee. The Academic Board will be guided in its decision on appeals on assignment to majors by the needs of the service.

Article IV. Academic Board Policy in regard to academic deficiency.

A. Discharge for academic deficiency. Midshipmen found deficient at the end of either a semester or a summer session shall be discharged, unless retained by the Academic Board. Deficiency is constituted by any one or more of the following:

R) 1. Failure in two or more of the courses taken to fulfill graduation requirements in a given semester.

R) 2. Failure of a course taken to fulfill graduation requirements in each of two consecutive semesters. Summer school is not considered as a semester.

a. Failure to earn a 2.0 in summer school when required to attend by the Academic Board.

3. Failure to remove probation.*

4. Failure to achieve a semester QPR of at least 1.5 for any given semester.

5. Failure to fulfill any condition as prescribed by the Academic Board as the result of a previous deficiency.

6. Failure to complete successfully all requirements for graduation at the end of the semester in which the midshipman is scheduled to graduate.

7. Falling two or more semester courses behind the number of courses required by the end of a given semester according to the matrix of the assigned major program. When the Academic Board (with or without interview) permits a midshipman who is two or more courses behind the matrix to continue, this does not constitute a commitment to turn back. Separation or retention will be determined according to performance in any subsequent semester or summer program.

R) 8. Failure to achieve the required standards in At-Sea Training or in any of the Professional Competency Reviews.

*Probation is removed only at the end of the two regular semesters each year. If the probation is imposed because of CQPR, removal requires raising the CQPR to at least 2.00. If probation was imposed because of consecutive SQPR's, removal requires the achievement of an SQPR of at least 2.00. If probation is for failure in physical education, removal requires successful completion of the tests that were previously failed.

Note: A course failure in physical education is subject to the foregoing deficiency provisions.

B. Academic Board approach. As required by law, the Academic Board examines the records of all deficient midshipmen for the purpose of deciding which of them should be retained. Guided by the mission of the Naval Academy, the Academic Board asks two basic questions in each deficiency case:

1. Is there reasonable evidence that this midshipman will be able to meet the academic requirements by the scheduled date of graduation?

2. Is there reasonable evidence that this midshipman has the attitude and personal characteristics that are needed to become an officer in the naval service?

C. Academic Board procedures. Just as the "whole-person evaluation" is applicable in the process of admission to the Naval Academy, it is likewise important in the question of retention or separation. In making its determination, the Board takes the following steps:

1. Upon the recommendation of both the Academic Dean and the Commandant of Midshipmen, the Board retains without interview those deficient midshipmen whose records justify without further investigation an affirmative answer to the two basic questions above.

2. In the other cases, written comments are submitted by the officers and instructors who have seen each midshipman in class or other activities during the semester.

3. The company officer or an authorized representative may be interviewed by the Board along with the midshipman.

4. The Board decides whether it is in the best interest of the Navy and the Naval Academy to retain each deficient midshipman. The Board may also stipulate certain specific conditions under which a midshipman may be continued on academic probation. The conditions most frequently stipulated are:

a. A specific QPR may be required by the end of the next semester.

b. Certain courses must be taken and passed during a subsequent regular semester.

c. Certain courses must be taken and passed during the summer (including the summer leave periods).

d. A reduced program (less than 15 semester hours) may be prescribed to allow the midshipman to demonstrate that he can raise the quality of his academic work. (Note: This does not constitute a commitment to turn back to the next lower class.)

5. Where the academic achievement has been weak in spite of superior effort, and where the midshipman has shown positive evidence of high military performance, the Academic Board may retain him and allow one or two additional semesters (beyond his normal eight) in which to complete the requirements for graduation.

D. Summary. Conduct, physical education and military performance all have a bearing upon the decision to separate or retain midshipmen who are academically deficient. If the Board members are convinced that a midshipman has the desire and the ability to become a good officer, they will usually vote for retention as long as there is a reasonable likelihood of successful completion of the academic program within limits determined by the Board. Evidence of a good attitude, strong motivation, and determined effort are valuable assets, and a lack of these qualities is a decided detriment.

Article V. Academic Board Policy in regard to insufficient aptitude.

A. Discharge for insufficient aptitude. Midshipmen are subject to discharge when the Commandant of Midshipmen recommends to the Academic Board that they be assigned an F in military performance and discharged for insufficient aptitude.

B. Academic Board approach. The Academic Board shall examine the entire record forwarded by the Commandant of Midshipmen and such other evidence as the midshipman concerned desires to present to the Board or the Board desires to hear. After full consideration of the case, if the recommendation for an F in aptitude and discharge is unanimously approved by the Academic Board, the case shall be referred to the Superintendent for the initiation of a recommendation to the Secretary of the Navy that the midshipman be discharged.

C. Academic Board Procedure. A grade of F will be assigned by the Academic Board to those midshipmen who have demonstrated insufficient aptitude for the service either by long term unsatisfactory Military Performance after thorough and continued counseling or a sudden, adverse turn in attitude or performance of such nature as to render the midshipman unsuitable for commissioning.

Article VI. Meetings.

A. Calling of Meetings. The Academic Board shall meet at the call of the Superintendent, or in his absence at the call of the presiding officer designated by the Superintendent. A meeting may also be called at the request of a member. For matters other than those involving

separation of midshipmen where it appears that an interchange of views may not be necessary, a vote by telephone may be secured by the Secretary of the Academic Board, as long as no member requests that a meeting be called. The agenda shall be prepared by the Secretary of the Academic Board. Any member may submit items to be included in the agenda.

B. Quorum. A majority of the members of the Academic Board present for duty at the Naval Academy shall constitute a quorum.

C. Voting.

1. The usual rules of deliberative bodies or any modifications made by the Board shall govern, but no question shall be voted upon until each member has had a reasonable opportunity to express his views.

2. A member present shall vote on every question unless excused by the Board.

3. The vote shall be by secret written ballot unless otherwise agreed unanimously by the members present, in which case the vote will be as directed by the presiding officer.

D. Minority Views. Dissenting members of the Board may present their views in a report which, after being presented to the members of the Board, shall be attached to the minutes of the meeting.

E. Minutes of the Academic Board. The minutes shall list the members present and shall contain a record of the decisions of the Academic Board at each meeting. Any member of the Academic Board is entitled to have his views as an individual incorporated in brief and concise verbatim form in the minutes if he specifically requests that this be done. The minutes shall be submitted to the Chairman for approval.

