UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MATTHEW K. STAINBACK, | ) | |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) | Civil Action No. 1:06cv00856 (RBW) |
| DONALD C. WINTER SECRETARY OF THE NAVY, | ) ) ) ) | |
| *Defendant.* | ) | Judge Walton |

ORDER

On consideration of plaintiff's motion to file a response to defendant's surreply, it is, by the Court, this ____ day of _____, 2007,

ORDERED that the said motion be, and the same hereby is, GRANTED.


United States District Judge