# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                     )
MATTHEW K. STAINBACK,           )
                                     )
          Plaintiff,           )
                                     )
          v.                    )     Civil Action No. 06-856  (RBW)
                                     )
SECRETARY OF THE NAVY,       )
DONALD C. WINTER            )
                                     )
          Defendant.        )
_____)

## ORDER

In accordance with the Court's rulings in its Memorandum Opinion that shall be issued hereafter, it is hereby this 28th day of September, 2007

**ORDERED** that the plaintiff's Motion to Supplement the Administrative Record is **DENIED**.  It is further

**ORDERED** that this order shall not be deemed a final order subject to appeal until the Court has issued its Memorandum Opinion in this matter.


      **SO ORDERED**.

                                      /s/_____
                                      REGGIE B. WALTON
                                      United States District Judge