UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MATTHEW K. STAINBACK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 06-0856 (RBW) |
| | ) |
| **SECRETARY OF THE NAVY,** | ) |
| | ) |
| **Defendant.** | ) |

## SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Heather Graham-Oliver, Assistant U.S. Attorney (AUSA), as new counsel of record in the above-captioned matter and withdraw the appearance of AUSA Megan Rose.

Respectfully submitted,

_____/s/_____
HEATHER GRAHAM-OLIVER
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C. 20530
(202) 305-1334