UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MATTHEW K. STAINBACK, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:06cv00856 (RBW) |
| | ) | |
| DONALD C. WINTER | ) | |
| SECRETARY OF THE NAVY, | ) | |
| | ) | |
| *Defendant.* | ) | Judge Walton |

ORDER

On consideration of plaintiff's motion for summary judgment, the parties' oppositions and replies thereto, and the entire record, it is, by the Court, this ____ day of _____, 2008,

ORDERED that plaintiff's motion for summary judgment be, and the same hereby is, GRANTED; and further

ORDERED that:

a.  plaintiff's disenrollment is set aside;

b.  defendant shall reinstate plaintiff as a midshipman and cause his record to be properly evaluated by an Academic Board in accordance with 10 U.S.C. § 6962 and USNAINST 5420;

c.  defendant shall permit plaintiff to complete his final examinations so that he may receive the academic degree to which he is entitled in accordance with 10 U.S.C. § 6967; and

2

d.       defendant shall terminate any and all actions to recoup any educational expenses from plaintiff.

                                   UNITED STATES DISTRICT JUDGE