UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW K. STAINBACK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-0856 (RBW) |
| | ) |
| SECRETARY OF THE NAVY, | ) |
| | ) |
| Defendant. | ) |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME
TO FILE OPPOSITION**

The defendant respectfully requests, pursuant to Fed. R. Civ. P. 6, an enlargement of time until September 25, 2008, to file his Opposition to plaintiff's Motion for Summary Judgment. See attached Proposed Order. Counsel for plaintiff has been contacted pursuant to LCvR 7(m), and has consented to this motion. This is the defendant's first request for an extension of time to file his Opposition. The Opposition would ordinarily be due on September 4, 2008. Plaintiff has brought this action under the Administrative Procedure Act (APA).

Good cause exists for the granting of this motion. Preparation of the Opposition has been complicated by travel schedules, including family vacation schedules, of the people whose input is necessary to complete the Opposition. In addition to these complications, undersigned counsel for defendant must prepare the Opposition while simultaneously discharging her responsibilities in other cases. A representative, non-exclusive sample of those responsibilities in the coming weeks includes, but is not limited to:

- Gathering and reviewing Declarations and Vaughn indices in Sealey v. USDOJ, et al., Civ. Act. No. 08-0176 (CKK).

- Responding to subpoena served on the United States Department of Justice by plaintiff in a civil action being litigated in another district. This subpoena is

    related to another subpoena that was the subject of motions practice in <u>In re Apollo Securities Litigation</u>, Misc. No. 06-0558 (CKK).

- Preparing and filing a Motion to Quash in subpoena matter that was removed to federal court. <u>U.S. v. Phillip Palmer</u>, Misc. No. 08-0530 (JR) (due September 2, 2008)

- Continuing efforts to negotiate a settlement in <u>Keller v. Dept of State</u>, Civ. Act. No. 06-0816(CKK) (mediation on-going).

- Arranging, taking and defending depositions in <u>Brown v. U.S.A.</u>, Civ. Act. No. 05-2309 (EGS).

- Preparing and responding to written discovery in <u>Anderson v. Spellings</u>, Civ. Act. No. 06-1565 (RMC) (on-going).

- Preparing and filing a Motion for Summary Affirmance in <u>Simpson v. Thompson</u>, Ct. Of Appeals No. 08-5211 (due September 2, 2008)

- Preparing for evidentiary hearing in <u>Johnson v. Spellings</u>, Civ. Act. No. 06-0321 (GK) (scheduled for September 4, 2008)

- Status Conference in <u>Daniels v. James</u>, Civ. Act. No. 05-2455 (GK) (scheduled for September 4, 2008)

- Providing initial disclosures in <u>Brunotte v. Doan</u>, Civ. No. 08-0587 (HHK) (on-going)

- Preparing mediation statement for mediation in <u>Gallahan v. Winter</u>, Civ. Act. No. 08-0544 (RMC).

In short, the requested enlargement is reasonably necessary to allow completion of the Opposition.

### **CONCLUSION**

For the foregoing reasons, defendant respectfully requests that this Consent Motion to Enlarge Time to file his Opposition be granted.

This motion is not for purposes of delay but for good cause shown.

            Respectfully submitted,

            /s/
           _____
           JEFFREY A. TAYLOR, D.C. BAR # 498610
           United States Attorney

            /s/
           _____
           RUDOLPH CONTRERAS, D.C. BAR # 434122
           Assistant United States Attorney

            /s/
_____
           HEATHER D. GRAHAM-OLIVER
           Assistant United States Attorney
           Judiciary Center Building
           555 4th St., N.W.
           Washington, D.C.  20530
           (202) 305-1334