UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MATTHEW K. STAINBACK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 06-0856 (RBW) |
| | ) |
| **SECRETARY OF THE NAVY,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

This matter comes before the Court on the Defendant's Motion for Extension of Time to file Opposition. It is by the Court this ____ day of _____, 2008 hereby

ORDERED that the Defendant's Motion for Extension of Time until September 25, 2008, is hereby GRANTED.

_____
UNITED STATES DISTRICT JUDGE