UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW K. STAINBACK, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>DONALD C. WINTER )<br>SECRETARY OF THE NAVY, )<br>)<br>*Defendant.* ) | Civil Action No. 1:06cv00856 (RBW)<br><br><br>Judge Walton |

PLAINTIFF'S MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT

Plaintiff respectfully moves for leave to file an amended complaint. Plaintiff's proposed amended complaint, statement of points and authorities and proposed order are submitted herewith.

Respectfully submitted,

*/s/ Matthew S. Freedus*

Eugene R. Fidell (112003)
Matthew S. Freedus (475887)
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., 2d Floor
Washington, DC 20036
(202) 466-8960 tel
(202) 293-8103 fax

*Attorneys for Plaintiff*

September 10, 2008