UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW K. STAINBACK, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Action No. 1:06cv00856 (RBW) |
| ) | |
| DONALD C. WINTER ) | |
| SECRETARY OF THE NAVY, ) | |
| ) | |
| *Defendant.* ) | Judge Walton |

PLAINTIFF'S STATEMENT OF POINTS AND AUTHORITIES
IN SUPPORT OF MOTION FOR LEAVE TO FILE
AMENDED COMPLAINT

Introduction

Plaintiff respectfully moves for leave to file an amended complaint. Counsel for defendant (Assistant United States Heather Graham-Oliver) has advised us that defendant does not consent to this motion.[1]

Argument

Leave to amend a complaint should be freely given. Fed. R. Civ. Proc. 15(a)(2); *e.g., Chisholm v. District of Columbia*, 533 F.Supp.2d 175, 178 (D.D.C. 2008).

Plaintiff seeks to amend his complaint out of an abundance of caution. His proposed amended complaint adds an alternative basis for a portion of the relief sought in the original complaint.

---

[1] Plaintiff sought consent two days before moving for summary judgment. Opposing counsel did not respond until today.

Defendant will not be prejudiced.

Plaintiff's pending motion for summary judgment reflects the proposed amended complaint.

## Conclusion

For the foregoing reasons, plaintiff respectfully seeks leave to file an amended complaint. Plaintiff's proposed amended complaint and order are submitted herewith.

Respectfully submitted,

*[signature]*

Eugene R. Fidell (112003)
Matthew S. Freedus (475887)
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., 2d Floor
Washington, DC 20036
(202) 466-8960 tel
(202) 293-8103 fax

*Attorneys for Plaintiff*

September 10, 2008