UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW K. STAINBACK, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Action No. 1:06cv00856 (RBW) |
| ) | |
| DONALD C. WINTER ) | |
| SECRETARY OF THE NAVY, ) | |
| ) | |
| *Defendant.* ) | Judge Walton |

ORDER

On consideration of plaintiff's motion for leave to file amended complaint, defendant's opposition, and plaintiff's reply, it is, by the Court, this ____ day of _____, 2008,

ORDERED that the said motion be, and the same hereby is, GRANTED.

United States District Judge