U. S. NAVAL ACADEMY

Date [illegible]

MEMORANDUM

From Dean of Admissions

To [illegible]

This instruction has been reviewed by all concerned changes approved by [illegible] and is ready for signature by Admiral Walker after his change of command —

[illegible]

1 SEP 1981

USNA INSTRUCTION 5420.24B

From: Superintendent

Subj: Rules of Procedure governing meetings of the Academic Board

| | |
|---|---|
| Exec. Asst. to Supt. | |
| Flag Sec. | |
| Flag Lt. | |
| PAO | |
| CDEEOO | |
| Dep Ops | |
| P&A Off. | |
| Admin. Off. | |
| Sec. Off. | |
| Off. Pers. | |
| Staff Judge Advocate | |
| VSO | |
| Comm. Off. | |
| Chaplain | |
| Dir. Museum | |
| P.W.O. | |
| Supply Officer | |
| D. C. P. | |
| Ac. Dean | |
| Assoc. Dean | |
| Exec. Asst. to Dean | |
| Asst. Dean Fac. & Fin. | |
| Asst. Dean Acad. Affairs | |
| Asst. Dean Edu'l Resources | |
| Dir. of Research | |
| Dir. Div. Engr. & Wpns. | |
| Dir. Div. Eng. & History | |
| Dir. Div. Math. & Science | |
| Dir. Div. U.S. & I.S. | |
| Librarian | |
| Archivist | |
| Dep. Mgt. | |
| Comptroller | |
| Comdt. Midn. | |
| Dep. Comdt. | |
| Dir. Prof. Devl. | |
| Hd., Midn. Sup. | |
| Dean of Admissions | |
| Admissions | |
| Registrar | |
| Nominations & Appointments | |
| Dir. Candidate Guidance | |
| Dir. of Athletics | |
| Dir. Computer Service | |
| Dir. ERC | |
| CO, Nav. Sta. | |

Distribution:
AA

Prepared by Dean of Admissions, typed by D.Miller - 8/17/81

NDW-USNA-SUPT.OFF. 5216/37 (REV. 5-78)





MAILED

DEPARTMENT OF THE NAVY
UNITED STATES NAVAL ACADEMY
ANNAPOLIS, MARYLAND 21402

Case file

SEP 12 1 14 PM '78
SUPERINTENDENT'S OFFICE
U.S. NAVAL ACADEMY
ANNAPOLIS MD 21402

USNAINST 5420.24A
3/DeanAdmO
7 September 1978

USNA INSTRUCTION 5420.24A

From: Superintendent

Subj: Rules of Procedure governing meetings of the Academic Board

Ref: (a) USNA Regulations, Section 130302.3(b)

Encl: (1) Rules of Procedure Governing Meetings of the Academic Board

1. Purpose. To establish Rules of Procedure governing meetings of the Academic Board.

2. Cancellation. USNA Instruction 5420.24.

3. Background. The authority and duties of the Academic Board are established in law in U.S. Code Title 10, and regulations for its operation are included in USNA Regulations. Reference (a) provides that the rules of procedure governing meetings of the Board will be established by the Superintendent. Enclosure (1) presents these rules.

W. P. Lawrence
W. P. LAWRENCE

Distribution:
AA

RULES OF PROCEDURE GOVERNING MEETINGS OF THE ACADEMIC BOARD

Article I. Source of Authority.

A. U.S. Code Title 10, Section 6956 (e). "If it is determined that upon the admission of a new class to the Academy, the number of midshipmen at the Academy will be below the authorized number, the Secretary may fill the vacancies by nominating additional midshipmen from qualified candidates designated as alternates and from other qualified candidates who competed for nomination and are recommended and found qualified by the Academic Board . . ."

B. U.S. Code Title 10, Section 6958 (a). "Each candidate for admission to the U.S. Naval Academy - . . . (2) shall be examined according to such regulations as the Secretary of the Navy prescribes, and if rejected at one examination may not be examined again for admission to the same class unless recommended by the Academic Board."

C. U.S. Code Title 10, Section 6962.

"(a) The Superintendent of the Naval Academy shall submit to the Secretary of the Navy in writing a full report of the facts -

"(1) Whenever the Superintendent determines that the conduct of a midshipman is unsatisfactory; or

"(2) Whenever the Academic Board unanimously determines that a midshipman possesses insufficient aptitude to become a commissioned officer in the naval service.

"(b) A midshipman upon whom a report is made under subsection (a) shall be given an opportunity to examine the report and submit a written statement thereon. If the Secretary believes, on the basis of the report and statement, that the determination of the Superintendent or of the Academic Board is reasonable and well founded, he may discharge the midshipman from the Naval Academy and from the naval service."

D. U.S. Code Title 10, Section 6963. "Midshipmen found deficient at any examination shall, unless the Academic Board recommends otherwise, be discharged from the Naval Academy and from the naval service."

E. U.S. Naval Academy Regulations.

130302. Academic Board. Describes the purpose, composition, procedures, and duties of the Board. Describes the Board's responsibilities regarding proficiency standards and multiple coefficients, academic failures, reports of marks, and standings and academic qualifications for award of the degree.

F. The current USNA instruction 1531.16 Series, Administration of Academic Programs. Sections specifically relating to the Academic Board are:

II. 4. (c) - authorization for reduced academic workload.

R) 10. (c) - changes to a midshipman's program.

A) 15. (a) - assignment to class of readmitted midshipmen.

R) IV. 1. Academic Probation

R) 2. Academic Deficiencies

R) V. 8. Summer School

G. USNA Instruction 1531.33, paragraph 2.c of encl. (1) - Academic Performance; reporting of

Article II. Composition of the Academic Board.

A. In addition to the members specified by U.S. Naval Academy Regulations 130302.2, the Academic Board will be staffed as follows:

1. The Dean of Admissions will be the Secretary of the Academic Board and will:

a. Prepare the Board agenda and insure that supporting documents are available to the members.

b. Advise the members and others concerned as to the place and time of the meeting.

c. Prepare the minutes of the meeting.

d. Maintain the Academic Board files.

2. An officer appointed by the Academic Dean will serve as the Recorder. He will:

a. Ensure that the Board Room is available and arranged for the meeting.

b. Have a recording system available and record all open sessions of the Board while midshipmen are present in the Board Room. Retain the recordings for five years.

c. Set up and operate a system in conjunction with the staff of the Commandant of Midshipmen for calling midshipmen to appear before the Board.

d. Verify the Board's decisions on deficient midshipmen with the Registrar prior to their publication.

Article III. Duties and responsibilities of the Academic Board are specified by law as quoted in Article I and are described in USNA Regulations and in the USNA Instruction on Administration of Academic Programs referred to in Article I. For convenience, they are briefly listed below:

A. Recommend candidates found qualified for Secretary of the Navy appointments under 10 USC 6956(e). (List of Qualified Alternates and Competitors.)

B. Determine by unanimous vote whether a midshipman referred to the Board by the Commandant of Midshipmen possesses insufficient aptitude to become a commissioned officer in the naval service.

C. Act on all cases of academic deficiency. Unless the Academic Board recommends otherwise, midshipmen found deficient shall be discharged from the Naval Academy and from the naval service.

D. Prescribe policies concerning the criteria for admissions and the course of instruction.

E. Take cognizance of annual reports of the relative standing of midshipmen and merit roll of the graduating class.

F. Establish minimum standards of proficiency.

G. Prescribe coefficients to determine the multiple.

H. Establish requirements for the award of the degree.

I. Approve candidates recommended for a degree.

J. A midshipman appearing before the Academic Board for deficiency in military performance shall:

1. be given advance notice of a required appearance;

2. be present while the record of academic and military performance is presented to the Board and when the decision of the Board is announced;

3. be entitled to present any facts in his own behalf, including written statements of third parties;

4. be entitled to consult freely with anyone in preparing to appear before the Academic Board. Midshipmen, however, may not be represented by any person before the Board.

K. A midshipman may request reconsideration of a decision of the Academic Board when there are significant new facts to present which were not available with the exercise of due diligence at the time of the original decision. The request is to be addressed to the Secretary of the

Academic Board via the Commandant of Midshipmen and must be received by the Commandant of Midshipmen within 24 hours of the original decision. The Chairman, after considering the recommendation of the Secretary of the Academic Board, will determine whether a reconsideration is justified.

L. A midshipman may appeal a decision of the Majors Committee to the Academic Board. The appeal should be in the form of a statement containing reasons for reconsideration addressed to the Secretary of the Academic Board via the Commandant of Midshipmen and the Chairman of the Majors Committee. The Academic Board will be guided in its decision on appeals on assignment to majors by the needs of the service.

Article IV. Academic Board Policy in regard to academic deficiency.

R) A. Discharge for academic deficiency. Midshipmen found deficient at the end of either a semester or a summer session shall be discharged, unless retained by the Academic Board. Deficiency is constituted by any one or more of the following:

R) 1. Failure in two or more of the courses taken in a given semester.

A) 2. Failure in one semester course, if there was also a course failure in the preceding semester.

R) 3. Failure to remove probation.*

R) 4. Failure to achieve a semester QPR of at least 1.5 for any given semester.

R) 5. Failure to fulfill any condition as prescribed by the Academic Board as the result of a previous deficiency.

R) 6. Failure to complete successfully all requirements for graduation at the end of the semester in which the midshipman is scheduled to graduate.

R) 7. Falling two or more semester courses behind the number of courses required by the end of a given semester according to the matrix of the assigned major program. When the Academic Board (with or without interview) permits a midshipman who is two or more courses behind the matrix to continue, this does not constitute a commitment to turnback. Separation or retention will be determined according to performance in any subsequent semester or summer program.

A) 8. Failure to achieve the required standards for At-Sea Training or the Professional Competency Review.

*Probation is removed only at the end of the two regular semesters each year. If the probation is imposed because of CQPR, removal requires raising the CQPR to at least 2.00. If probation was imposed because of consecutive SQPR's, removal requires the achievement of an SQPR of at least 2.00. If probation is for failure in physical education, removal requires successful completion of the tests that were previously failed.

Note. A course failure in physical education is subject to the foregoing deficiency provisions.

B. Academic Board approach. As required by law, the Academic Board examines the records of all deficient midshipmen for the purpose of deciding which of them should be retained. Guided by the mission of the Naval Academy, the Academic Board asks two basic questions in each deficiency case:

1. Is there reasonable evidence that this midshipman will be able to meet the academic requirements by the scheduled date of graduation?

2. Is there reasonable evidence that this midshipman has the attitude and personal characteristics that are needed to become an officer in the naval service? (R

C. Academic Board procedures. Just as the "whole-person evaluation" is applicable in the process of admission to the Naval Academy, it is likewise important in the question of retention or separation. In making its determination, the Board takes the following steps:

1. Upon the recommendation of both the Academic Dean and the Commandant of Midshipmen, the Board retains without interview those deficient midshipmen whose records justify without further investigation an affirmative answer to the two basic questions above.

2. In the other cases, written comments are submitted by the officers and instructors who have seen each midshipman in class or other activities during the semester.

3. The company officer or an authorized representative may be interviewed by the Board along with the midshipman.

4. The Board decides whether it is in the best interest of the Navy and the Naval Academy to retain each deficient midshipman. The Board may also stipulate certain specific conditions under which a midshipman may be continued on academic probation. The conditions most frequently stipulated are:

a. A specific QPR may be required by the end of the next semester.

b. Certain courses must be taken and passed during a subsequent regular semester.

c. Certain courses must be taken and passed during the summer (including the summer leave periods).

d. A reduced program (less than 15 semester hours) may be prescribed to allow the midshipman to demonstrate that he can raise the quality of his academic work. (Note: This does not constitute a commitment to turn back to the next lower class.)

D)

5. Where the academic achievement has been weak in spite of superior effort, and where the midshipman has shown positive evidence of high military performance, the Academic Board may retain him and allow one or two additional semesters (beyond his normal eight) in which to complete the requirements for graduation.

D)

D. Summary. Conduct, physical education and military performance all have a bearing upon the decision to separate or retain midshipmen who are academically deficient. If the Board members are convinced that a midshipman has the desire and the ability to become a good officer, they will usually vote for retention as long as there is a reasonable likelihood of successful completion of the academic program within limits determined by the Board. Evidence of a good attitude, strong motivation, and determined effort are valuable assets, and a lack of these qualities is a decided detriment.

Article V. Academic Board Policy in regard to insufficient aptitude.

A. Discharge for insufficient aptitude. Midshipmen are subject to discharge when the Commandant of Midshipmen recommends to the Academic Board that they be assigned an F in military performance and discharged for insufficient aptitude.

B. Academic Board approach. The Academic Board shall examine the entire record forwarded by the Commandant of Midshipmen and such other evidence as the midshipman concerned desires to present to the Board or the Board desires to hear. After full consideration of the case, if the recommendation for an F in aptitude and discharge is unanimously approved by the Academic Board, the case shall be referred to the Superintendent for the initiation of a recommendation to the Secretary of the Navy that the midshipman be discharged.

C. Academic Board Procedure. A grade of F will be assigned by the Academic Board to those midshipmen who have demonstrated insufficient aptitude for the service either by long term unsatisfactory Military Performance after thorough and continued counseling or a sudden, adverse turn in attitude or performance of such nature as to render the midshipman unsuitable for commissioning.

Article VI. Meetings.

A. Calling of Meetings. The Academic Board shall meet at the call of the Superintendent, or in his absence at the call of the presiding officer designated by the Superintendent. A meeting may also be called at the request of a member. For matters other than those involving

separation of midshipmen where it appears that an interchange of views may not be necessary, a vote by telephone may be secured by the Secretary of the Academic Board, as long as no member requests that a meeting be called. The agenda shall be prepared by the Secretary of the Academic Board. Any member may submit items to be included in the agenda.

B. Quorum. A majority of the members of the Academic Board present for duty at the Naval Academy shall constitute a quorum.

C. Voting.

1. The usual rules of deliberative bodies or any modifications made by the Board shall govern, but no question shall be voted upon until each member has had a reasonable opportunity to express his views.

2. A member present shall vote on every question unless excused by the Board.

3. The vote shall be by secret written ballot unless otherwise agreed unanimously by the members present, in which case the vote will be as directed by the presiding officer.

D. Minority Views. Dissenting members of the Board may present their views in a report which, after being presented to the members of the Board, shall be attached to the minutes of the meeting.

E. Minutes of the Academic Board. The minutes shall list the members present and shall contain a record of the decisions of the Academic Board at each meeting. Any member of the Academic Board is entitled to have his views as an individual incorporated in brief and concise verbatim form in the minutes if he specifically requests that this be done. The minutes shall be submitted to the Chairman for approval.

USNAINST 5420.24A
3/DeanAdmO

7 SEP 1978

USNA INSTRUCTION 5420.24A

Subj: Rules of Procedure governing meetings of the Academic Board

W. P. LAWRENCE

Distribution:
AA

Prepared by Dean of Admissions, typed by D.Miller - 2188

| Routing | |
|---|---|
| Exec. Asst. to Supt. | |
| Flag Sec. | |
| Flag Lt. | |
| PAO | |
| CDEEOO | |
| Dep Ops | |
| P&A Off. | |
| Admin. Off. | |
| Sec. Off. | |
| Off. Pers. | |
| Staff Judge Advocate | |
| VSO | |
| Comm. Off. | |
| Chaplain | |
| Dir. Museum | |
| P.W.O. | |
| Supply Officer | |
| D. C. P. | |
| Ac. Dean | |
| Assoc. Dean | |
| Exec. Asst. to Dean | |
| Asst. Dean Fac. & Fin. | |
| Asst. Dean Acad. Affairs | |
| Asst. Dean Edu'l Resources | |
| Dir. of Research | |
| Dir. Div. Engr. & Wpns. | |
| Dir. Div. Eng. & History | |
| Dir. Div. Math. & Science | |
| Dir. Div. U.S. & I.S. | |
| Librarian | |
| Archivist | |
| Dep. Mgt. | |
| Comptroller | |
| Comdt. Midn. | |
| Dep. Comdt. | |
| Dir. Prof. Devl. | |
| Hd., Midn. Sup. | |
| Dean of Admissions | |
| Admissions | |
| Registrar | |
| Nominations & Appointments | |
| Dir. Candidate Guidance | |
| Dir. of Athletics | |
| Dir. Computer Service | |
| Dir. ERC | |
| CO, Nav. Sta. | |

NDW-USNA-SUPT.OFF. 5216/37 (REV. 5-70)



DEPARTMENT OF THE NAVY
UNITED STATES NAVAL ACADEMY
ANNAPOLIS, MARYLAND 21402

23 August 1978

MEMORANDUM

From: Dean of Admissions
To: Superintendent

Subj: Revision of USNA Instruction 5420.24

Encl: (1) Draft revision to USNA Instruction 5420.24

1. I have enclosed a draft revision to USNA Instruction 5420.24 - Rules of Procedure governing meetings of the Academic Board - and suggest you approve the changes. They will then be presented in smooth form for Admiral Lawrence's signature at his convenience.

2. There are two changes:

a. Editorial revision to reflect the revised USNA Instruction 1531.16N on Administration of the Academic Programs which was approved by the Academic Board on 22 August 1978.

b. Deletion of the last phrases of Article IV C. 4 and 5 which the Board wished removed. The Board's feeling was that when the Board decides to light-load a midshipman, the decision to stretch would be made when certain that the midshipman could handle the reduced load - not at some predetermined time.

ROBERT W. McNITT

Copy to:
Commandant of Midshipmen
Academic Dean
Registrar



DEPARTMENT OF THE NAVY
UNITED STATES NAVAL ACADEMY
ANNAPOLIS, MARYLAND 21402

USNAINST 5420.24
3/DeanAdmO

11 January 1977

USNA INSTRUCTION 5420.24

From: Superintendent

Subj: Rules of Procedure governing meetings of the Academic Board

Ref: (a) USNA Regulations, Section 130302.3(b)

Encl: (1) Rules of Procedure Governing Meetings of the Academic Board

1. Purpose. To establish Rules of Procedure governing meetings of the Academic Board.

2. Background. The authority and duties of the Academic Board are established in law in U.S. Code Title 10, and regulations for its operation are included in USNA Regulations. Reference (a) provides that the rules of procedure governing meetings of the Board will be established by the Superintendent. Enclosure (1) presents these rules.

KINNAIRD R. McKEE

Distribution:
AA

U. S. Naval Academy
Annapolis, Maryland 25 AUG 1978

☑ Approved
☐ Not Approved

K. R. McKee
Vice Admiral, U. S. Navy
Superintendent

RULES OF PROCEDURE GOVERNING MEETINGS OF THE ACADEMIC BOARD

Article I. Source of Authority.

A. U.S. Code Title 10, Section 6956 (e). "If it is determined that upon the admission of a new class to the Academy, the number of midshipmen at the Academy will be below the authorized number, the Secretary may fill the vacancies by nominating additional midshipmen from qualified candidates designated as alternates and from other qualified candidates who competed for nomination and are recommended and found qualified by the Academic Board. . ."

B. U.S. Code Title 10, Section 6958 (a). "Each candidate for admission to the U.S. Naval Academy - . . . (2) shall be examined according to such regulations as the Secretary of the Navy prescribes, and if rejected at one examination may not be examined again for admission to the same class unless recommended by the Academic Board."

C. U.S. Code Title 10, Section 6962.

"(a) The Superintendent of the Naval Academy shall submit to the Secretary of the Navy in writing a full report of the facts -

"(1) Whenever the Superintendent determines that the conduct of a midshipman is unsatisfactory; or

"(2) Whenever the Academic Board unanimously determines that a midshipman possesses insufficient aptitude to become a commissioned officer in the naval service.

"(b) A midshipman upon whom a report is made under subsection (a) shall be given an opportunity to examine the report and submit a written statement thereon. If the Secretary believes, on the basis of the report and statement, that the determination of the Superintendent or of the Academic Board is reasonable and well founded, he may discharge the midshipman from the Naval Academy and from the naval service."

D. U.S. Code Title 10, Section 6963. "Midshipmen found deficient at any examination shall, unless the Academic Board recommends otherwise, be discharged from the Naval Academy and from the naval service."

E. U.S. Naval Academy Regulations.

131302. Academic Board. Describes the purpose, composition, procedures, and duties of the Board. Describes the Board's responsibilities regarding proficiency standards and multiple coefficients, academic failures, reports of marks and standings and academic qualifications for award of the degree.

F. The current USNA instruction 1531.16 Series, Administration of Academic Programs. Sections specifically relating to the Academic Board are:

II. 4. (c) - authorization for reduced academic workload.

~~9.~~ 10. (c) - changes to a midshipman's program.

15. (a) - assignment to class of readmitted midshipmen

~~III.~~ IV ~~1.~~ 8. Academic Probation

~~10.~~ 2. Academic Deficiencies

~~IV.~~ V. 8. Summer School

G. USNA Instruction 1531.33, 2.c - Academic Performance; reporting of

Article II. Composition of the Academic Board.

A. In addition to the members specified by U.S. Naval Academy Regulations 130302.2, the Academic Board will be staffed as follows:

1. The Dean of Admissions will be the Secretary of the Academic Board and will:

a. Prepare the Board agenda and insure that supporting documents are available to the members.

b. Advise the members and others concerned as to the place and time of the meeting.

c. Prepare the minutes of the meeting.

d. Maintain the Academic Board files.

2. An officer appointed by the Academic Dean will serve as the Recorder. He will:

a. Ensure that the Board Room is available and arranged for the meeting.

b. Have a recording system available and record all open sessions of the Board while midshipmen are present in the Board Room. Retain the recordings for five years.

c. Set up and operate a system in conjunction with the staff of the Commandant of Midshipmen for calling midshipmen to appear before the Board.

d. Verify the Board's decisions on deficient midshipmen with the Registrar prior to their publication.

Enclosure (1)

Article III. Duties and responsibilities of the Academic Board are specified by law as quoted in Article I and are described in USNA Regulations and in the USNA instruction on Administration of Academic Programs referred to in Article I. For convenience, they are briefly listed below:

A. Recommend candidates found qualified for Secretary of the Navy appointments under 10 USC 6956(e). (List of Qualified Alternates and Competitors.)

B. Determine by unanimous vote whether a midshipman referred to the Board by the Commandant of Midshipmen possesses insufficient aptitude to become a commissioned officer in the naval service.

C. Act on all cases of academic deficiency. Unless the Academic Board recommends otherwise, midshipmen found deficient shall be discharged from the Naval Academy and from the naval service.

D. Prescribe policies concerning the criteria for admissions and the course of instruction.

E. Take cognizance of annual reports of the relative standing of midshipmen and merit roll of the graduating class.

F. Establish minimum standards of proficiency.

G. Prescribe coefficients to determine the multiple.

H. Establish requirements for the award of the degree.

I. Approve candidates recommended for a degree.

J. A midshipman appearing before the Academic Board for deficiency in military performance shall:

1. be given advance notice of a required appearance;

2. be present while the record of academic and military performance is presented to the Board and when the decision of the Board is announced;

3. be entitled to present any facts in his own behalf, including written statements of third parties;

4. be entitled to consult freely with anyone in preparing to appear before the Academic Board. Midshipmen, however, may not be represented by any person before the Board.

K. A midshipman may request reconsideration of a decision of the Academic Board when there are significant new facts to present which were not available with the exercise of due diligence at the time of the original decision. The request is to be addressed to the Secretary of the

~~the following categories at the end of any semester are subject to academic discharge:~~

~~1. Failing two or more courses.~~

~~2. Semester QPR below 1.50.~~

~~3. Failure to remove academic probation.*~~

~~4. Two or more courses behind in the matrix of the assigned major.~~

~~5. Failing to fulfill a requirement assigned by the Academic Board as the result of a previous deficiency.~~

~~6. Failing to fulfill all graduation requirements at the end of first class year.~~

B. Academic Board approach. As required by law, the Academic Board examines the records of all deficient midshipmen for the purpose of deciding which of them should be retained. Guided by the mission of the Naval Academy, the Academic Board asks two basic questions in each deficiency case:

1. Is there reasonable evidence that this midshipman will be able to meet the academic requirements by the scheduled date of graduation?

2. Is there reasonable evidence that this midshipman has the attitude and personal characteristics ~~which~~ that are needed to become an officer of the naval service?

~~*For rais cons~~

* ~~d~~. Probation is removed only at the end of the two regular semesters each year. If the probation was imposed because of CQPR, removal requires raising the CQPR to at least 2.00. If probation was imposed because of consecutive SQPR's, removal requires the achievement of an SQPR of at least 2.00. If probation is for failure in physical education, removal requires successful completion of the tests that were previously failed.

Academic Board via the Commandant of Midshipmen and must be received by the Commandant of Midshipmen within 24 hours of the original decision. The Chairman, after considering the recommendation of the Secretary of the Academic Board, will determine whether a reconsideration is justified.

L. A midshipman may appeal a decision of the Majors Committee to the Academic Board. The appeal should be in the form of a statement containing reasons for reconsideration addressed to the Secretary of the Academic Board via the Commandant of Midshipmen and the Chairman of the Majors Committee. The Academic Board will be guided in its decision on appeals on assignment to majors by the needs of the service.

Article IV. Academic Board Policy in regard to academic deficiency.

A. Discharge for academic deficiency. ~~All midshipmen in any of the following categ~~ Midshipmen found deficient at the end of either a semester or a summer session shall be discharged, unless retained by the Academic Board ~~(see Section 6963 of reference (c))~~. Deficiency is constituted by any one or more of the following:

1. ~~a~~. Failure in two or more of the courses taken in a given semester.

2. ~~b~~. Failure in one semester course, if there was also a course failure in the preceding semester.

3. ~~c~~. Failure to remove probation. *

4. ~~d~~. Failure to achieve a semester QPR of at least 1.5 for any given semester.

5. ~~e~~. Failure to fulfill any condition as prescribed by the Academic Board as the result of a previous deficiency.

6. ~~f~~. Failure to complete successfully all requirements for graduation at the end of the semester in which the midshipman is scheduled to graduate.

7. ~~g~~. Falling two or more semester courses behind the number of courses required by the end of a given semester according to the matrix of the assigned major program. When the Academic Board (with or without interview) permits a midshipman who is two or more courses behind the matrix to continue, this does not constitute a commitment to turnback. Separation or retention will be determined according to performance in any subsequent semester or summer program.

8. ~~h~~. Failure to achieve the required standards for At-Sea Training or the Professional Competency Review.

Note. ~~While a~~ A course failure in physical education is subject to the foregoing deficiency provisions, ... removed only at the end of the two regular semesters each year. If the probation was imposed because of CQPR, removal requires raising the CQPR to at least 2.00. If probation was imposed because of consecutive SQPR's, removal requires the achievement of an SQPR of at least 2.00. If probation is for failure in physical education, removal requires successful completion of the tests that were previously failed.

fails
cons

Enclosure (1)

C. Academic Board procedures. Just as the "whole-person evaluation" is applicable in the process of admission to the Naval Academy, it is likewise important in the question of retention or separation. In making its determination, the Board takes the following steps:

1. Upon the recommendation of both the Academic Dean and the Commandant of Midshipmen, the Board retains without interview those deficient midshipmen whose records justify without further investigation an affirmative answer to the two basic questions above.

2. In the other cases, written comments are submitted by the officers and instructors who have seen each midshipman in class or other activities during the semester.

3. The company officer or an authorized representative may be interviewed by the Board along with the midshipman.

4. The Board decides whether it is in the best interest of the Navy and the Naval Academy to retain each deficient midshipman. The Board may also stipulate certain specific conditions under which a midshipman may be continued on academic probation. The conditions most frequently stipulated are:

a. A specific QPR may be required by the end of the next semester.

b. Certain courses must be taken and passed during a subsequent regular semester.

c. Certain courses must be taken and passed during the summer (including the summer leave periods).

d. A reduced program (less than 15 semester hours) may be prescribed ~~to allow the midshipman~~ to demonstrate ~~that he~~ can raise the quality of his academic work. (Note: This does not constitute a commitment to turn back to the next lower class)-- ~~a decision which is not normally made before the end of the second class year~~.)

5. Where the academic achievement has been weak in spite of superior effort, and where the midshipman has shown positive evidence of high military performance, the Academic Board may retain him and allow one or two additional semesters (beyond his normal eight) in which to complete the requirements for graduation. ~~Normally, this decision will not be made before the end of second class year~~.

D. Summary. Conduct, physical education and military performance all have a bearing upon the decision to separate or retain midshipmen who are academically deficient. If the Board members are convinced that a midshipman has the desire and the ability to become a good officer, they will usually vote for retention as long as there is a reasonable likelihood of successful completion of the academic program within limits determined by the Board. Evidence of a good attitude,

strong motivation, and determined effort are valuable assets, and a lack of these qualities is a decided detriment.

Article V. Academic Board Policy in regard to insufficient aptitude.

A. Discharge for insufficient aptitude. Midshipmen are subject to discharge when the Commandant of Midshipmen recommends to the Academic Board that they be assigned an F in military performance and discharged for insufficient aptitude.

B. Academic Board approach. The Academic Board shall examine the entire record forwarded by the Commandant of Midshipmen and such other evidence as the midshipman concerned desires to present to the Board or the Board desires to hear. After full consideration of the case, if the recommendation for an F in aptitude and discharge is unanimously approved by the Academic Board, the case shall be referred to the Superintendent for the initiation of a recommendation to the Secretary of the Navy that the midshipman be discharged.

C. Academic Board Procedure. A grade of F will be assigned by the Academic Board to those midshipmen who have demonstrated insufficient aptitude for the service either by long term unsatisfactory Military Performance after thorough and continued counseling or a sudden, adverse turn in attitude or performance of such nature as to render the midshipman unsuitable for commissioning.

Article VI. Meetings.

A. Calling of Meetings. The Academic Board shall meet at the call of the Superintendent, or in his absence at the call of the presiding officer designated by the Superintendent. A meeting may also be called at the request of a member. For matters other than those involving separation of midshipmen where it appears that an interchange of views may not be necessary, a vote by telephone may be secured by the Secretary of the Academic Board, as long as no member requests that a meeting be called. The agenda shall be prepared by the Secretary of the Academic Board. Any member may submit items to be included in the agenda.

B. Quorum. A majority of the members of the Academic Board present for duty at the Naval Academy shall constitute a quorum.

C. Voting.

1. The usual rules of deliberative bodies or any modifications made by the Board shall govern, but no question shall be voted upon until each member has had a reasonable opportunity to express his views.

2. A member present shall vote on every question unless excused by the Board.

3. The vote shall be by secret written ballot unless otherwise agreed unanimously by the members present, in which case the vote will be as directed by the presiding officer.

D. Minority Views. Dissenting members of the Board may present their views in a report which, after being presented to the members of the Board, shall be attached to the minutes of the meeting.

E. Minutes of the Academic Board. The minutes shall list the members present and shall contain a record of the decisions of the Academic Board at each meeting. Any member of the Academic Board is entitled to have his views as an individual incorporated in brief and concise verbatim form in the minutes if he specifically requests that this be done. The minutes shall be submitted to the Chairman for approval.



DEPARTMENT OF THE NAVY
UNITED STATES NAVAL ACADEMY
ANNAPOLIS, MARYLAND 21402

Case File

USNAINST 5420.24
3/DeanAdmO

11 January 1977

USNA INSTRUCTION 5420.24

From: Superintendent

Subj: Rules of Procedure governing meetings of the Academic Board

Ref: (a) USNA Regulations, Section 130302.3(b)

Encl: (1) Rules of Procedure Governing Meetings of the Academic Board

1. Purpose. To establish Rules of Procedure governing meetings of the Academic Board.

2. Background. The authority and duties of the Academic Board are established in law in U.S. Code Title 10, and regulations for its operation are included in USNA Regulations. Reference (a) provides that the rules of procedure governing meetings of the Board will be established by the Superintendent. Enclosure (1) presents these rules.

KINNAIRD R. McKEE

Distribution:
AA

RULES OF PROCEDURE GOVERNING MEETINGS OF THE ACADEMIC BOARD

Article I. Source of Authority.

A. U.S. Code Title 10, Section 6956 (e). "If it is determined that upon the admission of a new class to the Academy, the number of midshipmen at the Academy will be below the authorized number, the Secretary may fill the vacancies by nominating additional midshipmen from qualified candidates designated as alternates and from other qualified candidates who competed for nomination and are recommended and found qualified by the Academic Board. . ."

B. U.S. Code Title 10, Section 6958 (a). "Each candidate for admission to the U.S. Naval Academy - . . . (2) shall be examined according to such regulations as the Secretary of the Navy prescribes, and if rejected at one examination may not be examined again for admission to the same class unless recommended by the Academic Board."

C. U.S. Code Title 10, Section 6962.

"(a) The Superintendent of the Naval Academy shall submit to the Secretary of the Navy in writing a full report of the facts -

"(1) Whenever the Superintendent determines that the conduct of a midshipman is unsatisfactory; or

"(2) Whenever the Academic Board unanimously determines that a midshipman possesses insufficient aptitude to become a commissioned officer in the naval service.

"(b) A midshipman upon whom a report is made under subsection (a) shall be given an opportunity to examine the report and submit a written statement thereon. If the Secretary believes, on the basis of the report and statement, that the determination of the Superintendent or of the Academic Board is reasonable and well founded, he may discharge the midshipman from the Naval Academy and from the naval service."

D. U.S. Code Title 10, Section 6963. "Midshipmen found deficient at any examination shall, unless the Academic Board recommends otherwise, be discharged from the Naval Academy and from the naval service."

E. U.S. Naval Academy Regulations.

131302. Academic Board. Describes the purpose, composition, procedures, and duties of the Board. Describes the Board's responsibilities regarding proficiency standards and multiple coefficients, academic failures, reports of marks and standings and academic qualifications for award of the degree.

F. The current USNA instruction 1531.16 Series, Administration of Academic Programs. Sections specifically relating to the Academic Board are:

II. 4. (c) - authorization for reduced academic workload.

9. (c) - changes to a midshipman's program.

III. 8. Academic Probation

10. Academic Deficiencies

IV. 8. Summer School

G. USNA Instruction 1531.33, 2.c - Academic Performance; reporting of

Article II. Composition of the Academic Board.

A. In addition to the members specified by U.S. Naval Academy Regulations 130302.2, the Academic Board will be staffed as follows:

1. The Dean of Admissions will be the Secretary of the Academic Board and will:

a. Prepare the Board agenda and insure that supporting documents are available to the members.

b. Advise the members and others concerned as to the place and time of the meeting.

c. Prepare the minutes of the meeting.

d. Maintain the Academic Board files.

2. An officer appointed by the Academic Dean will serve as the Recorder. He will:

a. Ensure that the Board Room is available and arranged for the meeting.

b. Have a recording system available and record all open sessions of the Board while midshipmen are present in the Board Room. Retain the recordings for five years.

c. Set up and operate a system in conjunction with the staff of the Commandant of Midshipmen for calling midshipmen to appear before the Board.

d. Verify the Board's decisions on deficient midshipmen with the Registrar prior to their publication.

Article III. Duties and responsibilities of the Academic Board are specified by law as quoted in Article I and are described in USNA Regulations and in the USNA instruction on Administration of Academic Programs referred to in Article I. For convenience, they are briefly listed below:

A. Recommend candidates found qualified for Secretary of the Navy appointments under 10 USC 6956(e). (List of Qualified Alternates and Competitors.)

B. Determine by unanimous vote whether a midshipman referred to the Board by the Commandant of Midshipmen possesses insufficient aptitude to become a commissioned officer in the naval service.

C. Act on all cases of academic deficiency. Unless the Academic Board recommends otherwise, midshipmen found deficient shall be discharged from the Naval Academy and from the naval service.

D. Prescribe policies concerning the criteria for admissions and the course of instruction.

E. Take cognizance of annual reports of the relative standing of midshipmen and merit roll of the graduating class.

F. Establish minimum standards of proficiency.

G. Prescribe coefficients to determine the multiple.

H. Establish requirements for the award of the degree.

I. Approve candidates recommended for a degree.

J. A midshipman appearing before the Academic Board for deficiency in military performance shall:

~~1.~~ be ~~given advance notice~~ of ~~a~~ required ~~appearance;~~

2. be present while the record of academic and military performance is presented to the Board and when the decision of the Board is announced;

3. be entitled to present any facts in his own behalf, including written statements of third parties;

4. be entitled to consult freely with anyone in preparing to appear before the Academic Board. Midshipmen, however, may not be represented by any person before the Board.

K. A midshipman may request reconsideration of a decision of the Academic Board when there are significant new facts to present which were not available with the exercise of due diligence at the time of the original decision. The request is to be addressed to the Secretary of the

Academic Board via the Commandant of Midshipmen and must be received by the Commandant of Midshipmen within 24 hours of the original decision. The Chairman, after considering the recommendation of the Secretary of the Academic Board, will determine whether a reconsideration is justified.

L. A midshipman may appeal a decision of the Majors Committee to the Academic Board. The appeal should be in the form of a statement containing reasons for reconsideration addressed to the Secretary of the Academic Board via the Commandant of Midshipmen and the Chairman of the Majors Committee. The Academic Board will be guided in its decision on appeals on assignment to majors by the needs of the service.

Article IV. Academic Board Policy in regard to academic deficiency.

A. Discharge for academic deficiency. All midshipmen in any of the following categories at the end of any semester are subject to academic discharge:

1. Failing two or more courses.

2. Semester QPR below 1.50.

3. Failure to remove academic probation.*

4. Two or more courses behind in the matrix of the assigned major.

5. Failing to fulfill a requirement assigned by the Academic Board as the result of a previous deficiency.

6. Failing to fulfill all graduation requirements at the end of first class year.

B. Academic Board approach. As required by law, the Academic Board examines the records of all deficient midshipmen for the purpose of deciding which of them should be retained. Guided by the mission of the Naval Academy, the Academic Board asks two basic questions in each deficiency case:

1. Is there reasonable evidence that this midshipman will be able to meet the academic requirements by the scheduled date of graduation?

2. Is there reasonable evidence that this midshipman has the attitude and personal characteristics which are needed to become an officer of the naval service?

*For those on academic probation because of CQPR less than 2.00, this means raising the CQPR to 2.00. For those on academic probation because of two consecutive SQPR's below 2.00, this means achieving an SQPR of 2.00 or better.

C. Academic Board procedures. Just as the "whole-person evaluation" is applicable in the process of admission to the Naval Academy, it is likewise important in the question of retention or separation. In making its determination, the Board takes the following steps:

1. Upon the recommendation of both the Academic Dean and the Commandant of Midshipmen, the Board retains without interview those deficient midshipmen whose records justify without further investigation an affirmative answer to the two basic questions above.

2. In the other cases, written comments are submitted by the officers and instructors who have seen each midshipman in class or other activities during the semester.

3. The company officer or an authorized representative may be interviewed by the Board along with the midshipman.

4. The Board decides whether it is in the best interest of the Navy and the Naval Academy to retain each deficient midshipman. The Board may also stipulate certain specific conditions under which a midshipman may be continued on academic probation. The conditions most frequently stipulated are:

a. A specific QPR may be required by the end of the next semester.

b. Certain courses must be taken and passed during a subsequent regular semester.

c. Certain courses must be taken and passed during the summer (including the summer leave periods).

d. A reduced program (less than 15 semester hours) may be prescribed to allow the midshipman to demonstrate that he can raise the quality of his academic work. (Note: This does not constitute a commitment to turn back to the next lower class -- a decision which is not normally made before the end of the second class year.)

5. Where the academic achievement has been weak in spite of superior effort, and where the midshipman has shown positive evidence of high military performance, the Academic Board may retain him and allow one or two additional semesters (beyond his normal eight) in which to complete the requirements for graduation. Normally, this decision will not be made before the end of second class year.

D. Summary. Conduct, physical education and military performance all have a bearing upon the decision to separate or retain midshipmen who are academically deficient. If the Board members are convinced that a midshipman has the desire and the ability to become a good officer, they will usually vote for retention as long as there is a reasonable likelihood of successful completion of the academic program within limits determined by the Board. Evidence of a good attitude,

strong motivation, and determined effort are valuable assets, and a lack of these qualities is a decided detriment.

Article V. Academic Board Policy in regard to insufficient aptitude.

A. Discharge for insufficient aptitude. Midshipmen are subject to discharge when the Commandant of Midshipmen recommends to the Academic Board that they be assigned an F in military performance and discharged for insufficient aptitude.

B. Academic Board approach. The Academic Board shall examine the entire record forwarded by the Commandant of Midshipmen and such other evidence as the midshipman concerned desires to present to the Board or the Board desires to hear. After full consideration of the case, if the recommendation for an F in aptitude and discharge is unanimously approved by the Academic Board, the case shall be referred to the Superintendent for the initiation of a recommendation to the Secretary of the Navy that the midshipman be discharged.

C. Academic Board Procedure. A grade of F will be assigned by the Academic Board to those midshipmen who have demonstrated insufficient aptitude for the service either by long term unsatisfactory Military Performance after thorough and continued counseling or a sudden, adverse turn in attitude or performance of such nature as to render the midshipman unsuitable for commissioning.

Article VI. Meetings.

A. Calling of Meetings. The Academic Board shall meet at the call of the Superintendent, or in his absence at the call of the presiding officer designated by the Superintendent. A meeting may also be called at the request of a member. For matters other than those involving separation of midshipmen where it appears that an interchange of views may not be necessary, a vote by telephone may be secured by the Secretary of the Academic Board, as long as no member requests that a meeting be called. The agenda shall be prepared by the Secretary of the Academic Board. Any member may submit items to be included in the agenda.

B. Quorum. A majority of the members of the Academic Board present for duty at the Naval Academy shall constitute a quorum.

C. Voting.

1. The usual rules of deliberative bodies or any modifications made by the Board ~~shall govern, but no~~ question shall be voted upon until each member has had a reasonable opportunity to express his views.

2. A member present shall vote on every question unless excused by the Board.

3. The vote shall be by secret written ballot unless otherwise agreed unanimously by the members present, in which case the vote will be as directed by the presiding officer.

D. Minority Views. Dissenting members of the Board may present their views in a report which, after being presented to the members of the Board, shall be attached to the minutes of the meeting.

E. Minutes of the Academic Board. The minutes shall list the members present and shall contain a record of the decisions of the Academic Board at each meeting. Any member of the Academic Board is entitled to have his views as an individual incorporated in brief and concise verbatim form in the minutes if he specifically requests that this be done. The minutes shall be submitted to the Chairman for approval.

8

| | |
|---|---|
| Exec. To | Asst. Supt. |
| Spec. Asst. for Plans & Policy | |
| Flag Sec. | |
| Flag Lt. | |
| Acad. Dean | |
| Exec. Asst. to Dean | |
| Asst. Dean Fac & Fin. | |
| Asst. Dean Acad. Affairs | |
| Dir. of Research | |
| Dir. Computer Serv. | |
| Asst. Dean Edu'l Resources | |
| Dean of Admissions | (1) |
| Admissions | |
| Registrar | |
| Candidate Guidance | |
| Deputy for Operations | 3) |
| P&A Off. | |
| Admin. Off. | (2) 3 |
| Sec. Officer | |
| Off. Pers. | |
| Judge Advocate | 2.1 |
| PAO/VSO | |
| Comm. Off. | |
| Deputy Mgmt. | |
| Comptroller | |
| Comdt. Midn. | |
| Deputy Comdt. | |
| Div. Nav. Com. & Mgmt. | |
| Div. Engr. & Weap. | |
| Div. of Eng. & History | |
| Div. Math & Science | |
| Div. of U. S. & Int'l Studies | |
| Dir. of Athletics | |
| Chaplain | |
| Dir. Museum | |
| P. W. O. | |
| Supply & Fiscal | |
| D. C. P. | |
| Nav. Sta. | |
| Librarian | |
| Archivist | |

NDW-USNA-SUPT.OFF 5216/37 (REV.

USNAINST
3/DeanAdmO
11 January 1977

USNA INSTRUCTION 5420.24

From: Superintendent

Subj: Rules of Procedure governing meetings of the Academic Board

Ref: (a) USNA Regulations, Section 130302.3(b)

Encl: (1) Rules of Procedure Governing Meetings of the Academic Board

1. Purpose. To establish Rules of Procedure governing meetings of the Academic Board.

2. Background. The authority and duties of the Academic Board are established in law in U.S. Code Title 10, and regulations for its operation are included in USNA Regulations. Reference (a) provides that the rules of procedure governing meetings of the Board will be established by the Superintendent. Enclosure (1) presents these rules.

KINNAIRD R. McKEE

Distribution:
AA

Prepared by Dean of Admissions, typed by D.Miller - 2188

Mail Room - please return the rough marked up copy of this to D. Miller, Rm 204, 17a.

U. S. NAVAL ACADEMY

Date [illegible]

MEMORANDUM

From: Dean of Admissions

To: Superintendent

The changes recommended [illegible] have been made.

Recommend your signature.

[illegible]

**DEPARTMENT OF THE NAVY**
UNITED STATES NAVAL ACADEMY
ANNAPOLIS, MARYLAND 21402

28 December 1976

From: Staff Judge Advocate
To: Superintendent
Via: Secretary of Academic Board

Subj: Proposed rules of procedure governing meetings of the Academic Board (USNAINST 5420.24)

1. I have examined the proposed instruction and have one technical recommendation. Article III K (p 3) - change word "hearing" in line 4 to "decision." Same re line 2 at the top of p 4. The reason for deleting the word "hearing" is that not all decisions affecting midshipmen are made at hearings as contemplated in a due process sense. Use of the word "hearing" may be interpreted by others outside of USNA as implying the requirement of a due process proceeding when all decisions are made.

2. The proposed instruction codifies the rules and policies under which the Academic Board functions in all of its authorized spheres of activity. As you recall, in our earlier meeting, I expressed my opinion that the instruction would be stronger from a due process view if the same procedures accorded a midshipman appearing for deficiency in military performance were accorded to one appearing for academic deficiency. However, it was decided that such procedure would not be workable especially at the end of the second semester when expedience is of paramount importance. It was, therefore, decided to go forward with the proposed version.

3. I have examined the recently enacted federal "Government in The Sunshine Act," Public Law 94-409 (13 Sept 1976) and I conclude that the Naval Academy Academic Board is not the type of collegial body subject to the provisions of that Act. I have reexamined the "Federal Advisory Committee Act" and likewise consider the Academic Board not subject to that Act. By being not subject to those acts, it is not necessary to publish advance notice of times, and places of meetings nor to keep the very detailed formal minutes of the Board's proceedings the acts require.

4. I recommend approval of the proposed instruction.

Very respectfully,

K. W. DREW
CDR, JAGC, USN



MAILER

**DEPARTMENT OF THE NAVY**
**UNITED STATES NAVAL ACADEMY**
**ANNAPOLIS, MARYLAND 21402**

AUG 8 10 21 AM '77

SUPERINTENDENT'S OFFICE
U.S. NAVAL ACADEMY
ANNAPOLIS MD 21402

USNA NOTICE 5215
4/AO
5 August 1977

Case File

USNA NOTICE 5215

From: Superintendent

Subj: USNA Notice; cancellation of

1. Purpose. To cancel a certain USNA Notice.

2. Action. Cancel the below listed notice for the reason indicated.

| Number | Subject | Reason |
|---|---|---|
| 5420 of 6 Aug 75 | Rules of Procedure governing Meetings of the Academic Board | Superseded by USNAINST. 5420.24 |

3. Cancellation. When the above action has been taken.

W. C. Haskell

W. C. HASKELL
Deputy for Operations

Distribution:
AA